| | |
|---|---|
| 1 | **WILLIAM R. RAPOPORT, ESQ. (SBN 47086)**<br>**LAW OFFICES OF WILLIAM R. RAPOPORT** |
| 2 | 643 Bair Island Road, Suite 400<br>Redwood City, CA  94063 |
| 3 | Tel:  (650) 340-7107<br>Fax:  (650) 572-1857 |
| 4 | williamrapoport@yahoo.com |
| 5 | Attorneys for Defendant |
| 6 | ANTHONY PIRONE, individually and in his personal capacity as a police officer for the Bay Area Rapid Transit |
| 7 | District |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G., <br><br>Plaintiffs,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART, ANTHONY PIRONE, individually and in his personal capacity as a police officer for the Bay Area Rapid Transit District; and DOES 1-50, inclusive<br><br>Respondents. | CASE NO.:  C09-00901 MHP<br><br>REQUEST BY DEFENDANT ANTHONY PIRONE PURSUANT TO LOCAL RULE 16.10(b) FOR LEAD COUNSEL TO BE EXCUSED FROM INITIAL CASE MANAGEMENT CONFERENCE, AND ~~PROPOSED~~ ORDER<br><br>Date:     June 8, 2009<br>Time:     4:00 p.m.<br>Location: Courtroom 15, 18th Floor<br>Judge:    The Honorable Marilyn Hall Patel |

1  Local Rule 16.10(b) requires that lead counsel attend the initial case management conference "unless excused by the Judge." Lead counsel for Defendant Anthony Pirone, William R. Rapoport, will be unable to attend the initial case management conference as he is currently scheduled to be in trial before Judge Ronald M. Whyte on June 1, 2009 in the case entitled <u>Employers Insurance of Wausau v. California Water Service Company</u>, U.S. District Court Case No. 5:06-cv-03002-RMW.

Rather than request re-scheduling of the case management conference due to Mr. Rapoport's unavailability, it is respectfully requested that he be excused from attendance, and that Alison Berry Wilkinson, lead counsel for Defendant Marysol Domenici, be permitted to appear specially at the initial case management conference on behalf of Defendant Pirone.

Dated: May 18, 2009.

Respectfully submitted,

LAW OFFICES OF WILLIAM R. RAPOPORT

*/s/ William R. Rapoport*

William R. Rapoport
Attorney for Defendant ANTHONY PIRONE, individually and in his personal capacity as a police officer for the BAY AREA RAPID TRANSIT DISTRICT

IT IS SO ORDERED.

Dated: 5/19/2009

The Honorable Judge Marilyn H. Patel

*IT IS SO ORDERED* (seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

1

Case 3:09-cv-00901-EMC   Document 16   Filed 05/19/09   Page 3 of 4
Wanda Johnson, et al. v. Bay Area Rapid Transit District, et al.
United States District Court, Northern District of California - Case No. C09-00901

1 | PROOF OF SERVICE BY MAIL -- CCP 1013, 2015.5

2 | I declare that: I am employed in the County of San Mateo, California. I am over the age

3 | of eighteen (18) and not a party to the within entitled cause; my business address is 643 Bair

4 | Island Road, Suite 400, Redwood City, California 94063.

5 | On the date below, in the manner indicated, I caused the within document(s) entitled

**REQUEST BY DEFENDANT ANTHONY PIRONE PURSUANT TO LOCAL RULE 16.10(b) FOR LEAD COUNSEL TO BE EXCUSED FROM INITIAL CASE MANAGEMENT CONFERENCE, AND PROPOSED ORDER**

to be served on the party(s) or their attorney(s) of record in this action:

[ ]   Via Mail: That I am readily familiar with our business practice for collection and processing of mail. On the same day that correspondence is placed for collection and mailing, it is deposited with the United States Postal Service that same day in the ordinary course of business, that the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence is placed for deposit in the United States Postal Service and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ]   Via Personal Service: I instructed each envelope to be hand-delivered via

[ ]   Via Overnight Courier: I caused each envelope to be delivered via overnight mail by _____.

[ ]   Via Facsimile: I instructed such to be transmitted via facsimile to the office(s) of the addressee(s).

[X]   **Via e-File:**   Filing parties were served by e-file

Addressed as follows:

| John L. Burris, Esq.<br>Adante D. Pointer, Esq.<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>john.burris@johnburrislaw.com<br>adante.pointer@johnburrislaw.com | Attorneys for: **Plaintiffs**<br><br>**Fax: (510) 839-3882** |

Case 3:09-cv-00901-EMC   Document 16   Filed 05/19/09   Page 4 of 4
Wanda Johnson, et al. v. Bay Area Rapid Transit District, et al.
United States District Court, Northern District of California - Case No. C09-00901

| | |
|---|---|
| Dale L. Allen, Jr., Esq.<br>Linda Meyer, Esq.<br>Dirk D. Larsen, Esq.<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, CA 94111-2584<br>dallen@lowball.com<br>lmeyer@lowball.com<br>dlarsen@lowball.com | Attorneys for: **Defendants, Bay Area Rapid Transit District and Gary Gee in his official capacity as Chief of Police for Bay Area Rapid Transit District**<br><br>**Fax: (415) 982-1634** |
| Michael Rains, Esq.<br>Rains, Lucia & Stern LLP<br>2300 Contra Costa Blvd., Suite 230<br>Pleasant Hill, CA 94523<br>Mrains@rlslawyers.com | Attorneys for: **Johannes Mehserle**<br><br>**Fax:** (925) 609-1690 |
| Alison Berry Wilkinson<br>BERRY WILKINSON LAW GROUP<br>4040 Civic Center Dr., Ste. 200<br>San Rafael, CA 94903<br>alison@berrywilkinson.com | Attorneys for: **Defendant Marysol Domenici**<br><br>(415) 259-6638 Office and Fax |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 18, 2009, at San Mateo, California.

*Julie de Lamadrid*
Julie de Lamadrid