JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com

Attorneys for plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian Ad Litem of Minor, T.G.<br><br>Plaintiffs,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>Defendants.<br>_____ / | CASE NO.: C 09-00901 MHP<br><br>DECLARATION OF JOHN L. BURRIS IN SUPPORT OF THE STIPULATION AND (PROPOSED) ORDER TO DISCLOSE CONFIDENTIAL INFORMATION |

I, JOHN L. BURRIS declare:

1. I am an attorney licensed and admitted to practice before this Court and all courts of the State of California.

DECLARATION OF JOHN L. BURRIS IN SUPPORT OF THE STIPULATION AND (PROPOSED) ORDER TO DISCLOSE CONFIDENTIAL INFORMATION
CASE NO.: C 09-00901 MHP

1

2. I have had conversations and email exchanges with counsel for the defendants regarding the disclosure of confidential information to the Honorable Raul Ramirez during the course of the upcoming mediation discussions.

3. Pursuant to those communications, the Stipulation and (Proposed) Order to Disclose Confidential Information is with the full acknowledgment and consent of defendant BARTD and Chief Gary Gee, defendant Marysol Domenici, defendant Anthony Pirone and defendant Johannes Mehserle, by and through their respective counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of August 2009, at Oakland, California.

Law Offices of John L. Burris

_____
JOHN L. BURRIS, Esq.
Attorney for plaintiffs WANDA JOHNSON, individually and in her capacity as personal representative of the ESTATE OF OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA, as Guardian Ad Litem of minor, T.G.

DECLARATION OF JOHN L. BURRIS IN SUPPORT OF THE STIPULATION AND (PROPOSED) ORDER TO DISCLOSE CONFIDENTIAL INFORMATION
CASE NO.: C 09-00901 MHP

2