JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAT J. GRANT III, SOPHINA MESA as guardian ad litem of minor, T.G.,<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMINICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>Defendants.<br>_____ / | CASE NO.: C09-00901 MHP<br><br><br><br>STIPULATION AND [PROPOSED] ORDER TO DISCLOSE CONFIDENTIAL INFORMATION |

THE PARTIES, BY AND THROUGH COUNSEL, HEREBY STIPULATE TO provide for the confidential disclosure of Defendants Anthony Pirone and Marysol Domenici's deposition responses to certain questions regarding a non-professional relationship to Honorable Raul Ramirez, who is mediating this matter. The confidential information may only be disclosed and discussed between counsel for the parties to this matter and the mediator, no other persons may be present and the information shall remain confidential until Order by the Court.

Dated: August 10, 2009

LAW OFFICES OF JOHN L. BURRIS

/s/ John Burris
JOHN L. BURRIS, Esq.
Attorney for Plaintiffs
WANDA JOHNSON, individually and in her capacity as personal representative of the ESTATE OF OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA, as Guardian Ad Litem of minor, T.G.

Dated: August 10, 2009

LOW, BALL & LYNCH

/s/
DALE ALLEN, Esq.
Attorneys for Defendants
BARTD and Chief GARY GEE

Dated: August 10, 2009

BERRY WILKINSON LAW GROUP

/s/
ALISON BERRY WILKINSON, Esq.
Attorneys for Defendant
MARYSOL DOMENICI

Dated: August 10, 2009

LAW OFFICES OF WILLIAM RAPOPORT

/s/
WILLIAM RAPOPORT, Esq.
Attorneys for Defendant
ANTHONY PIRONE

Case3:09-cv-00901-EMC   Document29   Filed08/10/09   Page3 of 3

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: August __11__, 2009



_____
Judge Marilyn H. Patel

STIPULATION & [PROPOSED] ORDER TO DISCLOSE CONFIDENTIAL INFORMATION

- 3 -