IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BRYSON, JR., et al., | No. 09-04835 CW |
| Plaintiffs, | JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned case to District Judge Marilyn Hall Patel to consider whether this case is related to C-09-00901 MHP, Johnson, et al., v. Bay Area Rapid Transit, et al. and C-09-04014 MHP, Grant v. Bay Area Rapid Transit, et al. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

10/14/09

Dated _____

CLAUDIA WILKEN
United States District Judge