1  Michael L. Rains (SBN 091013)
   Ellen P. Rosenbluth (SBN 196814)
2  **RAINS LUCIA STERN, PC**
   2300 Contra Costa Blvd., Suite 230
3  Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5
6  Attorneys for Defendant
   JOHANNES MEHSERLE
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 WANDA JOHNSON, individually and as      )   Case Number: C09-00901 MHP
   personal representative of the ESTATE   )
12 OF OSCAR J. GRANT III, the ESTATE       )   DECLARATION OF MICHAEL L.
   OF OSCAR J. GRANT III, SOPHIA           )   RAINS IN SUPPORT OF MOTION TO
13 MESA as Guardian ad Litem of minor,     )   COMPEL DEPOSITION TESTIMONY
   T.G.,                                   )   OF CARLOS REYES
14                                         )
15         Plaintiffs,                     )
                                           )
16 vs.                                     )
                                           )
17 BAY AREA RAPID TRANSIT                  )
   DISTRICT; GARY GEE, in his official     )
18 capacity as CHIEF OF POLICE for BAY     )
   AREA RAPID TRANSIT DISTRICT;            )
19 DOROTHY DUGGER, in her official         )
   capacity as GENERAL MANAGER for         )
20 BART; JOHANNES MEHSERLE,                )
21 individually and in his official capacity as )
   a police officer for BART; ANTHONY      )
22 PIRONE, individually and in his         )
   personal capacity as a police officer for )
23 BART; MARYSOL DOMENICI,                 )
24 individually and in her official capacity )
   as a police officer for BART; and DOES  )
25 1-50, inclusive,                        )
                                           )
26       Defendants.                       )
27
28 ///

                                    0
---
DECLARATION OF MICHAEL L. RAINS IN SUPPORT OF MOTION TO COMPEL FURTHER
              DEPOSITION TESTIMONY OF CARLOS REYES

I, Michael L. Rains, declare as follows:

1. I am an attorney at law licensed to practice before this Court, and the attorney representing Defendant Johannes Mehserle as an individual in this action.

2. The attorneys in this action representing the plaintiffs and the defendants had originally agreed to take depositions of plaintiff/witnesses to the January 1, 2009 shooting of Oscar Grant by former Police Officer Johannes Mehserle during the week commencing December 7, 2009.

3. Specifically, and according to the calendar I maintain concerning this case, the deposition of plaintiff/witness Jack Bryson, Jr., had been tentatively set to occur on Monday, December 7, 2009; the deposition of plaintiff/witness Nigel Bryson had been tentatively set to occur on Tuesday, December 8, 2009; the deposition of plaintiff/witness Carlos Reyes had been tentatively set to occur on Wednesday, December 9, 2009; the deposition of plaintiff/witness Michael Greer had been tentatively set to occur on Friday, December 11, 2009.

4. On the evening of Sunday, December 6, 2009, defense counsel, including myself, learned for the very first time that Jack Bryson would not be produced for his scheduled deposition on the morning of Monday, December 7th. We were also advised that plaintiffs' counsel could not produce any of the other plaintiff/witnesses on December 7th, so no depositions occurred on that date.

5. On the evening of Monday, December 7th, I became quite ill with flu-like symptoms which produced dizziness and vomiting.

6. At approximately 7:00 p.m., I requested Attorney Ellen Rosenbluth of this office to attempt to contact other defense counsel to advise them of my illness and my probable inability to attend the deposition scheduled for Tuesday, December 8th. Ms. Rosenbluth contacted my wife later in the evening on the 7th and advised her that the deposition on the 8th had been continued by agreement of the parties.

7. I learned on Tuesday, December 8th that the deposition of Carlos Reyes would occur as scheduled on Wednesday, December 9th. In discussing this decision with co-counsel, it was determined that Mr. Reyes' deposition would consume a fairly considerable amount of

1

**DECLARATION OF MICHAEL L. RAINS IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY OF CARLOS REYES**

time, and it was unlikely that it could be concluded in a single day. It was my belief that I would still have an opportunity to ask questions of Mr. Reyes on a second day of his deposition.

8. I have discussed with Dale Allen the testimony elicited thus far from Mr. Reyes concerning the event in question. Based upon those discussions, I believe I have no more than two-and-one-half hours of deposition questions to ask Mr. Reyes.

9. Given the difficulty all counsel have had coordinating schedules to get these very important depositions done, I understand why my sudden illness on the evening of December 7th did not result in the cancellation of a deposition set the next day. However, from the standpoint of defending Johannes Mehserle, the testimony of Carlos Reyes is extremely important.

10. At issue is whether Mr. Mehserle's shooting of Mr. Grant was intentional, as claimed by the plaintiffs in this case, or was an accident resulting from Mr. Mehserle inadvertently grabbing his firearm instead of his taser.

11. Mr. Reyes, in his initial interview with BART Police officials and in subsequent statements made to other police officers, has indicated that he believed the shooting of Mr. Grant was "accidental." This is an extremely important issue which needs to be explored with Mr. Reyes.

12. Also, Mr. Reyes was in a position to see a great deal of the interaction between Mr. Mehserle and Mr. Grant, as Mr. Reyes was seated only approximately five feet from where Mr. Mehserle was attempting to subdue Mr. Grant and where the actual shooting occurred. To deprive Mr. Mehserle or his counsel of an opportunity to depose an important percipient witness such as Mr. Reyes under the circumstances of this case would deprive me of my ethical obligation to provide my client a legally sufficient defense in this case, where the plaintiffs seek punitive damages for Mr. Mehserle's claimed intentional shooting of Mr. Grant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2009.

Michael L. Rains

2

**DECLARATION OF MICHAEL L. RAINS IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY OF CARLOS REYES**