UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, ET AL., | No. C 09-00901 MHP (JCS) |
| Plaintiff(s), | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

On January 19, 2010, Defendants Anthony Pirone and Marysol Domenci filed a request to be excused from personally appearing at the settlement conference scheduled for January 26, 2010. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, IT IS HEREBY ORDERED that Anthony Pirone and Marysol Domenci be available by telephone from 9:30 a.m., Pacific Standard Time until further notice on January 26, 2010.

If the Court concludes that the absence of Anthony Pirone and Marysol Domenci is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Anthony Pirone and Marysol Domenci.

IT IS SO ORDERED.

Dated: January 20, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge