| | |
|---|---|
| 1 | DALE L. ALLEN, JR., #145279 |
|   | LINDA MEYER, # 118190 |
| 2 | DIRK D. LARSEN, # 246028 |
|   | LOW, BALL & LYNCH |
| 3 | 505 Montgomery Street, 7th Floor |
|   | San Francisco, California  94111-2584 |
| 4 | Telephone  (415) 981-6630 |
|   | Facsimile   (415) 982-1634 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | BAY AREA RAPID TRANSIT DISTRICT and |
|   | GARY GEE in his official capacity as CHIEF OF POLICE |
| 7 | for BAY AREA RAPID TRANSIT DISTRICT |
|   | Email: dallen@lowball.com |
| 8 | Email: lmeyer@lowball.com |
|   | Email: dlarsen@lowball.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.,<br><br>                Plaintiffs,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>                Defendants. | CASE NO.: C09-00901  MHP<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS BAY AREA RAPID TRANSIT DISTRICT AND CHIEF GARY GEE'S MOTION TO ALLOW ADDITIONAL TIME FOR DEPOSITIONS (F.R.C.P. 30(d)(1))<br><br>Date:       ~~February 1, 2010~~<br>Time:     ~~2:00 p.m~~.  Hearing VACATED<br>Courtroom: 15, 18th Floor<br><br>Judge:     Hon. Marilyn Hall Patel |

The motion of defendants BAY AREA RAPID TRANSIT DISTRICT and CHIEF GARY GEE (collectively "Defendants") to allow additional time for all defendants to take the depositions of Carlos Reyes, Jack Bryson and Michael Greer, witnesses in the present matter and plaintiffs in the related case of C 09-04835 MHP, *Bryson et al v. Gee et al*, ~~came on regularly for hearing on February 1, 2010, in~~ was submitted on the papers the the court finding no need for oral argument.   /s/MHP

-1-

1  ~~Courtroom 15 of the above-entitled C~~ourt.

2  Having considered the papers with regard to this motion, ~~and after oral argumen~~t, the Court finds

3  that good cause exists for granting said motion and, accordingly, HEREBY ORDERS:

4      1.    That Defendants' motion is GRANTED;

5      2.    That all defendants are allowed three hours beyond F.R.C.P. 30(d)(1)'s presumptive limit

6  of one seven-hour day for the deposition of Carlos Reyes;

7      3.    That all defendants are allowed three hours beyond F.R.C.P. 30(d)(1)'s presumptive limit

8  of one seven-hour day for the deposition of Jack Bryson;

9      4.    That all defendants are allowed three hours beyond F.R.C.P. 30(d)(1)'s presumptive limit

10 of one seven-hour day for the deposition of Michael Greer.

11 IT IS SO ORDERED.

12

13 Dated:   1/29/10 _____.

14

15

          _____

16           HON. MARILYN HALL PATEL
          U.S. DISTRICT JUDGE

17     5.    There shall be no speaking objections; objections shall be briefly stated; counsel shall not engage in colloquies on the record during the deposition and questions already propounded and

18 answered shall not be repeated. Witnesses shall not be instructed not to answer; The brief statements of objection is sufficient to protect the record and then the witness shall be instructed

19 to answer.

          /s/MHP

(Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel)