| | |
|---|---|
| DALE L. ALLEN, JR., # 145279<br>LINDA MEYER, # 118190<br>DIRK D. LARSEN, # 246028<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California 94111-2584<br>Telephone  (415) 981-6630<br>Facsimile  (415) 982-1634<br><br>Attorneys for Defendants<br>BAY AREA RAPID TRANSIT DISTRICT;<br>GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRAINST DISTRICT<br>Email: dallen@lowball.com<br>Email: lmeyer@lowball.com<br>Email: dlarsen@lowball.com | JOHN L. BURRIS, # 69888<br>ADANTE D. POINTER, # 236229<br>LAW OFFICES OF JOHN L. BURRIS<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone   (510) 839-5200<br>Facsimile:  (510) 839-3882<br><br>Attorneys for Plaintiffs<br>WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.<br><br>Email: john.burris@johnburrislaw.com<br>Email: adante.pointer@johnburrislaw.com |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.,<br><br>            Plaintiffs,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER, in her official capacity as GENERAL MANAGER for BART; JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: C09-00901  MHP<br><br>STIPULATION OF DISMISSAL |

-1-
STIPULATION OF DISMISSAL

Plaintiff SOPHINA MESA as Guardian ad Litem of minor, T.G. ("Plaintiff"), and defendant BAY AREA RAPID TRANSIT DISTRICT ("BART") and all individual defendants, by and through their respective counsel, hereby stipulate as follows:

(1) That, pursuant to settlement agreement, BART is to pay Plaintiff the sum of ONE MILLION FIVE-HUNDRED THOUSAND DOLLARS AND NO/100's ($1,500,000.00), such payment not to constitute an admission of liability on the part of any defendant in this matter.

(2) That Plaintiff is to dismiss all claims against all defendants with prejudice, each side to bear their own costs and attorney's fees;

(3) That the settlement agreement be subject to the Court's approval of a minor's compromise providing for the disbursement of the funds named in (1) in accordance with the laws of the State of California;

(4) That Plaintiff's dismissal of all claims against all defendants take effect immediately upon the Court's approval described in (3).

IT IS SO STIPULATED.

Dated: January 27, 2010.

LAW OFFICES OF JOHN L. BURRIS

By _____
JOHN L. BURRIS
ADANTÉ D. POINTER
Attorneys for Plaintiffs
WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.

///
///
///
///
///

1  
2 (STIPULATION — CONTINUED)  
3  
4     Dated: January 27, 2010.  
5  
6                                         LOW, BALL & LYNCH  
7  
8                                         By _____
                                          DALE L. ALLEN, JR.
9                                         LINDA MEYER
                                          DIRK D. LARSEN
10                                        Attorneys for Defendants
                                          BAY AREA RAPID TRANSIT DISTRICT and
11                                        GARY GEE in his official capacity as CHIEF OF
                                          POLICE for BAY AREA RAPID TRANSIT
12                                        DISTRICT; DOROTHY DUGGER in her official
                                          capacity as GENERAL MANAGER for BAY
13                                        AREA RAPID TRANSIT DISTRICT

     2/8/2010



IT IS SO ORDERED
Judge Marilyn H. Patel