JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAT J. GRANT III, SOPHINA MESA as guardian ad litem of minor, T.G.<br><br>Plaintiffs,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; ROBERT GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; LISA DOMINICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>Defendants.<br>/ | Case No. C09-cv-00901 MHP<br><br>STIPULATION FOR AN ORDER SHORTENING TIME FOR HEARING ON PETITION FOR AN ORDER APPROVING COMPROMISE OF CLAIMS OF MINOR T.G.<br><br>Proposed Date: March 15, 2010<br>Time: 2:00 p.m.<br>Judge: Marilyn Hall Patel |

/

1

STIP. & ORDER RE: SHORTENING TIME FOR HEARING ON PETITION FOR ORDER APPROVING MINOR'S COMPROMISE

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE that the hearing on Plaintiff's Petition for an Order Approving Compromise of Claims of Minor T.G. shall be heard on shortened time due to the fact that the annuity which will constitute the settlement funds to be paid to the minor will need to be purchased by the BAY AREA RAPID TRANSIT DISTRICT by no later than April 1, 2010, in order to guarantee the present value and payment schedules that have been tentatively agreed to by the parties subject to this Court's Order. The Plaintiff's Petition for Approval of the Minor's Compromise is attached and incorporated herein by reference as Exhibit 1.

Therefore, the parties do hereby stipulate and agree that the hearing on the Plaintiff's Petition for Approval of Minors' Compromises shall be held March 15, 2010, at 2 p.m. and Defendants do hereby waive the 35-day notice requirement.

February 26, 2010

_____
ADANTE D. POINTER
Law Offices of John L. Burris
Attorneys for Plaintiffs

February ____, 2010

_____
DALE ALLEN
LOW, BALL & LYNCH
Attorneys for Defendant BAY AREA RAPID TRANSIT DISTRICT and GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT

February ____, 2010

_____
MICHAEL L. RAINS
RAINS, LUCIA & STERN
Attorneys for Defendant
JOHANNES MEHSERLE

2

1   THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY
2   STIPULATE AND AGREE that the hearing on Plaintiff's Petition for an Order Approving
3   Compromise of Claims of Minor T.G. shall be heard on shortened time due to the fact that the
4   annuity which will constitute the settlement funds to be paid to the minor will need to be purchased
5   by the BAY AREA RAPID TRANSIT DISTRICT by no later than April 1, 2010, in order to
6   guarantee the present value and payment schedules that have been tentatively agreed to by the parties
7   subject to this Court's Order. The Plaintiff's Petition for Approval of the Minor's Compromise is
8   attached and incorporated herein by reference as Exhibit 1.

9   Therefore, the parties do hereby stipulate and agree that the hearing on the Plaintiff's Petition
10  for Approval of Minors' Compromises shall be held March 15, 2010, at 2 p.m. and Defendants do
11  hereby waive the 35-day notice requirement.

14  February 26, 2010                      /s/
                                            ADANTE D. POINTER
                                            Law Offices of John L. Burris
                                            Attorneys for Plaintiffs

18  February 26, 2010
                                            _____
                                            DALE ALLEN
                                            LOW, BALL & LYNCH
                                            Attorneys for Defendant BAY AREA RAPID
                                            TRANSIT DISTRICT and GARY GEE in his official
                                            capacity as CHIEF OF POLICE for BAY AREA
                                            RAPID TRANSIT DISTRICT

25  February 26, 2010
                                            _____
                                            MICHAEL L. RAINS
                                            RAINS, LUCIA & STERN
                                            Attorneys for Defendant
                                            JOHANNES MEHSERLE

                                             2

STIP. & ORDER RE: SHORTENING TIME FOR HEARING ON PETITION FOR ORDER APPROVING MINOR'S COMPROMISE

1 MARCH 2010
~~February ____, 2010~~

_____
ALISON BERRY WILKINSON
BERRY WILKINSON LAW GROUP
Attorney for Defendant
MARYSOL DOMENICI

February ____, 2010

_____
WILLIAM R. RAPOPORT
LAW OFFICES OF WILLIAM R. RAPOPORT
Attorneys for Defendant
ANTHONY PIRONE

**ORDER**

**IT IS SO ORDERED.**

March 3, 2010
~~February ____, 2010~~

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

3

**STIP. & ORDER RE: SHORTENING TIME FOR HEARING ON PETITION FOR ORDER APPROVING MINOR'S COMPROMISE**