JOHN L. BURRIS, Esq./ State Bar #69888
ADANTE D. POINTER, Esq./ State Bar #236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAT J. GRANT III, SOPHINA MESA as guardian ad litem of minor, T.G.,<br><br>Plaintiffs,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; ROBERT GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; LISA DOMINICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>Defendants.<br>_____/ | CASE NO.: C09-cv-00901 MHP<br><br>**PETITION AND (PROPOSED) ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL** |

## PETITION

WHEREAS Plaintiff has filed a Petition to Approve Minor's Compromise and (Proposed) Order in this matter, with the documents containing confidential information pertaining to said Minor Plaintiff in the above-entitled action, Plaintiff moves the Court to allow the above referenced documents to be filed under seal pursuant to Local Rule 79-5.

February 26, 2010

Respectfully submitted,
LAW OFFICES OF JOHN L. BURRIS

/S/
_____
ADANTE D. POINTER
Attorneys for Plaintiffs

## ~~(PROPOSED)~~ ORDER

THE PETITION and (PROPOSED) ORDER APPROVING MINOR'S COMPROMISE pertaining to the above-entitled action are herewith ordered filed under seal pursuant to Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: 3/3/2010



Honorable _____
United States Judge Marilyn H. Patel

IT IS SO ORDERED

PETITION & (PROPOSED) ORDER TO FILE DOCUMENTS UNDER SEAL
Case No. C09-cv-00901 MHP
2