**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian Ad Litem of minor, T.G.<br><br>Plaintiffs,<br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>Defendants.<br>_____/ | Case No. C 09-cv-00901 MHP<br><br>**AMENDED PETITION AND [~~PROPOSED~~] ORDER TO COMPROMISE MINOR PLAINTIFF T.G.'S CLAIM**<br><br>Proposed Date: March 15, 2010<br>Time: 2:00 p.m.<br>Judge: Marilyn Hall Patel<br><br><br><br>**REDACTED FOR E-FILING** |

Petitioner SOPHINA MESA respectfully represents and requests:

1. Petitioner SOPHINA MESA is the natural mother of minor plaintiff T.G. She has custody of the minor plaintiff. Minor Plaintiff T.G. is the daughter of decedent Oscar Grant, and was born in the year 2004.

2. Minor Plaintiff has causes of action against the named defendants herein on which a lawsuit was brought in this court for violation of civil rights under Federal and State statutes.

3. Minor Plaintiff's causes of action arise out of the death of decedent Oscar Grant during a detention and arrest which occurred on January 1, 2009. As alleged in the Complaint, Minor Plaintiff suffered the loss of her relationship with her father, caused by the use of deadly force against decedent by Defendant Officers.

4. Plaintiff Sophina Mesa as guardian ad litem for T.G. and Defendants have reached a settlement in this matter. The total settlement is in the amount of $1,500,00.00. Minor Plaintiff T.G.'s settlement will be structured as set forth below.

| | | |
|---|---|---|
| a. T.G. : | $ | 1,500,000.00 |
| Attorneys Fees (25%) : | $ | 375,000.00 |
| Share of Costs : | $ | 36,573.19 |
| Total Net Settlement : | $ | 1,088,426.81 |

Respectfully submitted,

Dated: March 16, 2010            LAW OFFICES OF JOHN L. BURRIS

/s/ Adanté D. Pointer
ADANTÉ D. POINTER
Attorney for Plaintiffs

## **ORDER**

Good cause being shown, this court hereby makes the following orders:

1. The Petition for the Approval of the Compromise of Minor T.G.'s claims submitted by Petitioner Sophina Mesa as guardian ad litem for T.G. is approved;

2. T.G.'s claims against the Defendants are hereby compromised in consideration of $1,500,000.00.

3. $375,000.00 of the $1,500,000.00 total settlement amount is to be paid to the Law Offices of John L. Burris for attorney fees.

4. $36,573.19 of the total settlement amount is to be paid to the Law Offices of John L. Burris for costs and expenses.

**IT IS SO ORDERED.**

Dated: 3/18/2010



HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE