**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 2, 2010

Case No.   C 09-0901  MHP            Judge: MARILYN H. PATEL
           C 09-4014  MHP
           C 09-4835  MHP
           C 10-0005  MHP

Title: WANDA JOHNSON et al        -v-    BAY AREA RAPID TRANSIT DISTRICT et al
       OSCAR JULIUS GRANT JR  -v-    BAY AREA RAPID TRANSIT DISTRICT et al
       JACK BRYSON JR et al       -v-    BAY AREA RAPID TRANSIT DISTRICT et al
       JOHNTUE CALDWELL       -v-    BAY AREA RAPID TRANSIT DISTRICT et al

Attorneys:  Plf:  John Burris, Adante Pointer, Panos Lagos, Shimea Anderson
            Dft: Dale Allen Jr, William Rappaport, Alison Berry Wilkens, Michael Raines

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Further Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

After further discussion, Court orders that C 10-0005 MHP is related to C 09-0901 MHP, C 09-4014 MHP, and C 09-4835 MHP, and consolidates all actions to C 09-0901 MHP for further pretrial proceedings subject to Court's consideration re method of trial;

Jury Trial reserved for 5/3/2011 at 8:30 a.m.
Final Dispositive motions to be heard not later than 3/14/2011 at 2:00 p.m.