| | |
|---|---|
| DALE L. ALLEN, JR., # 145279<br>LINDA MEYER, # 118190<br>DIRK D. LARSEN, # 246028<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California  94111-2584<br>Telephone  (415) 981-6630<br>Facsimile  (415) 982-1634<br>Email: dallen@lowball.com<br>Email: lmeyer@lowball.com<br>Email: dlarsen@lowball.com<br><br>Attorneys for Defendants<br>BAY AREA RAPID TRANSIT DISTRICT,<br>GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, and DOROTHY DUGGER<br>in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRANSIT DISTRICT | JOHN L. BURRIS, # 69888<br>ADANTE D. POINTER, # 236229<br>LAW OFFICES OF JOHN L. BURRIS<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone  (510) 839-5200<br>Facsimile:  (510) 839-3882<br>Email: john.burris@johnburrislaw.com<br>Email: adante.pointer@johnburrislaw.com<br><br>Attorneys for Plaintiffs<br>WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G., FERNANDO ANICETE, JR., JACK BRYSON, JR., NIGEL BRYSON, MICHAEL GREER, and CARLOS REYES |
| ALISON BERRY WILKINSON, # 135890<br>BERRY WILKINSON LAW GROUP<br>4040 Civic Center Drive, Suite 200<br>San Rafael, CA 94903<br>Telephone  (415) 259-6638<br>Facsimile  (866) 578-1333<br>Email: alison@berrywilkinson.com<br><br>Attorney for Defendant<br>MARYSOL DOMENICI | WILLIAM R. RAPOPORT, # 47086<br>LAW OFFICES OF WILLIAM R. RAPOPORT<br>634 Bair Island Road, Suite 400<br>Redwood City, CA 94063<br>Telephone  (650) 340-7107<br>Facsimile  (650) 572-1857<br>Email: williamrapoport@yahoo.com<br><br>Attorney for Defendant<br>ANTHONY PIRONE |
| MICHAEL L. RAINS, # 91013<br>RAINS LUCIA STERN, P.C.<br>2300 Contra Costa Boulevard<br>Pleasant Hill, CA 94523<br>Telephone  (925) 609-1699<br>Facsimile  (925) 609-1690<br>Email: Mrains@rslawyers.com<br>Email: Erosenbluth@rslawyers.com<br><br>Attorneys for Defendant<br>JOHANNES MEHSERLE | PANOS LAGOS, #61821<br>LAW OFFICES OF PANOS LAGOS<br>5032 Woodminster Lane<br>Oakland, California 94602<br>Telephone  (510) 530-4078<br>Facsimile  (510) 530-4725<br>Email:  panoslagos@aol.com<br><br>Attorneys for Plaintiff<br>OSCAR J. GRANT, JR. |

SHIMEA C. ANDERSON, # 234717
LAW OFFICE OF SHIMEA C. ANDERSON
385 Grand Avenue, Suite 201
Oakland, CA 94610
Phone: (510) 208-2800
Fax: (510) 280-0830
Email: Shimealaw@gmail.com

Attorneys for Plaintiff
JOHN TU CALDWELL

-1-

STIPULATION AND [PROPOSED] ORDER SETTING PRE-TRIAL DATES

J:\1752\SF0208\Pleadings\P-stip-pretrial-dates-3.doc   Case No. C09-00901 MHP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, et al., | Case No.: C09-00901 MHP |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER SETTING PRE-TRIAL DATES |
| vs. | |
| BAY AREA RAPID TRANSIT DISTRICT, et al., | |
| Defendants. | |

Pursuant to the Court's order at the August 9, 2010 Status Conference, the parties to the above-entitled action hereby stipulate to the following pre-trial dates and respectfully request that the Court enter an order setting such dates:

| | |
|---|---|
| Expert discovery cut-off: | February 25, 2011; |
| Last day to file expert discovery motions: | February 25, 2011; |
| Dispositive motion hearing: | March 14, 2011 (pursuant to Court's order of August 9, 2010); |
| Non-expert discovery cut-off: | January 7, 2011; |
| Last day to file non-expert discovery motions: | January 7, 2011; |
| Expert disclosure and reports: | January 21, 2011; |
| Exchange of non-expert witness lists: | December 10, 2010. |

///
///
///
///
///
///
///
///
///

SO STIPULATED.

Dated: September 9, 2010.

                      LOW, BALL & LYNCH

By    /s/
    DALE L. ALLEN, JR.
    LINDA MEYER
    DIRK D. LARSEN
    Attorneys for Defendants
    BAY AREA RAPID TRANSIT DISTRICT,
    GARY GEE in his official capacity as CHIEF OF
    POLICE for BAY AREA RAPID TRANSIT
    DISTRICT and DOROTHY DUGGER in her
    official capacity as GENERAL MANAGER for
    BAY AREA RAPID TRANSIT DISTRICT

Dated: September 9, 2010.

                      RAINS, LUCIA & STERN

By    /s/
    MICHAEL L. RAINS
    Attorneys for Defendant
    JOHANNES MEHSERLE

Dated: September 9, 2010.

                      BERRY WILKINSON LAW GROUP

By    /s/
    ALISON BERRY WILKINSON
    Attorney for Defendant
    MARYSOL DOMENICI

///
///
///
///

Dated: September 9, 2010.

        LAW OFFICES OF WILLIAM R. RAPOPORT

By   /s/
    WILLIAM R. RAPOPORT
    Attorneys for Defendant
    ANTHONY PIRONE

Dated: September 9, 2010.

        LAW OFFICES OF JOHN L. BURRIS

By   /s/
    JOHN L. BURRIS
    ADANTÉ D. POINTER
    Attorneys for Plaintiffs
    WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G., FERNANDO ANICETE, JR., JACK BRYSON, JR., NIGEL BRYSON, MICHAEL GREER, and CARLOS REYES

Dated: September 9, 2010.

        LAW OFFICES OF PANOS LAGOS

By   /s/
    PANOS LAGOS
    Attorneys for Plaintiff
    OSCAR GRANT, JR.

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER SETTING PRE-TRIAL DATES

J:\1752\SF0208\Pleadings\P-stip-pretrial-dates-3.doc        Case No. C09-00901 MHP

1  Dated: September 9, 2010.

2                                           LAW OFFICE OF SHIMEA C. ANDERSON

4                                           By_____/s/_____
5                                              SHIMEA C. ANDERSON
                                               Attorneys for Plaintiff
6                                              JOHN TU CALDWELL

7  IT IS SO ORDERED.

9  Dated: September 14, 2010.

IT IS SO ORDERED

Judge Marilyn H. Patel

-5-
STIPULATION AND [PROPOSED] ORDER SETTING PRE-TRIAL DATES