DALE L. ALLEN, JR., #145279
LINDA MEYER, # 118190
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT;
GARY GEE in his official capacity as CHIEF OF POLICE
for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER
in her official capacity as GENERAL MANAGER for
BAY AREA RAPID TRANSIT DISTRICT
Email: dallen@lowball.com
Email: lmeyer@lowball.com
Email: dlarsen@lowball.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G. <br><br> Plaintiffs, <br><br> vs. <br><br> BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER, in her official capacity as GENERAL MANAGER for BART; JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO.: C09-00901 MHP <br><br> **STIPULATION TO MANDATORY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE JOSEPH C. SPERO ON DECEMBER 1, 2010 AND DECEMBER 2, 2010.** |

By Order of Judge Patel at the Joint Case Management Conference of August 9, 2010, an Order of Consolidation was issued to the following cases:

-1-

1    Wanda Johnson vs Bay Area Rapid Transit District, et al., C 09-0901 MHP;

2    Oscar Julius Grant, Jr. vs Bay Area Rapid Transit District, et al.,C 09-4014 MHP;

3    Jack Bryson Jr., et al. vs Bay Area Rapid Transit District, et al., C 09-4835 MHP;

4    Jontue Caldwell vs Bay Area Rapid Transit District, et al. C 10-0005 MHP

By agreement of the parties, the Consolidated Matter was referred to Magistrate Judge Joseph C. Spero for further settlement conference. Based on the availability of Magistrate Judge Spero, the parties hereby stipulate that the matter of Wanda Johnson vs Bay Area Rapid Transit District, et al. will resume settlement conference on December 1, 2010 at 9:30 a.m. The matters of Jack Bryson Jr., et al. vs Bay Area Rapid Transit District, et al., and Jontue Caldwell vs Bay Area Rapid Transit District, will commence on December 2, 2010 at 9:30 a.m. The remaining matter of Oscar Julius Grant, Jr. vs Bay Area Rapid Transit District, et al. will be set for a date to be determined.

The court has also ordered that settlement conference statements are to be filed in pdf format directly to the court at JCSPO@cand.uscourts.gov along with a hard copy to Magistrate Judge Spero's chambers, pursuant to the deadline under Local Rules.

**IT IS HEREBY STIPULATED.**

Dated: September 10, 2010.          LOW, BALL & LYNCH

                                    By_____/s/_____
                                       DALE L. ALLEN, JR.
                                       Attorneys for Defendants
                                       BAY AREA RAPID TRANSIT DISTRICT;
                                       GARY GEE in his official capacity as CHIEF OF
                                       POLICE for BAY AREA RAPID TRANSIT
                                       DISTRICT; DOROTHY DUGGER in her official
                                       capacity as GENERAL MANAGER for BAY AREA
                                       RAPID TRANSIT DISTRICT

///

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 10, 2010. | LAW OFFICES OF JOHN L. BURRIS |
| 3 | | |
| 4 | | By /s/ |
| | | JOHN L. BURRIS, ESQ. |
| 5 | | ADANTE D. POINTER, ESQ. |
| | | Attorneys for Plaintiffs (Wanda Johnson Mother of Deceased Oscar Grant, et al.) |
| 6 | | |
| 7 | | |
| 8 | Dated: September 10, 2010. | LAW OFFICES OF JOHN L. BURRIS |
| 9 | | |
| 10 | | By /s/ |
| | | JOHN L. BURRIS, ESQ. |
| 11 | | ADANTE D. POINTER, ESQ. |
| | | Attorneys for Plaintiff Jack Bryson, Jr. |
| 12 | | |
| 13 | Dated: September 10, 2010. | LAW OFFICES OF WILLIAM R. RAPOPORT |
| 14 | | By /s/ |
| 15 | | WILLIAM R. RAPOPORT, ESQ. |
| | | Attorneys for Defendant Anthony Pirone |
| 16 | | |
| 17 | Dated: September 10, 2010. | BERRY WILKINSON LAW GROUP |
| 18 | | |
| 19 | | By /s/ |
| 20 | | ALISON BERRY WILKINSON, ESQ. |
| | | Attorneys for Defendant Officer Marysol Domenici |
| 21 | | |
| 22 | Dated: September 10, 2010 | RAINS, LUCIA & STERN, LLP |
| 23 | | |
| 24 | | By /s/ |
| | | MICHAEL R. RAINS, ESQ. |
| 25 | | Attorneys for Defendant Johannes Mehserle |

-3-

STIPULATION TO MANDATORY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE SPERO
J:\1752\SF0208\Pleadings\P-Stip Re Consolidation.wpd   USDC CASE NO. 3:09-cv-00901 MHP

1 | Dated: September 10, 2010. | LAW OFFICES OF PANOS LAGOS

2

3 | | By    /s/
4 | |     PANOS LAGOS, ESQ.
    Attorneys for Plaintiff Oscar Julius Grant, Jr.

5

6 | Dated: September 10, 2010. | LAW OFFICE OF SHIMEA C. ANDERSON

7

8 | | By    /s/
    SHIMEA C. ANDERSON, ESQ.
9 | |     Attorneys for Plaintiff John Tu Caldwell

10 .

12 Dated: 9/16/10

IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-4-