```
DALE L. ALLEN, JR., #145279
LINDA MEYER, # 118190
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone  (415) 981-6630
Facsimile   (415) 982-1634

Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT;
GARY GEE in his official capacity as CHIEF OF POLICE
for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER
in her official capacity as GENERAL MANAGER for
BAY AREA RAPID TRANSIT DISTRICT
Email: dallen@lowball.com
Email: lmeyer@lowball.com
Email: dlarsen@lowball.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER, in her official capacity as GENERAL MANAGER for BART; JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:   C 09-0901 MHP<br>　　　　　　　C 09-4014 MHP<br>　　　　　　　C 09-4835 MHP<br>　　　　　　　C 10-0005 MHP<br><br>DEFENDANTS' WITNESS DISCLOSURE<br><br>Date:　December 10, 2010<br><br>Judge: Marilyn H. Patel<br><br>Trial Date:　May 2, 2011 |

/ / /

/ / /

-1-
DEFENDANTS' WITNESS DISCLOSURE AND NON-RETAINED EXPERT WITNESS DISCLOSURE
J:\1752\SF0208\TRIAL\WIT-DISC.wpd                                            USDC CASE NO. 3:09-cv-00901 MHP

## BARTD EMPLOYEE WITNESSES

1. Lieutenant Andy Alkire
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

2. Sergeant Ed Alvarez
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

3. Detective Tanika Carter
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

4. Detective Joel Enriquez
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

5. Officer Noel Flores
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

6. Lieutenant Kevin Forte
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

7. Lieutenant Kevin Franklin
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

8. Sergeant Al Fueng
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

9. Commander Travis Gibson
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

10. Officer Jon Guerra
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

11. Officer Ed Hawkins
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

12. Officer Anise McNack
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

13. Officer Stewart Lehman
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

14. Lieutenant Frank Lucarelli
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

15. Sergeant John Sandoval
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

16. Officer Paul Slavinski
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

17. Commander Maria White
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

18. Officer Jon Woffinden
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

19. Detective Mike Maes
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

20. Officer Terry Foreman
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

21. Detective Tom Smith
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

22. Officer Mark MacAulay
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

23. Officer Jaswant Sekhon
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

24. BARTD Police Department Dispatcher Jason Devera
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

25. BARTD Police Department Dispatcher Rosemarie Oliva
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

26. BARTD Records Supervisor Justin Morgan
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

DEFENDANTS' WITNESS DISCLOSURE AND NON-RETAINED EXPERT WITNESS DISCLOSURE
J:\1752\SF0208\TRIAL\WIT-DISC.wpd
USDC CASE NO. 3:09-cv-00901 MHP

27. Officer Mike Williams
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

28. Sergeant Dave Chlebowski
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

29. Officer W. Maloney
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

30. Station Agent Rachel Powe
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

31. Officer L. Olsen
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

32. Officer B. Moore
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

33. Sergeant Paul Garcia
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

34. Sergeant Eugene Wong
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

35. Gary Hession
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

36. Officer Stewart Lehman
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

## NON-BARTD EMPLOYEE WITNESSES

37. Colleen Liang
    22679 Canyon Terrace
    Castro Valley, CA

38. Michelle Yvette Brice
    1584 – 164th Avenue # 20
    San Leandro, CA
    (510) 754-4457

39. Pamela Ann Caneva
    38089 Canyon Heights
    Fremont, CA

40. Lydia Joyce Clay
    1142 Shady Dale
    Campbell, CA

41. Zachary Jon Crooks
    3900 Bruener
    Sacramento, CA
    (916) 600-5895

42. Tommy Lee Cross, Jr
    16592 Los Banos
    San Leandro, CA
    (510) 356-7315

43. Lynda Ellen Kiersted
    570 Bluefield Lane
    Hayward, CA
    (510) 333-5145

44. Christopher Daniel Pagan
    31681 Greenbrier
    Hayward, CA
    (510) 471-6663

45. Alika Rachelle Rogers
    640 – 143rd Avenue
    Oakland, CA
    (916) 600-5571

46. Matthew Alan Schirmer
    533 Cornell
    San Lorenzo, CA
    (510) 305-4998

47. Marcus Chaperon Torres
    22679 Canyon Terrace
    Castro Valley, CA
    (408) 316-7667

48. Michael Paul Turay
    2309 Firwood Ct.
    Discovery Bay, CA
    (510) 895-7668

49. Karina Noemy Vargas
    496 A Street
    Hayward, CA

50. Agnes Zafiratos
    25519 So. Gold Ridge Dr.
    Castro Valley, CA
    (510) 891-6201

51. Dennis Zafiratos
    25519 So. Gold Ridge Dr.
    Castro Valley, CA
    (510) 891-6201

52. David Horowich
    Unknown at this time

53. Daniel Liu
    Unknown at this time

54. Sophina Mesa
    22783 Fuller Avenue
    Hayward, CA

55. Jamal Dewar
    Unknown at this time

56. Dave Clark
    Napa Valley Junior College

57. Sean McCann
    Napa Valley Junior College

58. Dr. Thomas Rogers
    Alameda County

59. Officer Alex Hidas
    San Leandro Police Department

60. Gerald Murphy
    Sierra Junior College

61. William Smothers
    California Department of Corrections

62. John Bent
    California Department of Corrections

63. Charles Rivers
    California Department of Corrections

///

///

///

64. Dave Rose
    12410 Erin Dr.
    Auburn, CA
    (530) 305-8035

Dated: December 10, 2010.

LOW, BALL & LYNCH

By _____
DALE L. ALLEN, JR.
Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT;
GARY GEE in his official capacity as CHIEF OF
POLICE for BAY AREA RAPID TRANSIT
DISTRICT; DOROTHY DUGGER in her official
capacity as GENERAL MANAGER for BAY
AREA RAPID TRANSIT DISTRICT

DEFENDANTS' WITNESS DISCLOSURE AND NON-RETAINED EXPERT WITNESS DISCLOSURE
J:\1752\SF0208\TRIAL\WIT-DISC.wpd
USDC CASE NO. 3:09-cv-00901 MHP