**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com

Attorneys for plaintiffs
WANDA JOHNSON, ET AL.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, ET AL., | No. C 09-00901 MHP (JCS) |
| Plaintiff(s), | |
| v. | **PLAINTIFFS' WITNESS DISCLOSURE STATEMENT** |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |

RELATED CASES:

| | |
|---|---|
| OSCAR JULIUS GRANT, JR. | Related Case No. C09-4014 MHP (JCS) |
| Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |
| JACK BRYSON, JR., ET AL. | Related Case No. C09-4835 MHP (JCS) |
| Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |

JOHNTUE CALDWELL,                               Related Case No. C10-0005 MHP (JCS)

      Plaintiff(s),

v.

BAY AREA RAPID TRANSIT DISTRICT, ET AL.,

      Defendant(s).

Pursuant to the Court's September 9, 2010 Pre-Trial Order, Plaintiffs hereby disclose their non-expert witnesses they may call to testify at trial.

**(A) PERCIPIENT WITNESSES TO INCIDENT**

1. Dylan Patrick Foley, 17 Dimick Street, Somerville Mass. 02143 (510) 522-4493
2. Jackie Bryson 2555 International Blvd., #307, Oakland, California 94601 (510) 258-5238
3. Michael Ray Greer, 2555 International Blvd., #307, Oakland, California (510) 415-5293
4. Johntue V. Caldwell, 4565 Pardee Fremont, California 94538 (510) 688-7049
5. Margarita M. Carazo 2076 Catalpa Way, Hayward, California 94545 (415) 713-3700
6. Carlos A. Reyes, 27763 Orlando Ave, Hayward, California (510) 586-5882
7. Nigel R. Bryson 1968 & 1921 Florida, Hayward, California 94545 (510) 732-2710
8. Fernando B. Anicete, 2648 Naples St, Hayward, California 9545 (510) 314-3653
9. Jamil D. Dewar, 1299 Homestead Lane, Hayward, California 94545 (510) 432-3295
10. Kristopher Raffety, 4849 E. Leisure Fresno, California 93727 (559) 441-3075
11. Tommy Lee Cross 16592 Los Banos Street San Leandro, California 94578 (510) 356-7315
12. Jahzeel Khalid Omar, (510) 918-8101
13. Ray Sena, (510) 508-5593
14. Lindsay Leigh Washington (510) 604-1557
15. Connor Flynn, Annapolis Naval Academy (978) 609-0565
16. Karina Vargas, 31038 Braeburn ave., Hayward, CA 94544, (510) 881-5921

17. Pamela Caneva, 38069 Canyon Heights, Fremont, CA 94538

18. Linda Kierstad - 570 Bluefield Ln., Hayward, CA 94541 (510) 333-5145

19. Daniel Liu (Unknown at this time)

20. Marcus Torres 22679 Canyon Terrace Dr., Castro Valley, CA 94552

21. Any and all percipient witnesses identified in any and all incident reports and/or investigatory reports prepared by the Alameda County District Attorney's Office

