DALE L. ALLEN, JR., #145279
LINDA MEYER, # 118190
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone  (415) 981-6630
Facsimile   (415) 982-1634

Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT;
GARY GEE in his official capacity as CHIEF OF POLICE
for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER
in her official capacity as GENERAL MANAGER for
BAY AREA RAPID TRANSIT DISTRICT
Email: dallen@lowball.com
Email: lmeyer@lowball.com
Email: dlarsen@lowball.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.<br><br>Plaintiffs,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER, in her official capacity as GENERAL MANAGER for BART; JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.:  C 09-0901 MHP<br>C 09-4014 MHP<br>C 09-4835 MHP<br>C 10-0005 MHP<br><br>DEFENDANTS' CORRECTED WITNESS DISCLOSURE FOR TRIAL<br><br>Date:   December 10, 2010<br><br>Judge:  Marilyn H. Patel<br><br>Trial Date:   May 2, 2011 |

/ / /

/ / /

-1-
DEFENDANTS' WITNESS DISCLOSURE AND NON-RETAINED EXPERT WITNESS DISCLOSURE
J:\1752\SF0208\TRIAL\CORRECTED WIT-DIS.wpd                                   USDC CASE NO. 3:09-cv-00901 MHP

**BARTD EMPLOYEE WITNESSES**

1. Lieutenant Andy Alkire
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

2. Sergeant Ed Alvarez
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

3. Detective Tanika Carter
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

4. Detective Joel Enriquez
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

5. Officer Noel Flores
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

6. Lieutenant Kevin Forte
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

7. Lieutenant Kevin Franklin
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

8. Sergeant Al Fueng
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

9. Commander Travis Gibson
   300 Lakeside Drive, 20th Floor
   Oakland, CA 94612

10. Officer Jon Guerra
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

11. Officer Ed Hawkins
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

12. Officer Anise McNack
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

13. Officer Stewart Lehman
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

14. Sergeant John Sandoval
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

15. Officer Paul Slavinski
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

16. Commander Maria White
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

17. Officer Jon Woffinden
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

18. Detective Mike Maes
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

19. Officer Terry Foreman
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

20. Detective Tom Smith
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

21. Officer Mark MacAulay
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

22. Officer Jaswant Sekhon
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

23. BARTD Police Department Dispatcher Jason Devera
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

24. BARTD Police Department Dispatcher Rosemarie Oliva
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

25. BARTD Records Supervisor Justin Morgan
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

26. Officer Mike Williams
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

DEFENDANTS' WITNESS DISCLOSURE AND NON-RETAINED EXPERT WITNESS DISCLOSURE
J:\1752\SF0208\TRIAL\CORRECTED WIT-DIS.wpd                                                                                       USDC CASE NO. 3:09-cv-00901 MHP

|   |     |                                                                      |
|---|-----|----------------------------------------------------------------------|
| 1 | 27. | Officer W. Maloney<br>300 Lakeside Drive, 20th Floor<br>Oakland, CA 94612 |
| 2 | 28. | Station Agent Rachel Powe<br>300 Lakeside Drive, 20th Floor<br>Oakland, CA 94612 |
| 3 | 29. | Officer L. Olsen<br>300 Lakeside Drive, 20th Floor<br>Oakland, CA 94612 |
| 4 | 30. | Officer B. Moore<br>300 Lakeside Drive, 20th Floor<br>Oakland, CA 94612 |
| 5 | 31. | Gary Hession<br>300 Lakeside Drive, 20th Floor<br>Oakland, CA 94612 |

27. Officer W. Maloney
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

28. Station Agent Rachel Powe
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

29. Officer L. Olsen
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

30. Officer B. Moore
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

31. Gary Hession
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

## NON-RETAINED EXPERT WITNESSES

### BARTD EMPLOYEES

### TASER TRAINING AND POLICY

32. Officer Stewart Lehman
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

### FIREARMS TRAINING AND POLICY

33. Sergeant Paul Garcia
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

### INTERNAL AFFAIRS INVESTIGATION AND POLICY

34. Sergeant Dave Chlebowski
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

35. Lieutenant Frank Lucarelli
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

### DEFENSIVE TACTICS TRAINING AND POLICY

36. Sergeant Eugene Wong
    300 Lakeside Drive, 20th Floor
    Oakland, CA 94612

**NON-BARTD EMPLOYEES**

**FIREARMS TRAINING AND POLICY**

37. Dave Clark
Napa Valley Junior College

**DEFENSIVE TACTICS TRAINING**

38. Sean McCann
Napa Valley Junior College

39. Dave Rose
12410 Erin Dr.
Auburn, CA
(530) 305-8035

**COMMISSION ON THE CALIFORNIA PEACE OFFICERS STANDARDS AND TRAINING**

40. Gerald Murphy
Sierra Junior College

**CALIFORNIA DEPARTMENT OF CORRECTIONS PAROLE VIOLATIONS AND OSCAR GRANT'S PAROLE STATUS**

41. William Smothers
California Department of Corrections

42. John Bent
California Department of Corrections

43. Charles Rivers
California Department of Corrections

**FORENSIC PATHOLOGY ON AUTOPSY OF OSCAR GRANT**

44. Dr. Thomas Rogers
Alameda County

**FACTUAL WITNESSES**

45. Colleen Liang
22679 Canyon Terrace
Castro Valley, CA

46. Michelle Yvette Brice
1584 – 164th Avenue # 20
San Leandro, CA
(510) 754-4457

47. Pamela Ann Caneva
    38089 Canyon Heights
    Fremont, CA

48. Lydia Joyce Clay
    1142 Shady Dale
    Campbell, CA

49. Zachary Jon Crooks
    3900 Bruener
    Sacramento, CA
    (916) 600-5895

50. Tommy Lee Cross, Jr
    16592 Los Banos
    San Leandro, CA
    (510) 356-7315

51. Lynda Ellen Kiersted
    570 Bluefield Lane
    Hayward, CA
    (510) 333-5145

52. Christopher Daniel Pagan
    31681 Greenbrier
    Hayward, CA
    (510) 471-6663

53. Alika Rachelle Rogers
    640 – 143rd Avenue
    Oakland, CA
    (916) 600-5571

54. Matthew Alan Schirmer
    533 Cornell
    San Lorenzo, CA
    (510) 305-4998

55. Marcus Chaperon Torres
    22679 Canyon Terrace
    Castro Valley, CA
    (408) 316-7667

56. Michael Paul Turay
    2309 Firwood Ct.
    Discovery Bay, CA
    (510) 895-7668

57. Karina Noemy Vargas
    496 A Street
    Hayward, CA

58. Agnes Zafiratos
    25519 So. Gold Ridge Dr.
    Castro Valley, CA
    (510) 891-6201

59. Dennis Zafiratos
    25519 So. Gold Ridge Dr.
    Castro Valley, CA
    (510) 891-6201

60. David Horowich
    Unknown at this time

61. Daniel Liu
    Unknown at this time

62. Sophina Mesa
    22783 Fuller Avenue
    Hayward, CA

63. Jamal Dewar
    Unknown at this time

64. Officer Alex Hidas
    San Leandro Police Department

Dated: December 13, 2010.

LOW, BALL & LYNCH

By    /s/   Dale L. Allen, Jr.
DALE L. ALLEN, JR.
Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT;
GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRANSIT DISTRICT