1  **JOHN L. BURRIS, Esq.  SBN 69888**
   **ADANTÉ D. POINTER Esq. SBN 236229**
2  **LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:  (510) 839-5200
   Facsimile:   (510) 839-3882
5  john.burris@johnburrislaw.com
   adante.pointer@johnburrislaw.com
6
   Attorneys for plaintiffs
7  WANDA JOHNSON, ET AL.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, ET AL., | No. C 09-00901 MHP (JCS) |
| Plaintiff(s), | |
| v. | ***EX-PARTE APPLICATION FOR LEAVE OF COURT TO TAKE DEFENDANT JOHANNES MEHSERLE'S DEPOSITION per F.R.C.P 30(a)(2)*** |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). _____/ | |
| RELATED CASES: | |
| OSCAR JULIUS GRANT, JR. | Related Case No. C09-4014 MHP (JCS) |
| Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). _____/ | |

| | |
|---|---|
| JACK BRYSON, JR., ET AL. | Related Case No. C09-4835 MHP (JCS) |
| Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |
| _____/ | |
| JOHNTUE CALDWELL, | Related Case No. C10-0005 MHP (JCS) |
| Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |
| _____/ | |

Plaintiffs, by the undersigned attorney, moves the court pursuant to Federal Rules of Civil Procedure 30(a)(2), for an order permitting plaintiff to take the oral deposition of Defendant, Johannes Mehserle, on the grounds that he is in the custody of the Los Angeles County Sheriff's Department.

Date:   December 22, 2010                    Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

                    /s/
ADANTE D. POINTER
ATTORNEYS FOR PLAINTIFFS