1  **JOHN L. BURRIS, Esq.  SBN 69888**
   **ADANTÉ D. POINTER Esq. SBN 236229**
2  **LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:  (510) 839-5200
   Facsimile:   (510) 839-3882
5  john.burris@johnburrislaw.com
   adante.pointer@johnburrislaw.com

Attorneys for plaintiffs
WANDA JOHNSON, ET AL.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, ET AL., | No. C 09-00901 MHP (JCS) |
| Plaintiff(s), | |
| v. | ***MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF EX-PARTE APPLICATION FOR LEAVE OF COURT TO TAKE DEFENDANT JOHANNES MEHSERLE'S DEPOSITION per F.R.C.P 30(a)(2)*** |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |
| RELATED CASES: | |
| OSCAR JULIUS GRANT, JR. | Related Case No. C09-4014 MHP (JCS) |
| Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |

-1-

| | |
|---|---|
| JACK BRYSON, JR., ET AL. | Related Case No. C09-4835 MHP (JCS) |
| Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |
| _____/ | |
| JOHNTUE CALDWELL, | Related Case No. C10-0005 MHP (JCS) |
| Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |
| _____/ | |

## INTRODUCTION

In this lawsuit and the actions related to it, plaintiffs allege Bay Area Rapid Transit District and five of its police officers violated their civil rights when they detained, used force against and arrested plaintiffs, including decedent Oscar J. Grant, III on January 1, 2009. Plaintiffs (the Estate of Oscar J. Grant, III and his mother Ms. Wanda Johnson) specifically allege former BART Police Officer Johannes Mehserle unlawfully killed Oscar Grant during the course of detaining and/or arresting him thus violating their rights under federal and state law.

Mr. Mehserle is currently in the care and custody of the Los Angeles Sheriff's Department. Plaintiff intends to take Mr. Mehserle's video taped deposition, which may take up to eight hours. The deposition would go forward in Los Angeles County unless Mr. Mehserle is transferred to a State of California prison facility prior to his deposition date in accordance with the prison sentence he was ordered to serve at the conclusion of his criminal trial. The parties have agreed and stipulated to work

with Los Angeles County Sheriff and/or prison officials to arrange the logistics concerning the deposition.

## THE COURT SHOULD GRANT LEAVE TO DEPOSE THE WITNESS

FRCP 30(2) provides that a party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be deposed is in prison. Rule 26(b) provides for limitations on discovery that is unreasonably cumulative or burdensome.

In this case, plaintiffs have alleged specific causes of action against Mr. Mehserle hence making him an indispensable and necessary party to the underlying litigation.  Although he provided testimony during the course of his criminal trail he has not been deposed nor did he provide a recorded statement at or about the time of the incident.

In order to ensure that Mr. Mehserle's deposition will go forward in a timely manner and in a manner conducive to the convenience of the case worker, prison authorities, and the parties, plaintiffs request that the Court grant this application on an ex-parte basis.  None of the parties oppose this application.

## CONCLUSION

For the foregoing reasons, plaintiffs respectfully requests that the Court grant its ex-parte application and grant leave to take the deposition of Johannes Mehserle.

Date: December 22, 2010                                               LAW OFFICES OF JOHN L. BURRIS

                                                                                                              /s/
                                                                                               ADANTE D. POINTER
                                                                                               Attorneys for Plaintiffs