1 | **JOHN L. BURRIS, Esq.  SBN 69888**
  | **ADANTÉ D. POINTER Esq. SBN 236229**
2 | **LAW OFFICES OF JOHN L. BURRIS**
  | Airport Corporate Centre
3 | 7677 Oakport Street, Suite 1120
  | Oakland, California 94621
4 | Telephone:  (510) 839-5200
  | Facsimile:   (510) 839-3882
5 | john.burris@johnburrislaw.com
  | adante.pointer@johnburrislaw.com

Attorneys for plaintiffs
WANDA JOHNSON, ET AL.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WANDA JOHNSON, ET AL., | No. C 09-00901 MHP (JCS) |
|---|---|
| Plaintiff(s), | |
| v. | ***ORDER GRANTING PLAINTIFFS LEAVE TO TAKE THE DEPOSITION OF DEFENDANT JOHANNES MEHSERLE*** |
| | *per F.R.C.P 30(a)(2)* |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |

RELATED CASES:

| OSCAR JULIUS GRANT, JR. | Related Case No. C09-4014 MHP (JCS) |
|---|---|
| Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s). | |

| | |
|---|---|
| JACK BRYSON, JR., ET AL. | Related Case No. C09-4835 MHP (JCS) |
|       Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
|       Defendant(s). | |
| _____/ | |
| JOHNTUE CALDWELL, | Related Case No. C10-0005 MHP (JCS) |
|       Plaintiff(s), | |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
|       Defendant(s). | |
| _____/ | |

Pursuant to Federal Rules of Civil Procedure 30(a)(2), I HEREBY GRANT plaintiffs' attorneys leave to take the video taped deposition of Defendant Johannes Mehserle.  It is ORDERED that the deposition shall take place on a date, time and location mutually agreeable to the parties and the jail and/or prison facility staff where Defendant Mehserle is being housed.

IT IS SO ORDERED.

\_\_Janaury 7, 2011_____
DATE

_____
UNITED STATES DISTRICT COURT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]