| | |
|---|---|
| Alison Berry Wilkinson (SBN 135890)<br>BERRY \| WILKINSON \| LAW GROUP<br>4040 Civic Center Drive, Suite 200<br>San Rafael, CA 94903<br>Telephone/Facsimile: 415.259.6638<br>Email: alison@berrywilkinson.com<br><br>Attorneys for<br>MARYSOL DOMENICI | William R. Rapoport (SBN 47086)<br>LAW OFFICES OF<br>WILLIAM R. RAPOPORT<br>643 Bair Island Road, Suite 400<br>Redwood City, CA 94063<br>Tel: (650) 340-7107<br>Fax: (650) 572-1857<br>Email: williamrapoport@yahoo.com<br><br>Attorneys for<br>ANTHONY PIRONE |
| Dale L. Allen, Jr., # 145279<br>Linda Meyer, # 118190<br>Dirk D. Larsen, # 246028<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California 94111-2584<br>Telephone (415) 981-6630<br>Facsimile (415) 982-1634<br><br>Attorneys for Defendants<br>BAY AREA RAPID TRANSIT DISTRICT,<br>JON WOFFINDEN, EMERY KNUDTSON,<br>GARY GEE, and DOROTHY DUGGER | Michael L. Rains, # 91013<br>RAINS LUCIA STERN, P.C.<br>2300 Contra Costa Boulevard<br>Pleasant Hill, CA 94523<br>Telephone (925) 609-1699<br>Facsimile (925) 609-1690<br>Email: Mrains@rlslawyers.com<br><br>Attorneys for Defendant<br>JOHANNES MEHSERLE |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.,<br><br>Plaintiffs,<br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official | CASE NO.: C09-00901 MHP<br><br>Consolidated Cases:<br>C09-04014 MHP (Oscar Grant, Jr.)<br>C09-04835 MHP (Bryson, et al.)<br>C10-00005 MHP (Caldwell)<br><br>DECLARATION OF GARY HESSON IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY ADJUDICATION<br><br>Date: March 14, 2011<br>Time: 2:00 pm<br>Courtroom: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

1

DECLARATION OF GARY HESSON IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY ADJUDICATION

1  recordings onto my computer, and then copied the files onto a CD.

2

3  6. Each recording is coded with a unique file stamp. The file stamp provides
4  information about the date, and time of the communication, as well as the channel or port on
5  which the communication was made. Deciphering the file stamp requires the use of a key to the
6  coding system. Attached hereto as Exhibit 1 is a true and correct copy of the key used to
7  decipher the file name of the dispatch recording.

8  7. The file stamp is used to determine the time of the actual dispatch transmission.
9  However, to make that determination requires the application of several steps. First, because the
10 time reflected on the file stamp is set to Greenwich Mean Time, eight hours must be subtracted
11 from the file stamp to translate it to Pacific Standard Time.

12 8. Second, because the file stamp also is created using the time that the recording
13 ended, determining the start time of the dispatch communication requires that the length of the
14 recording and/or communication be subtracted from the time reflected on the file stamp.

15 9. An additional calculation is required to identify an accurate time for the
16 transmission because the recording equipment used by BART was set approximately three and a
17 half minutes faster than the actual time of the dispatch communications.

18 10. I have listened to each of the recordings retrieved by me related to this incident.
19 Using the coding system, and adjusting for the anomaly of the recording equipment, I was able to
20 determine that the following transmissions were made at the following times and contained the
21 following content:

22  a. <u>F11010110064090000008r = 02:02:44</u>
23     DISPATCH:              514 they've got a 242 on a train that's holding
24                            there, Dublin bound, getting details.
25     1B10 (Unit 514 [Pirone]):  10-4
26     1B14 [Knudtson]:       Boy 14, we can break and head towards Fruitvale
27 //
28

3

    b. F110101100710   9000008r = 02:03:02

| | |
|---|---|
| S40 (Sgt. Macaulay): | S40, we're Code 4 at MacArthur. |
| DISPATCH: | Boy14, I'll show you en route to cover at Fruitvale. Its the lead car no weapons, all black clothing, large group of BMs is all we have. |
| 1B14(533-Knudtson) | 14, I copy |
| DISPATCH: | Per central, they're still engaged. |
| 1C10 | Charlie 10 [Woffinden and Mehserle] en route |
| DISPATCH: | 10-4, where are you coming from? |
| 1C10: | West Oakland |
| DISPATCH: | Copy |

    c. F11010110072390000008r = 02:03:38

| | |
|---|---|
| 508[Guerra]: | 11, 508 en route from Lake Merritt |
| DISPATCH: | 508, 10-4 |

    d. F110101100917900004r = 02:05:15

| | |
|---|---|
| 514(Pirone) | 496, Tac One |
| 496(Domenici): | Go |
| 514: | Can you 98 me upstairs? |
| 496: | Which side? |
| 514: | Dublin-side |
| 496: | 10-4 |

//
//
//
//
//
//

4

DECLARATION OF GARY HESSON IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY ADJUDICATION

1  11. The reference to "Tac One" contained in the transmission that is labeled
2  F1101011009179000004r and which occurred at 02:05:15 references the tactical channel used
3  for the Oakland area. All communications on that channel are recorded.
4
5  I declare under penalty of perjury under the laws of the State of California that the
6  foregoing is true and correct. Executed in OAKLAND, California on 02/04/2011.
7
8  Dated: 02/04/2011
9
10 _____
11 GARY HESSON

5

DECLARATION OF GARY HESSON IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY ADJUDICATION

**EXHIBIT 1**

# DISPATCH AUDIO RECORDINGS KEY

Times may be may be fast (3 ½ minutes), and based on computer times in the District Communications Department at the time each individual audio file is downloaded.

# BART Police Department

Key to date/time stamp on the wav. files for the TelStrat CallParrot recording system.

Wav. File Example: F100404044927900000008r
- Yr
- Mo
- Day
- Hour
- Sec
- Port #

<u>Times are in GMT. Subtract 7 hours for PDT / 8 hours for PST.</u> Time indicated is the time that the recording of the telephone call or radio transmission *ENDED*.

The CallParrot server time is maintained by the BART Communications Department and has had synchronization problems with the BART master time controller.

<u>Year code:</u>
08 = 2006
09 = 2007
10 = 2008
11 = 2009

## Key to Radio and Telephone Port Numbers:

| Port #: | |
|---|---|
| 0005 000 | Telephone – Dispatch PSAP #04 |
| 0005 001 | Telephone – Dispatch PSAP #01 |
| 0005 004 | Telephone – Dispatch PSAP #05 (Supervisor's Console) |
| 0006 004 | Telephone – Dispatch PSAP #02 |
| 0006 005 | Telephone – Dispatch PSAP #03 |
| 9000 008 | Radio – BPD DISPATCH |
| 9000 004 | Radio – Zone 1 TAC |
| 9000 005 | Radio – Zone 2 TAC |
| 9000 006 | Radio – Zone 3 TAC |
| 9000 007 | Radio – Zone 4 TAC |