1  Alison Berry Wilkinson (SBN 135890)
   BERRY | WILKINSON | LAW GROUP
2  4040 Civic Center Drive, Suite 200
   San Rafael, CA 94903
3  Telephone/Facsimile:  415.259.6638
   Email:  alison@berrywilkinson.com
4
   Attorneys for
5  MARYSOL DOMENICI
6
7  Dale L. Allen, Jr., # 145279
   Linda Meyer, # 118190
8  Dirk D. Larsen, # 246028
   LOW, BALL & LYNCH
9  505 Montgomery Street, 7th Floor
   San Francisco, California  94111-2584
10 Telephone  (415) 981-6630
   Facsimile  (415) 982-1634
11
12 Attorneys for Defendants
   BAY AREA RAPID TRANSIT DISTRICT,
13 JON WOFFINDEN, EMERY KNUDTSON,
   GARY GEE, and DOROTHY DUGGER
14

William R. Rapoport (SBN 47086)
LAW OFFICES OF
WILLIAM R. RAPOPORT
643 Bair Island Road, Suite 400
Redwood City, CA  94063
Tel:  (650) 340-7107
Fax:  (650) 572-1857
Email: williamrapoport@yahoo.com

Attorneys for
ANTHONY PIRONE

Michael L. Rains, # 91013
RAINS LUCIA STERN, P.C.
2300 Contra Costa Boulevard
Pleasant Hill, CA 94523
Telephone  (925) 609-1699
Facsimile  (925) 609-1690
Email: Mrains@rlslawyers.com

Attorneys for Defendant
JOHANNES MEHSERLE

15

16              **UNITED STATES DISTRICT COURT**

17            **NORTHERN DISTRICT OF CALIFORNIA**

18

19 WANDA JOHNSON, individually and as
   personal representative of the ESTATE of
20 OSCAR J. GRANT III, the ESTATE OF
   OSCAR J. GRANT III, SOPHINA MESA as
21 Guardian ad Litem of minor, T.G.,

22                 Plaintiffs,

23        vs.

24 BAY AREA RAPID TRANSIT DISTRICT;
   GARY GEE, in his official capacity as CHIEF
25 OF POLICE for BAY AREA RAPID
   TRANSIT DISTRICT, JOHANNES
26 MEHSERLE individually and in his official
   capacity as a police officer for BART;
27 MARYSOL DOMENICI, individually and in

28

CASE NO.:  C09-00901 MHP

Consolidated Cases:
C09-04014 MHP  (Oscar Grant, Jr.)
C09-04835 MHP (Bryson, et al.)
C10-00005 MHP (Caldwell)

DECLARATION OF KEECHA WILLIAMS
IN SUPPORT OF DEFENDANTS' MOTIONS
FOR SUMMARY ADJUDICATION

Date:
Time:
Courtroom:   15, 18th Floor
Judge:        Hon. Marilyn Hall Patel

1

her official capacity as a police officer for
BART, ANTHONY PIRONE, individually and
in his personal capacity as a police officer for
the Bay Area Rapid Transit District; and DOES
1-50, inclusive

Defendants.

I, KEECHA WILLIAMS, declare as follows:

     1.    I have been employed by Defendant BAY AREA RAPID TRANSIT DISTRICT (BART) as a train operator since September 2004, and am certified through the Public Utilities Commission for that position. Prior to working as a train operator, I worked as a BART Station Agent, as well as a Community Service Assistant.

     2.    During the course of my duties as a train operator, I am able to communicate directly with Central, which is the control center that monitors the tracks and communicates with train operators. I do not have the ability to communicate directly with, or monitor communications from, the dispatch center for the BART police. Rather, I contact Central, and then rely upon Central to relay the information to the BART police dispatch center

     3.    On January 1, 2009, I began my shift at one minute past midnight (0001 hours), and was assigned to work the 523 train at 1:00 a.m.

     4.    I picked up the 523 train at the Colma BART station, which was scheduled to proceed from there to the Dublin/Pleasanton station. To reach Dublin/Pleasanton from Colma, the train proceeds through the following stations in the following order: Daly City, Civic Center/UN Plaza, Powell Street, Montgomery Street, Embarcadero, West Oakland, Lake Merritt, Fruitvale, Coliseum/Oakland Airport, San Leandro, Bay Fair, Castro Valley, Dublin/Pleasanton Attached hereto as Exhibit A is a true and correct copy of the BART system map that identifies the various stations along the various routes. The Dublin/Pleasanton line is marked in blue.

