United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the Estate of Oscar J. Grant III, ESTATE OF OSCAR GRANT III, SOPHIA MESA as Guardian ad Litem of minor, T.G., OSCAR JULIUS GRANT III, JACK BRYSON JR., NIGEL BRYSON, MICHAEL GREER, CARLOS REYES, FERNANDO ANICETE JR., JOHNTUE CALDWELL, | No. CV 09-00901<br><br>Consolidated Cases:<br><br>CV 09-04014 MHP<br>CV 09-04835 MHP<br>CV 10-00005 MHP |
| Plaintiffs, | **MEMORANDUM & ORDER**<br><br>**Re:** Consolidation of Defendants' Motions for Summary Judgment |
| v. | |
| BAY AREA RAPID TRANSIT, GARY GEE, JOHANNES MEHSERLE, ANTHONY PRONE, MARYSOL DOMENICI, DOROTHY DUGGER, JON WOFFINDEN, EMERY KNUDTSON, | |
| Defendants. | |

With respect to their consolidated motions for summary judgment, the court previously granted defendants Domenici, Pirone and Mehserle leave to exceed the 25-page limit set forth in Local Rule 7-2(b) and Federal Rule of Civil Procedure 56. *See* Docket Nos. 103, 105, 107. Pursuant to the court's order, defendant Domenici has filed three individual motions for summary judgment as against, respectively, plaintiffs J. Bryson, N. Bryson, Grant, Greer and Reyes; plaintiff Caldwell; and plaintiff Anicete. Similarly, defendant Pirone has filed two individual motions for summary judgment against, respectively, plaintiffs J. Bryson, N. Bryson, Grant, Greer and Reyes; and plaintiffs Caldwell and Anicete. Defendant Mehserle has filed three individual motions for

1 summary judgment against, respectively, plaintiffs J. Bryson, N. Bryson, Greer, Reyes and Anicete;
2 plaintiffs Johnson, Grant's Estate and Mesa; and plaintiff Grant. These multiple motions incorporate
3 largely duplicative arguments as the legal claims are substantially similar if not identical. To the
4 extent that there is indeed any significant variation as among the motions, these variations relate to
5 factual assertions rather than legal arguments. Accordingly, the court orders each defendant to
6 consolidate his or her multiple motions against plaintiffs into one motion for summary judgment per
7 defendant, and each motion is not to exceed 40 pages of text, excluding exhibits, declarations and
8 other evidentiary material. Furthermore, to the extent that each defendant's legal arguments are
9 substantially the same as those of other defendants they shall coordinate the arguments and confine
10 them to one brief and adopt the lead brief so as to avoid repeating the same arguments.

11 The court vacates the current briefing schedule and the current hearing date presently set for
12 Monday, March 14, 2011, and sets the following briefing schedule pursuant to Local Rules 7-2, 7-3:
13 (1) Defendants' motions for summary judgment, consistent with this order, must be refiled no
14 later than Monday, February 28, 2011 at 4:30 p.m. PST;
15 (2) Plaintiffs' opposition must be filed no later than Monday, March 14, 2011 at 4:30 p.m. PST
16 and;
17 (3) Defendants' replies (to be limited to one reply, not to exceed 15 pages of text, per defendant)
18 must be filed no later than Monday March 21, 2011 at 4:30 p.m. PST.
19 Motions shall be heard at the following time: Monday April 11, 2011 at 2:00 p.m.

IT IS SO ORDERED.

Dated: February 11, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2