Michael L. Rains (SBN 091013)
Lara Cullinane-Smith (SBN 268671)
**RAINS LUCIA STERN, PC**
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel:  (925) 609-1699
Fax:  (925) 609-1690

Attorneys for Defendant
JOHANNES MEHSERLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE OF OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G., <br><br> vs. <br><br> BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER, in her official capacity as GENERAL MANAGER for BART; JOHANNES MEHSERLE, individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive, <br><br> Defendants. | No. C09-00901  MHP <br><br> **Consolidated Cases:** <br> C09-04014 MHP (Oscar Grant, Jr.) <br> C09-04835 MHP (Bryson, et al.) <br> C10-00005 MHP (Caldwell) <br><br> **DECLARATION OF MICHAEL L. RAINS IN SUPPORT OF DEFENDANT JOHANNES MEHSERLE'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> Date:         April 11, 2011 <br> Time:        2:00 p.m. <br> Courtroom: 15, 18th Floor <br> Judge:       Hon. Marilyn Hall Patel <br> Trial Date: May 2, 2011 |

**DECLARATION OF MICHAEL L. RAINS IN SUPPORT OF DEFENDANT JOHANNES MEHSERLE'S MSJ**

I, MICHAEL L. RAINS, declare as follows:

1. I have personal knowledge of the following facts, and could and would testify thereto if called upon to do so.

2. I am an attorney at law duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California and am employed as a partner with the law firm of Rains Lucia Stern, PC, attorneys of record herein for defendant JOHANNES MEHSERLE.

3. I assumed Mr. Mehserle's representation in connection with the criminal charges filed against him by the Alameda County District Attorney's office after he was arrested and charged with murder. I represented Mr. Mehserle at the criminal trial which occurred in Los Angeles in June and July, 2010.

4. From my involvement in this case, I have personal knowledge of eight (8) separate incidents, including this one, in which law enforcement officers in either the United States or Canada mistakenly shot an individual whom they intended to tase. In one of the incidents, which occurred in April, 2008 in Nicholasville, Kentucky, a police Lieutenant with substantially more law enforcement experience than Mr. Mehserle mistakenly shot an individual when he intended to tase him. The significance of this incident is that the Lieutenant carried his firearm on the right side of his equipment belt as did Mr. Mehserle in a safariland ALS holster, the identical holster Mr. Mehserle carried his firearm in. Also, the Lieutenant carried a yellow X-26 TASER manufactured by TASER International on his equipment belt so that he would draw it in a cross-draw fashion, the identical way that Mr. Mehserle carried the identical TASER in the early morning hours of January 1, 2009.

5. A true and correct copy of the relevant portions of the transcript of the sentencing hearing conducted on November 5, 2010 in the matter of *People v. Johannes Mehserle*, is attached hereto as Exhibit A.

6. A true and correct copy of the relevant portions of the transcript of the deposition of Nigel Bryson, taken in the above-captioned action on December 11, 2009, is attached hereto as Exhibit B.

7. A true and correct copy of the relevant portions of the transcript of the deposition of Jack Bryson Jr., taken in the above-captioned action on December 22, 2009, is attached hereto as Exhibit C.

8. A true and correct copy of the relevant portions of the transcript of the deposition of Carlos Reyes, taken in the above-captioned action on December 9, 2009, is attached hereto as Exhibit D.

9. A true and correct copy of the relevant portions of the transcript of the deposition of Fernando Anicete, taken in the above-captioned action on December 4, 2009, is attached hereto as Exhibit E.

10. A true and correct copy the relevant excerpts from the Reporter's Transcript of the Criminal Trial conducted on June 1, 2010 to July 8, 2010 in the matter of *People v. Johannes Mehserle*, is attached hereto as Exhibit F.

11. A true and correct copy of the relevant portions of the transcript of the deposition of Officer Anthony Pirone, taken in the above-captioned action on July 31, 2009, is attached hereto as Exhibit G.

12. A true and correct copy the relevant excerpts from the Reporter's Transcript of the Preliminary Hearing conducted on May 27, 2009 and June 3, 2009 in the criminal matter of *People v. Mehserle,* is attached hereto as Exhibit H.

13. A true and correct copy of the relevant portions of the transcript of the deposition of Michael Greer, taken in the above-captioned action on April 22, 2010 and November 2, 2010, is attached hereto as Exhibit I.

14. A true and correct copy of the witness statement by Officer J. Guerra taken on January 1, 2009, is attached hereto as Exhibit J.

15. A true and correct copy of the Matrix Video compiled by Michael Schott and accepted as evidence in the criminal trial is attached hereto as Exhibit K.

16. A true and correct copy of the Report of Lieutenant K. Franklin, is attached hereto as Exhibit L.

**DECLARATION OF MICHAEL L. RAINS IN SUPPORT OF DEFENDANT JOHANNES MEHSERLE'S MSJ**

17. A true and correct copy of the BART Taser Policy; Bulletin 08-70, is attached hereto as Exhibit M.

18. A true and correct copy of the relevant portions of the transcript of the deposition of Oscar Julius Grant, Jr., taken in the above-captioned action on December 3, 2010, is attached hereto as Exhibit N.

Dated: February 28, 2011

/s/   Michael L. Rains
By:  Michael L. Rains
     Attorneys for Johannes Mehserle

-4-

**DECLARATION OF MICHAEL L. RAINS IN SUPPORT OF DEFENDANT JOHANNES MEHSERLE'S MSJ**

# Exhibit Index

| Exhibit | Description |
|---|---|
| A | Excerpts of the transcript of the Sentencing Hearing in the matter of *People v. Mehserle* conducted on November 5, 2010. |
| B | Excerpts of the deposition transcript of Nigel Bryson taken on December 11, 2009. |
| C | Excerpts of the deposition transcript of Jack Bryson, Jr. taken on December 22, 2009. |
| D | Excerpts of the deposition transcript of Carlos Reyes taken on December 9, 2009. |
| E | Excerpts of the deposition transcript of Fernando Anicete taken on December 4, 2009. |
| F | Excerpts of the Reporter's Transcript of the Criminal Trial conducted on June 1, 2010 through July 8, 2010 in the matter of *People v. Mehserle*. |
| G | Excerpts of the deposition transcript of Anthony Pirone taken on July 31, 2009. |
| H | Excerpts of the Reporter's Transcript of the Preliminary Hearing conducted on Mary 27, 2009 and June 3, 2009 in the matter of *People v. Mehserle*. |
| I | Excerpts of the deposition transcript of Michael Greer taken on April 22, 2010 and November 2, 2010. |
| J | Witness statement made by Officer J. Guerra. |
| K | Matrix Video compiled by Michael Schott |
| L | Report of K. Franklin. |
| M | BART Taser Policy; Bulletin 08-70. |
| N | Excerpts of the deposition of Oscar Julius Grant, Jr., taken on December 3, 2010 |

-5-

**DECLARATION OF MICHAEL L. RAINS IN SUPPORT OF DEFENDANT JOHANNES MEHSERLE'S MSJ**