**EXHIBIT B**

1        IN THE UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                  ---oOo---

4   WANDA JOHNSON, individually and
    as personal representative of the
5   ESTATE OF OSCAR J. GRANT III; the
    ESTATE OF OSCAR J. GRANT III;                    **COPY**
6   SOPHINA MESA, as Guardian ad Litem
    of minor, T.G.,

7
         Plaintiffs,
8   vs.                                    No.   C09-00901 MHP

9   BAY AREA RAPID TRANSIT DISTRICT;
    GARY GEE, in his official capacity
10  as CHIEF OF POLICE for BAY AREA
    RAPID TRANSIT DISTRICT; JOHANNES
11  MEHSERLE, individually and in his
    official capacity as a police officer
12  for BART; ANTHONY PIRONE, individually
    and in his official capacity as a
13  police officer for BART; MARYSOL
    DOMENICI, individually and in her
14  official capacity as a police officer
    for BART; and DOES 1-50, inclusive,

15
         Defendants.
16  _____/

17

18        VIDEOTAPED DEPOSITION OF NIGEL BRYSON

19        Taken before CATHLEEN M. MEUTER

20              CSR No. 12950

21             December 11, 2009

22

23

24       One Kaiser Plaza, Suite 505
                             Oakland, California 94612
25                           Ph  510-451-1580
                             Fax 510-451-3797
                             www.aikenwelch.com

1   of how those stops looked in the daylight?

2       A.  No, sir.  I didn't -- I just knew where to

3   get off, where to go.

4       Q.  Okay.  So you're pulling into the

5   Fruitvale station.                                11:15

6       As you did so, did you notice there was a

7   fight on the train?

8       A.  Yes, sir.

9       Q.  And was -- what did you see?

10      A.  I just saw Oscar and the white dude         11:16

11  tussling.  And then by the time I got up, it was

12  over.

13      Q.  They physically were holding onto each

14  other?

15      A.  Yes.                                        11:16

16      Q.  Describe it for us.

17      A.  Like their arms like this (indicating).

18      Q.  Wrapped in a bear hug?

19      A.  Yeah, wrapped in a bear hug.

20      Q.  Did you see anybody punching each other?    11:16

21      A.  No.  By the time I got up, it was over.

22      Q.  What was the name of the white guy?

23      A.  I don't know.

24      Q.  You ever seen him before?

25      A.  No.                                         11:16

1    Q.  All right.  Did Sophie get off the

2  train -- Sophina?

3    A.  Yes.

4    Q.  Okay.  Johntue get off the train?

5    A.  Yes.  I saw -- I mean I saw them off the   11:30

6  train when everything was happening.  I don't know

7  if they got off the train all at the same time.

8    Q.  Okay.  Here's where I want to see if you

9  can help me.  You were the first one off the train

10  is what it sounds like.  Yes?   11:30

11    A.  Yes.

12    Q.  And while you were off the train, Pirone

13  eventually gets up there and says get against the

14  wall.

15    A.  Get the fuck against the wall.   11:31

16    Q.  We'll get to that.  You'll get your

17  opportunity to describe that in greater detail.

18      When you were told that, had anybody

19  gotten off the train behind you?

20    MR. POINTER:  Anybody meaning his friends?   11:31

21  BY MR. ALLEN:

22    Q.  Any of your friends.

23    A.  When I was told that, were any of my

24  friends behind me when he told me that?

25    Q.  Do you know if any of your friends were   11:31

1  behind you when Pirone told you to get the fuck

2  against the wall?

3      A.  Yes.

4      Q.  Who was behind you when he told you that?

5      A.  Jack and Carlos.                              11:31

6      Q.  All right.  Do you know if any of other

7  crew were behind you when he told you to get

8  against the wall?

9      A.  No.

10     Q.  Okay.  Do you know where Oscar was?        11:31

11     A.  No, but obviously on the train because

12  that's where he pick him -- that's where he got him

13  off at.

