**EXHIBIT C**

1          IN THE UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                    ---oOo---

4    WANDA JOHNSON, individually and
     as personal representative of the
5    ESTATE OF OSCAR J. GRANT III; the
     ESTATE OF OSCAR J. GRANT III;
6    SOPHINA MESA, as Guardian ad Litem
     of minor, T.G.,

7
          Plaintiffs,
8    vs.                              No.  C09-00901 MHP

9    BAY AREA RAPID TRANSIT DISTRICT;
     GARY GEE, in his official capacity
10   as CHIEF OF POLICE for BAY AREA
     RAPID TRANSIT DISTRICT; JOHANNES
11   MEHSERLE, individually and in his
     official capacity as a police officer
12   for BART; ANTHONY PIRONE, individually
     and in his official capacity as a
13   police officer for BART; MARYSOL
     DOMENICI, individually and in her
14   official capacity as a police officer
     for BART; and DOES 1-50, inclusive,

15
          Defendants.
16   _____/

17

           VIDEOTAPED DEPOSITION OF JACKIE BRYSON
18

19        Taken before CATHLEEN M. MEUTER

20             CSR No. 12950

21          December 22, 2009

22

23

24                    One Kaiser Plaza, Suite 505
                      Oakland, California 94612
                 Ph  510-451-1580
25   Aiken         Fax 510-451-3797
     Welch         www.aikenwelch.com
     COURT
     REPORTERS

1    A.   Yes.

2    Q.   Or was involved in something; am I right?

3    A.   Yes.

4    Q.   Prior to -- let me strike that.

5         When was the first time you saw Oscar on                11:29

6    the same train car you were on if you can remember?

7    A.   You mean which part of the night?  Are you

8    talking about before San Francisco, after San

9    Francisco?

10   Q.   That's a good question.  Let me rephrase            11:29

11   it.

12        You get on at the Embarcadero, and you

13   have a specific memory of Vanessa, Carlos, and

14   Nigel but no specific memory of where the other

15   friends of yours went on the train car, correct?       11:30

16   A.   Correct.

17   Q.   So on the ride from the Embarcadero to

18   Fruitvale, when is the first time you can recall

19   seeing Oscar on the same train car with you?

20   A.   That I can recall is when the altercation           11:30

21   started.

22   Q.   Okay.  What drew your attention first to

23   the altercation?  Was it language?  Was it

24   movement?

25   A.   I just seen them push each other.                   11:30

1      Q.  Okay.  If you can -- remember early when

2   we first started this, I asked you to give an

3   estimate of this table.  And you estimated 10 feet.

4   We know it's 12 feet.  So it was approximately

5   pretty close.                                           11:30

6           So using that as an idea and thinking back

7   to when you saw them pushing each other, how far

8   away were you?

9      A.  Probably about maybe ten feet too.

10     Q.  Okay.  So no further than where the other    11:30

11  attorneys are sitting at the back of this table?

12     A.  Correct.

13     Q.  Okay.  And when you saw this pushing, can

14  you describe the man he was pushing?

15     A.  He was kind of overweight, kind of looked    11:31

16  like he could have been Hispanic maybe.

17     Q.  White or Hispanic?

18     A.  Maybe.  He could have been white.  To me

19  he looked Hispanic.

20     Q.  Have you ever seen him before?              11:31

21     A.  No.

22     Q.  Do you remember what clothing he was

23  wearing?

24     A.  No.

25     Q.  Did you -- could you tell whether he was     11:31

Aiken Welch Court Reporters      J. Bryson      12/22/09

1    standing there with anybody?

2        A.  I don't know.

3        Q.  Did you hear anything said between him and

4    Oscar when you first realized there was some

5    pushing going on?                                    11:31

6        A.  Previous to pushing?

7        Q.  Previous to pushing.

8        A.  No.  I didn't hear anything.

9        Q.  When you looked over or learned there was

10   some pushing going on, did you hear anything said    11:31

11   between Oscar and this man?

12       A.  I can't remember.  I don't really remember

13   that.

