**EXHIBIT D**

1      IN THE UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3             ---000---

4   WANDA JOHNSON, individually and
    as personal representative of the
5   ESTATE OF OSCAR J. GRANT III; the
    ESTATE OF OSCAR J. GRANT III;
6   SOPHINA MESA, as Guardian ad Litem
    of minor, T.G.,
7
        Plaintiffs,
8   vs.                            No.  C09-00901 MHP

9   BAY AREA RAPID TRANSIT DISTRICT;
    GARY GEE, in his official capacity
10  as CHIEF OF POLICE for BAY AREA
    RAPID TRANSIT DISTRICT; JOHANNES
11  MEHSERLE, individually and in his
    official capacity as a police officer
12  for BART; ANTHONY PIRONE, individually
    and in his official capacity as a
13  police officer for BART; MARYSOL
    DOMENICI, individually and in her
14  official capacity as a police officer
    for BART; and DOES 1-50, inclusive,
15
        Defendants.
16  _____/

17

         VIDEOTAPED DEPOSITION OF CARLOS REYES
18

19      Taken before CATHLEEN M. MEUTER

20           CSR No. 12950

21          December 9, 2009

22

23



24        One Kaiser Plaza, Suite 505
          Oakland, California 94612
25        Ph  510-451-1580
          Fax 510-451-3797
          www.aikenwelch.com



64

1    Q.  You and Vanessa.

2    A.  Yes.

3    Q.  From San Francisco traveling to the

4    Fruitvale station, while you were standing in that

5    car, did you see Oscar Grant get in a fight with a          10:57

6    white man with a shaved head?

7    A.  Yes.

8    Q.  And did you hear what started that fight?

9    A.  No.

10   Q.  When you saw him get in that fight, what           10:57

11   did you do?

12   A.  What do you mean like --

13   Q.  Well, did you just stand there, or did you

14   go help Oscar?  Did you do anything to intercede in

15   that fight?                                                  10:57

16   A.  I just stood there.

17   Q.  You just stood where you were?

18   A.  Yeah.  It wasn't really like a fight

19   though.  It was like a shoving contest type thing.

20   Q.  What do you mean by a shoving contest?          10:58

21   A.  There's no room to actually fight.  There

22   was too many people onboard.

23   Q.  What drew your attention that there was a

24   shoving contest going on?

25   A.  It was just like -- it was more like they       10:58

65

1    were grabbing each other, like pushing, grabbing

2    more than actually trying to hit each other or

3    punch or whatever.

4         Q. Well, what I'm asking you now is as you

5    sit here and picture that, what was it that drew          10:58

6    your attention? Were you looking at Oscar, and you

7    saw that start? Or did you --

8         A. Yeah. I heard like yelling, but I don't

9    know what was said. I just looked over and seen

10   that.                                                     10:58

11        Q. So you didn't hear any specific words that

12   you can remember but --

13        A. No.

14        MR. POINTER: Let him ask.

15        THE WITNESS: Sorry.                                  10:58

16   BY MR. ALLEN:

17        Q. You heard yelling?

18        A. Yes.

19        Q. And you looked over there?

20        A. Yes.                                              10:58

21        Q. And you saw Oscar and this man grabbing

22   each other?

23        A. Uh-huh.

24        Q. Do you know the name of this man?

25        A. No.                                               10:59

Aiken Welch Court Reporters      C. Reyes      12/9/09

68

1      Q.   Okay.  But as you saw this and you see

2   this grabbing taking place, about within a short --

3   a very short period of time, the train pulled into

4   Fruitvale and the doors opened?

5            MR. POINTER:  I think he said a minute.        11:01

6            THE WITNESS:  Yeah.

7   BY MR. ALLEN:

8      Q.   Would you agree a minute is a short period

9   of time?

10     A.   Yes.                                             11:01

11     Q.   Okay.  And while you were watching this

12   take place, how far were you from Oscar?

13     A.   I'm not quite sure, not that far.

14     Q.   As close as you are to your counsel,

15   Mr. Pointer?                                            11:01

16     A.   No, not that close; either maybe three,

17   four feet away.

18     Q.   Okay.  And were any of the other men you

19   were with that night closer to Oscar than where you

20   were?                                                   11:02

21     A.   I don't know where they were at.  I don't

22   know who was around.  I was really just looking at

23   what Oscar was doing with that guy.

