**EXHIBIT E**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                          ---oOo---

 4   WANDA JOHNSON, individually and
     as personal representative of the
 5   ESTATE OF OSCAR J. GRANT III; the
     ESTATE OF OSCAR J. GRANT III;
 6   SOPHINA MESA, as Guardian ad Litem
     of minor, T.G.,
 7
              Plaintiffs,
 8   vs.                                   No. C09-00901 MHP

 9   BAY AREA RAPID TRANSIT DISTRICT;
     GARY GEE, in his official capacity
10   as CHIEF OF POLICE for BAY AREA
     RAPID TRANSIT DISTRICT; JOHANNES
11   MEHSERLE, individually and in his
     official capacity as a police officer
12   for BART; ANTHONY PIRONE, individually
     and in his official capacity as a
13   police officer for BART; MARYSOL
     DOMENICI, individually and in her
14   official capacity as a police officer
     for BART; and DOES 1-50, inclusive,
15
              Defendants.
16   _____/

17

        VIDEOTAPED DEPOSITION OF FERNANDO ANICETE
18

19           Taken before CATHLEEN M. MEUTER

20                    CSR No. 12950

21                  December 4, 2009
```

COPY

Aiken Welch COURT REPORTERS
One Kaiser Plaza, Suite 505
Oakland, California 94612
Ph  510-451-1580
Fax 510-451-3797
www.aikenwelch.com

1  they were in?

2      A. No, sir.

3      Q. Did you stick your head out or look out at

4  Lake Merritt to see where your friends were?

5      A. When it stopped?                                   12:07

6      Q. When it stopped at Lake Merritt, did you

7  look out of the train to look down the platform to

8  see where your friends were?

9      A. No, sir.

10     Q. <u>After the train left Lake Merritt or while</u>   12:07

11 <u>it was at Lake Merritt, did you try to walk back</u>

12 <u>through the trains to find your friends?</u>

13     A. Yes, sir.

14     Q. When you were walking back through the

15 train, did you hear anybody using any profanity?          12:07

16     A. No, sir.

17     Q. Did you hear anybody making any comments

18 about a burrito?

19     A. No.

20     Q. Any comments about something smelling,             12:07

21 stinking?

22     A. No, sir.

23     Q. When you were going back through the

24 train, did you see a man by the name of Horowtiz on

25 the train?                                                12:07

Aiken Welch Court Reporters          F. Anicete        12/4/09

1      A.  No, sir.

2      Q.  Do you know this man Horowtiz?

3      A.  No, sir.

4      Q.  Did you ever hear that name before?

5      A.  No, sir.                                              12:07

6      Q.  Not at any time since the night of the

7   shooting until today?

8      A.  Nope.

9      Q.  And when you got to your friends, you had

10  to walk back to the car they were in; am I correct?   12:08

11     A.  Yes, sir.

12     Q.  They never met you by walking toward you?

13     A.  No, sir.

14     Q.  And when you met your friends in that car,

15  did you see a fight start?                            12:08

16     A.  Yes, sir.

17     Q.  And who was the fight between?

18     A.  It was between Oscar and some guy.

19     Q.  Did you know this guy?

20     A.  No, sir.                                       12:08

21     Q.  Did you see the fight start?

22     A.  No, sir.

23     Q.  When did you know there was a fight?

24     A.  When just like they started wrestling.

25     Q.  Well, when you say wrestling, would you        12:08

1  <u>describe what you mean by wrestling?</u>

2  <u>A. Wrestling as in grabbing.</u>

3  <u>Q. Did they throw punches at each other?</u>

4  <u>A. Like one or two. I don't remember who,</u>

5  <u>but I seen some punches thrown.</u>  12:09

6  <u>Q. What was the white guy dressed like?</u>

7  <u>A. I don't know.</u>

