**EXHIBIT F**

06-11-2010 - AM.txt

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA

2         FOR THE COUNTY OF LOS ANGELES

3

4

5    DEPARTMENT NO. 104      HON. robert j. perry, JUDGE

6

7

8    THE PEOPLE OF THE STATE OF CALIFORNIA, )

9              PLAINTIFF,         )
                                  )  aoc no. 1009606-10
10      vs.                       )
                                  )  alameda county
11                                )  superior court
     01) johannes mehserle,       )  case no. 161210
12                                )
              Defendant.          )
13    _____)

14

15

16       Reporter's daily transcript of proceedings

17              friday, june 11, 2010

18

19   APPEARANCES:

20   FOR THE PEOPLE:      David R. Stein
                          Deputy District Attorney
21                        rene c. davidson courthouse
                          1224 fallon street
22                        oakland, california  94612

23   for the defendant:   michael l. rains
                          attorney at law
24                        2300 Contra Costa Boulevard
                          suite 230
25                        pleasant hills, california  94523

26

27                        BETH QUINTANA, CSR NO. 9695
                          phyllis young, csr no. 9122
28                        official reporter

1              M A S T E R   I N D E X

2

3                   June 11, 2010

4

06-11-2010 - AM.txt

14        A     Earlier.

15        Q      -- earlier in the evening?

16             Did you ever -- were you able to see how it was

17   this officer took this gentleman to the ground?

18        A     I didn't.  It just, bam, just landed on the

19   floor right next to me.  I didn't see that coming.

20        Q     And this individual, you've described him with

21   braids.  Do you recall his race?

22        A     I'm assuming he was, you know,

23   African-American.  He could have been mixed.  He was

24   pretty light skinned.

25        Q     How about his dress, do you remember what he

26   was wearing at that time?

27        A     I just remember he had like a pea coat-type

28   jacket on.

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                    1520

1         Q     Do you remember what color it was?

2         A     You know, it could have been like a charcoal,

3   dark blue, around there.  I can't recall the color of the

4   pea coat.

5         Q     Okay.  So we're up to the point in time where

6   you're filming Mr. Grant who is on his belly, and all of a

7   sudden this gentleman who you've just described as being

8   tackled by a police officer and you direct your attention

9   now to that?

10        A     Right.

11        Q     What happens next?

12        A     In a matter of seconds I just heard, um, the

13   gun go off, so I jump and, you know, just look up, and I

14   saw officer mehserle On top of Oscar with his weapon out.

15        Q     Okay.  And did you see how Mr. -- Officer

06-11-2010 - AM.txt

16    Mehserle was holding the gun at that time?

17         A    He was standing on top of him with his legs

18    opened and he had both hands (indicating).

19         Q    Can you do that again so I can describe that

20    for the record.

21         a    (witness complies).

22         mr. stein:  For the record, Ms. Vargas is holding her

23    two arms out in front of her and her hands come together.

24         THE COURT:  I think that's sufficient.  So both hands

25    together?

26         THE WITNESS:  Yes.

27    BY MR. STEIN:

28         Q    What was going through your mind at that time?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                        1521


1     A    I just -- it was obvious to me it was a gun

2    because I think it just echoed, it just -- it was really

3    loud maybe because it's all concrete in there.  But, um, my

4    first reaction was to look at his face and, um, he just

5    looked stuck.  Like he brought his hands up to his head and

6    went like this (indicating).

7         mr. stein:  For the record, Ms. Vargas has taken both

8    hands and putting them up against her ears.

9         THE COURT:  Is that where he put his hands?

10        THE WITNESS:  Yes.  And then he looked at the officer

11    that was at Oscar's neck, like kneeling towards his neck,

12    and they both looked at each other.  And my first reaction

13    was just to look at Oscar's face.  And I was just looking

14    at his face, and then that's when they turned him over onto

15    his back like they were checking on him.

16             And at that point my roommate and my friends

17    were yelling -- because I was pretty close and with the gun

06-11-2010 - AM.txt

20        A     I didn't step out.  I was halfway in and out of

21   the train.

22        THE COURT:  Kind of leaning out?

23        THE WITNESS:  Leaning out, uh-huh.

24   BY MR. RAINS:

25        Q     All right.  And did you actually then see the

26   two officers who were banging on the door?

27        A     Yes.

28        Q     Can you describe those two officers to us?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)
                                                          1539

1         A     Um, well, one was a female officer which was

2    the only female officer there that I saw.  And then the

3    other one was just -- I mean, tall, white.  He had dark

4    hair.

5         Q     All right.  Was this the officer that was doing

6    a lot of the yelling that you heard?

7         A     Yes.

8         Q     All right.  And the female officer that was

9    with him, did you see the two officers remove anybody from

10   a car after they were banging on it?

11        A     If by remove you mean they walked off the

12   train?

13        Q     Yes.

14        A     Yes, they did.  There was -- it was Oscar and

15   his friends.

16        Q     So the two officers were there in the vicinity

17   of the door after you heard the banging, and at some point

18   in time you saw Oscar walk off?

19        A     Yes.

20        Q     And both officers were there when Oscar walked

21   off; would that be correct?

06-11-2010 - AM.txt

22      A      Yes.

23      Q      That's your memory of what occurred?

24      A      Yes.

25      Q      All right.  Now, after Oscar was walked off,

26   did you, by the way, see him taken over to the wall?

27      A      Yes.

28      Q      And did you see him sit down after he was taken

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                        1540

1    to the wall?

2       A      At first they were standing.  When I saw him

3    sit down is when he slid down with his back against the

4    wall with his hands raised.

5       Q      Okay.  You saw him do that?

6       A      Uh-huh.

7       Q      And had an officer contacted him physically

8    before he did that?

9       A      Yes.

10      Q      And what had the officer done before he slid

11   down the wall with his hands raised?

12      A      From what it looked like, he had pushed him up

13   against the wall.

14      Q      All right.  Was that that male officer who took

15   him off the train, you're describing he did that?

16      A      Yes.

17      Q      Now, after that occurred and prior to the

18   shooting occurring, I think you've described the platform

19   as becoming loud and chaotic; would that be accurate?

20      A      Yes.

21      Q      And you had -- as you were watching what was

22   unfolding, there were a number of individuals on the

23   platform who were yelling at the police prior to the

06-11-2010 - AM.txt

1608

1       A       Correct.

2       Q       Now, I know you said you saw officer Mehserle

3    at the time of the shooting.  You looked at him; correct?

4       A       Correct.

5       Q       Did you take note as to when officer Mehserle

6    arrived on the Fruitvale platform in relation to the time

7    the shot was fired?

8       A       I do not.

9       Q       All right.  Do you remember if you've ever

10   estimated that it was just a couple of minutes before?

11      A       Couple of minutes would be -- would be a good

12   -- good judgment I'd say.

13      Q       You have -- what I want to find out is do you

14   have sort of a recollection as you testify here today of

15   seeing mr. mehserle On the platform a couple of minutes

16   before the shot was fired?

17      A       Yes.

18      Q       All right.  Did you take note of what he was

19   doing in the couple of minutes he was there before the shot

20   was fired?

21      A       Doing the same things the other officers are

22   doing, trying to get the riders to be handcuffed, to be --

23   get them to sit down and just stop talking.

24      Q       All right.  Now, at the point in time just

25   before the shot was fired, do you recall if you saw

26   Mehserle on either one or both knees?

27      A       Yes.

28      Q       Mr. Liu, before I go further, I want to ask you

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

1609

1    have you looked at the Video you took that morning since

06-11-2010 - AM.txt

2      then?

3            A      I viewed it the -- later that day.

4            Q      All right.  And since then, that is later that

5      day, have you looked at the Video again?

6            A      Just a couple of times.

7            Q      All right.  And the couple of times that you

8      looked at it, did you play it back at regular playback

9      speed when you looked at it?

10           A      Yes.

11           Q      You have not played the Video when you looked

12     at it by advancing the Video essentially on a

13     frame-by-frame basis to slow it down; is that correct?

14           A      Correct.

15           Q      All right.  And the testimony you've given here

16     today, is that based upon your own independent memory of

17     what you saw or is it based at all upon what you've seen in

18     the Video the times that you've looked at It?

19           A      It's based on my memory.

20           Q      All right.  So from your memory prior to the

21     shooting, Mehserle is on one or both knees; is that

22     correct?

23           A      Yes.

24           Q      And where is Mr. Mehserle in relation to Oscar

25     Grant prior to the shooting?

26           A      He was to the left of oscar Grant, left side.

27           Q      The left side of oscar Grant?

28           A      The left side, Yes.

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

1610

1            Q      Was oscar grant, as you remember, on his

2      stomach or was he on his back?

3            A      He was on his stomach.

06-14-2010 - AM.txt

15      Q    And again, officer Mesherle is not someone you
16  knew prior to this incident; correct?
17      A    No.
18      Q    You only knew his name in the media accounts
19  that followed?
20      A    Yes.
21      Q    When was the first time that you noticed
22  officer Mesherle?
23      A    Even before -- he was standing there, I
24  believe, with the four boys when Pirone came into my train
25  and took the kid with the dreads out.
26      Q    So you recall officer Mesherle standing in
27  front of the four boys as they were seated?
28      A    Yes.

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

1830

1      Q    Tell me, do you see officer mehserle in court
2  today?
3      A    Yes.
4      Q    Can you point to him and tell me what he's
5  wearing?
6      A    Looks like a beige shirt, brown tie.
7      MR. STEIN:  Your Honor, may the record reflect that
8  Ms. Caneva has identified the defendant?
9      THE COURT:  Yes.
10  BY MR. STEIN:
11      Q    So at that time when the Defendant was standing
12  in front of the officers, did you see any of the young men
13  seated against the wall in any way be resisting towards any
14  of the officers?
15      A    No.
16      Q    You said that you recall the defendant, I think

06-14-2010 - AM.txt

17    you described it as straddling Mr. Grant; is that correct?

18         A    Yes.

19         Q    Can you describe Mr. Grant's position at that

20    time?

21         A    On the floor with his back up, his hands

22    underneath him.

23         Q    Mr. Grant was on his -- what side was he on?

24         A    The stomach.

25         Q    He was on his stomach.  Okay.  His hands were

26    underneath him?

27         A    Yes.

28         Q    And the defendant was straddling his back?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                          1831

1          A    Well, he had a foot on each side of his -- his

2     body.

3          Q    Okay.  And where was officer Pirone at that

4     time, if you recall?

5          A    He was in front of Grant and had his -- looked

6     like his knee either into his neck or his head or

7     something.

8          Q    And while you saw these three individuals in

9     that position, did you see Mr. Grant fight or attempt to

10    fight with the officers?

11         A    No.

12         Q    When you saw these three individuals in this

13    position, did you ever see Mr. Grant wrestle or attempt to

14    wrestle with the police?

15         A    No.

16         Q    When you saw them -- these three individuals in

17    that position, did you ever see Mr. Grant resist or attempt

18    to resist these officers?

06-14-2010 - AM.txt

1        Q     You believe that was Mr. Mesherle --

2        A     Yeah.

3        Q     -- who escorted Oscar Grant over to the wall

4    and sat him down?

5        A     I don't know about escorting because I only saw

6    right in front of the kids, but I seen him there.

7        Q     All right.  And it is also your belief, as I

8    recall, that Mr. Mesherle was there in the area of the

9    detention of these individuals when Officer Pirone had

10   thrown that gentleman with the dreads into the wall, placed

11   him on the ground and handcuffed him; is that correct?

12       A     Yes.

13       Q     Okay.  Now, at some point in time you recall

14   Officer Pirone being on the ground with Mr. Grant when

15   Mr. Grant is face down; is that correct?

16       A     Yes.

17       Q     Prior to that happening, that is, prior to

18   Mr. Grant being face down on the ground, do you recall

19   seeing officer Mesherle handcuff any individuals on the

20   platform?

21       A     No.

22       Q     Prior to Mr. Grant being face down on the

23   ground, do you recall him going to the ground on his back

24   and having to be turned over?

25       A     No.

26       Q     Were you watching during the period of time

27   that Mr. Grant was taken to the ground?

28       A     Yeah.

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

1839

1        Q     And you think -- you have a pretty clear

2    recollection of that occurring?

06-14-2010 - AM.txt

```
 3      A    Well, I remember watching.
 4      Q    Okay.  And by the way, you did make a statement
 5   to the B.A.R.T. investigators, I think you said the next
 6   day?
 7      A    Yes.
 8      Q    Were the events pretty fresh in your mind then?
 9      A    Yes.
10      Q    All right.  And have you had an opportunity to
11   look over that statement?
12      A    Yes.
13      Q    All right.  And you feel the statement
14   accurately reflects what you remember happening as you
15   testify today?
16      A    Yes.
17      Q    All right.  So Mr. Grant is face down on the
18   ground, and I think you said officer Pirone is up, got his
19   knee on him somehow?
20      A    Yeah, he was -- he was like knelt down on the
21   ground himself and he like had him pinned with his neck or
22   head.  He was in front of Oscar.
23      Q    All right.  And Officer Mehserle was on what
24   side, if you recall, of Oscar?
25      A    He was straddling him, had a foot on each side
26   of him.
27      Q    All right.  Sort of down like on his knees?
28      A    No, he was standing on his feet.
```

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

1840

```
 1      Q    Standing on his feet bending over at the waist?
 2      A    Well, when he was trying to pull his arm out he
 3   was bent over.  Otherwise he was standing.
 4      Q    all right.  And as he was standing and pulling
```

06-14-2010 - AM.txt
5    on his arm, I think you said that was his right arm?

6         A    Yes.

7         Q    And he wasn't able to get that out?

8         A    Correct.

9         Q    And he was pulling on that right arm quite a

10   long time, wasn't he?

11        A    Not a long time, but he pulled on it more than

12   once.

13        Q    Do you recall when you had talked to the

14   B.A.R.T. investigator the next day you said it seemed like

15   it took about three to five minutes for the officers to

16   cuff him, meaning Grant?

17        A    I don't remember saying that.

18        Q    All right.  As you sit here today, what's your

19   estimate as to how long -- strike that.

20             I think your testimony today was you saw

21   Mesherle tugging on Grant's right arm, correct, and then

22   you you said he couldn't get it out from under him; is that

23   right?

24        A    Yes.

25        Q    Okay.  And was it then that you made the

26   statement, "gee, he must be strong"?

27        A    Yes.

28        Q    You were referring to Mr. Grant?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)
                                                        1841

1         A    Yes.

2         Q    Because you saw Mesherle tugging with what

3    appeared to you to be a substantial amount of force?

4         A    Yes.

5         Q    And from where you were sitting, it didn't

6    appear that Mr. Grant's hand was coming out; correct?

06-14-2010 - AM.txt

7    A    Correct.

8    Q    And you said that at that point in time

9  Mr. Mesherle did it again I think was your testimony --

10   A    Yes.

11   Q    -- on direct?

12       So you saw him tugging again with some amount

13  of force?

14   A    Yes.

15   Q    Would you say again you saw Mesherle using what

16  appeared to be a substantial amount of force tugging on the

17  arm?

18   A    Well, I would guess so, yeah.

19   Q    And at some point in time when Mesherle was

20  using that force tugging on Mr. Grant's arm, you said that

21  all of a sudden he reached for his right hip; is that

22  right?

23   A    The second time when he wasn't successful in

24  pulling his arm out, he goes to his right hip.  And again,

25  I said to my friend, "he's not going to shoot him is he?"

26  and he pulls his gun out and shoots him.

27   Q    And as you sit here today and talk about this

28  event, was Mesherle standing upright when you saw him draw

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

1842

1  his pistol from his right hip?

2    A    I believe so.

3    Q    And he got the gun out of its holster; correct?

4    A    Yes.

5    Q    And then fired it immediately?

6    A    He got it out and pointed it down and pulled it

7  immediately.

8    Q    And when he pulled it immediately, you heard

06-14-2010 - AM.txt

9    the shot; correct?

10        A    Yes.

11        Q    You looked over in the direction of where the

12   shot came from?

13        A    No, I was watching.

14        Q    Were you watching the whole time?

15        A    Yes.

16        Q    And when you were watching the whole time, did

17   you see Mesherle's reaction to having fired the gunshot?

18        A    After he fired it?

19        Q    Yes.

20        A    Yes.

21        Q    What was his reaction?

22        A    Put his hands up like this with the gun still

23   in his hand (indicating).

24        Q    Up -- now, you've just done here in the

25   courtroom, you've raised both your right hand and left

26   hand?

27        A    Yeah, Put both hands up, and it seemed like, I

28   guess, about this high maybe next to his ears with the gun

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                        1843

1    still in his hand (indicating).

2        Q    All right.  And then after he put his hands up

3    to the head and held both hands up by the side of your

4    head, oh, probably six to eight inches from touching your

5    head; would that be accurate?

6        A    Okay.

7        Q    I Just want to make sure --

8        A    I don't know.  I don't know how much inches.

9        Q    All right.  But they were up by his head?

10       A    Yes.

06-14-2010 - AM.txt

19    on the ground and he walked over to Oscar, that's when I

20    noticed Oscar.

21         Q    All right.  And is your best memory of the

22    events that occurred is that after he put the one gentleman

23    with the dreads on the ground, handcuffed him, he

24    immediately walked over to oscar?

25         A    Yes.

26         Q    Okay.  And then when he immediately walked over

27    to oscar, is it your recollection that he put Oscar on the

28    ground face down?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

1880

1     A    Yes.

2          Q    All right.  When in the sequence of these

3     events, if you know, did officer Mesherle arrive?

4          A    I'm not sure.  I just know that after he -- the

5     first officer put him down on the ground, Mesherle was

6     standing right there.  I don't know when he came into the

7     picture, I just know that he was standing there.

8          Q    I take it you didn't see officer Mesherle

9     having any interaction with any of the people that were out

10    on the platform?

11         A    No.

12         Q    He wasn't talking to the gentlemen against the

13    wall?

14         A    No, I don't remember seeing any of that.

15         Q    You never saw him engage in conduct that you

16    felt was inappropriate?

17         A    No, I didn't see anything like that.

18         Q    All right.  So the first view you have in your

19    mind of Mehserle Is when he is somewhere in the vicinity of

20    Mr. Grant as Mr. Grant is face down on the ground?

06-14-2010 - AM.txt

21     A     Right.

22         Q     And do you ever recall Mr. Grant going down

23  initially on his back and then being turned over or turning

24  over at any time?

25     A     No, I don't remember seeing anything like that.

26  I just remember seeing him on his stomach.

27         Q     All right.  At some point in time you described

28  Pirone as on his neck or back with his knee; correct?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

1881

1      A     Yes.

2          Q     Meaning Mr. Grant.  And then Mr. Mehserle was

3  to Mr. Grant's right; is that correct?

4      A     to Mr. Grant's right, Yes.

5          Q     And did you see if Mr. Mesherle was doing

6  anything with regard to Mr. Grant?

7      A     I think he was trying to -- seems like they

8  were trying to pull his arm from -- I guess he was laying

9  on them, trying to pull his arms around.

10         Q     Was that just a conclusion you made based on --

11     A     Yeah, That's just a conclusion that I made.

12         Q     And you say they were trying to pull his arms.

13  Do you mean both Pirone and Mesherle?

14     A     Yes.

15         Q     All right.  Did you ever see them, what

16  appeared to you, successfully pull his arms out from under

17  him?

18     A     No, I didn't see that.

19         Q     And I take it at some point in time you say you

20  turned away?

