**EXHIBIT I**

1    IN THE UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    ---000---

4  WANDA JOHNSON, individually and
   as personal representative of the
5  ESTATE OF OSCAR J. GRANT III; the
   ESTATE OF OSCAR J. GRANT III;
6  SOPHINA MESA, as Guardian ad Litem
   of minor, T.G.,

7
        Plaintiffs,
8  vs.                               No.  C09-00901 MHP
   BAY AREA RAPID TRANSIT DISTRICT;
9  GARY GEE, in his official capacity
   as CHIEF OF POLICE for BAY AREA
10 RAPID TRANSIT DISTRICT; JOHANNES
   MEHSERLE, individually and in his
11 official capacity as a police officer
   for BART; ANTHONY PIRONE, individually
12 and in his official capacity as a
   police officer for BART; MARYSOL
13 DOMENICI, individually and in her
   official capacity as a police officer
14 for BART; and DOES 1-50, inclusive,

15     Defendants.
   _____/
16

17    VIDEOTAPED DEPOSITION OF MICHAEL GREER

18

19    Taken before CATHLEEN M. MEUTER

20    CSR No. 12950

21    April 22, 2010

22

23

24     One Kaiser Plaza, Suite 505
                           Oakland, California 94612
                           Ph 510-451-1580
25                         Fax 510-451-3797
                           www.aikenwelch.com

**COPY**

1   said by getting off the train?

2         A.  No, I didn't.

3         Q.  What did he do then?

4         A.  At that time, he saw Oscar.

5         Q.  And what did he do to Oscar?                    10:54

6         A.  He told him to get off the train.

7         Q.  What did Oscar do?

8         A.  He got off the train.

9         Q.  Did Officer Pirone put any hands on Oscar?

10        A.  He -- yeah.  He walked him like back        10:54

11   towards the platform wall.

12        Q.  Would you describe that walking as guiding

13   him or pulling him or pushing him?  How would you

14   describe it?

15        A.  Actually, I kind of turned away when I        10:54

16   seen him coming off the train.

17        Q.  And did you see anything that took place

18   between Pirone and Grant when they reached the

19   wall?

20        A.  No.  I wasn't paying attention.             10:55

21        Q.  What was the next interaction you had with

22   Officer Pirone?

23        A.  He came back to the BART train.

24        Q.  Did he say anything?

25        A.  He said one more time if there's anybody     10:55

1   else that was involved, get the fuck off the train

2   now.

3       Q.  Did you react to that comment?

4       A.  No, I didn't.

5       Q.  What did he do then?                          10:55

6       A.  He came on the train.

7       Q.  And what did he do next?

8       A.  He came from behind me and grabbed me by

9   like the back of my collar and like my hair.

10      Q.  You're wearing braids today.  I'm not --    10:55

11  long cornrows, braids, dreads.  How would you

12  characterize your hair?

13      A.  Dreads.

14      Q.  Dreads.  Your dreads were longer back that

15  night, weren't they?                                  10:56

16      A.  They were about the same.

17      Q.  Did he grab you by your dreads?

18      A.  By the back of my collar, and like my

19  dreads were kind of inside my jacket.  So he

20  grabbed my hair and the back of my jacket.           10:56

21      Q.  What did he do then?

22      A.  He kind of started yanking me backwards

23  off the train.

24      Q.  And did you follow with him?

25      A.  Yeah.  I kind of had no choice.              10:56

1    Q.  And when you -- what did he do with you at

2  that point he was pulling you off the train?

3    A.  As he's pulling me off the train, I'm kind

4  of falling backwards.  So I'm just trying to keep

5  my balance really.  When we get off of the train,          10:56

6  he's like -- I'm asking him -- I told him he could

7  have just asked me to get off the train personally.

8  I'd have got off and sat down.

9    But he's like shut the fuck up and trying

10  to -- it feels like he's trying to throw me to the          10:56

11  ground.  I'm like you could have just asked me.