**(B) DECEDENT OSCAR GRANT'S MEDICAL SERVICE PROVIDERS ON DATE OF THE INCIDENT**

1. Dr. Aldon Harkin M.D., 1411 E.31st St., Oakland, CA (510) 437-4800

2. Dr. Joseph Dougherty, M.D., 1411 E.31st St., Oakland, CA (510) 437-4800

3. Ludwig Abaenza,, American Medical Response, San Leandro, CA 94577 (510) 895-7600

4. Sherry Mahoney, American Medical Response, San Leandro, CA 94577 (510) 895-7600

5. George Freelen III, Oakland Fire Dept., 47 Clay St., Oakland, CA 94607, (510) 238-6957

6. Thomas Avera Oakland Fire Dept., 47 Clay St., Oakland, CA 94607, (510) 238-6957

7. Scott Hellige, Oakland Fire Dept., 47 Clay St., Oakland, CA 94607, (510) 238-6957

8. Joshua Wojtkiewicz, Oakland Fire Dept., 47 Clay St., Oakland, CA 94607 (510) 238-6957

9. Thomas Rogers, M.D., Coroner's Bureau, 480 4th St., Oakland, CA 94607

**(C) PERSONS KNOWLEDGEABLE AS TO DEFENDANT MEHSERLE'S RACIAL ANIMOSITY & AGGRESSIVE CONDUCT**

1. Tonya Torres, Napa California (707) 337-2118

2. Maria Torres-Lopez, (707) 774-4177

3. Harold Theodore Desmond, 1634 -63[rd] Street #2, Oakland, California 94703 (510) 692-6203

4. Kenneth Carrethers, 1388 Sutter St., Suite 715, San Francisco, CA 94109

**(D) PLAINTIFF'S MEDICAL SERVICES PROVIDERS: CARLOS REYES**

1. Dr. Marlin Griffith, Ph.D 1305 Franklin Street Oakland, CA 94612-3213 (510) 287-5324

2. Veronica Acevedo, P.A., Tiburcio Vazquez Heath Clinic, 33255 Ninth St., Union City, CA, 94587 (510) 471-5880

3. Shirley Chan, N.P., Tiburcio Vazquez Heath Clinic, 33255 Ninth St., Union City, CA, 94587 (510) 471-5880

**(E) PLAINTIFF'S MEDICAL SERVICES PROVIDERS: MICHAEL GREER**

1. Dr. Marlin Griffith, Ph.D 1305 Franklin Street Oakland, CA 94612-3213 (510) 287-5324

2. Dr. Ramona Tascoe, M.D. - 90 Athol Ave., Oakland, CA 94606 (510) 763-2223

**(F) PLAINTIFF'S MEDICAL SERVICES PROVIDERS: JACK BRYSON JR.**

1. Dr. Marlin Griffith, Ph.D 1305 Franklin Street Oakland, CA 94612-3213 (510) 287-5324

2. Daniel Del Corso, Kaiser Hospital 3555 Whipple Road, Union City, CA 94587 (510) 675-2172

3. Jean Ann Carroll, N.P., Kaiser Hospital 3555 Whipple Road, Union City, CA 94587 (510) 675-2172

4. Sharan Basawprasad M.D. Kaiser Hospital 3555 Whipple Road, Union City, CA 94587 (510) 675-2172

5. Dean Chambers LCSW - 200 Embarcadero Cove, Oakland, CA 94606 (510) 567-8109

**(G) PLAINTIFF'S MEDICAL SERVICES PROVIDERS: NIGEL BRYSON**

1. Dr. Marlin Griffith, Ph.D 1305 Franklin Street Oakland, CA 94612-3213 (510) 287-5324

**(H) PLAINTIFF'S MEDICAL SERVICES PROVIDERS: FERNANDO ANICETE**

1. Dr. Marlin Griffith, Ph.D 1305 Franklin Street Oakland, CA 94612-3213 (510) 287-5324

**(I) PLAINTIFF'S MEDICAL SERVICES PROVIDERS: WANDA JOHNSON**

1. Dr. Kirkland, Kaiser Hospital 3555 Whipple Road, Union City, CA 94587

2. Dr. Ringo, Kaiser Hospital 3555 Whipple Road, Union City, CA 94587

3. Dr. Ramona Tascoe, M.D. - 90 Athol Ave., Oakland, CA 94606 (510) 763-2223

**(J) DECEDENT OSCAR GRANT'S FORMER EMPLOYER(S)**

1. Custodian of Records, Farmer Joe's Marketplace LP, 3426 Fruitvale Avenue, Oakland, CA 94602, (510) 482-8899

2. Jason Meyers - Farmer Joe's Marketplace LP, 3426 Fruitvale Avenue, Oakland, CA 94602, (510) 482-8899

3. Custodian of Records, Harman Management Group, 5544 South Green Street, Murray Utah, 84123, (801) 313-8000

**(K) <u>PERSONS UNKNOWN TO PLAINTIFF, KNOWN TO DEFENDANTS</u>**

1. Any other relevant witnesses whose names, addresses, and/or telephone numbers are discovered by the parties, either through discovery documents produced, or through any investigation conducted by any of the parties.  If any such witnesses are discovered, plaintiff's attorneys will inform defendants' counsel of said witnesses' names, addresses, and telephone numbers;