     5.    By the time the 523 train traveled from Colma, through San Francisco and headed across the Bay, it was crowded with passengers in a condition that train operators refer to as

2

1   "AW3."   That condition is also commonly referred to as a "crush load" to describe a situation

2   where  people are standing like sardines crushed inside the train cars.

3         6.     The train cars are equipped with an intercom system that permits passengers to

4   communicate with the train operator.  At the front and rear ends of every train car, there is a

5   button that a passenger can push to speak with the train operator.

6         7.     As the 523 train approached the Fruitvale Station just prior to 2:00 a.m., I

7   received a call on the intercom from a female who indicated that there was a fight on the train.  I

8   asked her what car the fight was on, but she did not know.  I then asked her to look above the

9   intercom button to provide me the number of the car she was on.  The female told me that sign

10  indicated that the train car number was 381X.  The number the passenger provided meant that

11  she was using the intercom at the rear end of the lead train car.

12        8.     I then promptly notified Central via the radio that there was a fight on the train.

13  Central told me to hold position, which meant that I was to remain at the Fruitvale Station with

14  the train doors open until I was told to leave.

15        9.     Within seconds after initially telling Central about the fight, I received another

16  intercom call, this time from a male who also advised that there was a fight on the train.  I said:

17  "Yes, I know.  What do they look like?"  He said: "Black males."  I said: "What are they

18  wearing?"  He said: "All black."  I said: "Any weapons involved?"  He said: "No."  I promptly

19  called Central again and relayed that additional information to them.

20       10.    After I relayed the information from the second intercom call to Central, I looked

21  through the window that separates the train operator's cab from the passengers in the lead car.  I

22  saw that the car was jam-packed with people.  I saw people gesturing toward the rear of the train

23  car, and that people were standing up on the seats looking at something toward the end of the car.

24  However, I could not what was happening in the rear of the car because there were too many

25  bodies blocking the view.

26       11.    I then stuck my head out the side window of the train operator's cab to look at

27  what was happening on the platform.  I first observed a group of males and a Hispanic female

28

3

1   that were standing on the platform at the second door of the lead car.  There were approximately

2   five or six people in that group.  The Hispanic female was wearing what appeared to be a red

3   shirt, and was mouthing off and cussing at someone in the train.  The remainder of the group

4   consisted of black males, all wearing predominantly dark clothing.

5        12.  I also saw two other people, a white male and a Hispanic male get off the lead car

6   using the front door that was right next to me.  They appeared flushed, frustrated, and kind of

7   angry.  After stepping out onto the platform, the white male and the Hispanic male then got right

8   back on the train.

9        13.  One member of the group that was standing near the rear door of the lead train car

10   – a light-skinned black male with a puffed pony-tail – asked me if "5-0" was coming.  I

11   interpreted that to mean he wanted to know whether the police were coming, so I nodded my

12   head in an up and down motion to indicate that yes, the police were coming. During testimony

13   in June 2010 during the criminal trial of Johannes Mehserle, I identified from a photograph the

14   person who had asked whether "5-0" was coming.  From that, I learned that the individual was

15   named NIGEL BRYSON.

16        14.  I remember NIGEL BRYON because I had spoken to him earlier when the train

17   was stopped at the Lake Merritt Station.  At Lake Merritt, I noticed NIGEL BRYSON and an

18   individual with a white zip-up sweater with stripes because they were blocking the train car

19   doors while they discussed where to get off because they were confused about how to get from

20   the Dublin-Pleasanton line to the Fremont line.  I told them that they need to transfer either at

21   Lake Merritt or Bayfair.  The two then got back onto the train.

22        15.  After I told the light-skinned black male named NIGEL BRYSON that the police

23   had been called, he then said to the other members of his group: "Come on, you guys, let's go",

24   and they all began walking down the platform towards the station exit.

25        16.  As the group headed towards the exit, I saw Officer ANTHONY PIRONE, the

26   first BART police officer that arrived on the scene, walking along the platform in their direction.

27

28

4

1   As the group met up with Officer PIRONE, he motioned several of them to go over towards the

2   wall.

3        17.    As Officer PIRONE began to detain those several of the people from the group, I

4   saw another member of the group, a black male, get back onto the train. Officer PIRONE then

5   went to the train, removed that individual, and walked him back to where the other people from

6   the group had been detained.

7        18.    I have reviewed the dispatch transmissions between my train car and Central.