14     Q.  We'll get to that.  What I'm trying to do

15  is just build this step by step.                    11:31

16     A.  All right.  Sorry.

17     Q.  So if he's behind you, you didn't know

18  where he was, right?

19     A.  Yeah.

20     Q.  Did you know where Michael was -- Michael   11:32

21  Greer?

22     A.  No.

23     Q.  And you're off the train and told to

24  get -- you're standing there.

25          When was the first time you saw Pirone?    11:32

Aiken Welch Court Reporters     N. Bryson     12/11/09

1      A.  When I looked straight down, saw him

2  coming up.

3      Q.  Where was he?

4      A.  Coming up the stairs, coming from the

5  stairway.                                          11:32

6      Q.  And was he by himself?

7      A.  Yes.

8      Q.  Was there anybody near him?

9      A.  Like who?

10     Q.  Anybody, anybody that you knew or didn't    11:32

11  know.

12     A.  I don't know.

13     Q.  Look at this photo that's up in the top

14  left-hand corner.  It's A20 1 FR, and the time on

15  it is -- Greg?                                     11:32

16     MR. STUTCHMAN:  The time on it is 1:59:12.

17  BY MR. ALLEN:

18     Q.  So I'm just using that as a reference

19  point.

20     Do you see how empty that platform is?         11:32

21     A.  Yes.

22     Q.  When you saw Pirone, was the platform

23  empty when you saw him the first time?

24     A.  I don't remember.

25     Q.  Did you see anybody around him?  How about   11:33

1  I ask you that way?

2      A.  I don't remember, sir.

3      Q.  Okay.  But you could see him coming up the

4  stairs from where you're standing?  Pirone started

5  walking towards you; am I correct?                    11:33

6      A.  Yeah.

7      Q.  And as he was walking towards you, what

8  did he do?

9      A.  He was flashing his Taser in my face.

10     Q.  How did you know it was a Taser?           11:33

11     A.  Because he told me he'll --

12     Q.  How far away was he?

13     A.  I don't remember.

14     Q.  Well, looking at that photo in the top

15  left-hand corner, let's see if that refreshes your    11:33

16  memory.

17     A.  That doesn't even refresh my memory at all

18  because -- I don't know.  That don't even look like

19  a BART train to me.

20     Q.  I'm going to tell because it's not even a    11:33

21  representation.  We know evidentiary that this is

22  the train, and this is the Fruitvale station.  And

23  we know that's the escalator where the mouse is

24  pointing -- the stairway where the mouse is

25  pointing.  And we know that's the escalator where    11:33

1    the mouse is pointing.  And we know that your

2    friends come walking from where the mouse is and

3    start walking in this direction.

4            Did you recall seeing Pirone -- as I'm

5    refreshing your memory now, do you recall seeing          11:34

6    Pirone come up this stairway?

7        A.  I don't know what stairway he came from.

8        Q.  Okay.  But wasn't the escalator, was it?

9        A.  I don't know.

10       Q.  And this is the escalator.                         11:34

11           Do you remember if he was standing by the

12   escalator when you first saw him on the platform?

13       A.  No, sir.

14       Q.  You saw him come up the stairs and walk

15   down the platform?                                         11:34

16       A.  Yes.

17       Q.  Okay.  Here's the escalator.

18           Does that help you remember when he first

19   pointed the Taser at you?

20       A.  No.                                                11:34

21       Q.  Was he closer than the escalator or

22   farther than the escalator?

23       A.  The whole time he was walking up he had

24   his Taser pointing.

25       Q.  Thank you.  That's all I was looking to           11:34

Aiken Welch Court Reporters      N. Bryson      12/11/09

1    try and establish.

2            There's a red light on the Taser?

3        A.  Yes.

4        Q.  And it's called a laser light, right?

5        A.  I don't know what it's called.  I never          11:35

6    had a Taser.

7        Q.  Do you remember seeing the red dot on you?

8        A.  I remember seeing it in my eye.

9        Q.  Okay.  Is that when you knew he was

10   pointing the Taser at you?                               11:35

11       A.  Yes.

12       Q.  When he did that, what did he tell you to

13   do?