14       Q.  And you were standing where?  Were you

15   still standing near or close by Carlos and Nigel?    11:32

16       A.  I don't know.  I can't remember.

17       Q.  All right.  So you -- something draws your

18   attention to this altercation, and you see a

19   pushing going on.

20           Who was pushing who?                         11:32

21       A.  I don't remember who pushed who first.  I

22   turned around, and they were both pushing each

23   other.

24       Q.  What did you do?

25       A.  Nothing.                                     11:32

1     Q.  Did you take a step toward them?

2     A.  No.

3     Q.  Did you feel you needed to go help Oscar?

4     A.  No.

5     Q.  When you saw the pushing, did you see     11:32

6  either one of them throw a punch?

7     A.  I don't remember too many punches being

8  thrown.

9     Q.  Do you remember any punches being thrown?

10     A.  I can't -- I don't remember any punches    11:32

11  being thrown.

12     Q.  Was there anybody standing between you and

13  Oscar when you looked over and saw the pushing

14  going on?

15     A.  Yeah.  Yes.     11:32

16     Q.  Who was standing between you?

17     A.  A bunch of people.  It was like just

18  people on the train.

19     Q.  Did you see any of your friends standing

20  near Oscar?  Michael or Fernando or Johntue or    11:33

21  Jamil, anybody like that?

22     A.  I can't remember.

23     Q.  Did you see Sophina?

24     A.  No.  I didn't see her.

25     Q.  I mean when you saw Oscar, did you happen    11:33

1       Q.   You can't remember where Nigel was

2    standing or where Sophina or Vanessa were standing?

3       A.   No.

4       Q.   And so you're looking at this, and you see

5    the pushing.                                          11:34

6            What's the next thing you see happen?

7       A.   They start kind of wrestling between --

8    you know the doors are, and it has the two rails

9    that come out between the doors.   There's just like

10   so many people on the train.   Them two are stuck     11:34

11   behind -- between that just kind of wrestling

12   mostly.

13      Q.   Did you see anybody throwing punches?

14      A.   Not that I remember.

15      Q.   Did you see anybody come in to try and       11:34

16   break up or separate the two of them?

17      A.   No.

18      Q.   Did you see any of your friends try and

19   jump in to help Oscar?

20      A.   No.                                           11:35

21      Q.   Was this guy bigger than Oscar?

22      A.   He was fatter than Oscar.

23      Q.   But I mean Oscar wasn't a real big guy,

24   was he?

25      A.   No.                                           11:35

1   anything to you guys like you got to get off the

2   train or something like that?

3       A.  No.

4       Q.  When you decided to get off, did you all

5   get off together?  Did you get off separately?  I          11:39

6   mean did you get off as a large group?  Or did some

7   people get off, other people stay on the train?

8       A.  I believe we -- I think we all got off as

9   a whole group.

10      Q.  After you got off, what happened next?           11:39

11      A.  That is when Tony Pirone came upstairs.

12      Q.  Did you see Tony Pirone coming up the

13  stairs?

14      A.  Yes.

15      Q.  Okay.  So let me ask you.  You've been          11:39

16  back to that station.  And I'll have you look at

17  the top left-hand corner up there.  I'll represent

18  to you that's the platform.

19          And if we could -- Mr. Stutchman, if you

20  could take that up to a view of the platform when      11:40

21  it's empty either right before the train comes in

22  or --

23          All right.  Now looking at that top

24  left-hand corner -- I'm going to use the mouse.

25  All right?  So see if you agree with me that that's     11:40

Aiken Welch Court Reporters        J. Bryson        12/22/09

1     Q.  But that's --

2          Mr. Stutchman, if you can give me a frame

3     that doesn't have those people there.

4          The only reason we do this for the record

5     we don't want any confusion.                    11:41

6     A.  All right.

7     Q.  And that was fair on your part to say you

8     couldn't tell again.  Okay.

9          So, again, that's where the stairway is.

10    A.  Okay.                                        11:41

11    Q.  Before we go further, is it your best

12    memory that would be the stairway that you saw

13    Pirone coming up as opposed to the escalator?

14    A.  I think he came up the escalator.  I

15    remember him coming up the escalator.           11:41

16    Q.  Okay.  All we're doing is trying to see

17    what you best remember.