24     Q.   Okay.  And did you do anything -- I'm

25   sorry.                                                  11:02

1          Did you see any of your friends, the

2     people you were with come and help Oscar?

3          A.  No.  I don't know what they did.  I was

4     just really watching Oscar and the guy, and then a

5     lot of other people were yelling.                    11:02

6          Q.  Where was Vanessa at the time?

7          A.  I don't know because I turned to see what

8     was going on.  She was probably next to me, but I'm

9     not exactly sure.

10         Q.  Do you know where Sophina was?              11:02

11         A.  No.  I don't know.

12         Q.  You did not see anybody throw any punches?

13         A.  No.  I did see them throw some punches.

14         Q.  Who did you see throw punches?

15         A.  Oscar and the white guy.                    11:02

16         Q.  How many punches did Oscar throw?

17         A.  Two or three.

18         Q.  And how many punches did the white guy

19     throw?

20         A.  The same thing, maybe two or three.         11:02

21         Q.  And did you hear any profanity yelled by

22     either one of them at each other?

23         A.  I don't remember.  I don't know who was

24     yelling.  There were so many people yelling on

25     there.                                              11:03

1        A.   In front of me, I believe.

2        Q.   And where was Chris Rafferty?

3        A.   Maybe in front of her.  To what I

4    remember, it was in front of her or something like

5    that.                                                    11:32

6        Q.   Just thinking about Chris and Vanessa, did

7    you see where they went?

8        A.   What do you mean?  Like I don't

9    understand.

10       Q.   Can you tell me where they went as you       11:32

11   best recall?  As you're -- they're walking in front

12   of you.  Where did they go?

13       A.   What do you mean where did they go?  I

14   don't get it.

15       Q.   Okay.  What is the last memory you have of   11:32

16   Chris and Vanessa walking in front of you?

17       A.   They just --

18       Q.   Were they still on the platform?  Did you

19   see them go to the stairs?  Did you see them go

20   downstairs, go down an escalator, get back on a        11:32

21   train --

22       A.   The last thing I remember is seeing them

23   walk in front of me, and then a cop grabbed my arm

24   or shoulder.  And then that's the last thing I

25   remember.  They walked past the cop, and the cop      11:33

1   stopped me.

2        Q.  When the cop stopped you, what happened

3   next?

4        A.  He grabbed my shoulder and told me to sit

5   the fuck down against the wall.                          11:33

6        Q.  And did you go over and sit down?

7        A.  Yes.

8        Q.  So you complied with his order?

9        A.  Yes.

10       Q.  As you were doing so, did you happen to      11:33

11  glance to where or look over to where you last saw

12  Chris and Vanessa and where they had gone?

13       A.  I don't remember.  They were heading

14  towards the escalator.

15       Q.  But you didn't actually see them go on the    11:34

16  escalator?

17       A.  I don't remember.

18       Q.  Maybe let me state it a different way.

19           When you last saw them, they were walking

20  in the direction of the escalator; am I correct?       11:34

21       A.  Yes.

22       Q.  Did you ever see where they went after you

23  last saw them walking towards the escalator?

24       A.  I didn't see them anymore a little bit

25  after.                                                   11:34

1    the cop grabbed your shoulder and told you to get

2    against the wall?

3        A.  I don't remember.

4        Q.  You went over to the wall, though, and

5    Jack and Nigel were also over there with you?                    11:36

6        A.  I don't remember if they were there

7    previous to me getting there or a little bit after.

8        Q.  Do you know why they went over there?

9        A.  The cop told them to get also against the

10   wall.                                                            11:36

11       Q.  And were they behind you so you couldn't

12   see where they were?  Or were they in front of you

13   in your line of sight to Vanessa?

14       A.  Honestly I don't remember.

15       Q.  Now, you had stepped off.                                11:37

16       Do you know where Oscar was when you

17   stepped off the train?

18       A.  No.

19       Q.  You step off.  The officer grabs you,

20   tells you to get against the wall.  You get against          11:37

21   the wall.  Nigel and Jack also get against the wall

22   with you.

23       Have I got that right so far?

24       A.  Yes.

25       Q.  Where you were standing, could you look           11:37

1      A.  No.  I don't know.  I don't know.  I don't

2    know why he came.