8  Q. Was he wearing a jacket?

9  A. I don't remember what he was dressed like.

10  Q. How far away were you from the fight?  12:09

11  A. I was -- I'd say I was standing -- if I'm

12  standing right here, I'd say about -- I'd say

13  standing right here and where that desk is right

14  there (indicating).

15  Q. You're pointing outside this conference  12:09

16  room?

17  A. Outside this conference room.

18  Q. Okay. So we have a back wall here. And I

19  had asked Mr. Pointer if he agreed that it's

20  approximately 10 to 12 feet and then another 4 or 5  12:09

21  feet after that.

22  Is that your estimate?

23  MR. POINTER: As opposed to -- let me help

24  you out. As opposed to using -- because I don't

25  know what desk you're referring to.  12:10

1   officers.  Where did the other two men come

2   friend -- two of your friends come from?

3       A.  I didn't say two men got pushed.  I said I

4   seen people getting pushed.

5       Q.  Okay.  So did you ever see how the                    13:58

6   officers -- where the officers took your friends

7   from?

8       A.  No, sir.

9       Q.  Okay.  When you turned back to look back

10  down the train platform, were any of your friends           13:59

11  already sitting on the ground?

12          MR. POINTER:  When he first stood up?

13  BY MR. ALLEN:

14      Q.  When you first stood up.

15      A.  I think Jack and Nigel was.  I think Jack,           13:59

16  Nigel, and Carlos was.

17      Q.  And did you see where Oscar came from?

18      A.  No, sir.

19      Q.  And as you're walking down there, did you

20  see Michael Greer?                                           13:59

21      A.  Yes.  He was like -- he was in handcuffs,

22  and he was like not sitting down but like leaning

23  on the ground.

24      Q.  Did you see how he got into handcuffs?

25      A.  One of the officers was trying to force             13:59

1  sitting against the wall. Jackie is sitting
2  against the wall. Carlos is sitting against the
3  wall. And Michael is on the ground in handcuffs.
4  　　　Have I got that right so far?
5  　A. Yes, sir.
                14:02
6  　Q. And as you're walking down, you're
7  starting to yell and swear at the officers that
8  it's not necessary?
9  　A. Yes, sir, repeated what are you doing.
10 　Q. You were using profanity, too, though,
                14:02
11 weren't you?
12 　A. Yes, sir.
13 　Q. In fact, on the video that you've seen,
14 you can hear on the audio that there's profanity
15 being used by people toward the police officers,
                14:02
16 right?
17 　　　MR. POINTER: People meaning himself or
18 are you just saying --
19 BY MR. ALLEN:
20 　Q. People in the crowd first. Just referring
                14:03
21 to the crowd and the video you've seen, you've seen
22 video where profanity can be heard directed at the
23 police officers, right?
24 　A. Yes, sir.
25 　Q. And as you're walking down, you're also
                14:03

1        Q.  Okay.  That's a good point.  Let me ask
2    you that again then:
3             At the time that you were walking up, what
4    you saw was Oscar, Nigel, Jackie, and Carlos just
5    sitting there?  They weren't even handcuffed, were         14:07
6    they?
7        A.  They was handcuffed.
8        Q.  They were handcuffed at that point?
9             And then when you walked up further --
10            MR. RAPOPORT:  I'm sorry.  We didn't get           14:07
11   an answer to that.
12            MR. ALLEN:  They were handcuffed.
13            MR. RAPOPORT:  Is that a yes?
14            MR. POINTER:  He said yes.
15            MR. RAPOPORT:  Okay.                               14:08
16   BY MR. ALLEN:
17       Q.  Then when you walked up, there were