21     A     I turned away, yes.

22         Q     And that's when you heard the gunshot?

06-14-2010 - PM.txt

1  THE RIGHT-HAND SIDE THAT I RECALL, AND THERE WAS

2  ANOTHER OFFICER, DARK HAIR.  THERE WAS A COUPLE OF

3  OFFICERS IN THERE.  ONE OF THE OFFICERS WAS THE

4  ORIGINAL OFFICER THAT CAME ONTO OUR CAR.

5        Q       HOW WAS THAT OFFICER POSITIONED IN

6  RELATION TO THE MAN WHO WAS ON THE GROUND?

7        A       HE WAS STANDING AT HIS HEAD.

8        Q       AT THE MAN'S HEAD?

9        A       YES.

10       Q       OKAY.

11               WAS THERE ANY OTHER OFFICER HOLDING

12  DOWN THE MAN ON THE GROUND AT THAT TIME, IF YOU CAN

13  RECALL?

14       A       YES.

15       Q       AND CAN YOU DESCRIBE THAT OFFICER?

16       A       TALL, DARK HAIR.

17       Q       OKAY.

18               AND WHAT PART OF THE BODY WAS THAT

19  PERSON CLOSEST TO?

20       A       CLOSEST TO THE FEET.

21       Q       OF THE MAN WHO WAS ON THE GROUND?

22       A       YES.

23       Q       AND WHAT DO YOU REMEMBER HAPPENING

24  WHEN YOU WERE MAKING THESE OBSERVATIONS, WHAT

25  HAPPENED NEXT?

26       A       ONE OFFICER -- THE OFFICER THAT WAS AT

27  THE -- TOWARDS THE HEAD, HE WAS KNEELING DOWN ON THE

28  GUY THAT THEY HAD DETAINED, HE WAS KNEELING DOWN

1956

06-14-2010 - PM.txt

6  YOU; IS THAT RIGHT?

7         A      UH-HUH.

8         Q      AND SO HIS HEAD WOULD BE, I'M ASSUMING

9  TOWARD THE WALL; IS THAT RIGHT?

10        A      IT WASN'T EXACTLY STRAIGHT TOWARDS THE

11 WALL.

12        Q      ALL RIGHT.

13               BUT IT WAS FACING MORE IN THAT

14 DIRECTION THAN TOWARD YOU.

15        A      YES.

16        Q      ALL RIGHT.

17               AND THIS OFFICER THAT IS NOW PULLING

18 AT THE GENTLEMAN'S ARM, DID YOU EVER SEE THAT

19 OFFICER GET THAT ARM OUT FROM UNDER HIM?

20        A      NO.

21        Q      ALL RIGHT.

22               DO YOU HAVE A SENSE OF HOW LONG THAT

23 OFFICER PULLED ON THIS MAN'S ARM BEFORE SOMETHING

24 ELSE HAPPENED?

25        A      IT SEEMED LIKE IT WAS A WHILE THAT HE

26 WAS TRYING TO PULL THE ARM OUT.

27        Q      ALL RIGHT.

28               AND YOU WERE SITTING AT THE TIME THIS

1967

1  WAS HAPPENING --

2         A      NO, I WAS STANDING AT THAT TIME.

3         Q      I'M SORRY, MY MISTAKE, YOU WERE

4  STANDING.

5                YOU WERE STANDING, AND WERE YOU IN

6  THE VICINITY OF YOUR FRIEND PAM CANEVA?

06-14-2010 - PM.txt

```
 7          A       YES.
 8          Q       AND AT THAT POINT IN TIME, DO YOU
 9  RECALL MS. CANEVA MAKING A STATEMENT TO YOU WHILE SHE
10  OBSERVED WHAT WAS GOING ON?
11          A       YES.
12          Q       AND WHAT WAS THE STATEMENT SHE MADE TO
13  YOU?
14          A       THAT HE MUST HAVE BEEN STRONG BECAUSE
15  HE WAS HAVING A DIFFICULT TIME GETTING HIS ARM OUT.
16          Q       AND YOU TOOK THAT HE MUST HAVE BEEN
17  STRONG, MEANING THE GENTLEMAN WHO WAS ON THE GROUND
18  WITH HIS HANDS UNDERNEATH HIM.
19          A       YES.
20          Q       AND THEN AFTER SHE MADE THAT
21  STATEMENT, TO THE BEST OF YOUR MEMORY, DID THE
22  OFFICER CONTINUE TO PULL ON THIS GENTLEMAN'S ARM?
23          A       I SAT BACK DOWN.
24          Q       ALL RIGHT.
25                  AND THEN YOU SAID THAT JUST ALMOST,
26  RIGHT AFTER YOU SAT BACK DOWN, YOU HEARD A POP OR A
27  SHOT; IS THAT CORRECT?
28          A       CORRECT.
```

1968

```
 1          Q       AND DID THAT CAUSE YOU THEN TO GET
 2  BACK UP, OR DID YOU STAY SEATED?
 3          A       I GOT BACK UP.
 4          Q       ALL RIGHT.
 5                  AND WHAT'S THE FIRST THING YOU
 6  REMEMBER SEEING WHEN YOU GOT BACK UP?
```

06-14-2010 - PM.txt

8   DETECTIVE, YOU COULDN'T UNDERSTAND WHAT THE COPS

9   WERE SAYING TO THIS INDIVIDUAL?

10        A     CORRECT.

11        Q     AND DOES THAT MEAN THAT YOU SAW THEM

12   SAYING SOMETHING, BUT YOU JUST COULDN'T UNDERSTAND

13   WHAT IT WAS?

14        A     NO, I THINK IT WAS THE WAY THEY WERE

15   QUESTIONING ME ABOUT WHAT WERE THEY SAYING.

16        Q     OKAY.

17              AND YOUR RESPONSE WAS YOU COULDN'T

18   UNDERSTAND WHAT THEY WERE SAYING?

19        A     RIGHT.

20        Q     ALL RIGHT.

21              YOU DON'T HAVE ANY RECOLLECTION, AS

22   YOU TESTIFY HERE TODAY, OF SEEING THE OFFICERS,

23   AGAIN, DEALING WITH THE GENTLEMEN ON THE GROUND,

24   SAYING ANYTHING.

25        A     IT WAS TOO LOUD, IT WAS TOO LOUD.

26        Q     ALL RIGHT.

27              SO WE GO BACK THEN TO THE POINT IN

28   TIME WHERE YOU SEE THE ONE OFFICER WHO APPARENTLY

1970

1   HAS HIS HAND TO HIS HEAD, RIGHT AFTER YOU HEAR THE

2   POP.

3        A     CORRECT.

4        Q     OKAY.

5              AND WHEN YOU SAW HIS HAND TO HIS

6   HEAD, DID YOU SEE WHERE HIS GUN WAS?

7        A     I DON'T RECALL THAT NOW.

06-14-2010 - PM.txt

8        Q      ALL RIGHT.

9               I THINK YOU SAID ON DIRECT, YOU DON'T

10   REMEMBER IF THAT HAND TO THE HEAD YOU SAW WAS A

11   RIGHT HAND OR A LEFT HAND.

12       A      I DON'T RECALL.

13       Q      ALL RIGHT.

14              DID YOU SEE WHAT THAT OFFICER, WHOSE

15   HAND WENT TO THE HEAD, DID RIGHT AFTER THAT?

16       A      NO, HE LOOKED AT THE OTHER OFFICER,

17   AND I DON'T RECALL WHAT HE DID.  I KNOW THAT THEY

18   DIDN'T CHECK HIM.

19       Q      "THEY," MEANING THE TWO OFFICERS

20   DIDN'T CHECK THE GENTLEMAN ON THE GROUND.

21       A      CORRECT.

22       Q      DO YOU RECALL FROM SEEING THE OFFICER

23   WHO PUT HIS HAND TO HIS HEAD, NOTING THAT HE HAD A

24   PARTICULAR APPEARANCE ON HIS FACE?

25       A      YES.

26       Q      AND WHAT WAS THAT?

27       A      SURPRISE.

28       Q      DO YOU RECALL TELLING THE BART

                                    1971


1    DETECTIVES HE APPEARED TO BE SHOCKED OR HAVE A

2    SHOCKED REACTION?

3        A      YES.

4        Q      AND WOULD THAT BE WHAT YOU RECALL

5    TODAY, THINKING ABOUT THE APPEARANCE ON THAT

6    OFFICER'S FACE?

7        A      THAT'S WHAT I SAID IN THE ORIGINAL

8    STATEMENT, I WOULD HAVE TO SAY SHOCKED.

06-14-2010 - PM.txt
23      Q      OKAY.

24             AND SO WHEN THEY PULLED HIM ONTO HIS

25 STOMACH, WAS HE STILL ON YOUR LEGS, OR DO YOU

26 REMEMBER?

27      A      I DON'T REMEMBER.

28      Q      WHAT'S THE NEXT THING YOU REMEMBER

                                                    2011

1 HAPPENING?

2       A      THE NEXT THING I REMEMBER IS THERE WAS

3 AN OFFICER AT LIKE, HE PUT HIS KNEE SOMEWHERE, IN

4 LIKE HIS NECK OR HIS BACK AREA, AND WAS -- WELL,

5 LOOKED TO ME AS IF HE WAS TRYING TO HANDCUFF HIM, OR

6 WAS HANDCUFFING HIM, AND I LOOKED AWAY FOR, I DON'T

7 KNOW HOW LONG, A SECOND, AND THEN I JUST HEARD A

8 GUNSHOT GO OFF.

9       Q      THE OFFICER WHO HAD HIS KNEE -- I

10 ASSUME IT WAS ON OSCAR'S NECK?

11      A      YES.

12      Q      WHICH OFFICER WAS THAT?

13      A      OFFICER PIRONE.

14      Q      AND YOU SAID YOU LOOKED AWAY FOR A

15 MINUTE AND YOU HEARD A GUNSHOT; IS THAT CORRECT?

16      A      YES.

17      Q      AFTER HEARING THE GUNSHOT, WHAT'S THE

18 NEXT THING YOU REMEMBER HAPPENING?

19      A      I REMEMBER -- I DON'T UNDERSTAND, LIKE

20 WHAT DO YOU MEAN, IMMEDIATELY AFTER?

21      Q      SURE.

22             LET ME ASK YOU A DIFFERENT QUESTION.

23             FROM THE TIME THAT OSCAR WENT ONTO

06-14-2010 - PM.txt

24  YOUR LEGS TO THE TIME YOU HEARD THE GUNSHOT, DID YOU

25  EVER HEAR OSCAR SAYING ANYTHING?

26          A       I DON'T REMEMBER.

27          Q       OKAY.

28                  AND AFTER YOU HEARD THE GUNSHOT,

                                                2012

1  WHAT'S THE NEXT THING YOU REMEMBER HAPPENING?

2          A       I REMEMBER OFFICER MEHSERLE SAYING,

3  "OH, SHIT, I SHOT HIM," AND THE OTHER OFFICERS STOOD

4  UP, AND THEY SAID SOMETHING TO EACH OTHER, BUT I

5  DON'T KNOW WHAT THAT WAS.

6          Q       YOU SAID YOU HEARD OFFICER MEHSERLE

7  SAY "OH, SHIT, I SHOT HIM"?

8          A       YES.

9          Q       AND WHERE WAS HE WHEN HE SAID THAT?

10          A       I DON'T UNDERSTAND.  WHAT DO YOU MEAN?

11          Q       OKAY, IN RELATION TO SAY OSCAR, WHERE

12  WAS HE IN RELATION TO OSCAR WHEN YOU HEARD HIM SAY

13  THOSE WORDS?

14          A       ON THE OPPOSITE SIDE OF WHERE I WAS

15  AT.

16          Q       HOW CLOSE WAS HE TO OSCAR AT THAT

17  TIME?

18          A       TWO FEET AWAY, MAYBE, ONE OR TWO FEET.

19          Q       DID YOU EVER SEE A GUN?

20          A       AFTER THE SHOT, YES, I SEEN A GUN.

21          Q       AFTER THE SHOT, WHERE DID YOU SEE A

22  GUN?

23          A       IN THE HANDS OF OFFICER MEHSERLE.

06-15-2010 - AM.txt

4      Yourself?

5          A      Yes.

6          Q      On how many occasions?

7          A      Only once or twice.

8          Q      All right.  You're thoroughly familiar with the

9      operation of the gun?

10         A      Yes.

11         Q      You obviously field stripped it so you do

12     understand it; right?

13         A      Yes.

14         Q      What is the -- what does the D.A.K. Mean?

15         A      It stands for double action Kellerman.  And I

16     can only assume that kellerman is one of the design

17     engineers at Sig Sauer that came up with this option, but I

18     don't really know for a fact.

19         Q      All right.  And in the context of the operation

20     of that particular weapon, the D.A.K. Model of Sig Sauer

21     does not have a safety on it; correct?

22         A      There is no manual safety, no.  They're all

23     passive safeties.

24         Q      All right.  When you say passive safeties, what

25     do you mean?

26         A      Passive safeties are internal and they're only

27     disengaged by the operator pulling the trigger.  Manual

28     safeties are the kind of things that you would normally see

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)
                                                              2145

1      on the outside of a gun like a switch, like a lever that

2      you pull up or down.

3          Q      All right.  And some weapons, some automatic

4      pistols have those manual safeties; correct?

5          A      Yes, they do.

06-15-2010 - AM.txt

6        Q      A lot of them still don't, do they?

7        A      Yes.

8        Q      But this one, the Sig Sauer D.A.K. 226 does not

9    have such a manual safety?

10       A      Correct.

11       Q      And, sir, I'm going to for sake of

12   demonstration here, run over to this box and I'm going to

13   grab a pistol, but let me say that this is going to be a

14   rubber training pistol so that everybody knows.

15              and I'll just ask you if you see that this

16   appears to be at least some semblance of a sig 226?

17       A      Yep, that's a sig 226 and .40 caliber.

18       Q      All right.  Thanks, Mr. Slivinsky.

19              Now, in this case this rubber training pistol I

20   have here, on the left side of the pistol has what appears

21   to be some sort of a I'm going -- what would I call that?

22       A      That is the de-cocking lever.

23       Q      All right.  And what does a de-cocking lever

24   do?

25       A      The difference between this pistol of sig and

26   this pistol is that this weapon can be cocked manually or

27   it's also called the traditional double action first round

28   single action after that.  In other words, when you pull

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

2146

1    the trigger, not only does the gun fire, but the action of

2    the slide moving to the rear Cocks the hammer and leaves it

3    cocked.  Each subsequent shot would be fired single action

4    in that the trigger would perform only one function

5    releasing an already cocked hammer to go forward.  Before

6    you want to holster this pistol or do anything else to make

7    it safe, you would have to lower the hammer by using the

06-15-2010 - AM.txt

8    de-cocking lever.  It would drop the hammer to the safety

9    intercept notch so that it wouldn't contact the firing pin.

10   That's what it's for.

11        Q    Now, this weapon here does not have the manual

12   safety though, this is a de-cocking lever?

13        A    That's all it does.  it's not a safety.

14        Q    And you said that there is a difference between

15   the actual weapon that Mesherle fired and the blue rubber

16   training gun I'm holding in that the pistol that

17   Mr. Mesherle fired does not have this de-cocking lever on

18   the left side?

19        A    That's right.  you can see where the de-cocking

20   lever has just been left out of the same spot in the frame

21   where it would normally be on the double action, single

22   action weapon.

23        Q    So, Mr. Slivinsky, based on your knowledge of

24   the Sig Sauer 226 and the way that it is fired, there would

25   be no reason that you can think of, is there, that if an

26   officer wanted to fire the Sig Sauer 226 that the officer

27   would have to have the gun up along the slide to move the

28   thumb upward for a safety, would there?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)
                                                      2147

1         A    No.

2         Q    Because there's no safety there, is there?

3         A    That's right.

4         Q    In fact, there's no reason at all for an

5    officer who is intentionally firing a sig Sauer P-226

6    D.A.K. To have his thumb up on the slide at all, is there?

7         A    No.

8         Q    Now, when I asked you a minute ago to give us

9    an idea of what this de-cocking lever is, you were

06-15-2010 - AM.txt
Direct examination (continued)

21

22  BY MR. STEIN:

23      Q    Mr. Clark, in your years of experience with

24  regard to firearms training, have you ever heard the phrase

25  never bring a knife to a gun fight?

26      A    Yes, sir.

27      Q    What does that mean?

28      A    Well, that means that if -- if you took a knife

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

2172

1  and wanted to attack somebody with it and that person had a

2  firearm, you're opt to be the loser.

3      Q    Is that principal taught to the cadets?

4      A    In essence, yes.

5      MR. STEIN:  Thank you, sir.  Those are all questions

6  that I have.

7      THE COURT:  Thank you.

8          Mr. Rains.

9      MR. RAINS:  Thank you.

10

11              CROSS-EXAMINATION

12  BY MR. RAINS:

13      Q    Mr. Clark, good morning.

14      A    Good morning, sir.

15      Q    My name is Mike Rains.  I don't think we've

16  ever met.  I represent Mr. Mesherle.

17          Let me start with that example Mr. Stein just

18  asked about, you don't bring a knife to a gun fight.

19  That's based upon the assumption that the person who has

20  the knife has actually observed a gun; right?

21      A    I would assume so, yes, sir.

22      Q    Mr. Clark, when were you first contacted by the

06-15-2010 - AM.txt

23   District Attorney's office to serve as a witness in this

24   case?

25       A    I would think probably about a month ago.

26       Q    About a month ago?

27       A    Yes, sir.

28       Q    And who contacted you?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

2173

1        A    I'm trying to think.  Bob did.

2        Q    Bob Conner?

3        A    Yes, Bob Conner.

4        Q    Inspector conner?

5        A    Yes, sir.

6        Q    Now, you have talked some about the training

7    that students go through in the academy and you talked

8    about the number of times that they are expected and

9    actually do draw their weapons from their holsters; is that

10   correct?

11       A    Yes, sir.

12       Q    And you talked about the purpose of that is to

13   establish what's called muscle memory?

14       A    That's correct, yes, sir.

15       Q    And what's the importance of an officer having

16   this muscle memory?  what does it mean?

17       A    Because usually involved -- when you're

18   involved in a shooting type of situation, it's a

19   subconscious act on your behalf to draw your weapon.  It's

20   not usually a conscious act.  You're dealing with too much

21   stuff at the same time.  So it becomes an automatic

22   response.

23       Q    And that is the purpose of doing this

24   repetitively, is to develop this skill so that your

06-15-2010 - AM.txt

25   response is automatic; correct?

26        A    Yes, sir.

27        Q    You don't want to think about it; you just want

28   to do it; right?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

2174

1        A    Correct, sir.

2        Q    And as part of that training do you tell your

3   cadets in the academy to take some kind of a weapon home

4   with them and practice drawing a weapon at home as well?

5        A    Yes, sir.

6        Q    And just for the record, as I understand it,

7   officers in the academy are Issued rubber training guns to

8   take home; is that right?

9        A    Yeah, they're deemed to be a blue or Red

10   handled gun, which means it's a plastic inoperative weapon.

11   It can't be functioned.  It can't fire any wounds

12   whatsoever.  It's a totally safe weapon.  And they're

13   issued them when they first get into the academy and they

14   carry it with them throughout the academy.  And during

15   range they're told -- we can't tell them to go home and

16   practice, but it's highly encouraged, yes.

17        Q    okay.  and So assuming that they do that, they

18   will do that in addition to what you estimated to be what,

19   500 times they may draw that weapon in the academy?

20        A    Yes, sir.

21        Q    All right.  Now, I know Mr. Stein marked a

22   couple of exhibits from the learning Domain to show you

23   that.  Let me bring up here an Exhibit 123.  I think it is

24   entitled "firearms safety."