12  And he kind of leg sweeps me and takes me to the

13  ground.

14    Q.  As you're being pulled over and before you

15  are leg swept to the ground, could you see anything          10:57

16  going on with Mr. Reyes, Mr. Grant, and the two

17  Bryson brothers?

18    A.  Actually, my back is kind of turned

19  towards them because he drug me backwards offer the

20  train.                                                       10:57

21    Q.  You knew they were up against the wall

22  though.

23    Am I correct?

24    A.  Yes.

25    Q.  But once he's pulling you off the ground,          10:57

Aiken Welch Court Reporters     M. Greer     4/22/10

1    you could not see what was happening with them and

2    with Officer Domenici?

3         A.  No.

4         Q.  You know who Officer Domenici is when I

5    use her name?                                          10:57

6         A.  Yes.

7         Q.  That's the female officer.  I'll represent

8    to you -- let me see if you agree with this -- that

9    Officer Domenici is facing -- has arrived on the

10   platform and is facing Mr. Grant, Mr. Bryson,          10:57

11   Mr. Bryson, and Mr. Reyes as they are sitting

12   against the wall.

13        Did you see that positioning at any time

14   before you got off -- you were taken off the train

15   by Officer Pirone?                                     10:57

16        A.  I didn't see the lady, but I had seen my

17   friends sitting along the wall.

18        Q.  Okay.  You're brought over, you're leg

19   swept, and you fall to the ground.

20        What does Officer Pirone do when you fall         10:58

21   to the ground?

22        A.  He gets on top of me and starts to

23   handcuff me.  But in the middle of him handcuffing

24   me, he's kind of like -- it feels like he's trying

25   to kind of throw my head into the ground.  And you     10:58

1    saying; is that correct?

2        A.  Yeah, because it's not like they were

3    yelling at the top of their lungs.  It was

4    just -- I don't know.  I couldn't hear.

5        Q.  Okay.  They attempt to handcuff him.          11:05

6             What happens next?

7        A.  They shot him.  Mehserle shot him.

8        Q.  And then, again, this is -- we're going to

9    go into greater detail on that when Mr. Rains

10   questions.                                           11:06

11            After they shoot him, what happened next

12   to you?

13       A.  Next to me?

14       Q.  After the shot was fired, what was the

15   next interaction you had with a police officer?      11:06

16       A.  I didn't have no other interaction with

17   them.  They just took me to the BART police

18   station.

19       Q.  And that's what I mean.

20            Did an officer come over and take the        11:06

21   handcuffs off you or stand you up and walk you out

22   to a police car?

23       A.  Yeah.  They stood me up and walked me to

24   the police car.

25       Q.  So they took you to the BART station?         11:06

 1          A.  Yes.

 2          Q.  This is where I'm going to allow Mr. Rains

 3     to come in on his questions.  There's obviously a

 4     great deal more I need to talk to you about.  But

 5     because that could be covered in a second session,        11:06

 6     we're going to let Mr. Rains move into his

 7     questioning.  Then we'll go as far as we have to go

 8     today.

 9               MR. POINTER:  Sure.

10               THE VIDEOGRAPHER:  Mr. Greer, can you just      11:07

11     speak up a little bit.

12               THE WITNESS:  Okay.

13               THE VIDEOGRAPHER:  You're a little

14     soft-spoken.

15               MR. RAINS:  Counsel, if it's okay, can we       11:07

16     take just five minutes?

17               MR. POINTER:  Sure.  That's fine.

18               THE VIDEOGRAPHER:  We're going off the

19     record at 11:08 a.m.

20               (Break taken.)                                  11:07

21               THE VIDEOGRAPHER:  We're back on the

22     record.  The time is 11:16 a.m.

23     EXAMINATION BY MR. RAINS:

24          Q.  Mr. Greer, good morning.

25          A.  Good morning.                                    11:16

1    Q.  How did he wear his hair if you remember

2    from that night?