**(L) <u>PERSONS KNOWLEDGEABLE AS TO PLAINTIFF'S DAMAGES: WANDA JOHNSON</u>**

1. Cephus Johnson Jr., 1165 Adrian Way, San Jose, CA 95122, (510) 706-7558;

2. Charmine "Cookie" Jones, (510) 754-1304, 700 Fargo Ave #2, San Leandro, CA 94599

3. Kenneth Johnson, (310) 763-7175, 1615 N. Pearl Ave, Compton, CA 90221

4. Daryl Johnson, (510) 427-6832, 1335 Culver Pl., San Lorenzo, CA 94580

5. Vonnie Johnson, 27779 Coronado Way, Hayward, CA 94545(510) 427-6832

6. Sophina Mesa - Law Offices of John L. Burris, 7677 Oakport St,, Suite 1120, Oakland, CA 94612, 510.839.5200

7. Rosemary Hernandez - 714 Hayes Ave, #A, Livermore, CA 94550

8. Mariana Pangelina (Unknown at this time)

9. Pastor Alvin Rodgers - 28605 Ruus Road, Hayward, California 94544 510.786-2866

10. Zephoria Smith - 4565 Pardee Fremont, California 94538 (510) 688-7049

11. Pastor Gloria World -28605 Ruus Road, Hayward, California 94544 510.786-2866

12. Donna Smith (Unknown at this time)

**(M)     PERSONS KNOWLEDGEABLE AS TO PLAINTIFF'S DAMAGES: FERNANDO ANICETE**

1. Esther Bonifacio - 2050 Miramonte Ave, San Leandro, CA (510) 755-8805
2. Yolanda Turner - 245 Virginia St., Hayward, CA 94544 510-258-6190
3. Kenny Dymiya - 27475 Hesperian Blvd #128 Hayward, CA 94545-

**(N) PERSONS KNOWLEDGEABLE AS TO PLAINTIFF'S DAMAGES: MICHAEL GREER**

1. Tracie Cooper - 2590 Humboldt Dr., San Leandro, CA 94577- (510) 357-0958
2. Brienna Vihola, 900 143rd Ave., San Leandro, CA 94578
3. Deandre Randles - 6413 W. Magnolia St., Phoenix, AZ 84053, (623) 703-7343

**(O) PERSONS KNOWLEDGEABLE AS TO PLAINTIFF'S DAMAGES: JACK & NIGEL BRYSON**

1. Jack Bryson Sr., 3639 64th Ave., Oakland, CA 94605, 510.355.6046
2. Yolanda Turner, 245 Virginia St., Hayward, CA 94544, 510-258-6190
3. Elaine Pryor, 3639 64th Ave., Oakland, CA 94605, 510-732-2710

**(P) PERSONS KNOWLEDGEABLE AS TO PLAINTIFF'S DAMAGES: CARLOS REYES**

1. Vilma Portillo, 27763 Orlando Ave., Hayward, CA 94545 (510) 200 3282
2. Vanessa Ana Rodriguez, 27763 Orlando Ave., Hayward, CA 94545 (510) 786-2866

**(Q) POLICE OFFICERS/BART EMPLOYEES**

1. Officer Edgardo Alvarez - 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
2. Lieutenant Horace Alkire- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
3. Detective Tanzanika Carter- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
4. Officer David Chlebowski- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
5. J. Devera - BART Dispatcher- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
6. Detective Joel Enriquez- 800 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
7. Officer Noel Flores- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
8. Officer Terry Foreman- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
9. Lieutenant Kevin Franklin- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
10. Sergeant William Fueng- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
11. Officer Paul Garcia- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
12. Commander William Gibson- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
13. Officer Johnathan Guerra- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
14. Officer E. Hawkins- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
15. Gary Hesson - BART Dispatch- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
16. Lieutenant Allen Ledford - 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
17. Lieutenant Frank Lucarelli- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
18. Detective M. Maes- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
19. Detective Anise McNack- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
20. Officer Brandon Moore- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
21. Officer Narcisse- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
22. Rosemarie Oliva BART Dispatcher- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
23. Rachel Powe - BART Station Agent- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
24. Detective Powell- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
25. Detective J. Power- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
26. Officer Jaswant Sekhon- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612
27. Detective Smith- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612

PLAINTIFFS' WITNESS DISCLOSURE STATEMENT
Case No. C09-00901 MHP

28. Officer J. Vuong- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612

29. Commander Maria White- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612

30. Officer Eugene Wong- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612

31. Officer J. Zwetsloot- 300 Lakeside Dr., 20th Fl., Oakland, CA 94612

32. Keecha Williams - 300 Lakeside Dr., 20th Fl., Oakland, CA 94612

**(R) NON-RETAINED EXPERTS RE: BART POLICIES AND INTERNAL AFFAIRS INVESTIGATION**

1. Kimberly E. Colwell, Meyers-Nave, 555 12th St., Suite 1500, Oakland, CA 94607,

2. Jayne Williams, Meyers Nave 555 12th St., Suite 1500, Oakland, CA 94607

3. Patrick Oliver, 251 N. Main St., Cedarville, OH 45314 (937) 766-3851

**(S) ALAMEDA COUNTY DISTRICT ATTORNEYS OFFICE**

1. ADA Melissa Krum, 1225 Fallon St., Oakland, CA 94606

2. Investigator Frank Moschetti, 1225 Fallon St., Oakland, CA 94606

Executed on December 10, 2010, at Oakland, California.


_____/s/_____
ADANTÉ D. POINTER, Esq.
LAW OFFICES OF JOHN L. BURRIS
Attorneys for plaintiffs

PLAINTIFFS' WITNESS DISCLOSURE STATEMENT
Case No. C09-00901 MHP