8   Attached hereto as Exhibit B is a true and correct transcript of the pertinent portions of those

9   communications.

10

11       I declare under penalty of perjury under the laws of the State of California that the

12   foregoing is true and correct. Executed in _Oakland_, California on _Feb 5, 2011_.

13

14   Dated: _February 5, 2011_

15

16                              _Keecha Williams_

17                              KEECHA WILLIAMS

18

19

20

21

22

23

24

25

26

27

28

5

**EXHIBIT A**



**EXHIBIT B**

**EXHIBIT B**

**Train Operator to Central DISPATCH**

IDENTIFICATION:        Central.              Central Control

                       523/522              Train Operator Keecha Williams

---

523:        Central 523 Fremont 1, passenger called in my lead car on a x saying there is a

            fight lead car 381

Central:    okay this is 225 at Fremont

523:        523

523:        523 at Fruitvale

Central:    Oh I am sorry I thought you said Fremont. 5 23 hold position e-bay

523:        523 hold position

Central:    Did I Read that correct 02:00 and that's the legion at uh 281

523:        Affirm it's tough so I can't tell what's going on the Y end 2 - 4 kinda standing up

            on the seats.

Central:    Okay get  any kind of description go ahead and let me know 10-4

235:        Central 235 returning to ***

365:        Control 365 can you open the gate for me please

Central:    ah your *** 365

365:        10-4

Central:    229 hold Lake Merritt read back

229:        Central is that for 2 2 9

Central:    2 2 9 affirmative hold Lake Merritt read back

7

| | | |
|---|---|---|
| 1 | 229: | 2 2 9 hold Lake Merritt |
| 2 | Central: | Read back correct 02:01 |
| 3 | 523: | Central 523 Fruitvale |
| 4 | Central: | 523 uh go ahead |
| 5 | 523: | uh possible report there is ah black males wearing all black no weapons involved |
| 6 | Central: | 10-4 and it's uh physical altercation correct |
| 7 | 523: | Affirm again it's the lead 381 on the xm |
| 8 | Central: | 10-4 uh we're trying to get Bart Police up to you |
| 9 | 523: | uh copy that uh it looks like it's getting real bad |
| 10 | Central: | 10-4 copy that |
| 11 | Central: | and 523 Bart Police is there they should be on their way up now |
| 12 | 523 : | 523 copy uh evoking someone off the train -  looks like uh black male Spanish male white male wearing all black and uh they are trying to disperse right now |
| 13 | | |
| 14 | | |
| 15 | Central: | Copy so at least three of them then correct? |
| 16 | 523: | yeah that's what it looked like when they came off the train |
| 17 | Central: | Okay great uh Bart Police should be up there shortly if you could go ahead and just point them out to them if they're not still engaged |
| 18 | | |
| 19 | Central: | And 369 we've got a switch hanging up give me just a second |
| 20 | 369: | 10-4 uh yeah the other route uh just dropped |
| 21 | Central: | yeah that switch in front of you didn't want to go reverse I'm trying |
| 22 | 523: | Central 523 |
| 23 | Central: | go ahead 5 23 |
| 24 | 523: | yeah Bart Police is on the platform and their uh dragging folks off the train and uh folks are kinda being resistant |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

8

| | | |
|---|---|---|
| 1 | Central: | Okay no problem do they need any help? |
| 2 | 523: | um looks like it looks like - their getting into a fight Bart Police with ah |
| 3 | | passengers |
| 4 | Central: | Okay ah new call sign 5 22 – 5 22 and I'll notify them that they need some help |
| 5 | 523: | 5 2 2 copy |
| 6 | 503: | Central uh 503 approaching Lake Merritt 1 is the train ahead on hold |
| 7 | Central: | That's affirmative I've got a major fight going on  at Fruitvale |
| 8 | 503: | Thank you |
| 9 | Central: | 233 hold 12th street read back |
| 10 | 233: | 2 3 3 holding 12th street |
| 11 | Central: | Read back correct – 02:08 |
| 12 | 233: | I am sorry central 233 I cut you off right when you answered me |
| 13 | Central: | Sorry read back is correct 02:0 I think |
| 14 | 233: | copy |
| 15 | Central: | 522  522  you are released automatically out of Fruitvale now |
| 16 | ***: | Hold 12th street 3 hold 12th street 3 we got a man down here on the  uh platform |
| 17 | Central: | 261hold position  261 hold position read back |
| 18 | Central: | Larry you mean there is someone in the track way |
| 19 | 523: | Central 523 I am released |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

9