14       A.  He was walking up.  He told me get the

15   fuck on the wall.                                        11:35

16       Q.  And what did you do?

17       A.  I said why.  And he said shut the fuck up

18   and get on the fucking wall before I shoot you.

19       Q.  How far away was he when he said that?

20       A.  He was close.                                    11:35

21       Q.  So he had gotten real close to you by

22   then?

23       A.  Yes.

24       Q.  Did he have to yell that, or was he

25   talking in a normal voice?                              11:35

1      A.  He came up yelling.

2      Q.  All right.  When you did that, did you

3   see -- did you turn around to see where your

4   friends were?

5      A.  I mean when I got on the wall, I saw him                11:35

6   yelling at Jack and Carlos.

7      Q.  All right.  Did you see where the rest of

8   the crew was?

9      A.  No.

10     Q.  Did you see the rest of the crew walk by               11:35

11  you and --

12     A.  I saw --

13        MR. POINTER:  Hold on.

14  BY MR. ALLEN:

15     Q.  -- and start walking down the platform the             11:35

16  way I'm using the pointer?

17     A.  I saw Chris walk past.  Sophina, I think.

18  I'm not sure.  But, yeah, Sophina and Carlos

19  girlfriend.

20     Q.  Did you see anybody else walk by?                      11:36

21     A.  No.

22     Q.  Okay.  At that point --

23     A.  Not that I recall.

24     Q.  At that point, did you see your brother --

25  I'm sorry.                                                   11:36

1          At that point did you see where Oscar was?

2      A.  No, sir.

3      Q.  Did you see where Mike was?

4      A.  No, sir.

5      Q.  So you got up against the wall?                    11:36

6      A.  Yes.

7      Q.  And when you got up against the wall, what

8  did Pirone do next?

9      A.  He was flashing his -- well, I know after

10 he flashed the Taser on Jack and Carlos, they got    11:36

11 on the wall.  He flashed -- from what I recall what

12 happened next, I don't know exactly what happened

13 next.

14          But from what I know what happened next,

15 he was flashing his light into the BART, all         11:36

16 through the windows and was saying if I got to come

17 get you, it's not going to be -- I don't know exact

18 words -- but basically it's not going to be a nice

19 picture.

20     Q.  Where were you then?                           11:37

21     A.  I was sitting on the wall combing my hair.

22     Q.  You're sitting on the wall combing your

23 hair, and your brother is to your right and Carlos

24 is to your right; am I correct?

25     A.  If I'm right here, they was right here.        11:37

Aiken Welch Court Reporters    N. Bryson    12/11/09

1    Q.   That's your right hand.   You know the

2    difference between your right and left hand?

3       A.   Yes.

4       Q.   So at that point, you're combing your

5    hair.   He is yelling at the train, and he's                11:37

6    pointing his Taser into the train.

7       A.   Yes.

8       Q.   And what happens next?

9       A.   He goes in the train and grabs Oscar.

10      Q.   Did he put his hand on him?                          11:37

11      A.   Yes.

12      Q.   What did he do when he put his hand on

13   him?

14      A.   You talking about when he was on the

15   train?                                                       11:37

16      Q.   I'm talking about when Oscar --

17      A.   I don't know how he got -- how he -- how

18   he got Oscar when he was in the train.   But when he

19   got off the train, I forgot exactly how he grabbed

20   him.   I just know he had Oscar.   I forgot exactly        11:37

21   what stance he had Oscar in.   And he threw Oscar on

22   the wall in the window.

23      Q.   Maybe it will make easier -- I just want

24   to make sure you understand how I'm going to ask

25   these questions.   I'm going to ask the questions as        11:38

1    at that point?

2        A.  Yes.

3        Q.  And when he put his hands on Oscar,

4    describe what he did.

5        A.  I can't remember what he did.  But I know        11:39

6    exactly he had his hands on Oscar.