18         So the train is in the station.  You guys

19    get off.

20         And what caused you to look down the       11:41

21    platform and you saw a police officer coming up?

22    A.  I just seen him.  Nothing caused me to

23    look.  I could just see him coming up the stairs.

24    He was running up the stairs.

25    Q.  He was running up that escalator you mean?   11:42

Aiken Welch Court Reporters    J. Bryson    12/22/09

1     A.  Yes, the escalator.

2     Q.  When he was running -- he was running up

3 and he reaches the platform, did he continue to run

4 toward you guys?

5     A.  Yes.                     11:42

6     Q.  Okay.  Do you remember him saying anything

7 when you saw him running towards you?

8     A.  The first thing he did, he pulled out his

9 Taser and he told me, Carlos, and Nigel to sit the

10 fuck down.                      11:42

11     Q.  Did he have his Taser out before he got to

12 the platform, or did he take it out after he got to

13 the platform?

14     A.  I don't remember.

15     Q.  Okay.  As he ran toward you, where were    11:42

16 you, Nigel, and Carlos standing in the group if you

17 can remember?

18     A.  I don't understand the question.

19     Q.  Well, you have a large -- I think we have

20 at least eight people.  We got Vanessa, Sophina,    11:42

21 Carlos, Nigel, yourself, Oscar, Johntue, Jamil,

22 Fernando; at least nine people by my count -- and

23 Mario.  Ten people.

24     Did all ten of you get off the train at

25 that point?                     11:43

1       A.  We were all off the train.

2       Q.  Okay.  And so the group is off the train.

3       And do you remember where you were

4 standing when you saw Pirone?  I mean were you in

5 the back of the group, the front of the group, the    11:43

6 middle of the group?

7       A.  I was more to the back.  I was behind

8 Oscar and Mike.

9       Q.  Okay.  Mike Greer, that makes eleven.  So

10 you see Pirone.    11:43

11       What's the next thing that your group does

12 when you see Pirone?

13       A.  Well, me, Nigel, and Carlos go sit against

14 the wall like he told to.  Before he tells us to

15 get on the wall when we first see him coming up,    11:43

16 Mike and Oscar hopped back on the train when they

17 first see him.  And Nigel keep walking.

18       He comes up.  He points the Taser.  And he

19 likes points with the Taser to go sit toward -- on

20 the wall, go sit down.  Go sit the fuck down, those    11:44

21 were his exact words.

22       And I just remember him -- he's on the

23 train like this.  And he goes onto the train and

24 comes out with Oscar.  And he has Oscar by the

25 neck, brings Oscar to where -- kinds of slams him    11:44

1   to where we're at.  Just kind of like look like why

2   you do all that.

3            Then he goes -- he walks back to the train

4   with his Taser.  I hear him say whoever is still on

5   the train, get the fuck off.  He was referring to          11:44

6   whoever we was just with that hopped back on the

7   train, get off.

8            That's when he comes out with Mike.  And

9   he has Mike by his neck and his locks.  And he's

10  dragging him, and he kind of like tries to hip toss    11:44

11  him to the ground.  But he can't do it.  It doesn't

12  work the first time.  So he kind of just -- he put

13  his foot behind him and just slammed him to the

14  ground.

15           That's when we kind of got mad, like what      11:44

16  you doing, why you doing all that.  That's when --

17  that's when I remember --

18       Q.  If you don't mind, let me hold you there

19  because we'll try and beak this out into segments

20  to make it a little easier.  So let's just work        11:45

21  with that segment.

22           I understand that Pirone points at you

23  guys.

24           Did he physically do anything more than

25  point at you guys and swear at you guys to get         11:45

1  him, and he's dragging him off backwards?

2      A.  Yes.

3      Q.  Was that the same way he was dragging off

4  Oscar?

5      A.  Yes, except without the hair.                    11:53

6      Q.  Without the hair.  And then as he's

7  dragging him off, you described -- I think you did

8  a pretty good job of describing how he tried to

9  knock his legs out from under him.