3      Q.  Before the train pulled into the Hayward

4    station -- I'm sorry -- into the Fruitvale station,

5    did you hear anybody say anything about calling the          11:41

6    cops?

7      A.  No.  I don't remember anyone saying that.

8      Q.  And when you stepped out of the train, did

9    you happen to look back or glance back or look out

10   of your peripheral vision and see whether the train          11:41

11   operator was leaning out of the train -- the first

12   train and looking back up the platform?

13     A.  No.  I didn't see none of that.

14     Q.  Did you ever speak to this woman?

15         MR. POINTER:  By woman who?                             11:41

16   BY MR. ALLEN:

17     Q.  I'm sorry.  The train operator was a

18   woman.

19         Did you ever have a reason to go talk to

20   her when she was stopped --                                  11:41

21     A.  No.

22     Q.  -- at the platform?

23         So you go against the wall, and you're

24   standing there with Nigel and Jack Bryson.

25         What was the next thing you saw?                       11:42

1      A.  The next thing I remember is the police

2  officer that put us against the wall go on the

3  train and pull Oscar off the train.

4      Q.  When you saw him pull Oscar off the train,

5  did you actually see him put his hands on Oscar --        11:42

6      A.  Yes.

7          MR. POINTER:  Wait.

8          THE WITNESS:  Sorry.

9  BY MR. ALLEN:

10      Q.  Describe what you saw this police officer       11:42

11  do to Oscar.

12      A.  Saw him grab his arm and like link arms

13  with him and pull him off the train, grab him off

14  the train.

15      Q.  And did you see him holding onto Oscar the      11:43

16  entire time as he took him off the train?

17      A.  Yes.

18      Q.  Did you ever see him let go of Oscar?

19      A.  When?  The whole time?

20      Q.  At any time between you saw him put his         11:43

21  hands on him and bring him over to the wall.

22      A.  Not until he got to the wall and he pushed

23  him up against the wall.

24      Q.  When he pushed him up against the wall,

25  how did he push him?  Both hands, one hand --          11:43

93

1    told him sit the fuck down, what was the next thing

2    you remember occurring?

3          A.  He told all of us to sit the fuck down.

4    His Taser was out.

5          Q.  Was any other police officer on the          11:45

6    platform at that time?

7          A.  That I remember, no, not at that exact

8    time.

9          Q.  And what did he do next, that officer?

10         A.  The officer walked back towards the door      11:45

11   of the train that he had just came out of from

12   pulling Oscar out of.  And he said something to the

13   nature of somebody -- whoever else is in there get

14   the fuck out or if I have to go in there to get

15   you, something like that.  I'm not exactly sure      11:45

16   what he said.

17         Q.  Now, somewhere along or about this time, a

18   woman police officer showed up; am I right?

19         A.  Yes.  I don't know exactly when she showed

20   up.  Somewhere along this time, yes, she did show     11:46

21   up.

22         Q.  Do you remember if she was already there

23   when -- look, do you know -- you know the names of

24   two officers?  Pirone was the male officer, right?

25         A.  Yeah.                                         11:46

95

```
1    if I have to come get you -- something of that
2    nature.  And he went on the train.  And Michael had
3    his hand up like on the rail of the train like this
4    (indicating).
5          And he was facing the opposite direction        11:47
6    of where Pirone was coming from.  And Pirone came
7    up behind him and grabbed him sort of like a choke
8    kind of.
9       Q.  Now, you had seen Vanessa, Sophina, and
10   Chris Rafferty walking in front of you.  And then    11:47
11   Nigel and Jack go up against the wall with you.
12   And you see Pirone go back and grab Oscar and bring
13   him off the train.
14         Do you know where Johntue and Fernando had
15   gone?                                                 11:47
16      A.  No.  I don't remember where they went.
17      Q.  All right.  At least until you heard the
18   officer yelling to someone to get back off the
19   train, you didn't know where Mike Greer was; am I
20   correct?                                              11:48
21      A.  Yes.
22      Q.  So you see him grab him.
23         And what's he do after he grabs him?
24      A.  He pulls him off the train backwards with
25   Pirone standing behind him and one arm underneath    11:48
```

96

1    Mike's neck and the other arm somewhere back here

2    (indicating).  I don't know where, maybe his hair,

3    his neck, or his shoulder.  And he's backing up,

4    walking backwards pulling Michael off the train.