18   officers facing out towards you, but they weren't
19   saying anything to you, were they?
20       A.  Yep.  They were saying you need to get              14:08
21   back.  You trying to -- it looks like you're trying
22   to threaten me.  I'm looking at them like I'm just
23   trying to see what's going on because it looks like
24   what you're doing is not right.  It's wrong.
25       Q.  So the officers warned you to stay away            14:08

Case3:09-cv-00901-EMC   Document156-5   Filed02/28/11   Page9 of 20

165

1    time?
2        A.  I had some braids.
3        Q.  And they were long?
4        A.  Yes, sir.
5        Q.  How long?                                      14:17
6        A.  Past shoulder length.
7        Q.  And at some point in time, you took your
8    phone out of your pocket, right?
9        A.  Yes, sir.
10       Q.  You kept it cupped in your hand?               14:17
11       A.  Yes, sir.
12       Q.  So that the officers couldn't tell what
13   was in your hand?
14           MR. POINTER:  Objection.  Calls for
15   speculation.  He doesn't know what the officers         14:18
16   thought.
17   BY MR. ALLEN:
18       Q.  Well, you had the phone in your hand where
19   the officers couldn't see the phone; isn't that
20   right?                                                  14:18
21           MR. POINTER:  Objection.  He doesn't know
22   what the officer could see or not see.
23   BY MR. ALLEN:
24       Q.  Did you have the phone in your hand so
25   that the back of your hand was facing the officers      14:18

1    A. No, sir. There was a lot of noise.

2    Q. Did you hear Nigel using any profanity at
3 the officers?

4    MR. POINTER: At this time?

5 BY MR. ALLEN:                                          14:25

6    Q. This is at the time that you saw Oscar and
7 an officer where an officer was going hands on with
8 Oscar?

9    A. No, sir.

10   Q. Did you ever hear Nigel yelling for people    14:25
11 to help?

12   A. Yes, sir.

13   Q. And what was Nigel saying?

14   A. At what point?

15   Q. What's the first thing you heard Nigel say   14:25
16 in this whole time he was sitting on the ground?

17   A. I heard him say help.

18   Q. Did you hear him say anything else?

19   A. Why they doing this to us.

20   Q. Did you hear him use any profanity?          14:25

21   A. Why the fuck they doing this to us.

22   Q. Do you hear him say anything to the
23 officers?

24   A. I'm not too sure.

25   Q. Where were you when you first heard Nigel   14:25

1  yelling for help or calling for help and saying why
2  are they doing this to us?
3       A.  When I was down on the ground when I got
4  tackled.
5       Q.  So you didn't hear Nigel say anything                    14:26
6  until after you were tackled?
7       A.  Yes.  Yes, sir.
8       Q.  And prior to getting tackled, did you ever
9  hear Jackie say anything?
10      A.  Same thing, what are you all doing, what    14:26
11 the fuck you all doing.
12      Q.  Okay.  Was this before or after you got
13 tackled?
14      A.  Both.
15      Q.  And did you hear Jackie using profanity     14:26
16 directed at the officers?
17      A.  I'm not sure.
18      Q.  How about Carlos, did you ever hear Carlos
19 say anything to the officers?
20      A.  No, sir, I didn't.                          14:26
21      Q.  Did you ever hear Oscar say anything to
22 the officers?
23      A.  No, sir.
24      Q.  Did you ever hear Michael say anything to
25 the officers?                                        14:26

1   A.  No, sir.

2   Q.  So you're standing there.  You had walked
3   back and forth at least several times.
4   And then what happened?

5   A.  So I was standing there.  I was walking      14:26
6   back and forth.  Oscar got up, and the officer