25        A    Yes, sir.

26        Q    There is on that -- in that learning Domain on

06-18-2010 - PM.txt

12        Q      AND BASED ON THE VIDEO, WHAT DO YOU

13  REMEMBER -- DOES THE VIDEO REFRESH YOUR MEMORY, OR

14  DESPITE WHAT YOU SEE ON THE VIDEO, YOU STILL DON'T

15  HAVE A RECOLLECTION OF ANY FORCE BEING USED AGAINST

16  YOU BY MR. GRANT?

17        A      AS FAR AS MY OWN RECOLLECTION, I HAVE

18  A HARD TIME, AT THIS POINT, TRYING TO DIFFERENTIATE

19  WHAT I REMEMBER WITHOUT THERE BEING VIDEOS THAT

20  INFLUENCE MY OWN MEMORY.  BUT I STILL -- IF I SAID IT

21  BACK AT THE D.A.'S -- I DON'T REMEMBER THAT BLOCK OF

22  TIME TAKING PLACE.  IF I, AT ANY POINT IN TIME, DID

23  DESCRIBE WHAT WAS TAKING PLACE, IT WAS ONLY FROM WHAT

24  I SAW ON VIDEO.

25        Q      WHAT'S THE NEXT THING YOU REMEMBER

26  HAPPENING AS YOU APPROACHED MR. GRANT?

27        THE COURT:  I'M HAVING TROUBLE WITH THAT,

28  BECAUSE I THOUGHT WE HAD ALREADY TALKED ABOUT CONTACT

                                              2878

1  WITH GRANT.

2        MR. STEIN:  AFTER THE CONTACT.

3  BY MR. STEIN:

4        Q      YOU APPROACH MR. GRANT, YOU MAKE SOME

5  KIND OF CONTACT WITH HIM; IS THAT RIGHT?

6        A      WHEN ARE WE TALKING ABOUT?

7        Q      AFTER YOU LEAVE MR. GREER, YOU'VE

8  CUFFED MR. GREER NOW YOU'RE GOING TOWARDS MR. GRANT

9  AND YOU MAKE SOME KIND OF CONTACT WITH HIM; IS THAT

10  CORRECT?

11        A      YES.

06-18-2010 - PM.txt

12          Q      AND WHAT'S THE CONTACT THAT YOU

13   REMEMBER, IF YOU DO?

14          A      I DON'T.

15          THE COURT:  SO YOU HAVE RECOLLECTION TODAY,

16   AS YOU SIT HERE, OF MAKING CONTACT WITH GRANT AFTER

17   YOU HANDCUFFED GREER.

18          THE WITNESS:  THAT'S CORRECT.  FROM MY OWN

19   INDEPENDENT MEMORY, I DO NOT REMEMBER THAT BLOCK OF

20   TIME.

21          THE COURT:  BUT YOU'VE SEEN VIDEOS?

22          THE WITNESS:  YES, SIR, I HAVE.

23          THE COURT:  AND YOU ACKNOWLEDGE THAT THE

24   VIDEO SHOWS YOUR FOREARM COMING IN SOME CONTACT WITH

25   GRANT'S HEAD OR FACE AREA.

26          THE WITNESS:  ONE PARTICULAR VIDEO, YES, SIR.

27   THERE'S ANOTHER VIDEO THAT SHOWS SOMETHING DIFFERENT.

28          THE COURT:  AND IT'S AT THAT POINT THAT I

                                            2879


1    THINK THE PROSECUTOR IS ASKING YOU WHAT HAPPENED

2    NEXT, IF YOU REMEMBER.

3           THE WITNESS:  I DO NOT.

4    BY MR. STEIN:

5           Q      WHAT'S THE NEXT THING YOU REMEMBER

6    HAPPENING?

7           A      THE OFFICERS SHOWING UP.

8           Q      WHICH OFFICERS?

9           A      THE OTHER OFFICERS SHOWING UP, OFFICER

10   MEHSERLE, OFFICER WOFFINDEN AND OFFICER GUERRA.

11          Q      AND WHAT WERE YOU DOING WHEN THEY

12   SHOWED UP?

06-18-2010 - PM.txt

16  THAT THE TRAIN BE RELEASED.

17

18              (WHEREUPON A DISPATCH CALL

19              WAS PLAYED.)

20

21      Q      WERE YOU ABLE TO HEAR THAT,

22  MR. PIRONE?

23      A      YES, SIR.

24      Q      IS THAT THE RADIO COMMUNICATION WHERE

25  YOU REQUESTED THAT THE TRAIN BE RELEASED?

26      A      YES.

27      Q      DO YOU RECALL THE DISPATCHER SAYING

28  CODE 4 AT THE END OF THAT COMMUNICATION?

2887

1       A      NO, I DON'T REMEMBER THAT.

2       Q      DID YOU HEAR IT THOUGH?

3       A      ON THE RECORDING, YES.

4       Q      DO YOU KNOW WHAT THAT MEANS OR REFERS

5  TO?

6       A      HE WAS ASKING ME IF I WAS CODE 4.

7       Q      DO YOU KNOW WHAT THAT REFERS TO?

8       A      I'M ASSUMING THE SITUATION THAT WE

9  WERE INVOLVED IN.

10         THE COURT:  WHAT DOES A CODE 4 MEAN?

11         THE WITNESS:  IF I'M OKAY.

12  BY MR. STEIN:

13      Q      NOW, AFTER YOU MADE THAT RADIO

14  COMMUNICATION, DID YOU WALK BACK TOWARDS THE YOUNG

15  MEN WHERE THEY WERE SEATED AGAINST THE WALL?

16      A      I WAS IN THE PROCESS OF DOING JUST

06-18-2010 - PM.txt

17  THAT, YES, SIR.

18          Q       AND WHAT WAS YOUR INTENT AT THAT TIME?

19          A       AS FAR AS WHAT?

20          Q       THIS ENTIRE POLICE INVESTIGATION,

21  YOU'RE RESPONDING TO THIS CALL, YOU'VE CHECKED WITH

22  THE TRAIN OPERATOR, NOW YOU'RE GOING BACK OVER TO

23  WHERE THE YOUNG MEN ARE SEATED AGAINST THE WALL.

24                  WHAT'S YOUR INTENTION OR YOUR

25  OBJECTIVE AT THAT POINT?

26          A       TO PLACE MR. GREER AND MR. GRANT UNDER

27  ARREST.

28          Q       AND TO THAT END, WHAT DO YOU DO?


                                              2888


1           A       I'M CONFUSED, WHAT'S THE QUESTION?

2           Q       AS YOU WALK BACK TOWARDS THE GROUP WHO

3   WERE SEATED AGAINST THE WALL, WHAT HAPPENS?

4           THE COURT:  YOU FORMED THE INTENT TO HAVE

5   GREER, THE MAN WHO WAS IN HANDCUFFS, AND GRANT BE

6   ARRESTED; IS THAT CORRECT?

7           THE WITNESS:  YES, SIR.

8           THE COURT:  AND SO THE QUESTION IS, HAVING

9   FORMED THAT INTENT, WHAT, IF ANYTHING, DID YOU DO?

10          THE WITNESS:  WELL, AS I'M WALKING BACK, I

11  THINK I REMEMBER SEEING GRANT WITH HIS HAND IN HIS

12  POCKET, AND OFFICER MEHSERLE LOOKING, I THINK, DOWN

13  THE PLATFORM, OR SOMETHING TO THAT EFFECT.  AND I

14  THINK I YELLED OUT "HEY," TO GET HIS ATTENTION.

15                  AND AS I DID THAT, I THINK

16  OFFICER MEHSERLE TURNS AROUND AND ASKS ME WHAT DO I

06-18-2010 - PM.txt

17 HAVE, AND I POINT TO GRANT -- I'M SORRY, TO GREER

18 WITH MY LEFT HAND, AND I THINK I POINTED TO GRANT

19 WITH MY RIGHT. I'M NOT SURE WHICH ONE OR HOW I DID

20 IT, BUT I TOLD HIM THAT HE'S GOING FOR 148 AND HE'S

21 GOING FOR 148.

22 BY MR. STEIN:

23     Q     AND THE TWO PEOPLE YOU'RE REFERRING TO

24 WERE MR. GREER AND MR. GRANT?

25     A     CORRECT.

26     Q     AND 148 IS THE PENAL CODE SECTION FOR

27 RESISTING OR OBSTRUCTING AN OFFICER?

28     A     CORRECT.

2889

1     Q     NOW, DO YOU EVER REMEMBER SAYING AT

2 THAT POINT, WITH YOUR ARM OUTSTRETCHED POINTING AT

3 MR. GRANT, "THAT MOTHERFUCKER IS GOING TO JAIL"?

4     A     NO, I DO NOT.

5     Q     DO YOU REMEMBER USING ANY PROFANITY AT

6 THAT TIME?

7     A     NO, I DO NOT.

8     Q     DO YOU REMEMBER EVER SAYING TO

9 MR. GRANT, AS YOU APPROACHED HIM, "SIT THE FUCK

10 DOWN"?

11     A     I DON'T REMEMBER SAYING THAT.

12     Q     I'M GOING TO PLAY FOR YOU A CLIP OF

13 THE CROSS VIDEO, IT'S CROSS-1, AND I'M GOING TO ASK

14 YOU TO LISTEN AND SEE IF THAT REFRESHES YOUR

15 RECOLLECTION AS TO WHETHER OR NOT YOU EVER SAID THE

16 WORDS SIT THE FUCK DOWN. I'M BEGINNING THIS CROSS

17 VIDEO AT FRAME NO. 1621.

06-18-2010 - PM.txt

18

19          (WHEREUPON THE VIDEO WAS

20           PLAYED.)

21

22          I'M GOING TO STOP IT NOW AT FRAME

23  2245.

24          IN THAT CLIP, MR. PIRONE, DID YOU

25  EVER HEAR SOMEONE SAY "SIT THE FUCK DOWN"?

26     A    YES, YES, I DID.

27     Q    DO YOU RECOGNIZE THE PERSON OR THE

28  VOICE?

2890

1      A    IT SOUNDS LIKE ME.

2      Q    PRIOR TO YOU SAYING "SIT THE FUCK

3  DOWN," DID YOU HEAR SOMEONE SAYING "SIT DOWN,

4  GODDAMMIT"?

5      A    NO.

6      Q    YOU DID NOT HEAR THAT?

7      A    NO, I DIDN'T REALLY HEAR THAT.

8      Q    OKAY, LET ME PLAY IT AGAIN, AND I'M

9  GOING START AT THE SAME FRAME.  IT HAPPENS JUST

10  BEFORE YOU SAY "SIT THE FUCK DOWN."

11

12          (WHEREUPON THE VIDEO WAS

13           REPLAYED.)

14

15          I'M GOING TO STOP IT NOW AT FRAME

16  2211.

17          MR. PIRONE, DID YOU HEAR IT AT THAT

06-18-2010 - PM.txt

18  TIME?

19      A    NO, I STILL MISSED IT, BUT I'M ALMOST

20  CERTAIN THAT THAT WAS ME TELLING HIM TO "SIT THE FUCK

21  DOWN."

22      Q    OKAY.

23          AND WHAT HAPPENED IMMEDIATELY AFTER

24  YOU TOLD HIM TO "SIT THE FUCK DOWN"?

25      A    IT LOOKS LIKE I PUSHED HIM DOWN.

26      Q    DESCRIBE FOR ME HOW IT WAS THAT YOU

27  DID THAT.

28      A    IT LOOKS LIKE I TAKE MY LEFT HAND AND

2891

1   PUT IT ON HIS SHOULDER AND PUSH HIM TO THE GROUND.

2       Q    YOU SAY THAT IT LOOKS LIKE.

3           ARE YOU TESTIFYING BASED ON YOUR

4   RECOLLECTION, OR BASED ON WHAT YOU SEE IN THE VIDEO?

5       A    WHAT I SEE ON THE VIDEO.

6       Q    DO YOU HAVE ANY RECOLLECTION OF WHAT

7   WE SAW ON THE VIDEO?

8       A    I DON'T REMEMBER.

9       Q    YOU DON'T REMEMBER WHETHER OR NOT YOU

10  HAVE A RECOLLECTION?

11      A    YES, I DON'T REMEMBER WHAT THAT -- I

12  REMEMBER HIS HAND BEING IN HIS POCKET AND ME

13  ADDRESSING IT, AND I THINK THAT'S WHAT'S DREW MY

14  ATTENTION TO HIM IN SUCH A MANNER.  I MEAN I DON'T

15  KNOW WHY IT'S NOT IN THAT ANGLE OR WHY IT'S NOT

16  THERE, BUT I REMEMBER HIS HAND BEING IN HIS POCKET

17  AND THAT'S WHAT DREW MY ATTENTION TO HIM.

18      Q    HIS HAND DOESN'T APPEAR TO BE IN HIS

06-18-2010 - PM.txt

21  TO ME WHEN I WAS DOING THE CRIMINAL INVESTIGATION TO

22  MY ACTIONS IN MARCH.

23         Q      AND IN WHAT CONTEXT WAS IT WHEN

24  MR. GRANT TOLD YOU THAT HE HAD A FOUR-YEAR-OLD

25  DAUGHTER?

26         A      WELL, I REMEMBER HIM SAYING SOMETHING

27  ALONG THE LINES OF "WHY ARE YOU MESSING WITH ME, I

28  RESPECT THE POLICE, I GOT A FOUR-YEAR-OLD DAUGHTER."

                                          2897

1          Q      DID HE APPEAR AFRAID OR FEARFUL WHEN

2   HE SAID THAT?

3          A      NO, NOT FEARFUL, BUT I THOUGHT FINALLY

4   I'VE GOT A DIALECT WITH THIS PERSON, TO MAYBE NOW WE

5   CAN COMMUNICATE WITHOUT HAVING A FIGHT ANYMORE.

6          THE COURT:   YOU SAID "DIALECT," YOU MEAN

7   DIALOGUE?

8          THE WITNESS:   I'M SORRY, DIALOGUE, BECAUSE I

9   HAD A DAUGHTER, OR I STILL DO, THAT'S THE SAME AGE,

10  AND I'M THINKING TO MYSELF, FINALLY WE'RE ON LEVEL

11  GROUND TO WHERE WE CAN ACTUALLY COMMUNICATE AND

12  FIGURE OUT WHAT'S GOING TO HAPPEN, LIKE ADULTS.

13  BY MR. STEIN:

14         Q      SO HE DIDN'T APPEAR TO RESIST AT THAT

15  POINT, DID HE?

16         A      NO.   LIKE I SAID, I WAS -- I THOUGHT

17  WE HAD FINALLY MADE A BREAKTHROUGH IN COMMUNICATION.

18         Q      AND HE SAID THIS TO YOU PRIOR TO BEING

19  BROUGHT DOWN TO THE GROUND, CORRECT?

20         A      I BELIEVE SO.   BECAUSE I DON'T

21  REMEMBER HAVING A CONVERSATION WITH HIM WHILE HE WAS

06-18-2010 - PM.txt

22  ON THE GROUND.

23        Q      OTHER THAN HIM SAYING AT THAT POINT

24  THAT HE HAD A FOUR-YEAR-OLD DAUGHTER, DO YOU REMEMBER

25  HIM SAYING ANYTHING ELSE?

26        A      WELL, AT THAT POINT, I WAS LIKE, I

27  THINK I EVEN ASKED HIM, WELL, IF YOU GOT A KID, WHAT

28  WOULD SHE THINK IF SHE SAW YOU ACTING LIKE THIS, AND

                                        2898

1   THAT'S WHEN HE CALLED ME, PARDON MY LANGUAGE, BUT "A

2   BITCH ASS NIGGA."  HE SAYS "YOU'RE A BITCH ASS

3   NIGGA."

4         Q      SO IF I UNDERSTAND THIS CORRECTLY,

5   MR. GRANT GOES FROM TELLING YOU THAT HE HAS A

6   FOUR-YEAR-OLD DAUGHTER IN ONE MOMENT TO THE FOLLOWING

7   MOMENT WHEN HE'S CALLING YOU "A BITCH ASS NIGGA."

8               IS THAT WHAT YOUR TESTIMONY IS?

9         A      YEAH, AFTER I ASKED HIM ABOUT WHAT HIS

10  DAUGHTER WOULD THINK IF SHE SAW HIM ACTING THIS WAY

11  TOWARDS POLICE, BECAUSE HE JUST GOT THROUGH TELLING

12  ME HE RESPECTS POLICE, BUT HERE HE IS SAYING THOSE

13  WORDS.

14        Q      WHEN HE SAID THOSE WORDS, WHAT DID YOU

15  DO?

16        A      I WAS IN SHOCK, I COULDN'T BELIEVE IT.

17  LIKE I SAID, I THOUGHT I FINALLY MADE A BREAKTHROUGH.

18  AND WHEN HE SAID THAT, I WAS -- I COULDN'T BELIEVE

19  IT.

20        Q      HOW DID YOU REACT?

21        A      I THINK I EVEN REPEATED WHAT HE SAID,

06-18-2010 - PM.txt

25          BUT MY QUESTION IS, DID YOU SEE ANY

26 REASON FOR HIM TO BE FORCED TO THE GROUND AT THAT

27 TIME?

28          A     NO.

☐

                                        2904

1          Q     WHAT'S THE NEXT THING YOU REMEMBER

2 HAPPENING?

3          A     AS FAR AS REMEMBERING, LIKE I SAID, I

4 WAS ON HIS RIGHT SIDE OF HIS BODY HOLDING HIM DOWN,

5 AND I REMEMBER OFFICER MEHSERLE TRYING TO HANDCUFF

6 HIM.

7          Q     AND WHAT WERE YOU DOING AT THAT TIME?

8          A     LIKE I SAID, IF I REMEMBER CORRECTLY,

9 I WAS HOLDING DOWN HIS UPPER BODY.

10         Q     HOW WERE YOU HOLDING DOWN HIS UPPER

11 BODY?

12         A     WITH MY BODY WEIGHT, WITH MY HANDS.

13         Q     AND WITH REGARD TO YOUR BODY WEIGHT,

14 HOW MUCH DID YOU WEIGH ON JANUARY 1ST, 2009?

15         A     I WOULD GUESTIMATE 240 OR 250.

16         Q     AND WHEN YOU SAY 240 OR 250, IS THAT

17 GIVEN THE AMOUNT OF EQUIPMENT YOU WERE WEARING?

18         A     YES, BECAUSE MY BODY WEIGHT AT THE

19 TIME WAS 225, I BELIEVE.  AND THEN WITH ALL YOUR

20 EQUIPMENT, YOU ADD ON 10 TO 15 POUNDS.

21         Q     SO YOU WERE USING YOUR BODY WEIGHT TO

22 KEEP MR. GRANT DOWN; IS THAT RIGHT?

23         A     NO, I SPECIFICALLY REMEMBER USING MY

24 PANTS.  AND LIKE THAT PICTURE SHOWS, I'M HOLDING HIS

06-18-2010 - PM.txt

25  HEAD, AND I THINK WE ROLLED HIM OVER AND I THINK I

26  PUT MY WEIGHT ON HIS BACK WITH MY HANDS.

27        Q      DID YOU USE YOUR KNEES, IN ANY WAY,

28  WHILE YOU WERE TRYING TO KEEP HIM DOWN?


                                          2905


1        A      NO, I DON'T THINK I USED THEM AT THAT

2  POINT.  AT SOME POINT, HE BROKE FREE, AND I THINK I

3  TURNED AROUND TO THE OTHER SIDE, AND I WENT TO THE

4  LEFT SIDE OF HIS BODY, AND I PUT MY KNEES ON HIS

5  BACK.

6        Q      WHILE MR. GRANT WAS ON THE GROUND AND

7  YOU WERE ON TOP OF HIM, DID HE EVER TRY AND ESCAPE?

8        A      YES, HE WAS TRYING TO WIGGLE FREE.

9        Q      CAN WE SEE THAT IN THE VIDEO?

10       A      WELL, WE -- IN THIS VIDEO, SURE, I'M

11  NOT SURE I UNDERSTAND WHICH VIDEO WE'RE SPEAKING OF.

12       Q      LET'S TALK ABOUT THIS CROSS VIDEO,

13  YOU'VE SEEN THIS MANY TIMES BEFORE, TRUE?

14       A      FIRST TIME I SAW IT WAS AT THE

15  CRIMINAL (SIC), AND THEN I SAW IT AGAIN AT THE

16  PRELIM, AND THEN COUPLE OF TIMES AFTER THAT IN MY

17  ATTORNEY'S OFFICE, BECAUSE THE FIRST TIME I HEARD

18  AUDIO TO THE VIDEO WAS AT THE PRELIM.

19       Q      AMONG THE TIMES YOU VIEWED THIS VIDEO,

20  DO YOU EVER SEE MR. GRANT RESISTING AS HE GOES DOWN

21  TO THE GROUND?

22       A      IT'S KIND OF HARD TO MAKE OUT WHAT'S

23  BEING SEEN, BECAUSE AS FAR AS HUMAN VIDEOS, THIS IS

24  THE BIGGEST SCREEN I'VE EVER WATCHED VIDEOS ON.

25       Q      AFTER MR. GRANT GOES DOWN TO THE

06-18-2010 - PM.txt

26  GROUND, HOW LONG WAS IT BEFORE HE BEGAN TO JUMP, I

27  THINK IS THE WORD YOU USED?

28          THE COURT:  OR WIGGLE.

2906

1          MR. STEIN:  OR WIGGLE, EXCUSE ME.

2          THE WITNESS:  MAYBE A SECOND OR TWO.

3  BY MR. STEIN:

4          Q     SO IMMEDIATELY AFTER HAVING GONE ON

5  THE GROUND, HE BEGAN TO WIGGLE; IS THAT RIGHT?

6          A     IF I REMEMBER CORRECTLY, YES.

7          Q     DID HE SAY ANYTHING TO YOU AT THAT

8  TIME?

9          A     I DON'T REMEMBER HEARING HIM SAY

10 ANYTHING.

11         Q     DO YOU REMEMBER SAYING ANYTHING TO HIM

12 AT THAT TIME?

13         A     I REMEMBER VIVIDLY TELLING HIM TO PUT

14 HIS HANDS BEHIND HIS BACK.

15         Q     HOW MANY TIMES DID YOU TELL -- YOU

16 SAID YOU REMEMBER THAT VIVIDLY?

17         A     YES.

18         Q     AND HOW MANY TIMES DO YOU REMEMBER

19 HEARING, OR HOW MANY TIMES DO YOU REMEMBER SAYING TO

20 HIM, PUT YOUR HANDS BEHIND YOUR BACK?

21         A     TWICE.

22         Q     CAN THAT BE HEARD ON THE VIDEO?

23         A     I DON'T THINK I HEARD IT.

24         Q     DID YOU EVER HEAR THE DEFENDANT TELL

25 MR. GRANT TO PUT HIS HANDS BEHIND HIS BACK?

06-18-2010 - PM.txt

26      A      YES, YES, I DID.

27      Q      HOW MANY TIMES DID YOU HEAR THE

28  DEFENDANT SAY THAT TO MR. GRANT?

2907

1      A      I DON'T REMEMBER EXACTLY, IT WAS

2  EITHER ONCE OR TWICE.  I DON'T REMEMBER HOW MANY

3  TIMES, BECAUSE THEN MEHSERLE STARTED SAYING OTHER

4  THINGS.

5      Q      COULD YOU HEAR THAT ON THE VIDEO?

6      THE COURT:  THE OTHER THINGS OR THE --

7      MR. STEIN:  NO, WHAT I'M REFERRING TO IS THE

8  DEFENDANT TELLING MR. GRANT TO PUT HIS HANDS BEHIND

9  HIS BACK.

10      THE WITNESS:  I DON'T THINK SO.

11  BY MR. STEIN:

12      Q      SO AS MR. GRANT BEGAN TO WIGGLE, WHAT

13  DID YOU DO IN RESPONSE TO THAT, IF ANYTHING?

14      A      I DON'T REMEMBER REALLY DOING

15  ANYTHING, BECAUSE IF I'M NOT MISTAKEN, I THINK I

16  GLANCED UP AND SAW CHAOS.

17      Q      WHEN YOU SAY YOU SAW CHAOS,

18  SPECIFICALLY, WHAT ARE YOU REFERRING TO?

19      A      IT JUST SEEMED AS THOUGH WE WERE

20  GETTING SURROUNDED, AND YOU CAN HEAR THINGS CRASHING

21  AND BREAKING.  I DON'T KNOW IF THEY WERE BOTTLES, OR

22  WHAT WAS BEING THROWN AT US, BUT IT WAS VERY CHAOTIC,

23  I DON'T KNOW.

24      Q      DO YOU HAVE A RECOLLECTION OF HEARING

25  THE SOUND OF GLASS BREAKING AROUND YOU?

26      A      IT SOUNDED LIKE SOMETHING BROKE, I

06-18-2010 - PM.txt

27  DON'T KNOW IF IT WAS GLASS OR WHAT, I CAN'T IMAGINE

28  WHAT ELSE IT MAY HAVE BEEN.

2908

1           Q      YOU DESCRIBED IT AS A CRASHING SOUND;

2   IS THAT RIGHT?

3           A      YES.

4           THE COURT:  MR. STEIN, I'M LOOKING FOR A

5   PLACE TO TAKE THE AFTERNOON BREAK.  IS THIS A GOOD

6   SPOT?

7           MR. STEIN:  IT IS, YOUR HONOR.

8           THE COURT:  ALL RIGHT, 15 MINUTES, LADIES AND

9   GENTLEMEN.  REMEMBER THE ADMONITION.

10

11              (THE JURORS ARE EXITING

12               THE COURTROOM.)

13

14              (THE AFTERNOON BREAK WAS

15               TAKEN.)

16

17          THE COURT:  ALL RIGHT, LET'S BRING OUT THE

18  JURY, PLEASE.

19

20              (THE JURORS ARE ENTERING

21               THE COURTROOM.)

22

23          THE COURT:  ALL RIGHT, WE'RE BACK ON THE

24  RECORD, CONTINUING WITH THE DIRECT EXAMINATION OF

25  MR. PIRONE.

26  ///

06-18-2010 - PM.txt

```
 1              DO YOU REMEMBER WHY YOU GOT UP?

 2      A       YES, I DO.

 3      Q       WHY?

 4      A       BECAUSE OFFICER MEHSERLE TOLD ME TO.

 5      Q       WHAT DO YOU REMEMBER HIM SAYING?

 6      A       "TONY, GET BACK, GET BACK."

 7      Q       AND THAT'S WHY YOU GOT UP?

 8      A       YES.

 9      Q       WHEN YOU HEARD HIM SAYING GET BACK,

10  WHAT WAS GOING THROUGH YOUR MIND?

11          A       WHY AM I GETTING UP, I DON'T

12  UNDERSTAND WHY HE'S GIVING ME THAT, OR WHY HE'S

13  TELLING ME TO DO THAT, BECAUSE I THINK HE SAID --

14  ACTUALLY, I DON'T REMEMBER IF HE SAID "GET UP, GET

15  UP," FIRST, OR "GET BACK, GET BACK," BUT I THINK HE

16  SAID ALL FOUR OF THOSE COMMANDS AND I COULDN'T

17  UNDERSTAND -- NO, HE TOLD ME TO "GET UP," AND I THINK

18  HE CALLED MY NAME TWICE, IF I REMEMBER CORRECTLY, AND

19  I THINK THAT'S WHEN I GOT UP AFTER HEARING MY NAME

20  BEING CALLED, WHICH IS SOMETHING THAT I'M NOT REALLY

21  ACCUSTOMED TO HEARING.

22          Q       DID YOU HEAR THE DEFENDANT SAY

23  ANYTHING ELSE AT THAT POINT IN TIME?

24          A       NO, NOT AT THE TIME.

25          Q       WHAT'S THE NEXT THING YOU REMEMBER

26  HEARING THE DEFENDANT SAY, IF ANYTHING?

27          A       FROM THIS POINT ON?

28          Q       YES, BEFORE -- WELL, RIGHT AROUND THIS
```