3    A.  I don't exactly remember how he wore his

4    hair.

5    Q.  All right.  Do you remember when you first    11:55

6    saw Officer Mehserle there on the platform prior to

7    the shooting?  Do you remember when that was?

8    A.  When I first actually seen -- noticed that

9    I seen him, he was actually on Oscar.  They were

10   handcuffing Oscar.                                11:56

11   Q.  That's the first time you saw Mehserle?

12   A.  Uh-huh.

13   MR. POINTER:  Yes?

14   THE WITNESS:  Yes.

15   BY MR. RAINS:                                     11:56

16   Q.  Yes?

17   A.  Yes.

18   Q.  Okay.  Prior to seeing Mehserle also

19   involved in the handcuffing of Oscar, had you heard

20   him say anything at all?                          11:56

21   A.  No, not that I can remember.

22   Q.  All right.  Had you seen -- well, strike

23   that.  If that's the first time you saw him, then I

24   just won't ask you anything else about that.

25   So the first time you see Mehserle is when        11:56

87

1   Officer Pirone doing as Oscar is laying face down?

2        A.  He sort of like has his knee like on the

3   back of his -- I would say neck or kind of neck,

4   back.

5        Q.  Pirone has his knee somewhere near Oscar's          12:02

6   neck on his back?

7        A.  Yeah.  And --

8        Q.  Is he grabbing at Oscar's hands at all?

9        A.  I think he may have been.

10       Q.  All right.  And where in relation to           12:03

11  Oscar's body is Officer Mehserle?

12       A.  Excuse me?

13       Q.  Where in relation to Oscar at that time is

14  Officer Mehserle?

15       A.  Behind him.                                     12:03

16       Q.  Behind Oscar?

17       A.  Yes.

18       Q.  And can you see from where you are what

19  Mehserle is doing?

20       A.  Mehserle is more grabbing his arms --           12:03

21  Oscar's arm.

22       Q.  All right.  Both of his arms?

23       A.  Just one.

24       Q.  Which one if you recall?

25       A.  Maybe the right one.                            12:03

Aiken Welch Court Reporters     M. Greer     4/22/10

1          MR. ALLEN:  Can we clarify that?  He

2     answered in a negative to your question just so

3     we're clear on the record.

4          MR. RAINS:  Good point.  This just has to

5     be sure with making sure we're on the same page.          12:08

6          Why don't you read that back, Cathy?

7          (Record read.)

8     BY MR. RAINS:

9          Q.  So when you answered that question, no,

10    you meant that's correct; is that right?                  12:08

11         A.  Correct.

12         Q.  I want to make sure.  Let's do that again,

13    so that we make sure we're right.

14         Am I correct if I say that you did not see

15    Mehserle stand up from where he was, draw his gun,        12:09

16    and actually shoot the shot into Mr. Grant's back?

17    You did not see that; am I correct?

18         A.  Correct.  I did not see that.

19         Q.  By the way, as Mehserle was trying to get

20    Oscar's right hand, and as you believe he may have        12:09

21    actually gotten the right hand and handcuffed it,

22    what position was Mehserle in then?  Was he on his

23    knees?  Was he bent over standing?  What do you

24    remember seeing him?

25         A.  He was kind of on his knees too.                 12:09

Aiken Welch Court Reporters     M. Greer     4/22/10

1    Q.   Okay.   Do you remember him being on both

2    knees or one knee or do you recall?

3         A.   I don't recall.

4         Q.   He could have been on one knee, or he

5    could have been on both knees?                          12:09

6         A.   Yeah.

7         Q.   All right.   But when you heard the shot go

8    off and you looked in his direction, he was

9    definitely at that time standing straight up?

10        A.   Correct.                                       12:10

11        Q.   With his gun out pointed directly down at

12   Mr. Grant?

13        A.   Correct.

14        Q.   Now, do you recall seeing -- strike that.

15             Do you recall right after the shooting and    12:10

16   Mr. Mehserle putting the gun in his holster him

17   saying anything?