7        Q.  Okay.  Did he have him in a violent way

8    where he was pulling him or grabbing him or how was

9    he --

10       A.  I don't know --

11           (Cross-talk.)

12           (Reporter speaks.)

13   BY MR. ALLEN:

14       Q.  Just thought I'd give you some examples.

15   Go ahead.

16       A.  I don't remember if he was -- how he

17   grabbed him, how he whatever he did.  I just

18   know -- because I'm not going -- I just remember

19   when he got Oscar towards the wall, he just threw

20   him, threw him on the wall, told him to sit the        11:39

21   fuck down.

22       Q.  All right.  So he used two hands to

23   petition him against the wall --

24       A.  Yes --

25       Q.  -- or throw him against the wall?        11:39

Aiken Welch Court Reporters    N. Bryson    12/11/09

1    A.  I don't know how many hands he used.

2    Q.  So he's on the wall.

3        Then what did he do next?

4    A.  He started flagging his thing back at the

5    train again.                                        11:39

6    Q.  That's his Taser?

7    A.  Yeah, his Taser.  And then I forgot what

8    he said; yelling if I got to get back on the train

9    again, somethin', somethin'.  I forget exactly what

10   words he was using.  He was using violence though.   11:40

11       I don't know what he did when he got on

12   the train.  But I know when he came out, he had

13   Mike by his dreads in the back and had -- I forgot

14   where his other hand was.  But he had Mike like

15   this in this type stance.  And I forgot.  And then    11:40

16   he was taking Mike to the wall.

17   Q.  The woman officer's name is Domenici.

18       When did she get on the platform?

19   A.  Probably by the time -- well, I'm not

20   going to say probably because I really don't know.    11:40

21   She was -- I think she was there before he grabbed

22   Mike off the train though.

23   Q.  Okay.  Did you see her come up the stairs

24   or the escalator?

25   A.  I don't know.  I was already on the floor   11:40

1       A. Telling me to shut the fuck down and sit

2   the fuck down and shut the fuck up.

3       Q. You replied to her because she was

4   disrespecting her?

5       A. Yes.                                          11:46

6       Q. And you were calling her fake ass

7   police --

8       A. Yes.

9       Q. -- things like that?

10          BART police are fake ass --                  11:46

11      A. I didn't say that. I don't recall saying

12  that. I was just calling her fake ass police,

13  bitch, devil.

14      Q. Why?

15      A. Because she was treating me like one.         11:47

16      Q. So what did you see going on with Jack and

17  Carlos?

18      A. When?

19      Q. What were they doing?

20      A. First, when they threw Oscar, Jack and        11:47

21  Carlos was like that's wrong, why you doing all

22  that. Then he tell them sit the fuck down. Then I

23  don't remember -- I kind of don't remember what

24  happened from there.

25          Then I remember when he grabbed Mike threw   11:47

1     MR. POINTER:  Objection.  Calls for

2  speculation.

3  BY MR. ALLEN:

4     Q.  That's true.  It would be.

5        But it was loud enough to be caught on        11:48

6  videotape, right?

7        MR. POINTER:  Objection.  Calls for

8  speculation.

9        But if he knows, obviously he can answer.

10       THE WITNESS:  I don't know.                    11:48

11  BY MR. ALLEN:

12    Q.  You've seen videotape where your voice can

13  be heard yelling profanities?

14    A.  I saw myself -- I saw it, but I couldn't

15  see words coming -- I couldn't hear the words.      11:48

16    Q.  You couldn't hear your voice on the video?

17    A.  No.

18    Q.  So what happened after -- Pirone handcuffs

19  Michael, right?

20    A.  First, before he cuffs him he --             11:48

21    Q.  I'm just asking after.

22        He handcuffed Michael, right?

23    A.  Yeah.

24    Q.  And then he walked back over to where you

25  and Jack and Oscar and Carlos had stood up and      11:49

1    A.  I know he pushed Oscar hecka hard.

2    Q.  From the back?

3    A.  I forgot how he -- I just remember when

4 Oscar went like, Jack, be cool, brah, be cool,

5 we're going to go home.  And then that's when          11:51

6 Pirone pushed him.  I don't know if it was a punch.

7 But it was like a push, threw him on the wall, and

8 then threw him on the ground.