10     A.  Uh-huh.  Yes.                                     11:53

11     Q.  But he wasn't successful the first time?

12     A.  The first time he just kind of like -- he

13  tried to hip toss him.

14     Q.  Like a judo throw?

15     A.  I guess he wasn't strong enough to do it.        11:53

16  So he put his foot behind him and tripped him.

17     Q.  Okay.  So Oscar -- I'm sorry.  Michael

18  goes to the ground with the throw.

19         And what did Pirone do when Michael hit

20  the ground?  Did he fall on him?  Did he do          11:53

21  something to him?

22     A.  I'm not sure.

23     Q.  Okay.  Did he attempt to handcuff him?

24     A.  I think so.  I think that's when he began

25  to cuff Mike.
                                                            11:53

Aiken Welch Court Reporters    J. Bryson    12/22/09

1   police, call the real police.  Get the fuck away

2   from me.  Don't touch me.

3       Q.  Was he talking to Domenici at the time or

4   just to everybody in general?

5       A.  I'm not sure.  I don't know who he was   12:06

6   talking to.

7       Q.  Now, you know the words bitch ass nigger

8   were used, right?

9       A.  Bitch ass nigger?

10       MR. POINTER:  Can you repeat the question   12:07

11   again?

12   BY MR. ALLEN:

13       Q.  Yeah.  You're aware that -- because it's

14   been in the news that the words bitch ass nigger

15   were used at some point in time, right?   12:08

16       A.  Yes.

17       Q.  Do you know who said that?

18       A.  Pirone.

19       Q.  Did you hear anybody else say that?

20       A.  No.   12:08

21       Q.  Did you hear any of your friends say that?

22       A.  No.

23       Q.  How many times did you hear that said by

24   any chance?

25       A.  I don't remember.   12:08

1          And I'm looking at Oscar.  That's what I'm

2   saying.  He just kept looking up.  He just looked

3   up.  He was like you shot me.  He was like you shot

4   me, you fucking shot me.  He just kept repeating.

5          I remember -- I believe I think I started          13:31

6   yelling at Johannes.  Then I remember trying to sit

7   next to Oscar, trying to get down.  But I couldn't

8   get do you know because I was cuffed.

9          When I'm trying to sit down next to him,

10  that's when I get tackled back down to the ground          13:31

11  by the police, the BART police.  And I'm looking at

12  him.  It's just like his eyes are open, but it's

13  like he's just looking lifeless.  He ain't there.

14  You know what I mean?  He's not there.

15          So I start seeing the blood come out of          13:31

16  his mouth.  I'm just yelling.  I'm like Oscar.  I'm

17  like, O, stay awake.  Oscar stay up.  I'm like just

18  let me talk to him.  I'm like I can keep him here.

19  I'm like I know you all don't want him to die.  I'm

20  like you don't want him to die.          13:31

21          And everybody else just starts yelling his

22  name, everybody we were with.  Everybody starts,

23  Oscar, stay away.  We're trying to keep him up.  We

24  start yelling call the ambulance, call the

25  ambulance, why ain't nobody called the ambulance          13:31

1    yet.  I'm yelling like call the ambulance.

2              <u>I don't know what cop was on top of me.</u>

3    Whatever cop was on top of me, his exact words were

4    when you shut the fuck up, we'll call the

5    ambulance.                                           13:32

6              So from there, I just kept -- I'm

7    screaming.  I'm yelling at the top of my lungs.

8    This is when they start trying to take me down to

9    the cop car.  I'm still -- I'm just yelling.

10             He tries to tell me to be cool.  I'm like    13:32

11   be cool, you just shot my cousin.  I'm like they

12   just shot my fucking cousin in front of me.  Excuse

13   my language, but that's what we was saying.

14             And we get to the -- we get downstairs out

15   of the station.  And this is when I see Chris,       13:32

16   Sophina, and Vanessa, Carlos' girlfriend.  I don't

17   know -- I don't know if it was Sophina or Vanessa.

18   One of them just like what happened.  I'm like they

19   just shot Oscar, they just shot Oscar for no

20   reason.                                              13:32

21             He's trying to get me in the back of the

22   cop car before I could talk to them.  Then I'm

23   trying to tell them what happened.  He just like

24   starts grabbing me by the neck, trying to throw me

25   in the cop car.                                      13:32

1        Q.  All right.  You were already in handcuffs;

2   and then some officer tackled you.