5         Q.  What did you see happen next?                    11:48

6         A.  He tries to throw Michael on the floor,

7    and he couldn't.  Or I don't know what happened.

8    It looked like he tried to throw him on the ground.

9    And then it looked like he swept his legs type of

10   thing and finally got him on the ground and slammed    11:48

11   him on the ground face first.

12        Q.  Now, after you see him use this leg sweep

13   and slam him to the ground, did you guys do

14   anything that were sitting against the wall?

15        A.  Yes.                                            11:49

16        Q.  What did you guys do?

17        A.  Stand up.

18        Q.  And when you stood up --

19        A.  I don't know --

20        MR. POINTER:  Hold on.  It's okay.                  11:49

21   BY MR. ALLEN:

22        Q.  When you stood up, who was facing you at

23   the time?

24        A.  The lady officer.

25        Q.  Domenici?                                        11:49

1  and Oscar sits down?

2     A.  Yes.

3     Q.  You sit down?

4     A.  Yes.

5     Q.  The Brysons sit down?                    11:52

6     A.  I don't remember if they sat down or what

7  they were doing.

8     Q.  All right.  And was Pirone facing you at

9  that point?

10    A.  Facing me or --                          11:53

11    Q.  Facing you as a group.

12    A.  Yes.

13    Q.  You're right next to Oscar?

14    A.  Yes.

15    Q.  I mean you could reach out and --        11:53

16    A.  Touch him.  Yes.

17    Q.  And what's Domenici doing?

18    A.  She's just still out with her Taser.

19    Q.  So you have Pirone facing you, Domenici

20 facing you.                                      11:53

21       Were any other police officers there yet?

22    A.  I don't remember.

23    Q.  And they're facing you.

24       What's the next thing you remember

25  happening?                                      11:53

Aiken Welch Court Reporters      C. Reyes      12/9/09

1    A.  Man, the next thing I remember happening
2    is -- the next thing that I remember happening is
3    that maybe Pirone goes back to where Michael is at.
4    And I think he goes over there to handcuff him or
5    something.  I don't remember if Michael was already    11:54
6    handcuffed or -- the next thing I remember is
7    Pirone was like by Michael, and he's handcuffing
8    him or whatever.

9        And then Oscar is telling Jack and Nigel
10   to just sit down or calm down or something like    11:54
11   that.  And Pirone comes back, and Oscar starts to
12   go down.  And Oscar starts telling Pirone, you
13   know, don't Tase me, don't Tase me, I have a
14   daughter.

15      Q.  Let me interrupt you right there.    11:54

16       You say Pirone comes back and Oscar starts
17   to go down.

18       What did you mean by that?

19      A.  Like when Pirone came back -- I don't
20   know.  I'm not sure if he touched him or whatever.    11:54
21   I just know that Oscar -- the next thing I see --
22   because I was facing Michael.  And when I looked
23   back, Oscar is like going down like in the motion
24   of sitting down or kneeling down.

25      Q.  So when Oscar first sat down, did he sit    11:55

Aiken Welch Court Reporters       C. Reyes       12/9/09

122

1   asking Pirone to call an ambulance.

2        Q.  And what did Pirone say to you?

3        A.  He didn't answer me a couple times.  And I

4   stood up.  And when I stood up, he told me I'll

5   call an ambulance after you sit down.                    12:14

6        Q.  Did you -- are those the words he used?

7        A.  Something to that effect.

8        Q.  Did anybody else say they had called an

9   ambulance?

10       A.  I don't remember.                               12:14

11       Q.  And where were Jack and Nigel?

12       A.  In the same spot they had been the whole

13   time.

14       Q.  And after that occurred, what did you do?

15       A.  I stood up.  He told me to sit down, I'm        12:14

16   going to call an ambulance.  I said if you're not

17   going to call an ambulance, I'll call an ambulance.

18   And I took a step to my left.

19       Q.  And what happened to you then?

20       A.  He -- Pirone walked back and grabbed me         12:15

21   and said could you just please have a seat, could

22   you just have a seat.  And he walked me over to a

23   bench past Jack and Nigel and sat me down on the

24   bench.

25       Q.  Did Pirone appear shocked by what              12:15

1        Q.  All right.  Could you see Johannes

2   Mehserle anywhere in your vision?

3        A.  I don't remember.

4        Q.  And while you were sitting on the bench,

5   were you saying anything to anybody that was in          13:45

6   your vicinity?