7   start like shoving him, trying to bring him back to
8   the ground.  And I remember I got tackled.  I got
9   blind-sided by a big tall officer.

10  Q.  Did you hear anything said to you before     14:27
11  you were tackled?

12  A.  No, sir, no warning, no nothing.

13  Q.  Where was your phone at the time?

14  A.  I'm not sure.

15  Q.  Was it in your pocket?                        14:27

16  A.  I think it was.

17  Q.  It wasn't in your hand any longer?

18  A.  I'm not sure.

19  Q.  Your phone was in your hand at some point
20  when you were power walking back and forth to the   14:27
21  officers, right?

22  A.  Yes, sir.

23  Q.  And did you ever throw your phone at the
24  officers?

25  A.  No, sir.                                      14:27

1     A. (Witness shakes head.)

2     Q. Was it an officer before then or after

3 then?

4     A. I mean it was a lot of officers. I don't

5 remember who did it.     14:32

6     Q. Some officer tightened your handcuffs

7 more?

8     A. Yes, sir.

9     Q. Let's go back to the tackling. You're

10 tackled. You're lying on the ground. The officer     14:33

11 put handcuffs on you. You told him or asked him to

12 get off your hip.

13     And what happens next?

14     <u>A. Told him to get off my hip. They put more</u>

15 <u>pressure.</u>     14:33

16     <u>Q. Where were you facing?</u>

17     <u>A. What you mean --</u>

18     <u>Q. Were you facing toward Oscar, or were you</u>

19 <u>facing away?</u>

20     <u>A. I was facing away. My head was on the</u>     14:33

21 <u>other side, and I hear a pop. That's when my head</u>

22 <u>popped, and I turned the other way.</u>

23     Q. And what did you learn when you turned

24 your head the other way?

25     A. When I turned my head the other way, I was     14:33

1  Johannes Mehserle looked after he fired that shot?
2     A. I'm not sure.
3     Q. But that night when you gave the interview
4  10 -- 12 days afterwards, that would have been a
5  much better memory than as we sit here today,
6  right?
7     A. Yes, sir.
8     Q. So you were lying on the ground. You had
9  been tackled.
10    What happened next?
11    A. <u>I was yelling real loud why the fuck did
12 you shoot him; why the fuck did you shoot him. And
13 one of the officers pulled me away. I think it was
14 the same one that tackled me. He said you're being
15 too loud. I'm going to put you over here.</u>
16    So as I was laying down, he picked me up
17 from my handcuffs. He picked me up from my
18 handcuffs so my arms are pulled back, and I'm in
19 pain.
20    Q. Where did he put you?
21    A. He dragged me against the wall.
22    Q. After he sat you over by the wall, what
23 happened next?
24    A. After he sat me by the wall, I'm still
25 what the fuck you all doing, call an ambulance.

14:42
14:43
14:43
14:43
14:43

1  Q. And what happened then?

2  A. I just keep repeating call an ambulance,
3  what you all doing. They said shut the fuck up.

4  Q. Who said that?

5  A. I don't know. One of the officers did. 14:44

6  Q. And then what happened?

7  A. Then a long period of time we're still
8  sitting there. And I looked to my left. I see a
9  man with a camera running up, for example, like a
10  news -- a news reporter or something. 14:44

11  Q. That man say anything to you?

12  A. No, sir.

13  Q. What happened after that?

14  A. One of the officers said I'm going to take
15  you downstairs. 14:45

16  Q. Did you say anything to the officer about
17  your handcuffs?

18  A. I said they were too tight.

19  Q. What did he say to you when you said that?

20  A. He just said I'll loosen them up in a 14:45
21  minute.

22  Q. Did he?

23  A. No, sir.

24  Q. Did the officer walk you downstairs?
25  A. Yes, sir. 14:45