2921

```
 1  TIME, DO YOU REMEMBER HIM SAYING ANYTHING ELSE?
```

06-18-2010 - PM.txt

3        A      THAT HE WAS TELLING ME TO GET UP AND

4   OR GET BACK.

5        Q      AND WHAT WAS ODD ABOUT THAT, AS FAR AS

6   YOU WERE CONCERNED?

7        A      I MEAN I WAS HOLDING HIM DOWN AND I

8   HAD CONTROL OF HIS BODY.  WHY WOULD I GIVE THAT

9   POSITION UP?  I FOUND THAT ODD.

10       Q      YOU FELT YOU HAD CONTROL OF MR. GRANT

11  AT THAT TIME; IS THAT RIGHT?

12       A      YES.

13       Q      HAD HE STOPPED RESISTING AT THAT TIME

14  OR WIGGLING?

15       A      WELL, I DON'T KNOW.  I WAS APPLYING AS

16  MUCH WEIGHT AS I COULD DOWN ON HIS BODY.

17       Q      AND AS YOU WERE APPLYING AS MUCH

18  WEIGHT AS YOU COULD ONTO HIS BODY, DID HE CONTINUE TO

19  WIGGLE?

20       A      I DON'T REMEMBER.

21       Q      AFTER YOU HEARD THE SHOT, IMMEDIATELY

22  FOLLOWING, DO YOU REMEMBER WHETHER OR NOT THE

23  DEFENDANT SAID ANYTHING?

24       A      NO, I DON'T.

25       Q      YOU DON'T RECALL HIM SAYING ANYTHING?

26       A      I'M SORRY, I DO NOT RECALL HIM SAYING

27  ANYTHING.

28       Q      AFTER THE SHOT, DID YOU SAY ANYTHING?

2925

1        A      I THINK I MAY HAVE SAID SOMETHING

2   ALONG THE LINES OF "OH, SHIT."

3        Q      AFTER THE SHOT, DID THE DEFENDANT EVER

06-18-2010 - PM.txt

4  SAY ANYTHING THAT INDICATED TO YOU THAT HE SAW A GUN

5  OR BELIEVED THAT MR. GRANT HAD A GUN?

6        MR. RAINS:  VAGUE AS TO TIME.

7        THE COURT:  THIS IS AFTER THE SHOT.

8        MR. STEIN:  AFTER THE SHOT.

9        MR. RAINS:  SAME DAY?

10       THE COURT:  YES.  YEAH, I THINK THE

11  IMPLICATION IN THE QUESTION IS IMMEDIATELY AFTER THE

12  SHOT.

13             IMMEDIATELY AFTER THE SHOT?

14       THE WITNESS:  NO, NOT IMMEDIATELY AFTER THE

15  SHOT.

16  BY MR. STEIN:

17       Q     IMMEDIATELY BEFORE THE SHOT, DID YOU

18  EVER HEAR THE DEFENDANT SAY ANYTHING THAT INDICATED

19  TO YOU THAT HE BELIEVED MR. GRANT HAD SOME TYPE OF

20  GUN OR WEAPON?

21       A    NO.

22       Q     AT ANY POINT IN TIME, WHEN MR. GRANT

23  WAS ON THE GROUND, EITHER BEFORE OR AFTER THE SHOT,

24  DID YOU EVER SEE HIM WITH HIS HANDS BEHIND HIS BACK

25  IN A HANDCUFFING POSITION?

26       A    NO, NOT UNTIL YOU SHOWED ME THAT VIDEO

27  IN THE PRELIM.

28       Q    OKAY.

2926

1             SO YOUR RECOLLECTION IS THAT YOU

2  NEVER SAW MR. GRANT'S HANDS BEHIND HIS BACK IN A

3  HANDCUFFING POSITION, CORRECT?

06-18-2010 - PM.txt

6   TO GET UP.  AND I REMEMBER SEEING, I THINK IT WAS

7   LIKE A SILVER DOLLAR-LOOKING TYPE LEAD ON THE OUTSIDE

8   OF HIS SHIRT.

9               I MEAN SOME OF THOSE THINGS ARE BURNT

10  INTO MY MEMORY, THEY PROBABLY WILL BE FOR LIFE, BUT

11  I DON'T REMEMBER EXACTLY WHAT I SAID OR EVEN WHAT HE

12  SAID.

13          Q     DID YOU EVER PULL OUT YOUR GUN AFTER

14  HEARING THE SHOTS?

15          A     NO.

16          Q     DID YOU EVER FEEL A NEED TO?

17          A     NO.

18          Q     WHEN YOU SAW THE DEFENDANT HOLDING THE

19  GUN, HOW WAS HE HOLDING IT?

20          A     WITH A TWO-HANDED GRIP.

21          Q     WHAT'S A TWO-HANDED GRIP?

22          A     WITH BOTH HANDS ON THE GUN, OR ON THE

23  HAND GRIP, IF YOU WILL.

24          MR. STEIN:  MAY THE RECORD REFLECT

25  OFFICER PIRONE HAS HELD BOTH HANDS OUT IN FRONT OF

26  HIM, CUFFING HIS LEFT HAND WITH HIS RIGHT HAND?

27          THE COURT:  YES.

28  ///

□

                                            2930


1  BY MR. STEIN:

2          Q     YOU SAID YOU SAW A HOLE, I BELIEVE, IN

3  THE BACK OF MR. GRANT; DO I HAVE THAT CORRECT?

4          A     YES.

5          Q     IT WAS A GUNSHOT WOUND, TRUE?

06-18-2010 - PM.txt

6       A     YES.

7       Q       AND THEN YOU SAW WHAT APPEARED TO BE A

8  PIECE OF LEAD JUST UNDER -- WHERE DID YOU SEE THAT?

9       A      ON THE OUTSIDE OF HIS SHIRT, UP HERE

10  ON THE UPPER CHEST, BREAST AREA.  IT'S ON THE OUTSIDE

11  OF HIS SHIRT.  LIKE I SAID, JUST UP HERE

12  (INDICATING).

13          THE COURT:  INDICATING ON THE RIGHT SIDE?

14          THE WITNESS:  I'M SORRY, DID I SAY LEFT?  I'M

15  SORRY, ON THE RIGHT SIDE.

16  BY MR. STEIN:

17       Q      AND THIS PIECE OF LEAD, WAS IT UNDER

18  THE SHIRT, OR ON TOP OF THE SHIRT SUCH THAT YOU WERE

19  ABLE TO SEE IT?

20       A      YOU KNOW, I KNOW WHAT A ROUND LOOKS

21  LIKE WHEN IT IMPACTS SOMETHING VERY HARD.  IT

22  MUSHROOMS OUT AND LOOKS LIKE A BIG PIECE OF SOLDER

23  HITTING ON THE GROUND, AND THAT'S WHAT IT LOOKED LIKE

24  ON THE OUTSIDE OF HIS SHIRT.

25       Q      WAS IT HELD IN PLACE, OR WAS IT LOOSE

26  AND DETACHED FROM HIS BODY?

27       A      I DON'T KNOW, I JUST REMEMBER SEEING

28  IT ON THE OUTSIDE OF HIS SHIRT.

2931

1       Q      OKAY.

2               AND AT THAT POINT, YOU SAID THAT

3  MR. GRANT TRIED TO GET UP?

4       A      YES, THAT'S HOW I WAS ABLE TO SEE THAT

5  PIECE OF LEAD.

6       Q      OKAY.

06-22-2010 - PM.txt
9        Were held at sidebar:)

10

11        THE COURT:  We're at sidebar.  Mr. Stein wants to be

12   heard about something.

13        MR. STEIN:  Yes, just two issues I'd like to bring to

14   the court's attention.  One is I've spoken to Mr. Rains

15   about when I might be needing to have rebuttal witnesses

16   ready, and I think we both think that the testimony for the

17   defense may conclude sometime on Thursday.

18        THE COURT:  Oh, good.

19        mr. Stein:  If that is the case, would it be okay to

20   have my witnesses fly in Thursday night for testimony on

21   Friday?

22        THE COURT:  Sure.

23        MR. STEIN:  Okay.  And the other thing I was just

24   going to raise, and I don't know what the court's position

25   is on this, I know that for all the other witnesses there

26   wasn't a bailiff stationed at the sidebar.

27        THE COURT:  I told him not to go there.

28              For the record, the bailiff wandered over and

                                                         3472

1    stood at the far corner of the courtroom within, oh, I'd

2    say, 15 feet or maybe even less of the witness stand.  He

3    tried to do it unobtrusively, but I agree with the

4    prosecution.  I noticed it, I spoke to the bailiff.  My

5    feeling is Mr. Bryson has a lot at stake in this case and

6    I'm sure he'll be very well behaved

7         MR. STEIN:  Thank you, your Honor.

8         MR. RAINS:  Thank you, your Honor.

9         THE COURT:  All right.

10

11              (The following proceedings

06-22-2010 - PM.txt

12          Were held in open court:)

13

14          THE COURT:  All right.  Let's bring out the jurors

15    and resume the trial.  And I will try to reset my clock in

16    chambers.

17

18                    (The following proceedings

19                    were held in open court in

20                    the presence of the jury.)

21

22

23          THE COURT:  All right.  We're back on the record.

24    Mr. Bryson is back on the stand.  I believe we're still in

25    direct examination by Mr. Rains in the defense case in

26    chief.

27               Proceed.

28          MR. RAINS:  Thank you, your Honor.

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)
                                                          3473

1                    jackie bryson,

2    Called as a witness by the defense, having been previously

3    duly sworn, was examined and testified further as follows:

4

5                    Direct examination (continued)

6    BY MR. RAINS:

7          Q     Mr. Bryson, good afternoon.

8          A     Good afternoon.

9          Q     Mr. Bryson, do you recall, sir -- strike that.

10               I'm walking over right now in the courtroom,

11    I'm placing my hand on my client, Mr. Mehserle's left

12    shoulder.  Do you recognize Mr. Mehserle?

13          A     he's the one that shot Oscar.

06-22-2010 - PM.txt

16      A    Yeah.

17      Q    Page 291.  Do you have that page?

18      A    Yes.

19      Q    Sir, I'm going to be reading starting at line 6

20  and I'll read down from there.

21          "Q    And why did you say now you know that it

22      was Mehserle who handcuffed you?

23          "a    Because like I said, about a month and a

24      half ago we reviewed some of the tapes.

25          "q    But up to a month and a half ago you

26      didn't know it was Mehserle who handcuffed you; is

27      that correct?

28          "Correct."

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)
                                                    3475

1           And then question, "When you say we reviewed

2      the tapes, who is we so we know?

3          "a    Everybody on that tape and my lawyers.

4          "q    okay.  And so you all reviewed the tapes

5      and it was then a month and a half ago for the first

6      time you realized that johannes Mehserle had

7      handcuffed you?

8          "a    yes."

9           Do you recall being asked those questions and

10  giving those answers during the deposition?

11      A    I don't remember it.

12      Q    Thinking-about it today, does reading that help

13  you recall that, in fact, it wasn't until about sometime

14  around October or November of 2009 that you first recall

15  that it was Mehserle who handcuffed you?

16      A    You're saying that's when I realized he was the

17  one?

06-22-2010 - PM.txt

18    Q    Well, as you sit here today do you remember
19    that October, November of last year was the first time you
20    remembered that it was Mehserle who handcuffed you?
21    A    I don't know when.  I did think that before
22    though.
23    Q    All right.  Now, did Mehserle ever say anything
24    to you?
25    A    I don't remember.
26    Q    He didn't say anything to you prior to
27    handcuffing you?
28    A    I don't remember.

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

3476

1    Q    He never used any profanity toward you?
2    A    I don't remember.
3    Q    Well, didn't you previously say that he didn't
4    use any profanity, you don't recall him using profanity?
5    A    I just said I don't recall.
6    Q    All right.  Sir, at some point in time you
7    recall officer Pirone returning from the area of the train
8    operator where he'd been talking to the train operator and
9    walking back toward you and Mr. Grant and others were
10    against, the wall and officer Pirone saying something about
11    people being under arrest?
12    A    You're asking me do I remember now?
13    Q    Yes.
14    A    Now I do.
15    Q    Okay.  So you remember officer Pirone coming
16    over in your direction and saying that some people were
17    under arrest --
18    A    Yes.
19    Q    -- is that right?

06-22-2010 - PM.txt

14    surrender. I quit" then he tries to -- He like gets his

15    neck from underneath Pirone's knee, he said, "I can't

16    breathe."  Pirone grabs him again and pushes him down and

17    puts his knee back on him.

18    BY MR. RAINS:

19        Q    Now, I heard YOU say that Oscar is saying, "I

20    can't breathe, I quit," and then you mentioned somebody

21    grabbing somebody's neck?

22        A    Officer Pirone is on Oscar's neck and Oscar is

23    telling both of them he can't breathe.  There's TOO MUCH

24    weight on him.  He can't breathe.  He kind of like gets his

25    neck out of there and they grab his neck again, push him

26    down and puts his knee back on his neck.

27        Q    And when Oscar was saying that to Pirone, was

28    he yelling that?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                          3490

1         A    I don't know if he was yelling.  He was saying

2     it loud enough so you could hear.

3         Q    He Was saying it loud enough so you could hear,

4     wasn't he?

5         A    Yes.

6         Q    And you were behind Oscar at that point; right?

7         A    Yes.

8         Q    He was facing away from you, wasn't he?

9         A    What do you mean facing away from me?  he's to

10    my right.

11        Q    He's to your right, But his feet are toward you

12    and his head is away from you, isn't it?

13        A    You can't really see his head because officer

14    Pirone on it.

15        Q    But you hear him saying or yelling to the

06-22-2010 - PM.txt

16    officer something about I can't breathe?

17        A    Yes.

18        Q    Apparently he was able to breathe well enough

19   to make that statement; right?

20        A    Obviously he -- I guess.  Obviously he was

21   still having some type of problem with breathing.

22        Q    Did it sound like he was choking?

23        A    All I kept hearing is "I can't breathe."

24        Q    Was he gasping for air?

25        A    All I kept hearing is "I can't breathe."

26        Q    What's the next thing you remember happening?

27        A    Uh, he stands up, he says "fuck this" and he

28   stands up and he shoots him.

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

3491

1        Q    All right.  That's what you remember today?

2        A    Yes.

3        Q    Well, let's talk about what happened before

4    that.  In fact, before that ever happened, that is before

5    Mehserle ever stood up, in fact, you saw Oscar's hands

6    underneath his body, didn't you?

7        A    I believe so.

8        Q    And when you saw Oscar's hands underneath his

9    body, you heard the officers telling him "give up your

10   arms," didn't you?

11       A    He told them he couldn't move.

12       Q    the Officers were saying "give up your arms,"

13   weren't they?

14       A    I believe so.

15       Q    You believe so or you know?

16       A    I believe So.

17       Q    All right.  Let's take a look at your

06-22-2010 - PM.txt

24      A      I don't recall it, but obviously I said it.

25      Q      Is it true? Was, in fact, Oscar Grant

26  handcuffed with his left handcuffed when he was shot?

27      A      Now I don't think he was. At that time I

28  believed he was.

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

3495

1       Q      What caused you to have a different

2  recollection of that, sir?

3       A      I went over a couple of videos a couple of days

4  ago.

5       Q      I'm sorry?

6       A      I went over some of the video a couple of days

7  ago.

8       Q      So now going over the video a couple of days

9  ago convinced you you were wrong about that?

10      A      I may have been wrong.

11      Q      But you said -- we've just gone over your

12  deposition testimony and you said you looked at --

13      A      I didn't --

14      Q      Let me finish. -- You looked at video a month

15  and a half before your deposition and remembered Mehserle

16  had handcuffed you. You stated that, didn't you?

17      A      I seen the video twice.

18      Q      So didn't you also --

19      A      I watched two videos at my lawyer's office, I

20  started to cry, I left, and my lawyer didn't want to put

21  the video back on.

22      Q      Well, when you looked at the video a month and

23  a half before your deposition, didn't you realize then that

24  Oscar Grant wasn't handcuffed before he was shot?

25      A      No. It was hard for me to look at that,

06-22-2010 - PM.txt

26    something like that.

27        Q    All right.  Was it hard for you to look at it

28    yesterday or whenever you last did?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)
                                                                3496

1         A    Yes.

2         Q    All right.  Now, let's talk about something

3    else that may have happened before the shot occurred.  In

4    fact, before the shot occurred did you hear johannes

5    Mehserle announce that he was going to tase Oscar Grant?

6         A    What do you mean before?  Like how long?

7         Q    Just before.

8         A    Just before?  Not just before.

9         Q    How much before?

10        A    When Oscar was still on his back.

11        Q    When Oscar was on his back?

12        A    Yes.

13        Q    Not when he's on his stomach?

14        A    No.

15        Q    And so when he's on his back, you hear Mehserle

16    say what?

17        A    He said, "I'll tase you."  And that's when

18    Oscar was like, "I quit.  I quit.  All right.  Don't tase

19    me."

20        Q    And Oscar put his hands up like you just did?

21        A    I don't know if he put his hands up because he

22    was on the ground.

23        Q    You heard that exchange?

24        A    Yes.

25        Q    And Oscar was on his back?

26        A    At that time.

27        Q    And -- and then what happened after he's on his

06-22-2010 - PM.txt

8        like the only reasonable thing that could happen is a

9        taser.  Shooting just seemed so out of --

10              THE COURT:  Let's wait for the next question.

11       BY MR. RAINS:

12              Q        Mr. Bryson, turn to page 23.

13              A        23?

14              Q        23, starting at Line -- I'll start at line 11.

15       You have a question by Detective Carter:  "No, does he say

16              anything like 'what you doing' or Uh, okay.  I mean,

17              does he say anything?"

18                  Your answer is, "not that I remember.  I

19              remember him going like this though when he went to

20              the ground because that's when -- right when they said

21              they was going to tase him.  Okay."

22                  And then Carter says, "okay."

23                  So your answer goes on --

24              A        I'm kind of lost.  Where did you just start at?

25              the court:  Let him start again.

26       BY MR. RAINS:

27              Q        Okay.  Let me start again.

28              THE COURT:  He lost you.

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                                    3503

1        BY MR. RAINS:

2               Q        Take at look at line 13 on page 23.  Can you do

3        that?

4               A        It's not numbered on here.

5               Q        Do you have the B.A.R.T. interview?  You may

6        not have the B.A.R.T. interview, Mr. Bryson.  No, no, you

7        have the Burris interview.  That's the wrong transcript

8        that would be the B.A.R.T. interview, sir, that you have in

9        front of you now.  If you'd turn to page 23 of that, sir.