18        A.   No.

19        Q.   Do you remember if he may have said oh,

20   shit, oh, shit?                                          12:10

21        A.   No.   I can't recall.

22        Q.   Do you remember that you told the BART

23   investigators that as soon as Mehserle put his gun

24   in his holster he said oh, shit, oh, shit?

25        A.   I believe somebody might have said it.         12:10

1    I'm not sure exactly who said it though.

2        Q.  So your recollection is it could have been

3    Mehserle or it could have been somebody else who

4    said that?

5        A.  Correct.                                    12:11

6        Q.  It wasn't you who said it?

7        A.  No.

8        Q.  It came from somewhere in the vicinity of

9    where Oscar and Mehserle were at the time?

10       A.  It may have, yeah.                           12:12

11       Q.  All right.  Did you look at Mehserle's

12   face after the shooting occurred?

13       A.  I kind of glanced, but he kind of walked

14   off.

15       Q.  All right.  Let me read to you here what I   12:12

16   have an excerpt of your interview that occurred

17   actually in Dr. Griffin's office by Mr. Burris'

18   investigator.

19           You said the following.  I'm just going to

20   see if you remember saying this.  "And then before  12:12

21   he can say anything else, the dude who was

22   handcuffing him like stood up, like let both arms

23   go and stood up and shot him all in his back.  And

24   then go and say -- he backed up and said -- put his

25   gun back in his holster and said oh, shit, oh,       12:13

Aiken Welch Court Reporters      M. Greer      4/22/10

1    shit."

2         Do you remember telling that to

3    Mr. Burris' investigator?

4       A.  I remember saying that, yes.

5       Q.  Just so we're clear on that, you don't    12:13

6    believe you would have lied or misrepresented what

7    you said to Mr. Burris' investigator, would you?

8       A.  I wouldn't necessarily say I was lying.

9    Somebody said it.  I'm not sure exactly who said

10   it.                                               12:13

11      Q.  All right.  You remember seeing Oscar

12   being handcuffed after he was shot?

13      A.  Yeah.

14      Q.  And when I say handcuffed, as I recall

15   from your earlier testimony, you believe that they  12:13

16   already had a handcuff on Oscar's right hand; is

17   that correct?

18      A.  Correct.

19      Q.  So they would have then applied the

20   handcuff to his left hand; is that right?         12:14

21      A.  Correct.

22      Q.  And then after they applied the handcuff

23   to his left hand, what did the officers do next if

24   you recall?

25      A.  They both walked off.                      12:14

Aiken Welch Court Reporters    M. Greer    4/22/10

1    Q.  They just walked off?

2    A.  Yeah.

3    Q.  Did you see either of them go into Oscar's

4  pockets or do what appeared to be any type of

5  search?                                                    12:14

6    A.  Not that I can remember, no.

7    Q.  When you say they walked off, who do you

8  mean they?

9    A.  Pirone and Mehserle.

10   Q.  Okay.  Was there anybody else in the          12:14

11  vicinity at the time that walked off with them?

12   A.  No.  I don't believe so.

13   Q.  Did you hear Pirone and Mehserle say

14  anything to each other?

15   A.  No.                                                   12:14

16   Q.  Right after the shot was fired, did you

17  hear Mehserle say anything other than perhaps

18  saying oh, shit, oh, shit?

19   A.  No.

20   Q.  I'm sorry, Mr. Greer.  I may have asked      12:15

21  you this, and I can't remember.

22       Did you see if Mehserle had a certain look

23  on his face?  Do you remember what his face looked

24  like?

25   A.  No.  Because like I said, they turned          12:15

Aiken Welch Court Reporters    M. Greer    4/22/10

1    around and walked off.  So I could only see the

2    back of him.