9    Q.  Your brother was pretty upset right then,

10 wasn't he?                                              11:51

11   A.  Yes.

12   Q.  He was screaming and yelling at the cops?

13 He was yelling at Domenici, right?

14   A.  Yes.

15   Q.  He was using profanity at her?              11:51

16   A.  I don't know.

17   Q.  He had gotten in her face?

18   A.  Like got in her face like --

19   Q.  Got in her face, mad as hell about what

20 was happening, right?                                   11:51

21   A.  I don't know --

22      MR. POINTER:  Objection.  Calls for

23 speculation.

24      THE WITNESS:  I don't know if he got in

25 her face.                                               11:51

132

```
1   BY MR. ALLEN:
2       Q.  What does that mean to you to hear someone
3.  say they got in their face?
4       A.  Got in their face like up close and was
5   like, bitch, do something, something like that.          11:51
6       Q.  Your brother got that close to her, didn't
7   he?
8       A.  Not that I recall.  I don't --
9       Q.  He was using language like that, wasn't
10  he?                                                       11:51
11      A.  Like what?
12      Q.  Bitch and --
13      A.  Yes.
14      Q.  -- fake police --
15      A.  Yes.                                              11:51
16      Q.  -- nigger and shit like that, right?
17      A.  Yes.
18      Q.  Okay.  And at that point in time, Pirone
19  has gotten up behind Oscar.  Oscar is talking to
20  Jack.  And then Oscar and -- Pirone does something        11:52
21  to Oscar.
22          Did I understand that right?
23      A.  Yes.
24      Q.  What did he do?
25      A.  He pushed him.  Looked like he kind of            11:52
```

Aiken Welch Court Reporters    N. Bryson    12/11/09

```
 1            Mr. Pointer, would you agree he's pointing
 2   at Mr. Rains, and it's about five to six feet away?
 3            MR. POINTER:  Looks about right.
 4   BY MR. ALLEN:
 5       Q.  Okay.  And what did Fernando do when you      11:55
 6   saw him sitting on the bench?  Did he just stay
 7   there?
 8       A.  He was just looking.
 9       Q.  Was he saying anything?
10       A.  No.                                           11:55
11       Q.  You looked back to the front?
12       A.  Yes, kept combing my hair.
13       Q.  What drew your attention back to
14   Mr. Anicete?  You hear something, see something?
15       A.  I hear something -- I hear Pirone yelling     11:56
16   on the side of me.  And I see people like on the
17   trains and people on the sides start screaming like
18   that's wrong, that's scandalous.  People in the
19   crowd, what the F you doing.
20       Q.  Okay.  So people on the train were            11:56
21   swearing at the cops?
22       A.  Yeah.
23       Q.  It was pretty crazy, wasn't it?
24       A.  Yes.
25       Q.  It was loud?                                  11:56
```

1    him over.

2         Q.  You know who Johannes Mehserle is, don't

3    you?

4         A.  Yes.

5         Q.  You've seen him on TV?                          12:03

6         A.  Yes.

7         Q.  You know what he looks like?

8         A.  Yes.

9         Q.  And you know that he was standing above

10   officer, and he's the officer accused of shooting   12:03

11   him?

12        A.  Yes.  I don't remember him from that night

13   though.

14        Q.  You don't remember seeing him that night?

15        A.  No.                                             12:03

16        Q.  You don't remember seeing him standing

17   over Oscar?

18        A.  When all that was going on, June was

19   tackled.

20        Q.  Well, no.  I'm talking about after you        12:04

21   heard the pop.

22            You don't remember seeing him standing

23   over Oscar?