3              Do you know what that officer looked like?

4        A.  No.

5        Q.  Was it a man or a woman?                    13:37

6        A.  It was a man.

7        Q.  Okay.  Do you know if he had blonde hair

8   or dark hair?  Was he white or --

9        A.  I couldn't see.  I was on my stomach.  It

10  was whatever cop took me to the police station     13:37

11  though.

12       Q.  It was the same cop?

13       A.  Yes.

14       Q.  Okay.  And this was the cop that walked

15  you downstairs past Sophina and Vanessa and Chris?  13:37

16       A.  Yes.

17       Q.  And now that you're thinking about it, can

18  you describe that cop?  Is he a blonde-haired

19  cop --

20       A.  I believe he was white -- a while male     13:38

21  with short hair.  I don't remember the color of his

22  hair.  I don't remember him being too big either.

23  I don't think he was bigger than me.

24       Q.  But you're a pretty healthy guy, man.  I

25  mean I go about your weight, I'll bet, maybe a      13:38

1        A.  Yes.  Oh, I thought you meant the order
2   that we sat down.
3        Q.  No.  No.  No.
4        A.  Okay.
5        Q.  I'm sorry.  And then after a few seconds       13:59
6   of no conversation, Pirone goes back to the train?
7        A.  Yes.
8        Q.  And do you see him actually go onto the
9   train?
10       A.  I see him go onto the train.                    13:59
11       Q.  Actually in through the door?
12       A.  Yes.
13       Q.  And do you see what he does inside the
14   train car?
15       A.  No.                                            13:59
16       Q.  The next time you see Pirone, where is he?
17       A.  Dragging Oscar out.
18       Q.  Out of the door of the car?
19       A.  Yes.
20       Q.  And you've described that already as to        13:59
21   how he was holding him.
22       A.  Yes.
23       Q.  And how far is the area where he exited
24   the train with Oscar and where you were seated?
25       A.  I mean the total length of the platform --     14:00

1    the width of the platform.

2         Q.  Okay.  Is that bigger than this room?

3         A.  I'm not sure.  Maybe a little bit bigger.

4         Q.  Okay.  So this table is here, and the room

5    goes about 3, 4 feet on each side of the table.          14:00

6    The table is 12 feet.  We're about 25 feet in this

7    room.

8         A.  Oh, you mean this way or this way?

9         Q.  This way.

10        A.  Oh, this way.  Maybe something like that,    14:00

11   but I don't know.  Something close to it.

12        Q.  All right.  Your best estimate is all I

13   want.

14        A.  All right.

15        Q.  And is Oscar still on his feet this whole    14:00

16   time?

17        A.  When he's getting dragged?

18        Q.  Yes, sir.

19        A.  Yes.

20        Q.  Okay.  Do you hear Pirone say anything to    14:00

21   him?

22        A.  No.

23        Q.  Do you hear Oscar say anything to Pirone?

24        A.  No.

25        Q.  Is Oscar being dragged backwards or is       14:00

1    he -- I'm not sure how his body position is as he

2    goes toward the wall.

3        A.  He's being drug backwards.

4        Q.  Okay.  But he's still able to keep his

5    feet?                                                    14:01

6        A.  I guess so.  He wasn't on the ground.

7        Q.  Okay.  And he wasn't dragging his feet?

8        A.  I don't know if he was dragging his feet

9    or not.

10       Q.  And does Pirone say anything to Oscar when   14:01

11   he gets him to the wall?

12       A.  I don't remember.

13       Q.  You don't remember if Oscar said anything

14   to him or vice versa, correct?

15       A.  Correct.                                        14:01

16       Q.  Have you seen Domenici yet at that point?

17       A.  I'm not sure.  I don't remember when she

18   showed up exactly.

19       Q.  Okay.  Does Pirone then go back to the

20   train?                                                   14:01

21       A.  Yes.

22       Q.  Does he go back to the same car where he

23   got Oscar?