7        A.  No.

8        Q.  What's the next thing that happened to

9   you?

10       A.  I was looking in the direction where Oscar      13:45

11  was at trying to look at his face and see what was

12  going on with him.  And I look over to my left, and

13  there's some stairs.  And I see some cops running

14  up the stairs.  But I don't know.  I didn't pay

15  them no attention.  I don't see why they -- they're    13:45

16  just running up the stairs.  I don't pay them no

17  attention.  I look back towards Oscar, and then all

18  of a sudden I get kneed in the face.

19       Q.  Was it by a uniformed police officer?

20       A.  Yes.                                           13:45

21       Q.  And could you tell what uniform he was

22  wearing?

23       A.  Afterwards I could tell because I seen

24  him.

25       Q.  And what kind of uniform?  Was he wearing      13:46

Aiken Welch Court Reporters     C. Reyes     12/9/09

1    a BART uniform or an Oakland uniform?

2        A.  BART.

3        Q.  And you said you could see him.

4            Where did you see him?

5        A.  Excuse me?                                    13:46

6        Q.  You said afterwards you saw him.

7            Where did you see this man?

8        A.  Downstairs.

9        Q.  And what did he look like?  Was he a white

10   officer, a black officer?                             13:46

11       A.  He was white, kind of big, tall, kind of

12   tall, sort of heavyset, had a mustache.

13       Q.  Did you ever learn his name?

14       A.  No.

15       Q.  Was he one of the officers -- so he was      13:46

16   not one of the officers who had been on the

17   platform at the time Oscar was shot at least to the

18   people you could see?

19       A.  Of the people I could see, he wasn't

20   there.                                                13:46

21       Q.  But you did see him running up the stairs

22   just before you got hit?

23       A.  I saw some officers running up the stairs.

24   I'm not sure exactly if he was running up the

25   stairs.                                               13:46

1  approximately?

2      A.  No, a little bit farther.

3      Q.  So as far as where the court reporter is

4  sitting to the rear wall approximately?

5      A.  Maybe about the size of the room.                13:53

6      Q.  Okay.  We've decided that the size of the

7  room is somewhere between 12 and 16 or 18 feet.

8          Is that a fair --

9      A.  Yeah.  That's fair.

10     Q.  -- rough estimation?                              13:53

11     A.  Sure.

12     Q.  I'm going to have to measure this room one

13  of these days to actually know.  I like the

14  estimates better.

15         MR. POINTER:  It feels a little bit larger        13:53

16  today for some reason.  Maybe it's less people.

17         MR. RAPOPORT:  I've lost some weight.

18  BY MR. ALLEN:

19     Q.  Now, you're looking at Oscar, telling him

20  to keep his eyes open.                                   13:53

21         Did you see any officers moving Oscar

22  around, doing anything with Oscar?

23     A.  I don't remember.

24     Q.  And did someone come over eventually and

25  tell you to get up or help you get to your feet?         13:53

Aiken Welch Court Reporters     C. Reyes      12/9/09

159

1       A.  Yes.  First they sat me down.  From face

2  down, I went to sitting down.

3       Q.  Did they help you, or did they pull you to

4  a sitting position?

5       A.  They pulled me to a sitting position.          13:54

6       Q.  When they pulled you, did it hurt?  Did

7  they grab you roughly or grab your handcuffs or

8  anything like that to pull you up?

9       A.  They just pulled me back.

10       Q.  Were you handcuffs hurting at that time?       13:54

11       A.  Yes.

12       Q.  Did you tell anybody?

13       A.  Yes.

14       Q.  And who did you tell if you know their

15  names?                                                   13:54

16       A.  I do not remember their name.

17       Q.  But it was a police officer?

18       A.  Yes.

19       Q.  And what did they say to you?

20       A.  They didn't answer me.                         13:54

21       Q.  Now, were you sitting on the ground, or

22  were you sitting on a chair?

23       A.  Sitting on the ground.

24       Q.  And then how long were you left in a

25  sitting position before you were helped to your          13:55

60

1    feet?

2        A.  I don't remember.

3        Q.  At some point, they helped you to your

4    feet and walked you downstairs?

5        A.  Yes.                                          13:55

6        Q.  And do you remember who it was that walked

7    you downstairs?