```
 1        Q.  Same officer?
 2        A.  I'm pretty sure it was the same officer.
 3        Q.  And where did he take you?
 4        A.  He sat me down on the bench next to the
 5   ticket booth.
 6        Q.  And did he stay with you?
 7        A.  Yes, sir.
 8        Q.  Did anybody else join you on the bench
 9   next to the ticket booth?
10        A.  Carlos did.
11        Q.  While you were downstairs on the bench
12   next to the ticket booth, did you see Sophina Mesa?
13        A.  No, sir.
14        Q.  Did you see any of your other friends?
15        A.  No, sir.
16        Q.  Do you know where Johntue Caldwell went?
17        A.  No, sir.
18        Q.  While you were sitting on the bench and
19   they brought Carlos to you, what happened next?
20        A.  We sat there for a long period of time.
21   And I asked one of the officers -- I think it was
22   the same one that tackled me.  I said why are we
23   being handcuffed.  He goes just sit there.  I don't
24   know right now.  And he acted real proper at this
25   time like he was trying to be nice to me.
```

14:45
14:45
14:45
14:46
14:46

1     Q. Now until you're brought downstairs, had

2 anybody kicked or punched you or done anything else

3 to you physically beside the officer who tackled

4 you and kneeled on your leg?

5     A. Besides all that tackling and kneeing and   14:46

6 they dragged my when I was in handcuffs --

7     Q. And dragged you --

8     A. -- up with my arms faced up. No. That

9 was it.

10     Q. And did anybody at any time use any racial   14:46

11 slurs at you, call you any kind of names, any

12 racially derogatory names?

13     A. I'm not sure.

14     Q. Well, not sure meaning that it might have

15 happened and you don't remember it happening, or it   14:47

16 didn't happen?

17     A. I don't remember.

18     Q. Okay. I mean if someone had called you a

19 racially derogatory name, you would remember that,

20 wouldn't you?   14:47

21     A. Yes, sir.

22     Q. I mean if somebody calls you any name that

23 insults you, challenges your ethnicity or your

24 manhood, you're going to remember that, aren't you?

25     MR. POINTER: If he heard it. If he   14:47

1   didn't hear it.
2          MR. ALLEN: If he didn't hear it, then
3   does a tree fall in the woods make any noise.
4          MR. POINTER: I don't know. Let's go out
5   there and find out.                                    14:47
6          MR. RAPOPORT: When you two are done.
7   BY MR. ALLEN:
8       Q. Do you remember anybody using any racially
9   derogatory names directed at you?
10      A. Not that I know of.                             14:47
11      Q. Okay. When you were sitting there with
12  Carlos, did you talk with Carlos about what had
13  occurred?
14      A. Yes, sir.
15      Q. What did Carlos tell you?                       14:47
16      A. Carlos was just telling me I'm scared.
17  I'm like -- I answered back. I said I don't know
18  what's going on. I just hope they do not beat our
19  ass.
20      Q. Okay. What did Carlos say?                      14:48
21      A. Carlos said I don't know what's going to
22  happen. I just want to go home.
23      Q. Had you ever been beaten up by BART police
24  before?
25      A. No, sir.                                        14:48

1 what happened.
2     Q. One of the reasons we're here for this
3 lawsuit is you believe you were taken by the BART
4 police for no reason, right?
5     A. I don't believe. I know. I know I was   14:49
6 taken there for no reason.
7     Q. Okay. And in this other incident with the
8 Hayward police, you were taken to a police station,
9 but you don't know the reason?
10     A. No, sir. It was a while back. I don't   14:49
11 remember.
12     Q. Were you released?
13     A. Yes, sir.
14     Q. Were you charged with anything?
15     A. No, sir.   14:49
16     Q. Given a ticket?
17     A. No, sir.
18     Q. Do you remember how long ago it was?
19     A. No, sir.
20     Q. <u>So you're taken downstairs with Carlos.</u>   14:49
21     <u>Were you eventually put in a police car</u>
22 <u>and taken to the BART Police Department?</u>
23     A. Yes, sir.
24     Q. And what officer took you to the BART
25 Police Department?   14:49

```
1   STATE OF CALIFORNIA        )
2                              )
3   COUNTY OF ALAMEDA          )
4
5       I, CATHLEEN M. MEUTER, do hereby certify:
6       That FERNANDO ANICETE, in the foregoing deposition
7   named, was present and by me sworn as a witness in the
8   above-entitled action at the time and place therein
9   specified;
10      That said deposition was taken before me at said
11  time and place, and was taken down in shorthand by me, a
12  Certified Shorthand Reporter of the State of California,
13  and was thereafter transcribed into typewriting, and that
14  the foregoing transcript constitutes a full, true and
15  correct report of said deposition and of the proceedings
16  that took place;
17      IN WITNESS WHEREOF, I have hereunder subscribed my
18  hand this 28th day of December 2009.
19
20
21
22
23                      _____
24                      CATHLEEN M. MEUTER, CSR No. 12950
                        State of California
25
```