06-22-2010 - PM.txt

10          And tell me when you have that.

11     A    I'm there.

12     Q    Page 23, Let me start over.

13          Question by detective Carter:  "okay.  Does

14     Oscar say anything to the --

15          "a    what's he gonna to say?  It's the

16     police.

17          "Carter:  No, does he say anything like 'what

18     you doing' or Uh, okay.  I mean, does he say anything?

19          "a    not that I remember.  I remember him

20     going like this though when he was on the ground

21     'cause that's when -- right when they said they was

22     gonna to tase him."

23          And Carter says, "okay."

24          You continue, "so he completely rolled over and

25     went like this, 'all right.  All right.  All right.'"

26          Carter says, "rolled over on his" --

27          and you say, "um, yes, his stomach."

28          And then Carter says, "on his stomach.  Okay."

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                    3504

1          Do you recall being asked that question and

2     giving that answer?

3     A    No.

4     Q    Do you recall telling them that he rolled over

5     on the ground and that's when they said they was going to

6     tase him?

7     A    No, but obviously I said it.  But like I said,

8     the order of events was boggled in my mind.  You're asking

9     me what I remember.  I'm telling you what I remember now.

10    What I remember now is him getting slammed to the ground on

11    his back.  He told him "I'm going to tase him," he rolled

06-22-2010 - PM.txt

8        A     I couldn't possibly count, but the six months

9    prior to December 31st we worked adjoining beats on the

10   graveyard shift so I saw him a couple times a week for six

11   months.

12       Q     All right.  When you say you worked adjoining

13   beats, would that mean that sometimes you would handle

14   calls together?

15       A     Yes, on occasion.

16       Q     Did you ever work the same car, that is, two

17   officers to a car with officer Mehserle?

18       A     Prior to December 31st?

19       Q     Prior to December 31st.

20       A     No.

21       Q     So the occasions where you would be with

22   officer Mehserle would be situations where you worked

23   adjoining beats and you might come together to handle the

24   same call?

25       A     Correct.

26       Q     Do you have any sense of how many calls you may

27   have handled with Mr. mehserle where the two of you

28   interacted on calls?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                    3535

1        A     No.

2        Q     Can you tell us if it had been more than say a

3    dozen?

4        A     I really -- I really couldn't say.  Several.

5        Q     All right.  what was your relationship with

6    officer Mehserle as of December 31st of 2008?

7        A     I would consider us as professional colleagues,

8    as well as personal friends.

9        Q     All right.  And did you get along with him as

06-22-2010 - PM.txt

10    well?

11         A    Yes.

12         Q    And had you made any observations concerning

13    his commitment to police work as a police officer?

14         A    Yes.

15         Q    And what were those observations?

16         A    He -- he seemed to be the type of officer that

17    I would consider myself to be, which is an officer that has

18    the ability to talk to people and deal with people in an

19    effective manner.

20         Q    All right.  There has been testimony in this

21    trial about different styles of police work and officers

22    who have different styles.  How would you characterize

23    officer Mehserle's style from your observations of him?

24         A    Just that, I would call him -- I would

25    characterize him as an officer who would prefer to use his

26    mouth to deal with situations.  In other words, to talk

27    things out, to talk to suspects, to talk to citizens.

28         Q    Rather than to use hands?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                            3536

1         A    Correct.

2         Q    Or other tools on the equipment belt so to

3    speak?

4         A    Correct.

5         Q    All right.  Sir, I want to turn your attention

6    to December 31st of 2008.  And were you assigned to work a

7    shift that night into the following morning?

8         A    Yes.

9         Q    And when was your shift -- when did your shift

10    start?

11         A    Approximately 8:00 in the evening on the 31st.

06-22-2010 - PM.txt

20    home with the Christmas lights which is across the parking

21    lot.

22          Q     All right.  so what did you do?

23          A     We ran to the area of the home with the

24    Christmas lights.

25          Q     That would be you and officer Mehserle?

26          A     Yes.

27          Q  .  Were there any other officers in your vicinity

28    as well?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)
                                                      3541

1           A     The other two officers that had come down the

2     stairs, and then I remember shortly after we got to the

'3    home with the Christmas lights there was another officer.

4     I'm not sure where they came from.

5           Q     all right.  when you got in the vicinity of the

6     home with the Christmas lights, what did you see?

7           A     I saw a young man lying on the ground bleeding.

8           Q     And with regard to that, did you or officer

9     Mehserle write any reports concerning that event?

10          A     I don't know if officer mehserle did.  I

11    didn't.

12          Q     All right.  Were you assigned to do anything,

13    that is you and officer Mehserle concerning that call?

14          A     No.  Not assigned to do anything, no.

15          Q     Did you stay there for any period of time and

16    observe the man who appeared to be on the ground bleeding?

17          A     Yes.

18          Q     And were medical personnel called to deal with

19    him?

20          A     Yes.

21          Q     To your knowledge, did that turn out to be the

06-22-2010 - PM.txt

22   individual who had been the subject of the original call?

23       A       I later learned that it was, yes.

24       Q       You didn't know it at first?

25       A       At the time I didn't know that, no.

26       Q       All right.  And at some point in time did you

27   see whether or not this gentleman who was on the ground

28   injured had any weapons?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

3542

1        A       He did.

2        Q       What weapons did he have?

3        A       He had a handgun of some sort that was in his

4   pants pocket.

5        Q       His pants pocket?

6        A       Yes.

7        Q       Which pants pocket, if you recall, right or

8   left?

9        A       I believe it was the right.

10       Q       All right.  And was Mehserle there to see this

11   gun in the right front pants pocket as you saw it?  Was he

12   standing near you?

13       A       Yes.

14       Q       All right.  Now, at some point in time you and

15   officer Mehserle went to the Fruitvale B.A.R.T. station; is

16   that true?

17       A       Yes.

18       Q       When in relation to this incident at west

19   Oakland did you go to the Fruitvale B.A.R.T. station?

20       A       Shortly after another officer used his knife to

21   cut the handgun out of this person's pocket, right around

22   that time we left and went to Fruitvale.

23       Q       All right.  Did you hear something over the

06-22-2010 - PM.txt

24    radio that alerted you to the fact that something was

25    happening at Fruitvale?

26        A     I recall hearing something about some sort of a

27    fight on a train.  I can't remember when in relation to the

28    gun being cut out, when exactly it happened, but at some

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                            3543

1    point there at that time, Yes, I did hear something at

2    Fruitvale.

3        Q     And so at some point in time you left the west

4    Oakland B.A.R.T. station or the surrounding area to go to

5    fruitvale; is that correct?

6        A     Yes.

7        Q     Did officer Mehserle go with you?

8        A     Yes.

9        Q     Did you get in a police car?

10        A     Yes.

11        Q     Was that a marked police car?

12        A     Yes.

13        Q     And who drove?

14        A     Officer Mehserle.

15        Q     Approximately then did you go directly to

16    Fruitvale station from west Oakland?

17        A     Yes.

18        Q     About how long a drive was that that morning?

19        A     Just a few minutes.

20        Q     All right.  And when you got to the Fruitvale

21    B.A.R.T. station, I assume the car was parked somewhere?

22        A     Yes.

23        Q     Was it down below somewhere?

24        A     Yes.  When we arrived we parked in the bus

25    zone.  And Fruitvale station, like west Oakland, is an

2    supposedly had a gun?

3        A    I didn't know that at the time.

4        Q    All right.  You had mentioned that there was

5    another call over in San Francisco that had gone out at

6    some time around this time; is that true?

7        A    Yes.

8        Q    When in relation to the incident at west

9    Oakland you just testified about was the incident in

10    San Francisco?

11        A    I obviously don't have exact times, but it was

12    just prior to, just a few minutes before.

13        Q    All right.

14        A    I had reason to believe that the train that was

15    at west Oakland could have been the same train involved in

16    the incident in San Francisco given the distance and time.

17        Q    And did you learn about the incident in

18    San Francisco what, over your radio?

19        A    Yes.

20        Q    And what was that incident?

21        A    As I recall, it was a fight between some

22    people.  When the officers made contact with the people

23    involved in the fight, there was some sort of struggle with

24    the officers and during which time a gun came loose from

25    one of the suspects and slid across the floor of the

26    B.A.R.T. station.

27        Q    All right.  So at least from that you were

28    aware that there was a gun situation there in

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

3548

1    San Francisco?

2        A    Yes, and I also knew that one of the people

3    involved with that incident in San Franciso had escaped,

06-22-2010 - PM.txt

4    either got on a train and left or went top side meaning to

5    the surface.  My belief at the time was that he might be on

6    the train.

7         Q     The train that was then at west Oakland?

8         A     The train that I believe was at west Oakland.

9    I don't have train numbers.  I don't know if it was the

10   exact train, but I believe it was a good possibility it was

11   the same train.

12        Q     all right.  Now, you as a police officer, do

13   you sometimes have to use your judgment as to whether

14   things might happen or things -- a certain set of facts my

15   exist?

16        A     Of course.

17        Q     So given your training and experience you

18   thought there was a possibility the train now at west

19   Oakland could be related to the situation that happened in

20   San Francisco?

21        A     Yes.

22        Q     All right.  So we'll get back to going to

23   Fruitvale.  Up to the point in time that you heard the call

24   you heard to go to fruitvale on the fight, you had been

25   with johannes Mehserle there at West Oakland; correct?

26        A     Yes.

27        Q     Did Mr. Mehserle appear to you to be

28   particularly excited or nervous or agitated at all?

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                    3549

1         A     No.

2         Q     And he drove to Fruitvale; correct?

3         A     Yes.

4         Q     When you get to the Fruitvale station, what do

5    you do?

06-22-2010 - PM.txt

6       A       We parked in the bus zone and enter the station

7    through the emergency gate and went up you stairs to the

8    platform.

9       Q       Do you recall there being an exchange of

10   conversation between you and Mr. Mehserle between leaving

11   West Oakland and arriving at Fruitvale?

12      A       I'm sure there was some sort of conversation,

13   but I can't recall any specifics.

14      Q       Was there anything that causes you to think

15   that Mr. Mehserle seemed excited or agitated or upset as he

16   drove toward Fruitvale?

17      A       No.

18      Q       You get to fruitvale and what's the first thing

19   you see when you get up on the platform?

20      A       I saw a group of males sitting on the wall to

21   my right ahead of me, and officer Pirone and officer

22   Domenici talking to them, interacting with them.

23      Q       All right.  And what did you do when you saw

24   that?

25      A       Uh, I went to a short distance and then thought

26   that I should probably look behind me to see what was

27   behind me.  There was a tremendous amount of noise.  and So

28   I pulled out my Baton, and shortly thereafter turned around

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)

                                                      3550

1    to face some people behind me.

2       Q       All right.  So you had to run some distance

3    once you came up the platform?

4       A       Yes.

5       Q       And how would you describe the level of

6    decibels?  Was it loud, was it not so loud?

7       A       It was extremely loud.  It was loud enough to

06-23-2010 - AM.txt

27        Q     ALL RIGHT, SO THIS TRAINING SCHEDULE

28   IS MADE UP IN ADVANCE TO ALERT OFFICERS THAT THEY'RE

                                                    3657

 1   PLANNED TO GET TRAINING THAT DAY, BUT SOMETIMES

 2   SCHEDULES CHANGE.

 3        A     IT'S ALSO DESIGNED FOR THE INSTRUCTORS

 4   TO KNOW WHO IS SUPPOSED TO BE THERE.  SO WHEN THE

 5   TRAINING STARTS, WE'LL LOOK AND HEY, WE'RE MISSING

 6   TWO PEOPLE, WHY AREN'T HERE OR SOMETHING LIKE THAT.

 7        Q     ALL RIGHT.

 8              NOW, TURNING TO WHAT HAS BEEN MARKED

 9   AS EXHIBIT A AND THAT WOULD BE THE BART POLICE

10   DEPARTMENT TASER TRAINING POLICY DISTRIBUTION LIST

11   DOCUMENT, DO YOU SEE THERE, ON THE FIRST PAGE OF

12   THAT, IT APPEARS TO BE SOME PRINTED NAMES AND SOME

13   SIGNATURES?

14        A     YES, I DO.

15        Q     BY THE WAY, IS THIS FOR THE TRAINING

16   DATE OF 12/3/08?

17        A     ACCORDING TO THE DATE THAT'S WRITTEN

18   ON THERE, YES.

19        Q     AND DO YOU SEE THERE THE NAME JOHANNES

20   MEHSERLE IN THE LEFT-HAND COLUMN ABOUT MIDWAY DOWN?

21        A     YES, I DO.

22        Q     AND DO YOU SEE A SIGNATURE TO THE

23   RIGHT OF HIS PRINTED NAME?

24        A     YES, I DO.

25        Q     DO YOU RECOGNIZE THAT AS THE SIGNATURE

26   OF JOHANNES MEHSERLE?  I DON'T KNOW IF YOU ARE

06-23-2010 - AM.txt
27  FAMILIAR WITH HIS SIGNATURE.

28          A       I'M NOT FAMILIAR WITH HIS SIGNATURE.

                                        .

                                                        3658


1           Q       ALL RIGHT.

2                   AND THEN FINALLY, THE NEXT PAGE OF

3   THIS SAME EXHIBIT APPEARS ALSO TO HAVE SOME NAMES

4   THAT ARE BOTH PRINTED AND SIGNED, CORRECT?

5           A       YES.

6           Q       AND AGAIN THE DATE REFLECTED ON THE

7   SECOND PAGE IS 12/3/08; IS THAT TRUE?

8           A       CORRECT.

9           Q       AND DO YOU NOW SEE THE NAME JOHANNES

10  MEHSERLE, BOTH PRINTED AND SIGNED ON ONE OF THOSE

11  LINES?

12          A       YES, I DO.

13          Q       OFFICER LEHMAN, FROM YOUR OWN PERSONAL

14  MEMORY, DO YOU KNOW WHETHER OR NOT -- YOU DO KNOW

15  JOHANNES MEHSERLE, DON'T YOU?

16          A       YES, I DO.

17          Q       FOR THE RECORD, WOULD YOU POINT HIM

18  OUT HERE?

19          A       HE'S SITTING TO THE RIGHT OF YOU.

20          THE COURT:  INDICATING THE DEFENDANT.

21          MR. RAINS:  THANK YOU.

22  BY MR. RAINS:

23          Q       DO YOU KNOW, FROM YOUR OWN INDEPENDENT

24  MEMORY, WHETHER MR. MEHSERLE ATTENDED TASER TRAINING

25  GIVEN BY YOU ON DECEMBER 3RD OF 2008?

26          A       YES, I DO.

27          Q       ALL RIGHT.

06-23-2010 - AM.txt

3662

1  MY SUMMARY OF WHAT OCCURS?

2        A      I'M NOT SURE EXACTLY WHAT YOU'RE

3  ASKING.

4               ARE YOU ASKING FOR A BRIEF OVERVIEW

5  OF HOW THE TRAINING OCCURRED PRIOR TO THE SCENARIOS?

6        Q      PRIOR TO THE SCENARIOS.

7        A      OKAY, BASICALLY, BECAUSE THE TASER

8  X26, WHICH IS THE MODEL THAT WE USED, WAS NEW TO THE

9  DEPARTMENT, WE DID A POWER POINT PRESENTATION ON THE

10  IMPLEMENTATION OF THE TASER TO THE DEPARTMENT, AND

11  COVERED THE POLICY PORTIONS, THE HOW TO CARRY THE

12  TASER, WHERE IT FELL WITHIN OUR USE OF FORCE

13  CONTINUUM, THOSE TYPES OF THINGS.

14               AND ONCE THAT POWER POINT WAS OVER,

15  IT TOOK ABOUT 40 MINUTES TO GO THROUGH ALL OF THAT,

16  WE STARTED THE DVD PORTION OF IT WHICH IS PROVIDED

17  BY TASER INTERNATIONAL, WHICH IS THE MANUFACTURER OF

18  TASER, AND THAT WAS VERSION, WHAT THEY CALL 14,

19  BECAUSE THEY HAVE DIFFERENT VERSIONS OF SOFTWARE

20  THAT WE'RE FAMILIAR WITH NOW, COMES OUT WITH

21  DIFFERENT VERSIONS.

22               TASER ALSO COMES OUT WITH DIFFERENT

23  VERSIONS WITH UPDATED INFORMATION.  WE USED

24  VERSION 14, AND WE WENT STRAIGHT THROUGH TASER'S

25  INSTRUCTION DVD TO PRESENT THE MATERIAL TO THE

26  OFFICERS AND COMMAND STAFF.

27        Q      ALL RIGHT, YOU EXPLAINED HOW THE TASER

28  WORKS.

1           AND DID YOU DEMONSTRATE IT DURING THE

2   FIRST FOUR HOURS OF THE COURSE?

3           A      YES, WE DID.

4           Q      ALL RIGHT.

5           IN THE FIRST PRACTICAL, SO-TO-SPEAK,

6   OPPORTUNITY FOR STUDENTS IN THE CLASS TO ACTUALLY

7   OPERATE A TASER, DOES THAT OCCUR SOME TIME BETWEEN

8   12:10 AND 13-10 ON THE SCHEDULE?

9           A      DURING -- PRIOR TO THAT 12:10 TIME, WE

10  ACTUALLY HAND OUT THE TASERS IN THE CLASSROOM, LET

11  THEM HOLD THEM, SO THEY CAN SEE WHAT THE TASERS LOOK

12  LIKE, FEEL LIKE, THAT TYPE OF STUFF.  WE HAND OUT THE

13  CARTRIDGES, WHICH IS THE DEVICE WHERE THE PROBES ARE

14  STORED, AND LET THEM MANIPULATE OR HOLD THOSE SO THAT

15  THEY KNOW WHAT WE'RE TALKING ABOUT, AND THEY CAN

16  ACTUALLY LOOK AT THEM, VERSUS JUST LOOKING AT THEM ON

17  THE SLIDE, SO THE TASERS AND CARTRIDGES ARE ACTUALLY

18  PROVIDED TO THE STUDENTS BEFORE THE SCENARIOS.

19          Q      ALL RIGHT, HOW MANY TOTAL HOURS WERE

20  YOUR STUDENTS TAUGHT TASE, THE DAYS THAT YOU

21  INSTRUCTED, WHAT WAS THE TOTAL LENGTH OF THE COURSE?

22          A      WE WERE ALLOTTED SIX HOURS, AND WE

23  NORMALLY WENT OVER BY ABOUT A HALF AN HOUR, SO IT WAS

24  BETWEEN SIX AND SIX AND A HALF HOURS.

25          Q      WAS THERE A REASON WHY THE CLASS WAS

26  SIX HOURS FOR INSTANCE, INSTEAD OF 10 HOURS, OR FOUR

27  HOURS, WHO MADE THAT DECISION?

28          A      THAT'S A RECOMMENDATION BY TASER AND

06-23-2010 - AM.txt

1   ANOTHER DOCUMENT HERE.

2

3                    (DEFENSE EXHIBIT BB,

4                     FOUR-PAGE DOCUMENT, WAS

5                     MARKED FOR

6                     IDENTIFICATION.)

7

8                    THIS IS APPEARS TO BE A FOUR-PAGE

9   DOCUMENT.  IT APPEARS TO BE A SERIES OF SLIDES AND

10  THE TOP FIRST PAGE HAS IN THE UPPER LEFT HAND CORNER

11  BART PD TASER POLICY, BART POLICE DEPARTMENT, 2008.

12  I THINK WE HAVE THIS ON THE SCREEN AS WELL.

13                    DO YOU RECOGNIZE THIS,

14  OFFICER LEHMAN?

15        A     YES, I DO.

16        Q     WHAT IS THIS?

17        A     THIS IS THE -- WHEN I DISCUSSED THE

18  HOURLY BREAKDOWN PREVIOUSLY, I DISCUSSED THE POWER

19  POINT THAT WAS PRESENTED FOR THE IMPLEMENTATION OF

20  THE TASER TO THE DEPARTMENT, THIS IS THE POWER POINT

21  THAT WE USED FOR THE IMPLEMENTATION DISCUSSION.

22        Q     AND DID YOU HAVE SOME ROLE IN THE

23  DEVELOPMENT OF THIS POWER POINT?

24        A     YES, I DEVELOPED THIS POWER POINT.

25        Q     AND DURING THE TASER TRAINING, DID YOU

26  OR ONE OF THE FELLOW INSTRUCTORS ACTUALLY TALK ABOUT

27  THE SLIDES THAT ARE IN THIS POWER POINT PROGRAM?

28        A     YES, WE PRESENTED THIS POWER POINT,

06-23-2010 - AM.txt

1  USING A POWER POINT PROJECTOR TO EVERY CLASS PRIOR TO

2  USING A TASER DVD.

3         Q     I WANT TO JUST DIRECT YOUR ATTENTION

4  TO A COUPLE OF THESE SLIDES, WE'RE NOT GOING TO GO

5  THROUGH ALL OF THEM, BUT THE FIRST SLIDE IS ENTITLED

6  DEPLOYMENT, AND I WANT TO ASK YOU ABOUT THAT.

7              WHAT WE SEE ON THIS SLIDE IS ONE

8  TASER PER BEAT, OFFICER'S HAND OFF TASER AND

9  HOLSTER, HOLSTER'S CLIP ON DUTY BELT AND OFFICER

10 CHECK STATUS PRIOR TO 10-8.  LET ME ASK YOU ABOUT

11 THE FIRST POINT OR THE FIRST TWO POINTS.  ONE TASER

12 PER BEAT, OFFICER'S HAND OFF TASER AND HOLSTER.

13             WERE YOU TALKING ABOUT WHAT THIS

14 MEANS TO YOUR STUDENTS IN THE CLASS?

15        A     YES, I WAS.

16        Q     AND WHAT DO THOSE TWO THINGS REFER TO?

17        A     BASICALLY, ONE TASE PER BEAT, THE WAY

18 THAT BART POLICE DEPARTMENT IS SET UP IS WE HAVE

19 AREAS WHERE WE PATROL AND THEY'RE CALLED BEATS AND

20 THEY'RE DESIGNATED BY A NUMBER OF -- OR A CALL SIGN

21 FOR THAT BEAT.  AND DUE TO BUDGET ISSUES, WE WEREN'T

22 ABLE TO PURCHASE A TASER FOR EVERY OFFICER.

23             SO WHAT WE DID IS WE PURCHASED TASERS

24 THAT WOULD COVER THE BEAT SIMILAR TO OUR PATROL CARS

25 OR OUR SHOTGUNS.  SO WHEN YOU START YOUR DAY, IF

26 YOU'RE WORKING SWING SHIFT, STARTING AT

27 APPROXIMATELY 3:00 O'CLOCK, THE DAYSHIFT OFFICERS

28 WHO ARE GOING HOME WOULD HAND OFF THE TASER AND THE

06-23-2010 - AM.txt

4  OFFICERS IN BART?

5         A      YES.

6         Q      ALL RIGHT.

7                NOW, I PUT IN THERE ULTIMATE IMPACT
8  WEAPONS.

9                DO YOU KNOW WHAT THAT TERMS REFERS
10 TO?

11        A      NO.

12        Q      DO YOU RECALL GIVING A DEPOSITION IN
13 CONNECTION WITH THE CIVIL CASE?

14        A      YES, I DO.

15        Q      AND I'M GOING TO ASK YOU IF YOU RECALL
16 GIVING THIS ANSWER.

17                THE QUESTION IS "SO ALONG THIS WHEEL,
18 WHERE DOES -- IT'S JUST AN OPTION?"

19                AND YOUR ANSWER WAS, "IT'S JUST AN
20 OPTION, AND IT'S IF -- YOU HAD TO BREAK UP BASICALLY
21 INTO THREE CATEGORIES, THE FIRST WOULD BE PRESENCE
22 OR VERBAL COMMANDS TYPE OF THING, THE SECOND WOULD
23 BE LIKE YOUR INTERMEDIATE, FORCE OPTIONS WOULD
24 INCLUDE YOUR BATON, YOUR CHEMICAL AGENTS, ELECTRONIC
25 CONTROL DEVICES, YOUR ULTIMATE IMPACT WEAPONS,
26 PERSONAL BODY WEAPONS, ALL THOSE THINGS THAT COME
27 INTO PLAY IN THAT AREA, AND THEN THE LAST ONE WOULD
28 BE LETHAL FORCE SITUATION.