3       Q.  All right.  Do you remember ever seeing

4    some BART tickets on the platform right about the

5    time Mr. Grant was shot or right after?      12:15

6       A.  No.

7       Q.  Did you have BART tickets with you that

8    night?

9       A.  BART tickets in plural, like more than

10    one?      12:15

11       Q.  A BART ticket?

12       A.  Yeah.  I had a BART ticket.

13       Q.  You didn't see anybody remove a BART

14    ticket or tickets from someone's clothes and throw

15    them on the platform?      12:16

16       A.  No.

17       Q.  All right.  After you saw Mehserle and

18    Pirone walk away after Mr. Grant was handcuffed,

19    did you see Officer Mehserle any time later that

20    night or morning?      12:16

21       A.  No, not that I can recall.  No.

22       Q.  You had no -- strike that.

23       I take it Mehserle never said anything to

24    you at any time during that entire encounter; is

25    that correct?      12:16

1      A.  Correct.

2      Q.  Mr. Greer, just so I'm clear on this, on

3  the night that this event happened, were you

4  injured at all that night?.

5      A.  In what type of way?  What do you mean by      12:17

6  injured?

7      Q.  Did you suffer any injuries at all during

8  the course of the evening?

9      A.  No.

10     Q.  Did you -- strike that.                        12:17

11         Were you aware that Oscar was on probation

12  that night?

13     A.  No.

14     Q.  Isn't it true that Oscar had been arrested

15  by the San Leandro Police Department about a couple   12:17

16  years earlier when he was a passenger in your car?

17     A.  In San Leandro?

18     Q.  Yes.

19     A.  A passenger in my car?

20     Q.  Yes.                                           12:17

21     A.  No.  I wasn't driving.

22     Q.  Were you with Oscar when he was arrested

23  for possessing a weapon in San Leandro?

24     A.  Yes, I was.

25     Q.  Who was driving that car?                      12:18

Aiken Welch Court Reporters      M. Greer      4/22/10

1     Q.  Would there be any reason you would not

2   tell the BART police that the injury to your nose

3   was caused by Pirone?

4     A.  That night I didn't even know my nose was

5   bleeding.

6     Q.  All right.  Jamil Dewar -- that is his

7   last name, Dewar, correct?

8     A.  Correct.

9     Q.  Did you ever tell the BART police that

10   Jamil's last name was Smith?

11     A.  No.

12     Q.  When you were on the platform, did you

13   hear anyone in your group use the word bitch?

14     A.  No.

15     Q.  You didn't hear any of the -- well, did

16   you hear any of the officers use any racial

17   profanity on the platform?

18         MR. POINTER:  Objection.  Asked and

19   answered.

20         THE WITNESS:  Yeah.  I don't remember too

21   much talking that was going on, period, out there.

22   BY MR. RAPOPORT:

23     Q.  Okay.  You were, as you've been previously

24   asked, transported from the platform to the BART

25   Police Department.

Aiken Welch Court Reporters     M. Greer, Vol. II     11/2/10

1              Do you recall the description of the

2     officer who transported you?

3              MR. POINTER:  Objection.  Asked and

4     answered.

5              THE WITNESS:  He was a heavyset white

6     dude.

7     BY MR. RAPOPORT:

8        Q.  Did you ask the officer why you were

9     being -- any officer why you were being detained?

10             MR. POINTER:  Same objection.  Asked and

11    answered.

12             THE WITNESS:  Yes.  Yeah, I did.

13    BY MR. RAPOPORT:

14       Q.  When is your first recollection of asking

15    someone why you were being detained -- some police

16    officer?  I'm sorry.

17       A.  In the police car.

18       Q.  Okay.  And do you recall what was told to

19    you by this big white dude?

20       A.  Yeah.

21       Q.  What did he say?

22       A.  He said really he don't know what's going

23    on.  He just said this is fucked up.  I don't know

24    what's going on.  He was like all I know is that I

25    got to take you to the police department.

1    derogatory terms or direct any racially derogatory

2    comments at you or any of your friends?