24        A.  I don't -- all cops look the same to me.

25        Q.  Well, he's a pretty unusual looking cop.      12:04

Aiken Welch Court Reporters     N. Bryson     12/11/09

1    until he shut the fuck up and then --

2        Q.  Then what happened?  Nobody stopped

3    yelling though, right?

4        A.  Nope.

5        Q.  They still called an ambulance?          12:08

6        A.  Yep, I guess.  They came.

7        Q.  At some point in time, somebody put

8    handcuffs on you?

9        A.  Yes.

10       Q.  When?                                     12:08

11       A.  After they took Oscar.

12       Q.  And when they put the handcuffs on you,

13   what did they tell you?

14       A.  Nothing.

15       Q.  And after they put the handcuffs on you,  12:08

16   did an officer take you downstairs?

17       A.  Yes, sir.

18       Q.  Did you work last night?

19       A.  No.

20       Q.  Just tired?                               12:08

21       A.  Yep --

22       Q.  Bored --

23       A.  -- stayed up late.

24       Q.  Bored?

25       A.  Yep.                                       12:08

1    a fireman and punched him and been arrested, right?

2        A.  Yes.

3        Q.  And now you're saying a fireman used

4    disrespecting language to you because he told you

5    you weren't ill or there was nothing wrong with you        12:11

6    after you complained of being dizzy and short of

7    breath, right?

8        A.  Yes.

9        Q.  So after that, were you taken to the

10   police station?                                            12:12

11       A.  I was taken to somewhere on Eighth and

12   Oak, a building.  I don't know if it was a police

13   station.  I don't know what it was.

14       Q.  Had you ever been to the BART police

15   station before?                                            12:12

16       A.  No, sir.

17       Q.  When you were taken over there, were you

18   by yourself?  Was there any of your friends with

19   you?

20       A.  Inside --                                          12:12

21           MR. POINTER:  In the car?

22   BY MR. ALLEN:

23       Q.  In the car.

24       A.  No, sir.

25       Q.  When you were downstairs, did you see any          12:12

158

1    of your friends before you were taken away?

2         A.   Downstairs?

3         Q.   Let me set this up.

4              After you were handcuffed, you were

5    brought downstairs and put in a police car, and          12:12

6    that's when the fireman came to check you out,

7    right?

8         A.   Yes.

9         Q.   At that time, at any time between taken

10   downstairs and put in a police car, did you see any      12:12

11   of your friends?

12        A.   Yes.

13        Q.   Who did you see?

14        A.   I saw Carlos and June sitting on the bench

15   handcuffed, and I saw Sophina.                           12:12

16        Q.   Did you talk to your friends?

17        A.   I called Sophina to the car.

18        Q.   Did she come over and talk to you?

19        A.   Yes.

20        Q.   And what did you say to her?                   12:13

21        A.   She asked me was Oscar okay, and I said I

22   don't think he's going to die.

23        Q.   You told her he had been shot?

24        A.   Yes.   I said he got shot, but I don't

25   think he's going to die.                                 12:13

1      A.  No.

2      Q.  When you were brought into that room, at

3  any time, did you have a chance to talk to any of

4  your friends or your brother before you were

5  released that night?                                          12:16

6      A.  No, sir.

7      Q.  While you were in that room, did any

8  officer disrespect you?

9      A.  I don't remember.

10     Q.  Any officer strike you or hit you?                     12:17

11     A.  No, sir.

12     Q.  Did any officer make fun of you?

13     A.  Yes.

14     Q.  Who did?

15     A.  I don't know.  Cops just kept -- like               12:17

16  several cops just came past mugging me and laughing

17  at me.

18     Q.  What do you mean by mugging you?

19     A.  Smirk.

20     Q.  But did they say anything to you?                      12:17

21     A.  No.

22     Q.  Did anybody use any racial profanity at

23  you?

24     A.  No.

25     Q.  That night do you recall any police                    12:17

1    officer using the word nigger?