24       A.  Yes.

25       Q.  The same train car?                             14:01

1    Q.  Other than sit the fuck down and the bitch

2  ass nigga, did you hear Pirone say anything else

3  that night?

4    A.  Yeah.  But I don't remember what he was

5  saying.                                          14:12

6    Q.  Who was he talking to?

7    A.  He talked to several different people that

8  night.

9    Q.  Nothing that stands out in your mind?

10    A.  No.                                       14:12

11    Q.  Now, you said there was a discussion after

12  Oscar was shot about calling an ambulance.

13        And you were part of that discussion?  You

14  were asking someone to call an ambulance?

15    A.  Yes.                                      14:12

16    Q.  And is that when somebody jumped on your

17  back and pushed you down?

18    A.  They were already on my back.

19    Q.  Okay.  So you're on your back handcuffed?

20    A.  Yes.                                      14:12

21    Q.  How close --

22    A.  I mean I'm on my stomach.  I'm on my

23  stomach.  The officer is on my back.

24    Q.  Okay.  And this is the same officer that

25  took you downstairs, put you in the police car, and   14:13

204

1    drove you to BART?

2        A.  Yes.  I believe so.

3        Q.  Now, that wasn't Pirone?

4        A.  No.

5        Q.  And that's the same officer that said          14:13

6    we're not going to call an ambulance until you shut

7    the fuck up?

8        A.  I think so.

9        Q.  When you got to the BART police station,

10   you were put in a cell?  Was it just like a holding    14:13

11   cell?

12       A.  It wasn't even a cell.  It was more like

13   just -- it was like a cage basically.

14       Q.  Okay.  Was it standing all alone so you

15   could walk around it?                                  14:13

16       A.  No.  There was a bench in there.  There

17   was a steel bench.  It was maybe about -- see where

18   that window comes out?  Maybe from where the window

19   comes out down to where that picture is right

20   there.                                                 14:13

21       Q.  Would you say -- you tell me your best

22   estimate of distance.  Four feet, five feet?

23       A.  Maybe five feet this way, maybe six this

24   way.

25       Q.  Okay.  And you were handcuffed?               14:14

1        A.  Yes.

2        Q.  And who handcuffed you?

3        A.  Your client.

4        Q.  Mr. Mehserle?

5        A.  Yes.                                          15:44

6        Q.  And why did you say now you know that it

7    was Mehserle who handcuffed you?

8        A.  Because like I said, about a month and a

9    half ago we reviewed some of the tapes.

10       Q.  But up to a month and a half ago, you        15:44

11   didn't know it was Mehserle who handcuffed you; is

12   that correct?

13       A.  Correct.

14       Q.  And when you say we reviewed the tapes,

15   who is we so we know?                                 15:44

16       A.  Everybody on that tape and my lawyers.

17       Q.  Okay.  So you all reviewed the tapes.

18           And it was then a month and a half ago for

19   the first time you realized that Johannes Mehserle

20   had handcuffed you?                                   15:44

21       A.  Yes.

22       Q.  All right.  And do you remember -- you've

23   testified here today that when you gave an

24   interview statement to the law firm of Meyers Nave

25   earlier this year that you told them the truth       15:44

1    STATE OF CALIFORNIA          )

2                                 )

3    COUNTY OF ALAMEDA            )

4

5        I, CATHLEEN M. MEUTER, do hereby certify:

6        That JACKIE BRYSON, in the foregoing deposition

7    named, was present and by me sworn as a witness in the

8    above-entitled action at the time and place therein

9    specified;

10       That said deposition was taken before me at said

11   time and place, and was taken down in shorthand by me, a

12   Certified Shorthand Reporter of the State of California,

13   and was thereafter transcribed into typewriting, and that

14   the foregoing transcript constitutes a full, true and

15   correct report of said deposition and of the proceedings

16   that took place;

17       IN WITNESS WHEREOF, I have hereunder subscribed my

18   hand this 6th day of January 2010.

19

20

21

22

23                    _____
                      CATHLEEN M. MEUTER, CSR No. 12950
24                    State of California

25

Aiken Welch Court Reporters      J. Bryson      12/22/09