8        A.  No.  I don't remember.

9        Q.  Were you with one officer or more than one

10   officer?                                              13:55

11       A.  I don't remember.

12       Q.  Were you with any of your friends when

13   they walked you downstairs?

14       A.  I don't remember.

15       Q.  When you got downstairs, did you see any    13:55

16   of your friends on the main floor of the BART

17   station -- street level of the BART station?

18       A.  Where?

19       Q.  When you were walked downstairs to the

20   street level of the BART station, did you see any    13:55

21   of your friends?

22       A.  I don't remember.

23       Q.  You mentioned just a moment ago that you

24   saw Anicete -- June?

25       A.  No.  I said that they sat us next to each    13:56

161

1    other, but I don't know if he was there already or

2    if I got there first.

3         Q.  But you saw one of your friends, June,

4    downstairs at some point in time?

5         A.  Yes.                                          13:56

6         Q.  And when you saw June, was there any

7    officers with him?

8         A.  Wait.  I don't understand.

9         Q.  Well, if I understand what you're telling

10   me, you were brought downstairs by an officer or      13:56

11   walked downstairs by an officer.  You don't

12   remember if you see any of your friends on the

13   street level.  But at some point in time, you and

14   Mr. Anicete -- June were sat next to each other --

15        A.  Yes.                                          13:56

16        Q.  -- while at the street level.

17        A.  Yes.

18        Q.  Correct?

19        A.  Yes.

20        Q.  Was there a police officer with            13:56

21   Mr. Anicete when you were brought downstairs?

22        A.  I don't remember.  There were several

23   police officers downstairs.

24        Q.  And when you were brought downstairs and

25   at some point were sitting next to Anicete, you saw   13:57

167

1          Did that cause you to talk to your friends

2    about actually what happened?

3          A.  No.

4          Q.  You're sitting downstairs with

5    Mr. Anicete, and you're eventually brought over to          14:01

6    a police car.  In a police car, you're taken to the

7    BART police station at Lake Merritt; is that

8    correct?

9          A.  Yes.

10         Q.  Do you remember who walked you over to the        14:01

11   police car?

12         A.  No.

13         Q.  Were you walked over to the police car

14   with June -- Mr. Anicete?

15         A.  I don't remember.                                  14:02

16         Q.  Were you taken to the police department

17   with Mr. Anicete in the car?

18         A.  Yes.

19         Q.  Did you talk in the car about what you

20   guys had seen?                                               14:02

21         A.  I don't remember.

22         Q.  How many police officers drove you there?

23         A.  I don't remember.

24         Q.  Do you remember what -- whether the

25   officer was white, black, Asian?                            14:02

1    A.  Yes.

2    Q.  And who was that?

3    A.  I don't know his name, the people that

4  were in the room.

5    Q.  What did they say to you?                    14:10

6    A.  They were just talking to me about other

7  things.

8    Q.  Like what?

9    A.  Just small talk.

10   Q.  There was nothing insulting about what      14:10

11  they were saying to you, was there?

12   A.  No.

13   Q.  They weren't using any --

14   A.  No.  No.  No.

15        MR. POINTER:  Wait.                         14:10

16  BY MR. ALLEN:

17   Q.  They weren't using any racially derogatory

18  remarks towards you, were they?

19   A.  No.

20   Q.  That night when you were up on the          14:10

21  platform until the shooting took place, did you

22  hear any officer direct any racially insulting

23  remarks at anybody -- any racial derogatory remarks

24  at anybody?

25   A.  I heard somebody say the word nigger, but   14:10

1   I didn't know where it was coming -- I don't know

2   which officer said it.

3        Q.  Well, some of your friends were using that

4   language up on the platform that night, weren't

5   they?                                                        14:11

6        A.  What do you mean?  Like that word?

7        Q.  Like you were sitting approximately --

8   wouldn't it be fair to say you were sitting no more

9   than six to eight feet from Nigel Bryson?

10       A.  Yes.                                                 14:11

11       Q.  And Nigel Bryson was using the word nigger

12  up on that -- and yelling at Domenici and other

13  people calling them nigga, nigga, wasn't he?

14       A.  I don't remember.

15       Q.  And Fernando Anicete, he's testified that       14:11

16  he used that word, that other people used that word

17  that were in the group at the police officers.