3676

1                OFFICER LEHMAN, WHEN YOU GAVE THIS
2  DEPOSITION, DO YOU BELIEVE THAT YOU USED THE WORD
3  "ALTERNATE IMPACT WEAPON" AND NOT "ULTIMATE IMPACT
4  WEAPON"?

06-23-2010 - AM.txt

```
 5        A     YES.
 6        Q     SO MORE LIKELY THAN NOT, THE COURT
 7   REPORTER WHO TOOK THE DEPOSITION JUST MISUNDERSTOOD
 8   YOUR TESTIMONY?
 9        A     YES.
10        Q     SO ON OUR SLIDE UP HERE THAT'S BEEN
11   MARKED AS EXHIBIT M THAT WE TOOK FROM YOUR DEPOSITION
12   TESTIMONY, THIS WORD UP HERE, "ULTIMATE," WOULD BE
13   APPROPRIATELY SUBSTITUTED WITH THE WORD "ALTERNATE;"
14   IS THAT CORRECT?
15        A     THAT IS CORRECT.
16        Q     AND IF THE WORD "ALTERNATE"
17   SUBSTITUTES "ULTIMATE" AND DOWN HERE AT THE LOWEST
18   DRUM, WE PUT PRESENCE, WOULD THIS APPEAR TO
19   ACCURATELY SORT OF REFLECT THE CONTINUUM THEORY AT
20   BART?
21        A     YES AND NO.  BECAUSE WITH THE
22   CONTINUUM THEORY, THIS IS STILL A MODIFIED LADDER
23   THEORY, BECAUSE IT'S SHOWING THAT PRESENCE IS ONE
24   LEVEL, VERBAL PERSUASION IS ANOTHER, THEN YOU HAVE
25   ALL THE OTHER ONES LUMPED IN AND THEN YOU HAVE LETHAL
26   FORCE ABOVE.  ALTERNATELY, WITH A CONTINUUM, ALL OF
27   THESE WOULD BE IN THE WHEEL AND IT IS WHAT IT IS.
28        Q     THEY ARE ALL JUST LUMPED IN THE WHEEL.
```

3677

```
 1        A     YES.
 2        Q     GOOD, I'M GLAD YOU CLARIFIED THAT FOR
 3   US.
 4              I WANT TO GO BACK THEN TO THE CLASS
```

06-23-2010 - AM.txt

5   THAT YOU TAUGHT, AND WE'LL TALK ABOUT -- I ASSUME BY

6   THE WAY, YOU TAUGHT A NUMBER OF THESE TASER CLASSES

7   TO VARIOUS BART OFFICERS, CORRECT?

8         A     YES, I DID.

9         Q     DID ALL OF THE CLASSES FOLLOW THE SAME

10  SORT OF MODEL IN TERMS OF HOW DISCUSSIONS WENT, HOW

11  TIME WAS SPENT?

12        A     YES.  SOME TIME WAS A LITTLE MORE --

13  SOME TIME WAS TAKEN FOR DISCUSSION BECAUSE OF

14  QUESTIONS.  BUT OVERALL, THE SAME TIMELINE AND MODEL

15  WAS USED FOR EVERY CLASS.

16        Q     ALL RIGHT.

17              SO I WANT TO TURN YOUR ATTENTION NOW,

18  AND THIS GOES BACK TO EXHIBIT AA, AND THAT IS THE

19  ACTUAL COURSE SCHEDULE.  IT INDICATES THAT THERE IS

20  A WRITTEN TEST TAKEN FROM 11:35 TO 12:10.

21              DO YOU SEE THAT?

22        A     YES, I DO.

23        Q     AND THEN AT 12:10 TO 13:10, SCENARIO

24  TRAINING, INCLUDING STATIC DRILLS AND SCENARIOS.

25              DO YOU SEE THAT?

26        A     YES.

27        Q     TELL US WHAT THE SCENARIO TRAINING --

28  FIRST OF ALL, WHAT ARE STATIC DRILLS?

□

3678


1         A     STATIC DRILLS WOULD BE WHERE WE HAVE

2   THE STUDENTS PUT THE TASER IN THE HOLSTER, WE WOULD

3   PUT THEM IN A LINE, FACING THE SAFE DIRECTIONS LIKE A

4   WALL OR SOMETHING LIKE THAT, AND HAVE THEM PRACTICE

5   DRAWING THE TASER AND MANIPULATING THE HOLSTER ITSELF

06-23-2010 - AM.txt
7        Q        AND YOU WERE FAMILIAR WITH THAT CASE.

8        A        MODERATELY FAMILIAR, FAMILIAR ENOUGH

9    TO KNOW THAT THE SUGGESTION WAS MADE THAT WE DON'T

10   HAVE DROP LEG HOLSTERS ON THE DOMINANT SIDE.

11       Q        AND SO IN THAT CASE, AN OFFICER, TO

12   YOUR KNOWLEDGE, HAD -- INSTEAD OF REACHING DOWN ON

13   THEIR LEG SOMEWHERE TO GRAB THEIR TASER WHEN THEY

14   WERE INTENDING TO DO THAT, THEY REACHED UP HIGHER ON

15   THEIR BELT, PULLED THEIR WEAPON.

16       A        YES, SIR.

17       Q        AND IT WAS OUT OF THAT RECOGNITION

18   THAT OFFICERS COULD ONLY PURCHASE A DROP LEG HOLSTER

19   FOR THE WEAK SIDE OR THEIR NONDOMINANT HAND.

20       A        CORRECT.

21       Q        WITH THAT UNDERSTANDING THAT THERE WAS

22   THE ONE VERBAL MODIFICATION, WHERE ELSE DID THE

23   POLICY THAT YOU HAVE UP THERE EXHIBIT N ALLOW BART

24   OFFICERS TO CARRY THEIR TASERS ON THEIR EQUIPMENT

25   BELT?

26       A        WITH THE COURT'S PERMISSION, IF I

27   COULD STAND UP AND EXPLAIN OR DEMONSTRATE, IT'S

28   EASIER THAT WAY.

3682

1        THE COURT:  GO AHEAD.

2        MR. RAINS:  PLEASE DO.

3        THE WITNESS:  I'M RIGHT-HANDED.  SO THE WAY

4    THE EXPLANATION WOULD GO, IF YOU'RE GOING TO CARRY

5    THE TASER, YOU COULD EITHER CARRY IT ON THE

6    NONDOMINANT SIDE ON YOUR HIP WITH A WHAT WE CALL THE

7    NONDOMINANT HAND DRAW.

06-23-2010 - AM.txt

8          WE TRY TO AVOID USING THE WEAK HAND

9   BECAUSE IT GIVES THE MINDSET THAT THE OFFICER HAS A

10  STRONG AND A WEAK SIDE.  WE LIKE TO USE DOMINANT

11  VERSUS NONDOMINANT, THE MENTAL CONDITIONING.

12          SO WE WOULD TELL THEM THAT IF THEY

13  CARRIED THE TASER ON THE NONE GUN SIDE WITH A

14  NONDOMINANT HAND DRAW, SO IT WOULD BE SOMETHING

15  SIMILAR TO THIS.

16          THE OTHER OPTION WAS THAT THEY COULD

17  CARRY THE TASER ON THE NONDOMINANT SIDE IN WHAT WE

18  CALL THE CROSS DRAW POSITION SO THE TASER HOLSTER

19  WOULD BE MOUNTED HERE WITH WHAT WE CALL THE BUTT OF

20  THE TASER OR THE HANDLE SIDE OF THE TASER FACING THIS

21  WAY SO THEY COULD REACH ACROSS, THEY COULD GRAB THE

22  TASER THIS WAY AND DRAW IT WITH THEIR STRONG HAND,

23  BUT IT WAS STILL CARRIED ON THEIR NONDOMINANT SIDE.

24          THE THIRD OPTION WAS TO BE ABLE TO

25  CARRY THE TASER ON THE DOMINANT SIDE IN A CROSS DRAW

26  FASHION, SO IT WOULD BE MOUNTED HERE IN THE HOLSTER

27  IN FRONT OF THEIR FIREARM, WITH THE INTENT OF THE

28  TASER BE CANTED A LITTLE BIT OR TILTED A LITTLE BIT,

□

                                                3683


1   SO THAT THE HANDLE IS FACING THE NONDOMINANT SIDE OF

2   THE BODY, SO THAT THE ONLY WAY YOU COULD DRAW IT IN

3   THAT FASHION WOULD BE TO REACH ACROSS IN THE CROSS

4   DRAW POSITION AND DRAW IT WITH THE NONDOMINANT HAND,

5   AND THE INTENT OF THAT WAS TO AVOID THE WEAPONS

6   CONFUSION ISSUE THAT HAD HAPPENED AT A PREVIOUS

7   AGENCY.

06-23-2010 - AM.txt

8      Q      SO THE THREE DIFFERENT DRAWS THAT

9  YOU'VE JUST DEMONSTRATED, PLUS THE POSSIBILITY OF THE

10  DROP WEIGHT HOLSTER BEING AVAILABLE TO OFFICERS AT

11  BART TO CARRY THEIR TASERS ONCE TRAINED.

12      A      YES.

13      Q      ALL RIGHT.

14          NOW, THINKING ABOUT THAT IN THE

15  STATIC DRILLS THAT YOU DESCRIBED THAT OCCURRED

16  BETWEEN APPROXIMATELY 12:10 TO 13:10 OR 1:10 P.M.,

17  WOULD THAT INCLUDE, TO YOUR RECOLLECTION, OFFICERS

18  DRAWING TASERS FROM HOLSTER IN EACH OF THOSE

19  POSITIONS THAT YOU'VE JUST DESCRIBED?

20      A      NO.

21      Q      WHAT DID THEY INVOLVE, IF YOU RECALL,

22  I MEAN WHAT POSITIONS DID OFFICERS DRAW THEIR TASERS

23  IN DURING THE STATIC DRILLS?

24      A      WE HAD THE HOLSTERS THERE FOR THEM TO

25  SET UP.  AND WHAT WE ASKED THEM TO DO WAS PLACE IT ON

26  THEIR DUTY BELT, HOW THEY THOUGHT THEY WOULD CARRY IT

27  IN A PATROL CAPACITY, BECAUSE IT WAS A NEW TOOL, AND

28  WE ALLOWED THEM TO GO THROUGH THE SCENARIO TRAINING

3684

1  IN THE POSITION THAT THEY THOUGHT WOULD WORK BEST,

2  BASED ON THE WAY THEY WANTED IT SET UP ON THEIR BELT.

3      Q      ALL RIGHT.

4          SO THE TRAINING BASICALLY SAID TO

5  OFFICERS, THINK ABOUT HOW YOU WANT TO SET IT UP, AND

6  SET UP THE HOLSTER THAT WAY AND SEE WHAT YOU THINK.

7      A      YES.

8      Q      SOMETHING LIKE THAT; IS THAT RIGHT?

06-23-2010 - AM.txt

9        A     YES.

10       Q     WERE THERE ANY OTHER, TO YOUR

11  KNOWLEDGE, RECOMMENDATIONS MADE BY YOU OR THE OTHER

12  STAFF OF THE BEST WAY TO CARRY IT?

13       A     NO, NOT FROM ME, AND I DON'T RECALL

14  ANY OF THE STAFF MEMBERS SAYING WHICH WOULD BE THE

15  BEST WAY.  USUALLY, IT'S SET UP WITH A DUTY BELT THAT

16  YOU WANT TO PUT IN A WAY THAT WORKS BEST FOR YOU,

17  BECAUSE A TECHNIQUE THAT WORKS FOR ME MAY NOT BE

18  BENEFICIAL FOR THE WAY YOUR BELT OR THE OFFICER'S

19  BELT IS SET UP IN OTHER SITUATIONS.

20       Q     OKAY.

21             SO, IS IT TRUE THEN THAT THE TRAINING

22  THEY GOT ESSENTIALLY LEFT IT UP TO THEIR PREFERENCE,

23  ASSUMING THEIR PREFERENCE WAS CONSISTENT WITH

24  DEPARTMENT POLICY ON ONE OF THE FOUR WAYS TO CARRY

25  IT?

26       A     YES.

27       Q     TO YOUR KNOWLEDGE THEN, WERE OFFICERS

28  GIVEN AN OPTION DURING STATIC DRILLS, TO BE ABLE TO

3685

1  DRAW THE TASER FROM HOLSTERS IN DIFFERENT POSITIONS

2  THAT WERE ALLOWABLE UNDER POLICY?

3        A     I'M SORRY, COULD YOU GO THROUGH THAT

4  ONE MORE TIME?

5        Q     SURE.

6              DURING THE STATIC DRILLS, WERE

7  OFFICERS ALLOWED TO SAY, FOR INSTANCE, KIND OF

8  PRACTICE IT FROM DRAWING IT FROM THE DOMINANT HAND

06-23-2010 - AM.txt

9   CROSS DRAW, WEAK HAND, NONDOMINANT HAND, WEAK DRAW,

10  CAN THEY PRACTICE IT IN VARIOUS POSITIONS?

11       A     NOT REALLY, BECAUSE WE ASKED THEM TO

12  SET IT UP HOW THEY THOUGHT THEY WOULD CARRY IT AND

13  THEN PRACTICE IT AT THAT TIME, SO WE DIDN'T HAVE IT

14  SET UP FOR THEM TO TRY THE DIFFERENT OPTIONS.

15       Q     THERE PROBABLY WASN'T ENOUGH TIME TO

16  DO THAT.

17       A     CORRECT.

18       Q     SO TO YOUR KNOWLEDGE, THEN, THE ONLY

19  WAY OFFICERS WOULD HAVE DONE IT WOULD HAVE BEEN ONE

20  WAY EVERY TIME DURING THE STATIC DRILLS.

21       A     YES, THE WAY THAT THEY SELECTED FROM

22  THE BEGINNING.

23       Q     AND HOW MANY DRAWS OCCURRED DURING THE

24  STATIC DRILLS.

25       A     ROUGHLY BETWEEN 10 AND 15.   IT

26  DEPENDED ON THE NUMBER OF TIMES THAT THEY WOULD DO IT

27  ON THEIR OWN VERSUS THE NUMBER OF TIMES THAT WE WOULD

28  HAVE THEM GIVE THE COMMAND FOR THEM TO DRAW.

3686

1       Q     ALL RIGHT.

2             10 TO 15 TIMES, THEN WERE -- HOW MANY

3  STUDENTS WERE TYPICALLY IN A CLASS?

4       A     THERE WERE NO MORE THAN 14, SO WE

5  COULD HAVE A CLASS WITH AS FEW AS FIVE OR SIX, ALL

6  THE WAY UP TO THE 14.

7       Q     HOW MANY INSTRUCTORS NORMALLY WERE IN

8  A CLASS?

9       A     THREE.

06-23-2010 - AM.txt

10        Q        WOULD THE INSTRUCTORS WALK AROUND

11   WHILE STUDENTS WERE DOING THE STATIC DRAWS, OR WAS

12   THIS A SITUATION WHERE STUDENTS WOULD COME UP AND

13   PRACTICE STATIC DRAWS AND BE EVALUATED?

14        A        NO.  WE HAD THE STUDENTS, LIKE I SAID,

15   STAND IN A LINE, FACE THE WALL, AND ONE INSTRUCTOR

16   WOULD MONITOR THE LINE FROM THE FRONT TO MAKE SURE

17   THAT PEOPLE WERE FOLLOWING THE DIRECTIONS FOR PULLING

18   THE TRIGGER, AND THINGS LIKE THAT, AND THE OTHER TWO

19   INSTRUCTORS WOULD BE IN THE ROOM IF THERE ARE ANY

20   DEFICIENCIES OR ANYTHING THAT NEEDED TO BE WORKED ON.

21        Q        WOULD THAT BE SORT OF THE ROUTINE FOR

22   THESE 10 OR SO, 10 TO 15 STATIC DRAWS?

23        A        YES.

24        Q        AND I TAKE IT THAT THOSE 10, 12, 15

25   STATIC DRAWS, HOWEVER MANY, THERE WAS NO SORT OF WHAT

26   I CALL, SORT OF WHAT WE'VE TALKED ABOUT STRESS

27   INOCULATION DURING THAT?

28        A        NO, THERE WASN'T.


                                        3687


1        Q        IT WAS DONE IN A CLASSROOM?

2        A        YES, IT WAS DONE IN A CLASSROOM TYPE

3   SETTING.  IT WAS WHERE WE WERE GOING TO DO THE

4   SCENARIOS, WHICH WAS SEPARATE FROM THE CLASSROOM

5   WHERE WE DID THE POWER POINT.  SO IT WAS IN A

6   CONTROLLED CLASSROOM TYPE ENVIRONMENT, YES.

7        Q        WAS THERE ANY INSTRUCTION DURING THE

8   STATIC DRILL TIME, THE DRAWS IN THE STATIC DRILLS,

9   WAS THERE ANY TIME TO DRAW, THAT IS, DID YOU PUT A

06-23-2010 - AM.txt

11 SITUATION, DON'T FEEL THAT THE TASER IS THE -- THAT

12 YOU HAVE TO USE THE TASER INSTEAD OF THE LETHAL FORCE

13 IF YOU'RE AT THAT LEVEL AND THAT'S WHERE YOU FEEL YOU

14 YOU'RE JUSTIFIED THAT'S WHAT YOU CAN USE, BUT THERE

15 WAS ACTUALLY SOME VIDEOS ON THE POWER POINT PROVIDED

16 BY TASER INTERNATIONAL, WHERE THEY COULD HAVE USED

17 LETHAL FORCE, BUT THEY USED THE TASER, AND THAT WAS

18 ONE OF THE POINTS WHERE YOU'RE ABLE TO SAVE A LIFE BY

19 USING THE TASER INSTEAD OF THE FIREARM.

20        Q       SURE.

21                SO THAT WAS ACTUALLY ON THE TASER

22 VIDEO OR POWER POINT THAT WAS SHOWN.

23        A       YES.

24        Q       THAT THE TASER MIGHT BE A VIABLE

25 OPTION TO BE USED IN WHAT WOULD OTHERWISE BE A

26 POTENTIALLY LETHAL FORCE SITUATION.

27        A       YES.

28        Q       SO WE HAVE NOW DONE THE STATIC DRILLS.

3689

1                WERE THE STATIC DRILLS DONE BEFORE OR

2 AFTER SCENARIOS?

3        A       THEY WERE DONE PRIOR TO THE SCENARIOS.

4        Q       ROUGHLY, HOW LONG DID THE STATIC

5 DRILLS TAKE?

6                LET'S SAY WE HAVE A CLASS OF 20

7 PEOPLE OR 15 PEOPLE.  10 DRAWS, WHATEVER IT IS, HOW

8 LONG DOES THAT TAKE?

9        A       THIS IS BROKEN UP INTO TWO CATEGORIES,

10 WE RAN THESE BACK TO BACK.

06-23-2010 - AM.txt

11      SO WHEN YOU ACTUALLY LOOK AT THE

12  SCENARIO TRAINING, INCLUDING STATIC DRILLS AND

13  SCENARIOS, THE SCENARIOS WERE ACTUALLY PART OF THE

14  PRACTICAL EXAM, SO THERE WAS AN EVALUATION PROCESS

15  DURING THE SCENARIOS BECAUSE THAT WAS THE PRACTICE

16  EXAM PORTION VERSUS THE WRITTEN EXAM.

17          SO FOR TIME PURPOSES, IT'S BROKEN UP.

18  BUT FOR CLARIFICATION OF ACTUALLY LOOKING AT THE

19  DOCUMENT AT THE VERY BOTTOM, THE SCENARIO TRAINING

20  WAS PART OF THE PRACTICAL EXAM.

21      Q      ALL RIGHT, OKAY.

22          SO WOULD THE SCENARIO TRAINING THEN

23  HAVE OCCURRED SOME TIME, ASSUMING WE'RE KEEPING

24  TRACK OF TIME ACCURATELY, SOME TIME MAYBE BEFORE

25  1:00 P.M. AND THEN CONTINUE ON BETWEEN 1:10 AND

26  2:00O'CLOCK?