3              MR. POINTER:  That he was aware of at the

4    time or as he sits here today?

5    BY MR. ALLEN:

6         Q.  I'm asking him if he ever heard any

7    racially derogatory terms or racially derogatory

8    comments directed at you or your friends in the

9    eight hours or so that you interacted with Pirone

10   from the moment he first contacted you to the

11   moment you guys were released at the Lake Merritt

12   BART police station?

13        A.  Not that I know of.

14        Q.  Did you ever hear the word nigger used

15   that night by anybody?

16        A.  I don't remember.

17        Q.  Nigel Bryson said he used the word nigga,

18   n-i-g-g-a.

19              Did you use that -- did you hear that term

20   used by anyone that night on the platform or

21   leading up to when they were released from the BART

22   police station?

23        A.  Not that I heard -- I don't --

24        Q.  Before we leave this topic, I want to make

25   sure we're absolutely clear what I'm asking you.

1      You understand what the word racially

2  derogatory term means; is that correct?

3      A.  Yes.

4      Q.  And you understand what a racial slur

5  means?

6      A.  Yes.

7      Q.  And you understand that nigger is a

8  racially derogatory term?

9      A.  Yes.

10     Q.  Nigel Bryson says nigga is not a racially

11  derogatory term.

12         Do you agree with that?

13     A.  It is.

14     Q.  But as you sit here today, you cannot

15  remember anyone using any terms that were racially

16  derogatory toward you or toward any of your friends

17  between the time Pirone contacted you and the time

18  you got -- you at least were released from the BART

19  station; am I correct?

20     A.  Correct.

21     Q.  The previous times the police have

22  contacted you either through an arrest or a

23  detention, did anyone ever have to use -- any

24  police officer ever have to use physical force on

25  you?

1    STATE OF CALIFORNIA      )

2                             )

3    COUNTY OF ALAMEDA        )

4

5         I, CATHLEEN M. MEUTER, do hereby certify:

6         That MICHAEL GREER, in the foregoing deposition

7    named, was present and by me sworn as a witness in the

8    above-entitled action at the time and place therein

9    specified;

10        That said deposition was taken before me at said

11   time and place, and was taken down in shorthand by me, a

12   Certified Shorthand Reporter of the State of California,

13   and was thereafter transcribed into typewriting, and that

14   the foregoing transcript constitutes a full, true and

15   correct report of said deposition and of the proceedings

16   that took place;

17        IN WITNESS WHEREOF, I have hereunder subscribed my

18   hand this 3rd day of May 2010.

19

20

21

22

23   _____

24   CATHLEEN M. MEUTER, CSR No. 12950
     State of California

25

Aiken Welch Court Reporters       M. Greer      4/22/10

1          IN THE UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                    ---o0o---
   WANDA JOHNSON, individually and
4  as personal representative of the
   ESTATE OF OSCAR J. GRANT III; the
5  ESTATE OF OSCAR J. GRANT III;
   SOPHINA MESA, as Guardian ad Litem
6  of minor, T.G.,

7       Plaintiffs,
   vs.                          No.  C09-00901 MHP
8  BAY AREA RAPID TRANSIT DISTRICT;
   GARY GEE, in his official capacity
9  as CHIEF OF POLICE for BAY AREA
   RAPID TRANSIT DISTRICT; JOHANNES
10 MEHSERLE, individually and in his
   official capacity as a police officer
11 for BART; ANTHONY PIRONE, individually
   and in his official capacity as a
12 police officer for BART; MARYSOL
   DOMENICI, individually and in her
13 official capacity as a police officer
   for BART; and DOES 1-50, inclusive,
14
        Defendants.
15 _____/

16

17          VIDEOTAPED DEPOSITION OF MICHAEL GREER

18                     VOLUME II

19                (Pages 118 to 271)

20          Taken before CATHLEEN M. MEUTER

21                 CSR No. 12950

22                November 2, 2010

23

24

25