2        A.  Yes.

3        Q.  Who was that?

4        A.  Tony.

5        Q.  How many times?                          12:17

6        A.  I don't know.  Couple though.  More than

7    once, less --

8        Q.  Did you hear any of your friends using the

9    word nigger?

10       A.  Nigger?                                    12:17

11       Q.  Nigga or nigger, either way?

12       A.  No.  Nigga.  I don't remember hearing my

13   friends say nigga.

14       Q.  Did you hear that word from other people?

15       A.  No.                                        12:18

16       Q.  Okay.  Are you testifying today that the

17   only time you heard the word nigga with an a --

18   n-i-g-g-a or nigger, n-i-g-g-e-r, it came from

19   Officer Pirone?

20       A.  No.                                        12:18

21       Q.  You heard it otherwise?

22       A.  Yes, but I don't know from who.

23       Q.  But you know it wasn't from any of your

24   friends?

25       A.  I don't know who it was from.             12:18

1      Q.   You know he's charged with the murder of

2    Oscar Grant, don't you?

3      A.   Yes.

4      Q.   Now, do you remember seeing Johannes

5    Mehserle coming up onto that platform at any time?        14:18

6      A.   I don't remember what -- I don't remember.

7      Q.   You don't remember seeing him arrive?

8      A.   No, sir.

9      Q.   You said when some other officers arrived,

10   they kind of circled around, and they turned             14:18

11   around, and they were facing outward.

12          Do you remember saying that about other

13   officers who arrived?

14     A.   Yes.

15     Q.   Did that include Mehserle?                        14:18

16     A.   Like I said, I don't remember seeing

17   Mehserle.

18     Q.   Did you ever hear Mehserle say anything to

19   you?

20     A.   No, sir.                                          14:19

21     Q.   Did you ever hear Mehserle say anything to

22   anybody before the shooting?

23     A.   I don't remember Mehserle.

24     Q.   Now Pirone talked to you, didn't he?

25     A.   Yes.                                              14:19

Aiken Welch Court Reporters      N. Bryson      12/11/09

1   paper --

2          A.  No, sir.

3          Q.  Let me finish the end of my question.  It

4   make no difference in your answer, but it's easier

5   for the reporter to take down.                        15:21

6          Have you ever seen an 8 and a half by 11

7   piece of paper with these three photographs on it

8   before today?

9          A.  No, sir.

10         Q.  Does this also come from that video?       15:21

11         A.  Yes, sir.

12         Q.  Now, you did not see how Officer Pirone

13   got Oscar Grant to come out of the train car, did

14   you?

15         A.  No, sir.                                    15:21

16         Q.  But you did see them after they got out of

17   the train car?

18         A.  Yes.

19         Q.  And did you see them walk from the door of

20   the train to where you were seated?                  15:21

21         A.  Yes.

22         Q.  And how were they in contact with each

23   other if they were?

24         A.  I forgot how -- exactly how contact they

25   were.  I know he brung (sic) Oscar some type of      15:21

Aiken Welch Court Reporters     N. Bryson     12/11/09

1    way.  I don't know exactly which way.  And then

2    when he got close enough to the wall and the

3    window, he slammed him against it.

4        Q.  Okay.  And what direction was Oscar

5    facing?  Was he facing --                          15:22

6        A.  I don't remember.

7        Q.  Okay.  All you know you is you heard a

8    bang and saw Oscar move?

9        A.  No.  I saw it.

10       Q.  Okay.  But you just don't remember what   15:22

11   you saw?

12       A.  I don't remember exactly which way Oscar

13   was facing or how Pirone had his hands on Oscar.

14       Q.  How far back from the wall and window was

15   Oscar when Pirone let go of him?                    15:22

16       A.  I don't remember.

17       Q.  Pirone told Oscar to sit down, correct?

18       A.  Yes.

19       Q.  And Oscar sat down, correct?

20       A.  Yes.                                        15:22

21       Q.  Did he sit all the way down, or did he

22   crouch down like a catcher?

23       A.  I don't know.  I think he sat down that

24   time.