18           Do you remember hearing them say that?

19       A.  No.  I don't remember that.

20       Q.  But you're not saying he's not telling the     14:11

21  truth, are you?

22       A.  No.

23       Q.  You just don't remember?

24       A.  I don't remember.

25       Q.  Okay.  But you remember hearing the word       14:11

1   nigger?

2        A.  Yes.

3        Q.  You don't know who was saying it?

4        A.  Correct.

5        Q.  Is that correct?                              14:11

6        A.  Yes.

7        Q.  You never heard it specifically from a

8   police officer that you can identify; am I correct?

9        A.  No.

10       Q.  That's correct?                               14:12

11       A.  Yeah.  That's correct.

12       Q.  Okay.  When you're downstairs then and

13  you're in the room and those officers are making

14  small talk with you, did you ever tell them you

15  were uncomfortable, please take the handcuffs       14:12

16  off --

17            (Reporter speaks.)

18  BY MR. ALLEN:

19       Q.  Did you ever hear them -- or did you ever

20  tell them you were uncomfortable or please could    14:12

21  you take the handcuffs off?

22       A.  Yes.

23       Q.  And what did they say when you asked them?

24       A.  They didn't answer me.

25       Q.  Did you tell them that you were in pain or  14:12

Aiken Welch Court Reporters     C. Reyes      12/9/09

1          (Defendants' Exhibit No. 1 marked for

2          Identification.)

3          MR. POINTER:  It's a tad bit smaller than

4     the one used in Anicete's deposition at least this

5     picture.                                              15:42

6          MR. RAPOPORT:  Correct.  It's the same

7     view but a smaller spot.

8          Actually, this might be a good time to

9     allow the witness and you to look at it because the

10    videographer wants to take a break.                   15:42

11         MR. POINTER:  Okay.

12         THE VIDEOGRAPHER:  This marks the end of

13    media number three, deposition of Carlos Reyes.  We

14    are off the record at 3:44 p.m.

15         (Break taken.)                                   15:59

16         THE VIDEOGRAPHER:  This is the beginning

17    of tape number four of the video recorded

18    deposition of Carlos Reyes.  The time is 4:05 p.m.

19         Counsel, you may proceed.

20    BY MR. RAPOPORT:                                      16:03

21      Q.  Mr. Reyes, I've shown you what has been

22    marked as Exhibit No. 1 to your deposition.

23         And have you had an opportunity during the

24    break to look at that photo?

25      A.  Yes.                                            16:04

262

1      Q.  Now, I want to ask you to identify people

2  in that photo as best you can.

3          Starting at the far right of the

4  photograph, there's an individual depicted in what

5  appears to be a gray-ish type peacoat with long          16:04

6  hair and jeans.

7          Who is that?

8     A.  It looks like June.

9     Q.  Okay.  That's Mr. Anicete?

10    A.  Correct.                                            16:04

11    Q.  And then immediately to the left coming

12 from right to left in that photograph, there's

13 someone sitting down.

14          Who is that first person?

15    A.  Nigel.                                              16:04

16    Q.  And next to Nigel Bryson is who?

17    A.  Jack.

18    Q.  Jack Bryson?

19    A.  Yes.

20    Q.  Now standing up, who is that individual              16:04

21 standing up by the glass on the wall?

22    A.  Me.

23    Q.  Okay.  And then there's a person in a

24 white, gray type hoodie with jeans.

25          Who is that?                                       16:05

1    STATE OF CALIFORNIA        )

2                               )

3    COUNTY OF ALAMEDA          )

4

5         I, CATHLEEN M. MEUTER, do hereby certify:

6         That CARLOS REYES, in the foregoing deposition

7    named, was present and by me sworn as a witness in the

8    above-entitled action at the time and place therein

9    specified;

10        That said deposition was taken before me at said

11   time and place, and was taken down in shorthand by me, a

12   Certified Shorthand Reporter of the State of California,

13   and was thereafter transcribed into typewriting, and that

14   the foregoing transcript constitutes a full, true and

15   correct report of said deposition and of the proceedings

16   that took place;

17        IN WITNESS WHEREOF, I have hereunder subscribed my

18   hand this 29th day of December 2009.

19

20

21

22

23        _____
          CATHLEEN M. MEUTER, CSR No. 12950
24        State of California

25

          Aiken Welch Court Reporters      C. Reyes      12/9/09