27      A      THE SCENARIOS DEPENDING, AND ALL THIS

28  DEPENDED ON THE SIZE OF THE CLASS WITH THE FEW

3690

1  STUDENTS, YOU WOULD OBVIOUSLY GET THROUGH FASTER THAN

2  YOU WOULD WITH THE MASS OF 14.  SO BASED ON THE

3  NUMBER OF STUDENTS, THE AVERAGE TIME FOR THIS WAS A

4  LITTLE OVER AN HOUR.

5      Q      ALL RIGHT.

6      A      TO GO THROUGH ALL OF THIS.

7      Q      THE STATIC DRILLS AND THE SCENARIOS?

8      A      YES.

9      Q      HOW MANY SCENARIOS WERE THERE?

10      A      THERE WERE THREE.

11      Q      WHEN YOU TALK ABOUT THE WORD SCENARIO,

06-23-2010 - AM.txt

15  CARTRIDGES COSTS LIKE $20 A PIECE OR SOMETHING; IS

16  THAT RIGHT?

17        A     BETWEEN 20 AND $22 A PIECE, YES.

18        Q     SO THAT'S ANOTHER ECONOMIC

19  CONSIDERATION AT LEAST, OR IS THAT YOUR

20  UNDERSTANDING?

21        A     YES, IT WAS.

22        Q     SO THE OFFICERS, WHEN THEY FIRED THE

23  TASER IN THAT LAST SCENARIO, ACTUALLY FIRED THE

24  DARTS, WAS THAT INTO SOME KIND OF A TARGET THAT WAS

25  PRESENTED FOR THEM?

26        A      IT WAS WHAT THEY CALL A PAPER

27  SILHOUETTE TARGET, WHICH IS A CARDBOARD TARGET WITH

28  WHAT WOULD BE A DRAWING, THE SILHOUETTE OF A PERSON,

                                         3697

1  THAT'S WHY THEY CALL IT A SILHOUETTE, IT'S AN AVERAGE

2  TARGET THAT'S USED AT THE FIRING RANGE TO QUALIFY

3  WITH YOUR FIREARM.

4        Q     ALL RIGHT.

5              NOW AS TO THE THREE SCENARIOS THAT

6  YOU DESCRIBED, DID THE OFFICERS THEN, FROM THE

7  SCENARIOS THAT WERE GIVEN TO THEM, DID THEY GO INTO

8  EACH OF THESE KNOWING THAT THEY WOULD, BEFORE THE

9  SCENARIO CONCLUDED, FIRE THEIR TASER?

10       A     AS FAR AS THE OTHER TWO SCENARIOS

11  PULLING THE TRIGGER, IS THAT WHAT YOU'RE ASKING?

12       Q     YES, PULLING THE TRIGGER.

13       A     MORE OR LESS, YES.  IT WAS DESIGNED TO

14  BE A TASER SCENARIO.

06-23-2010 - AM.txt

15      Q      ALL RIGHT.

16             IN OTHER WORDS, AS A POLICE OFFICER,

17  YOU'RE FAMILIAR PROBABLY WITH THINGS THAT ARE CALLED

18  SHOOT, DON'T SHOOT SCENARIOS.

19      A      CORRECT.

20      Q      IN THE CONNECTION WITH THESE

21  SCENARIOS, THEY WERE REALLY ALL SCENARIOS WHERE THE

22  STUDENTS GOING IN KNEW THAT THEY WOULD PULL THE

23  TRIGGER ON THE TASER BEFORE THE SCENARIO ENDED?

24      A      WE DIDN'T TELL THEM THAT, BUT THAT'S

25  THE WAY THE SCENARIOS WERE DESIGNED.  BECAUSE AS I

26  EXPLAINED BEFORE, EACH SCENARIO HAD A LEARNING POINT

27  TO IT, WHICH I PREVIOUSLY EXPLAINED, SO.

28      Q      AND IN TERMS OF THE INSTRUCTIONS THAT

3698

1  THEY RECEIVE, I'LL COME BACK TO THAT LATER.

2             LET ME ASK YOU THIS.

3             WAS THERE TRAINING, SEPARATE AND

4  APART FROM WHAT YOU TALKED ABOUT IN THE SCENARIOS

5  SET UP OF AREAS WHERE THE TASER SHOULD BE SHOT, THAT

6  IS PREFERRED AREAS, IF YOU WILL, WHERE THE TASER IS

7  TYPICALLY MOST EFFECTIVE?

8      A      YES, THERE IS.

9      Q      AND WHAT DID YOU TELL YOUR STUDENTS

10  ABOUT THAT?

11      A      WE HAD A DISCUSSION ABOUT IT IN THE

12  CLASSROOM, PLUS IT'S PART OF THE DVD THAT'S PROVIDED

13  BY TASER, THEY ACTUALLY DISCUSS THE BODY PARTS AND

14  PREFERRED TARGET AREAS, AND THE FIRST THING WE TALKED

15  ABOUT IS THE AREAS TO AVOID, WHICH IS THE NECK, THE

06-23-2010 - AM.txt

16  HEAD AND THE GROIN, AND THEN WE TALKED ABOUT

17  PREFERRED AREAS OR LARGE MUSCLE MASS AREAS, WHICH

18  COULD BE THE LEGS, THE STOMACH AREA, OR THE BACK.

19          Q       ALL RIGHT.

20                  NOW FROM THE TRAINING YOU'VE HAD IN

21  TASER AND IT'S THE BEST EFFECTS, IS THE BACK ONE OF

22  THE AREAS WHERE TYPICALLY OFFICERS ARE TOLD THAT THE

23  BEST EFFECTS OF NEUROMUSCULAR AND INCAPACITATION ARE

24  ACHIEVED BY FIRING AT THE BACK?

25          A       YES.

26          Q       AND DID YOU TRAIN YOUR STUDENTS THAT

27  WAY?

28          A       WE HAD A DISCUSSION ABOUT THE BACK

                                                    3699

1  BEING ONE OF THE BETTER SHOTS BASED ON THE MUSCLE

2  GROUPS THAT ARE THERE.

3          Q       I HAD LOST MY TRAIN OF THOUGHT A

4  MINUTE AGO ON THE TASER TRAINING SCENARIOS AGAIN, AND

5  I JUST REMEMBERED WHAT I WANTED TO ASK YOU.

6                  THERE HAS BEEN SOME TESTIMONY IN THIS

7  TRIAL ABOUT THE SUBJECT OF FORCE OPTIONS. THAT IS,

8  OFFICERS HAVING OPTIONS OF ELECTING TYPES OF FORCE

9  TO RESORT TO.

10                 IN THE TASER TRAINING THAT OCCURRED,

11  THERE WAS NO FORCE OPTIONS TRAINING; IS THAT

12  CORRECT?

13          A       CORRECT.

14          Q       AND SO -- AND AS I RECALL READING THE

15  TRAINING ORDER, ACTUALLY OFFICERS WERE NOT PERMITTED

06-23-2010 - AM.txt

3727

1            THE STATIC DRILLS ARE DRILLS FOR THE

2  OFFICERS TO PRACTICE TAKING THE TASER OUT OF THE

3  HOLSTER; IS THAT CORRECT?

4        A     YES, IT IS.

5        Q     I HAVE THE HOLSTER, THE DUTY BELT AND

6  THE TASER WHICH WAS USED IN THIS CASE, AND I'M

7  WONDERING, OFFICER, IF YOU COULD JUST GIVE US A BRIEF

8  DEMONSTRATION OF HOW THE OFFICERS WERE TAUGHT TO

9  REMOVE THE TASER FROM THE HOLSTER.

10           FIRST OF ALL, THIS IS SET UP AS A

11  SUPPORT SIDE, CROSS DRAW FASHION, THE ONE THAT

12  YOU -- I THINK YOU REFERRED TO IT AS A NONDOMINANT

13  SIDE CROSS DRAW FASHION.

14        A     YES.

15        Q     SO KNOWING THAT, SIR, IF I LET YOU

16  HOLD THIS DUTY BELT, WOULD YOU BE ABLE TO DEMONSTRATE

17  FOR THE MEMBERS OF THE JURY HOW OFFICERS WERE

18  TRAINED --

19        A     CAN I SET IT UP HERE?

20        Q     SURE, WHATEVER IS EASIER.

21           -- HOW OFFICERS WERE TRAINED TO PULL

22  THAT FROM THE HOLSTER.

23        THE COURT:  WOULD IT BE BETTER IF HE PUT IT

24  ON?

25        MR. STEIN:  THAT'S FINE.

26        THE COURT:  PULL THAT JACKET OFF AND PUT THAT

27  ON --

28        THE WITNESS:  I HAVE A GUN, I DON'T KNOW IF

06-23-2010 - AM.txt

3728

1  THAT'S GOING TO GET IN THE WAY.

2          THE COURT:   WHATEVER.   I DON'T WANT TO SPEND

3  A LOT OF TIME ON THIS.

4          THE WITNESS:   I DON'T KNOW WHAT YOU'RE ASKING

5  ME TO DEMONSTRATE.

6          THE COURT:   HOW THE TASER COMES OUT THE

7  HOLSTER.

8          THE WITNESS:   UNSNAP HERE, THE HOOD WOULD

9  ROLL FORWARD LIKE THIS (INDICATING), THE TASER WOULD

10  BE -- IT'S NORMALLY AFFIXED TO YOUR WAIST AND THEN

11  YOU WOULD DRAW THE TASER.

12          Q      AND THIS PARTICULAR TASER DOES NOT

13  HAVE A CARTRIDGE; IS THAT CORRECT?

14          A      THAT'S CORRECT.

15          Q      AND WHERE WOULD THE CARTILAGE GO ON

16  THAT TASER?

17          A      THERE WOULD BE ONE ON THE FRONT, AND

18  WE HAVE THE ABILITY TO CARRY A SECOND ONE ON THE BACK

19  OF THE BATTERY PACK, WHICH IS HERE.

20          Q      SO AFTER YOU USE THE FIRST CARTRIDGE,

21  YOU WOULD HAVE A SECOND CARTRIDGE THAT YOU WOULD TAKE

22  OFF AND PUT ON THE FRONT; IS THAT CORRECT?

23          A      CORRECT.

24          Q      IN ORDER TO DEPLOY THE TASER, I'M

25  GOING TO SHOW IT ONE MORE TIME.

26          YOU WERE SHOWING WHERE IT SNAPS,

27  THERE'S A SNAP ON THE BACK; IS THAT CORRECT?

28          OKAY, AND SO HOW IS THE OFFICER

06-23-2010 - PM.txt

25

26          (defense exhibit dd was

27          marked for identification.)

28     //                              //

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)
                                                    3791

1   by Mr. RAINS:

2        Q     Mr. Schott, can you tell us what the jury is

3   going to be looking at here in Exhibit DD?

4        A     This is a few seconds of synchronized Vargas

5   2 -- the two Karina Vargas videos we call Vargas 1 and

6   Vargas 2 -- vargas 2 and the platform clock. And we'll see

7   on both of these when Mesherle and his partner Woffinden

8   arrive. For the reason I mentioned about the platform

9   timer, not all seconds being equal, I've overlaid a time

10  code on our synchronization so that when we time events we

11  get an accurate reading down to three decimal places.

12          And as I start advancing it -- this also can be

13  played as a video, but I'll go slow so you can see them

14  arriving. And on the left -- I'm sorry -- on the

15  right-hand side of your screen -- everybody tries to watch

16  both of them at the same time and you can't do it so I'll

17  try to direct you -- we'll see two officers approaching,

18  and I believe the one in the lead is officer Mehserle. And

19  this is karina Vargas standing here at the rear door of the

20  number 3 train car, and so she is filming them running by

21  now. In fact, you see now the lead officer is just

22  crossing the Focal eye of her camera and coming into view.

23  And now this is Officer Woffinden also passing between

24  Karina Vargas and the detainees.

25          So at this point I know that from Vargas 2 it

26  appears that they're right there. They're not as close as

06-23-2010 - PM.txt

27    you would think.  It's, again, the issue of the two

28    dimensional representation of three dimensions.  where

NOT FOR REPRODUCTION PER GOVERNMENT CODE 69954(D)                3792

1    Karina Vargas is standing is probably -- not probably -- is

2    about 60 feet or so from where these gentlemen are seated

3    over here on the left-hand side of the screen.  So even

4    though here it appears as though Mr. Woffinden is right

5    there, he hasn't even reached the front of the number 3

6    car.  So they're in the area, but They're not right on top

7    of it yet.  And the time is -- let's call it 2:08 and 37

8    seconds.

9         Q     All right.  So for the record, at 2:08:37

10    Mr. Mesherle and officer Woffinden arrive in the area where

11    the detention is taking place; is that right?

12         A     That's correct.

13         Q     All right.  Thank you.

14              Now, I want to ask you to interpret some of the

15    other images in this case, sir, if you would.  And let me

16    ask you this, and I'm going to back up in time.  Have you

17    examined images that relate to an exchange that occurred

18    between Officer Pirone and Mr. Grant at some point in time

19    prior to the arrival of Mr. Mesherle and officer Woffinden?

20         A     Yes.

21         Q     And I'm going to ask you to show us that, and

22    the question is going to be does the video -- do the video

23    images you've looked at concerning this particular

24    encounter indicate that officer Pirone uses either an elbow

25    or a fist toward Mr. Grant's head or that he somehow

26    punches him and takes him to the ground?