25       Q.  That time.  Did you see Pirone go back      15:22

1   into the train car to get Greer?

2        A.  I saw when he went in.

3        Q.  Did you see where Greer was when he went

4   in?

5        A.  No, sir.                                    15:23

6        Q.  Did you see any contact between Pirone and

7   Greer while they were on the train car?

8        A.  Excuse me.  While they were in the train

9   car?

10        Q.  While they were in the train car.          15:23

11        A.  No, sir.

12        Q.  Did you see them as they came out of the

13   door of the train car?

14        A.  Yes.

15        Q.  And you've described, I believe, although  15:23

16   I was at the other end of the table, how Officer

17   Pirone was in contact with Greer.

18            Can you describe it for me now that I'm

19   looking at you?

20        A.  He had the back of his hair, his dreads -- 15:23

21        Q.  He is Pirone?

22        A.  Yes.  And I forgot -- he had one arm like

23   this pulling his dreads back.  And then I forgot

24   how he had the other arm.  Then he walked him.  And

25   then I think he tripped him.  I'm not sure but put  15:23

1    his leg in front of him and tripped him on the

2    ground and then put his knee in Mike head -- in

3    Mike neck like right here and then threw the cuffs

4    on him.

5        Q.  And did Greer go down as soon as Pirone          15:24

6    tripped him?

7        A.  Yes.

8        Q.  And that's when Oscar and your brother

9    Jackie and Carlos Reyes all stood up, correct?

10       A.  Yes.                                              15:24

11       Q.  And they were angry?

12       A.  Yes.

13       Q.  And they were yelling?

14       A.  They asked why are you treating us like

15   that.                                                    15:24

16       Q.  Okay.  And can you remember the words they

17   were saying?

18       A.  No, but it was something similar not exact

19   words but why you all doing this like this.

20       Q.  Okay.  Did they use any cuss words?             15:24

21       A.  I don't think yet.  Nope.  I don't know.

22       Q.  Okay.  At any time before -- well, strike

23   that.

24           At any time from when Michael was put on

25   the ground and handcuffed until Pirone came back        15:24

1      Q.   Okay.   Now, I'm taking you downstairs into

2   the parole car.

3      A.   Okay.

4      Q.   You indicated you had a conversation with

5   him about you thinking he was the shooter.          15:59

6      A.   Yes.

7      Q.   Were there any other conversations with

8   him downstairs when you were in the parole car that

9   night?

10      A.   I'm not sure.   I don't remember.          15:59

11      Q.   After the parole car left the parking area

12   of the Fruitvale station, did you have any verbal

13   communications with Tony Pirone that night or the

14   next morning?

15      A.   He just kept walking past smiling and       16:00

16   smirking.

17      Q.   Did he say anything to you, or did you say

18   anything to him?

19      A.   I don't remember.

20      Q.   Did any other officers walk by beside       16:00

21   Pirone?

22      A.   That night I couldn't even notice no other

23   cops but Pirone and Domenici.

24      Q.   So they both walked by?

25      A.   I don't know if Domenici walked by.         16:00

1   STATE OF CALIFORNIA          )

2                               )

3   COUNTY OF ALAMEDA            )

4

5           I, CATHLEEN M. MEUTER, do hereby certify:

6        That NIGEL BRYSON, in the foregoing deposition

7   named, was present and by me sworn as a witness in the

8   above-entitled action at the time and place therein

9   specified;

10       That said deposition was taken before me at said

11  time and place, and was taken down in shorthand by me, a

12  Certified Shorthand Reporter of the State of California,

13  and was thereafter transcribed into typewriting, and that

14  the foregoing transcript constitutes a full, true and

15  correct report of said deposition and of the proceedings

16  that took place;

17       IN WITNESS WHEREOF, I have hereunder subscribed my

18  hand this 30th day of December 2009.

19

20

21

22

23  _____
    CATHLEEN M. MEUTER, CSR No. 12950
24  State of California

25

Aiken Welch Court Reporters      N. Bryson      12/11/09