27         A     These videos do not show him punching or

28    elbowing Mr. Grant in the head and they indicate that

06-24-2010 - AM.txt

1  GOING TO SEE OSCAR GRANT'S HEAD AS HE MOVES FORWARD.

2              AND AT THAT POINT, GOING BACK JUST A

3  BIT, THERE IS NO MOVEMENT BY MEHSERLE YET.  SO THIS

4  IS ABOUT WHERE WE LEFT OFF -- WELL, I TAKE IT BACK.

5  WE THEN WENT A BIT FURTHER.

6              AND SO NOW WE SEE MOVEMENT BY

7  MEHSERLE, ALSO GOING IN THAT DIRECTION, AND BY SAY

8  4490, USING THE EDGE OF THIS METAL SUPPORT AS A

9  GUIDE, CONTINUING FORWARD, WE'RE GOING TO SEE

10 MEHSERLE GOING BACK IN THE OPPOSITE DIRECTION.

11             AND AS THAT WAS HAPPENING IN LIU,

12 BACKING UP AGAIN, STARTING AT LIU, 527, THE SAME

13 TIME THAT MEHSERLE IS SWINGING BACK TOWARD THE

14 CONCRETE WALL AND THE GLASS, WE'RE GOING TO SEE HIS

15 HEAD AND SHOULDERS RISING.

16             AND AT THAT TIME, THERE WAS WHAT

17 APPEARS TO BE A BRIEF, BUT VERY SHORT, SHORT

18 DISTANCE MOVEMENT OF MR. GRANT'S HEAD, ALSO UPWARD,

19 AND THIS IS WHERE I BELIEVE WE LEFT OFF.

20      Q     ALL RIGHT.

21             SO FROM THOSE IMAGES THAT YOU'VE

22 LOOKED AT, CAN YOU SAY WHETHER OR NOT IT APPEARS

23 THAT MR. MEHSERLE WAS TRYING TO PULL MR. GRANT

24 BACKWARD AFTER MR. GRANT HAD STARTED TO MOVE

25 FORWARD?

26      A     WELL, THE FACT THERE IS SOME UPWARD

27 MOVEMENT OF MR. GRANT'S HEAD MAKES THAT LIKELY, BUT

28 IT IS CLEAR THAT MR. MEHSERLE IS MOVING IN THE

0

3907

1  OPPOSITE DIRECTION DURING THESE FRAMES.  HE'S NOT

06-24-2010 - AM.txt

2  MOVING FORWARD TO MOVE MR. GRANT TO THE PLATFORM.

3         Q       ALL RIGHT.

4                 NOW, LET'S PICK UP FROM THERE.

5                 AND DO THE IMAGES, PICKING UP AT THIS

6  POINT, SHOW MR. GRANT'S FORWARD MOVEMENT WHICH

7  RESULTS IN HIM ACTUALLY ENDING UP ON THE PLATFORM

8  SURFACE?

9         A       YES.

10        Q       AND CAN YOU SHOW US THE IMAGES THAT

11 REFLECT, THAT WILL EXPLAIN HOW MR. GRANT MOVES

12 FORWARD, THAT IS THE PATH OF HIS BODY, HANDS THAT MAY

13 BE EXPOSED, AND WHICH SIDE OF HIS BODY HE GOES DOWN

14 ON AS HE HITS THE PLATFORM SURFACE?

15        A       I'LL DIRECT YOUR ATTENTION FIRST TO

16 THE LIU IMAGE ON THE RIGHT, I'LL TRY AND KEEP THEM

17 BOTH IN VIEW.

18                MR. GRANT RESUMES FORWARD MOTION FROM

19 THIS POINT, AND HIS RIGHT HAND -- PARDON ME, HIS

20 RIGHT HAND COMES OUT, I'LL DEMONSTRATE, FROM BEHIND

21 HIS BACK, AND REACHES FORWARD.  SO TAKE A LOOK HERE

22 IN THE LIU VIDEO.

23                AND AS GRANT LEANS FORWARD OR MOVES

24 FORWARD AGAIN, THERE, WE JUST SAW IT, AT LIU'S FRAME

25 543, 44, 45, I'LL BACK IT UP HERE, WE SEE HIS RIGHT

26 FOREARM HAS COME OUT.  THIS AREA THAT I'M POINTING

27 TO, AND I'LL TAKE IT BACK AND FORTH A BIT SO YOU CAN

28 SEE IT.

☐

                                          3908

1                 OKAY, MOVING BACK AGAIN, DIRECTING

06-24-2010 - AM.txt

5  LATER -- I BELIEVE THE PREVIOUS CLIP ENDED AT

6  2:10:38.  AND THIS ONE IS NOW BEGINNING AT 2:10:44,

7  IT'S ABOUT SIX SECONDS.

8

9              (DEFENSE EXHIBIT KK, A

10             VIDEO CLIP, WAS MARKED

11             FOR IDENTIFICATION.)

12

13       Q     SIX SECONDS FOLLOWING THE CONCLUSION

14 OF THE LAST CLIP WE LOOKED AT.

15       A     CORRECT.

16       Q     SO NOW WE ARE AT THIS POINT IN TIME,

17 SOMEWHERE AROUND PERHAPS 20 SECONDS OR SO BEFORE THE

18 SHOOTING OCCURS?

19       A     ABOUT 19, 20, YES.

20       Q     ROUGHLY 19 SECONDS BEFORE THE

21 SHOOTING.

22             ALL RIGHT, AND DOES THIS CLIP BEGIN

23 SHOWING US WHAT MR. MEHSERLE IS DOING OR ATTEMPTING

24 TO DO WITH MR. GRANT WHILE MR. GRANT IS ON HIS BACK?

25       A     YES, FROM THE VARGAS CAMERA, 4798, I

26 CAN STILL SEE MR. GRANT'S KNEES AND MEHSERLE IS STILL

27 APPARENTLY STRADDLING HIM.  BUT NOW WE'RE GOING TO

28 TAKE A CLOSER LOOK AT THE LIU CAMERA.  AND THIS AREA

3914

1  HERE INVOLVES MEHSERLE'S HANDS.

2              BUT UNTIL I PUT IT INTO MOTION,

3  BECAUSE OF THE RESOLUTION, IT'S VERY DIFFICULT,

4  UNTIL YOU SEE IT, THEN YOU START GETTING A PICTURE.

06-24-2010 - AM.txt

5  BUT FROM A SINGLE IMAGE, IT'S VERY DIFFICULT TO SEE

6  WHAT'S GOING ON HERE.  BUT THERE'S EVIDENCE, OR

7  YOU'LL SEE EVIDENCE THAT MEHSERLE IS TRYING TO

8  CONTROL MR. GRANT'S RIGHT ARM OR WRIST, SO WE'LL

9  BEGIN AT LIU 9692, FRAME 683.

10          OKAY, THIS AREA I'M POINTING TO HERE,

11  THIS IS MR. GRANT'S RIGHT FOREARM, AND YOU'RE GOING

12  TO NOW SEE IT MOVE ACROSS HIS CHEST AND COME INTO

13  VIEW, AND NOW YOU SEE MEHSERLE, WITH BOTH HANDS, IN

14  DIRECT PROXIMITY TO THAT FOREARM, I'M GOING TO HAVE

15  TO ANIMATE THIS FOR YOU, THAT IS, PUT IT INTO MOTION

16  A COUPLE OF TIMES SO THAT YOU CAN TRY AND SEE THAT.

17  THE LOW RESOLUTION, AS I'VE SAID BEFORE, MAKES IT

18  DIFFICULT, SO LET'S MOVE BACK A LITTLE BIT.  AND

19  AGAIN, WATCHING THIS AREA HERE IS GOING TO BE

20  GRANT'S RIGHT FOREARM AND THEN WE'RE GOING TO SEE

21  MEHSERLE'S HANDS IN CONTACT.

22          I CAN'T TELL YOU MORE SPECIFICALLY

23  WHAT'S GOING ON THERE, OTHER THAN THE RIGHT FOREARM

24  IS THERE, MEHSERLE'S HANDS ARE THERE.  BUT BEYOND

25  THAT, I CAN'T TELL YOU WHAT'S HAPPENING AT THAT

26  POINT.

27          SO IT CERTAINLY GIVES THE APPEARANCE

28  THAT THERE IS MOVEMENT, THEY'RE NOT STAYING IN THE

3915

1  SAME POSITION, THAT MOVEMENT INVOLVES GRANT'S

2  FOREARM AND MEHSERLE'S HANDS.

3      Q     NOW, WHAT WE SEE IN THIS CLIP,

4  FOLLOWING WHAT YOU'VE JUST SHOWN US, MR. GRANT BEING

5  ROLLED OVER TO HIS STOMACH.

06-24-2010 - AM.txt

6      A     LET ME GO BACK TO THE LARGER VIEW.

7            IN FACT, THAT IS EXACTLY WHERE WE'VE

8  STOPPED NOW.  AND LOOKING AT CARAZO, 1831 IN THE

9  UPPER LEFT, GRANT'S RIGHT FOREARM IS STILL VISIBLE

10 ON EITHER SIDE OF OFFICER PIRONE'S RIGHT LEG.  BUT

11 PIRONE NOW IS IN THE PROCESS OF ROLLING GRANT, WHAT

12 WOULD BE TO US, CLOCKWISE, THAT IS LIKE GRASPING HIS

13 SHOULDERS AND ROLLING HIM AWAY FROM CARLOS REYES,

14 AND PROBABLY THE BEST VIEW HERE WOULD BE TO CONTINUE

15 WITH CARAZO.

16           AND BY CARAZO 1869, GRANT HAS BEEN

17 ROLLED OVER ONTO HIS STOMACH INTO A PRONED POSITION.

18 AND OFFICER PIRONE IS GOING TO LOWER HIS LEFT KNEE

19 TO RESTRAIN MR. GRANT.

20     Q     WHERE DOES IT APPEAR THAT PIRONE PUTS

21 HIS LEFT KNEE, IF YOU CAN SEE?

22     A     WELL, LOOKING AT THE CROSS VIDEO, AT

23 2202, PIRONE HAS HIS RIGHT HAND ON HIS OWN RIGHT

24 KNEE, AND I'LL ADVANCE A LITTLE BIT BEYOND THAT.

25 WE'RE ALREADY GETTING THE VIEW IN CARAZO, THAT IT'S

26 BETWEEN OSCAR GRANT'S SHOULDERS, NECK AND HEAD AREA,

27 AND THAT'S ON CARAZO FRAME 1928.

28     Q     NOW, THE TIME SHOWN ON YOUR CLOCK WHEN

3916

1  THIS IS HAPPENING IS 2:10:54.  SO THIS IS ROUGHLY

2  NINE SECONDS BEFORE THE SHOOTING.

3      A     CORRECT.

4      Q     AND IF WE CAN LOOK, MR. SCHOTT, AT

5  CROSS 2236?

06-24-2010 - AM.txt

8          Q       AND THAT OCCURS IN ABOUT LIU 877 TO

9    879?

10         A       YES.

11         Q       AFTER YOU SEE THE TWO HANDS, WHAT

12   APPEARS TO BE POSSIBLY TUGGING, DOES MEHSERLE THEN

13   MAKE A MOVEMENT TOWARD HIS RIGHT SIDE?

14         A       THAT'S WHAT'S OCCURRING RIGHT NOW.

15                 AT LIU 9692, FRAME 883, MEHSERLE IS

16   LEAVING HIS LEFT HAND DOWN TO MR. GRANT'S MIDSECTION

17   AND WITH HIS RIGHT HAND, IT'S MOVING TOWARD HIS

18   HOLSTER.

19         Q       AND WE HAVE JUST SEEN THOSE FRAMES AND

20   THAT MOVEMENT TOWARD THE HOLSTER --

21         A       BY 885, HIS HAND APPEARS TO BE AT OR

22   NEAR HIS HOLSTER.

23         Q       NOW, I'M GOING TO ASK YOU, I THINK

24   WE'RE GOING TO HAVE TO COVER THE ACTIONS OF MR. GRANT

25   AND MR. MEHSERLE DURING THIS PERIOD OF TIME

26   SEPARATELY.

27                 SO LET ME ASK YOU.  BEFORE WE FOLLOW

28   MR. MEHSERLE'S MOVEMENT NOW FROM WHERE HE APPEARS TO

                                                    3920

1    BE IN LIU 885, LET ME ASK YOU IF ABOUT THIS TIME

2    THERE IS MOVEMENT INDICATED IN ANY OF THE IMAGES BY

3    MR. GRANT.

4          A       YES.  MOVING UP TO THE CROSS CAMERA AT

5    2340 --

6          Q       AND LET ME STOP YOU THERE FOR A

7    MINUTE, MR. SCHOTT.

06-24-2010 - AM.txt

8          WHEN YOU LOOK AT CROSS, THAT APPEARS

9    TO BE MEHSERLE AGAIN LOOKING TOWARDS HIS RIGHT,

10   PERHAPS DOWNWARD; IS THAT CORRECT?

11         A      THAT'S CORRECT.

12         Q      AND FROM YOUR WORK ON THIS CASE, HOW

13   LONG DOES MR. MEHSERLE LOOK DOWN OR TOWARD HIS RIGHT

14   AS REFLECTED IN THIS ONE FRAME?

15         A      THE VIDEO SHOWS HIS HEAD IN THAT

16   POSITION FOR LESS THAN HALF A SECOND.

17         Q      LESS THAN HALF A SECOND.

18         A      YES.

19         Q      ALL RIGHT, SO GO AHEAD, IT APPEARS

20   THAT MR. GRANT'S HEAD IS UNDER MR. -- UNDER

21   OFFICER PIRONE'S KNEE AT THIS POINT.

22         A      IF I CAN ORIENT YOU.  THE WHITE VAN

23   WE'RE SEEING HERE, THIS IS OSCAR GRANT'S LEFT ELBOW,

24   AND IT'S AGAIN THE UNDERGARMENT COMING OUT FROM UNDER

25   HIS SWEATSHIRT.  THIS IS HIS LEFT SHOULDER, AND HERE

26   IS OSCAR GRANT'S HEAD.

27                AND AT THIS TIME, HE'S ACTUALLY

28   FACING TOWARD CARLOS REYES, SO HIS LEFT CHEEK IS ON

3921

1    THE PLATFORM.

2                NOW, AT THIS POINT, BY CROSS FRAME

3    2350, OSCAR GRANT'S HEAD AND TO SOME EXTENT, HIS

4    SHOULDERS, HAVE COME OUT FROM UNDERNEATH PIRONE'S

5    LEFT KNEE, AND OSCAR GRANT'S HEAD IS NOW VISIBLE,

6    RAISED UP OFF THE PLATFORM.

7                AND AT THIS TIME, HIS HEAD HAS IN

8    FACT CLEARED PIRONE'S KNEE.  AND AT THIS POINT,

06-24-2010 - AM.txt

 9   OSCAR GRANT'S RIGHT SHOULDER IS COMING UP OFF THE

10   PLATFORM, HE'S NOT QUITE MADE IT TO THE PLATFORM

11   YET, BUT THE TWO THINGS THAT ARE HAPPENING HERE,

12   HE'S TURNING TOWARD REYES, HIS HEAD IS RISING OFF

13   THE PLATFORM, AND HIS RIGHT SHOULDER IS COMING UP.

14          Q      AND THIS IS AT FRAME 2366 IN CROSS?

15          A      CORRECT.

16          Q      ALL RIGHT.

17          A      AT 2371, PIRONE USES HIS LEFT HAND TO

18   MOVE HIS BATON BACK, WHICH IS ON HIS EQUIPMENT BELT.

19   AT 2375, WE GET A SENSE NOW -- WE CAN SEE THE WHITE

20   T-SHIRT RING AT MR. GRANT'S NECKLINE, WE CONTINUE TO

21   SEE HIS LEFT ELBOW.  PIRONE IS NOW REVERSING

22   DIRECTION AS MR. GRANT WAS NO LONGER BEING RESTRAINED

23   BY HIS LEFT KNEE.

24              AND AT CROSS 2388, WE CAN GET A SENSE

25   OF THE EXTENT TO WHICH OSCAR GRANT HAD RAISED HIS

26   RIGHT SHOULDER BECAUSE PIRONE'S RIGHT HAND IS

27   GRASPING GRANT'S UPPER RIGHT ARM WHERE I'M POINTING,

28   AND PIRONE NOW HAS HIS LEFT HAND ON MR. GRANT'S

                                        3922

 1   HEAD.

 2              SO GRANT'S LEFT SHOULDER IS ON THE

 3   PLATFORM AND HIS RIGHT SHOULDER IS UP HERE IN THIS

 4   REGION ABOUT EVEN WITH PIRONE'S ELBOW AND THEN WE

 5   SEE PIRONE'S RIGHT HAND, SO THAT GIVES US A GAUGE OF

 6   HOW FAR MR. GRANT HAD RISEN AT THAT POINT.

 7          Q      MR. SCHOTT, IF I COULD JUST STOP YOU

 8   THERE.

06-24-2010 - AM.txt

9       IT'S THE SAME DIAGRAM THAT YOU'VE

10 JUST DESCRIBED, IT APPEARS THAT OFFICER MEHSERLE IS

11 LOOKING DOWNWARD, CORRECT?

12      A    YES.

13      Q    WE AREN'T ABLE TO SEE WHAT HIS HAND OR

14 HANDS ARE DOING AT THAT POINT IN THIS FRAME ANYWAY.

15      A    THAT'S CORRECT.

16      Q    ALL RIGHT.

17      A    ADVANCING FROM 2388 IN CROSS, PIRONE

18 HAS NOW REVERSED DIRECTIONS.  AND WITH HIS RIGHT

19 HAND, I'M STOPPING AT 2405, HE HAS NOW RETURNED

20 GRANT'S RIGHT SIDE TO THE PLATFORM FROM WHERE WE SAW

21 IT EARLIER.  AND AT 2420, PIRONE'S LEFT HAND -- THIS

22 IS IN CROSS -- HIS LEFT HAND IS ON MR. GRANT'S HEAD,

23 HIS LEFT KNEE IS ON MR. GRANT'S NECK AND SHOULDER

24 AREA.  AND WITH HIS RIGHT HAND, PIRONE IS RESTRAINING

25 GRANT'S RIGHT ELBOW.

26      Q    MR. SCHOTT, CAN YOU BACK CROSS UP AND

27 TELL US IF AT SOME POINT, WHILE THAT WAS HAPPENING,

28 MR. MEHSERLE'S WEAPON BECOMES VISIBLE.

                                              3923

1       A    LET ME MOVE FORWARD A BIT FIRST.

2            YOU ARE CORRECT, IT IS BACK.  YOU

3 KNOW THE WHOLE TIME WE WERE LOOKING AT MR. GRANT, I

4 MISSED WHAT ELSE WAS OCCURRING.  AT 2402 -- LET ME

5 SEE.  THE FIRST ACTUAL VIEW WE GET OF THE PISTOL IN

6 MEHSERLE'S RIGHT HAND IS AT CROSS 2401.

7       Q    AND NOW THAT BECOMES VISIBLE AT 2:11,

8 SO WE ARE NOW THREE SECONDS BEFORE THE SHOOTING

9 HAPPENS; IS THAT RIGHT?

06-24-2010 - AM.txt

10          A      EVEN LESS THAN THAT, 2:11.9, SO YEAH,

11  IT'S VERY NEAR.

12          Q      ALL RIGHT.

13                 I WANT TO COME BACK TO THAT FRAME AND

14  MOVEMENT THAT OCCURS AT THAT POINT IN A MINUTE.

15                 AT -- BEFORE THE WEAPON CAME OUT,

16  BEFORE WE GET TO THIS POINT AT 2401 IN CROSS, WAS

17  THERE EVIDENCE OF ATTEMPTS BY MEHSERLE TO DRAW THE

18  WEAPON THAT DID NOT RESULT IN THE WEAPON BEING

19  DRAWN?

20          A      YES, HE ACTUALLY MADE A TOTAL OF FOUR

21  ATTEMPTS TO GET THE WEAPON OUT OF THE HOLSTER, AND HE

22  WAS SUCCESSFUL ON THE FOURTH ATTEMPT.

23          Q      NOW, WE DIDN'T SEE THAT IN CROSS.

24                 DO WE SEE THAT IN ONE OF THE OTHER

25  VIDEOS?

26          A      A COMBINATION OF VARGAS AND LIU.

27          Q      CAN YOU TAKE US THERE.

28          A      YES, SIR.



                                                3924



1                  BEGINNING AT LIU 887, THESE ARE JUST

2   A FEW FRAMES APART, THESE FOUR ATTEMPTS ACTUALLY

3   OCCUR IN JUST OVER TWO SECONDS TO DO ALL FOUR

4   ATTEMPTS.

5           Q      SO YOU HAVE NOW BACKED, IT APPEARS TO

6   BACK THE VIDEO UP TO 2:10:58.  SO WE'RE BACK TO FIVE

7   SECONDS BEFORE THE SHOOTING, ROUGHLY, RIGHT?

8           A      ROUGHLY.

9           Q      AND IS THIS THE POINT IN TIME WHEN

06-24-2010 - AM.txt

10  MR. GRANT'S HEAD IS COMING OUT FROM PIRONE'S KNEE,

11  THE ACTIVITY YOU'VE ALREADY DESCRIBED?

12       A    YES.

13       Q    SO WHILE THAT IS OCCURRING,

14  MR. MEHSERLE IS MAKING ATTEMPTS TO DRAW HIS, WHAT

15  APPEARS TO BE HIS FIREARM; IS THAT RIGHT?

16       A    I'LL SHOW YOU WHAT THE VIDEO REVEALS,

17  BUT YES.  I'M GOING TO PUT OR TRY AND KEEP BOTH

18  VARGAS AND LIU IN FOCUS HERE.  WITH MEHSERLE'S

19  ATTEMPTS TO DRAW THE WEAPON, WHAT YOU'RE GOING TO

20  HAVE TO LOOK VERY CAREFULLY FOR IS IN LIU, WHERE HIS

21  RIGHT ELBOW IS, RELATIVE TO THE CONCRETE WALL BEHIND

22  HIM, I'M POINTING HERE AT HIS RIGHT ELBOW, THERE IS

23  HIS RIGHT HAND, AND YOU'LL HAVE TO WATCH THAT FOR

24  MOVEMENT THAT WOULD BE CONSISTENT WITH THE DRAW

25  ATTEMPT.  AND SO THE FIRST ONE IS GOING TO OCCUR HERE

26  BETWEEN 887 AND 888, IT'S SUBTLE, BUT THERE IS THE

27  FIRST DRAW ATTEMPT.

28       Q    SO IT APPEARS THAT THE ARM IS BENDING

3925

1  AT THE ELBOW AND THE ARM IS MOVING UPWARD.

2       A    YES, BY 889.  IN FACT, YOU CAN SEE

3  THAT THE POSITION OF THE ELBOW -- LET ME JUST TRY AND

4  GET THAT A LITTLE BIT LARGER.

5            FOR THE PEOPLE AT THIS END OF THE

6  BOX, IT'S GOING TO LOOK WORSE.  BECAUSE ONCE YOU

7  START GETTING THIS LARGER, SEEING BLOCKS OF COLOR.

8  AND IN THE BACK, OF COURSE, WHEN I DON'T DO THAT, OF

9  COURSE, YOU DON'T SEE IT AT ALL.  LET ME TRY AND

10  FIND A HAPPY MEDIAN.

06-24-2010 - AM.txt

11          OKAY, GOING BACK AGAIN BUT WATCHING
12    THE ELBOW AND THE RIGHT ARM AGAIN, RELATIVE TO THIS
13    AREA HERE, THIS IS THE FIRST DRAW ATTEMPT.  OKAY.
14          Q    AND YOU'VE INDICATED THAT THERE ARE
15    ADDITIONAL ATTEMPTS TO DRAW.  IS THAT SHOWN IN LIU?
16          A    IN LIU AND IN PART OF VARGAS.  LET ME
17    GO THROUGH THEM IN LIU FIRST, BECAUSE THEY'RE
18    DIFFERENT THINGS GOING ON.  SO I'LL JUST TRY AND
19    ISOLATE THE DRAW ATTEMPTS, THAT WAS THE FIRST ONE,
20    FOLLOWED ALMOST IMMEDIATELY BY THE NEXT ONE IN LIU
21    891.
22          AND AGAIN, WE SEE THE UPWARD MOVEMENT
23    BETWEEN 891 AND 893.  AND WATCHING THE SAME AREA I
24    TOLD YOU ABOUT EARLIER, BACK AND HERE IS THE SECOND
25    DRAW ATTEMPT.  WE'LL REDUCE THAT, IF IT HELPS TO SEE
26    IT.
27          THE SHOULDER AND THE ARM AND THE HAND
28    ARE MOVING UPWARD.  THIS IS THE SECOND DRAW ATTEMPT.

                                        3926

1           Q    AND WHILE THAT IS OCCURRING, THAT'S
2     WHEN MR. GRANT COMES OUT FROM UNDER PIRONE'S LEFT
3     KNEE AND THE MOVEMENT YOU'VE DESCRIBED EARLIER; IS
4     THAT RIGHT?
5           A    THAT'S OCCURRING RIGHT NOW.  IN CROSS
6     2358, WE CAN'T SEE AT ALL WHAT MR. MEHSERLE IS DOING,
7     BUT THAT'S OCCURRING AT THIS TIME.
8           Q    ALL RIGHT, THANK YOU.
9           A    NOW, THE FIRST TWO ATTEMPTS WERE IN
10    PRETTY CLOSE SUCCESSION.  THE NEXT ONE DOESN'T COME

06-24-2010 - AM.txt

11  UNTIL 913.  IT'S GOING TO BE ABOUT TWO-THIRDS OF A

12  SECOND LATER.

13              THIS ONE NOW IS A LITTLE BIT EASIER

14  TO SEE THE MOTION STARTING AT SAY 913 AND GOING

15  FORWARD.  THIS DRAW ATTEMPT IS ALSO MORE FORCEFUL,

16  BECAUSE YOU'LL BE ABLE TO ACTUALLY SEE IN THIS AREA

17  THAT I'M POINTING AT THE HOLSTER PULLING AWAY FROM

18  MEHSERLE'S BODY AS HE ATTEMPTS TO DRAW THE WEAPON.

19              THIS HERE IS NOW THE PORTION OF THE

20  HOLSTER THAT IS PULLED AWAY FROM HIS BODY, AND I'LL

21  PUT THAT IN TWO DIRECTIONS FOR YOU A COUPLE OF

22  TIMES.  SO THIS IS NOW THE THIRD ATTEMPT TO DRAW,

23  IT'S THE MOST FORCEFUL SO FAR, BECAUSE NOT ONLY DOES

24  THE HOLSTER PULL AWAY FROM HIS BODY, BUT THE

25  ELEVATION OF MEHSERLE'S ELBOW, AS COMPARED TO THE

26  CONCRETE WALL BEHIND HIM, HE'S GOING HARDER AND

27  HIGHER THAN BEFORE.  AND THIS IS FOLLOWED ALMOST

28  IMMEDIATELY BY THE LAST ATTEMPT AT LIU 919 AT WHICH

3927

1  TIME THE WEAPON IS DRAWN.

2              OKAY, WE'RE AT 919 AND THIS TIME, THE

3  WEAPON COMES OUT.

4        Q     THE WEAPON IS OUT BY 924, IT LOOKS

5  LIKE.

6        A     YES, AND WE CAN SEE IT AT THE PEAK OF

7  THAT DRAW AT 923, HIS ELBOW WAS HIGHER THAN IT WAS

8  BEFORE, THE HAND IS HIGHER THAN IT WAS BEFORE, AND

9  THIS IS THE ONE WHERE THE WEAPON ACTUALLY CLEARS THE

10  HOLSTER.

11        Q     SO THE IMAGES YOU'VE SHOWN US IN LIU,