**EXHIBIT N**

1           IN THE UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                    ---O0O---
    WANDA JOHNSON, individually and
4   as personal representative of the
    ESTATE OF OSCAR J. GRANT III; the
5   ESTATE OF OSCAR J. GRANT III;
    SOPHINA MESA, as Guardian ad Litem
6   of minor, T.G.,

7       Plaintiffs,
    vs.                No.  C09-00901 MHP
8   BAY AREA RAPID TRANSIT DISTRICT;
    GARY GEE, in his official capacity
9   as CHIEF OF POLICE for BAY AREA
    RAPID TRANSIT DISTRICT; JOHANNES
10  MEHSERLE, individually and in his
    official capacity as a police officer
11  for BART; ANTHONY PIRONE, individually
    and in his official capacity as a
12  police officer for BART; MARYSOL
    DOMENICI, individually and in her
13  official capacity as a police officer
    for BART; and DOES 1-50, inclusive,

14
        Defendants.
15  _____/

16

17       VIDEOTAPED DEPOSITION OF OSCAR GRANT, JR.

18

19       Taken before CATHLEEN M. MEUTER

20             CSR No. 12950

21            December 3, 2010

22

23

24

25

10

1   questions that you think are very obvious or kind

2   of stupid, to put it bluntly.  I'm not doing that

3   in order to insult your intelligence or in order to

4   play any tricks on you or anything like that.

5          It's just that my purpose here is to get a

6   complete record.  And in doing so, I may need to

7   ask questions that appear to you to be somewhat

8   obvious, so I hope you don't take offense.

9          Do you understand?

10   A.        Yes.

11   Q.        Thank you.  I'm going to ask you some

12   questions about your own background.  And this

13   first one may be an example of one of the ones that

14   is a bit obvious.

15          What is your current address?

16   A.        Right here at Vacaville.

17   Q.        Do you know the street address?

18   A.        It's P.O. Box 4000, Vacaville, California

19   95 -- 95696.

20   Q.        And is this a prison?

21   A.        Yes.

22   Q.        What's the name of the prison to your

23   knowledge?

24   A.        Solano.

25   Q.        Do you currently have a cellmate?

1    CYA.

2         Q.        But that was juvenile, right?

3         A.        Juvenile.

4         Q.        Okay.  I'm only interested in those --

5         A.        Only adult is right now, what I'm in here

6    for right now.  That's the only adult.

7         Q.        And what's that?

8         A.        Murder.

9         Q.        What degree?

10        A.        First.

11        Q.        When was the conviction?

12        A.        '86, '85, '86.

13        Q.        How old were you at the time?

14        A.        Twenty.

15        Q.        Have you been incarcerated ever since that

16   conviction?

17        A.        Yes.

18        Q.        Have you been here at Solano that whole

19   time?

20        A.        No.

21        Q.        How long have you been at Solano?

22        A.        I've been in Solano eight years now.

23        Q.        Where were you before that?

24        A.        Well, I been around.  I been to old

25   Folsom, new Folsom, (inaudible), Susanville.

1     **A.**     No.

2     **Q.**     Do you have any children other than Oscar

3     Grant, III?

4     **A.**     No.

5     **Q.**     So I'm going to start asking you some

6     questions about your relationship with your son.

7     And when I say your son, then I'm referring to

8     Oscar Grant, III.

9     Do you understand?

10     **A.**     Yes.

11     **Q.**     When was your son born?

12     **A.**     My son was born February 27th, 1986.

13     **Q.**     Were you incarcerated at the time?

14     **A.**     Yes.

15     **Q.**     Who is the mother of your son?

16     **A.**     Wanda Johnson.

17     **Q.**     And how long had you known Ms. Johnson

18     before your son was born?

19     **A.**     I been knowing her a long time.  I known

20     her since we were youngsters.

21     **Q.**     Did you ever marry Ms. Johnson?

22     **A.**     Yes, I did.

23     **Q.**     When was that?

24     **A.**     I married her in '86.

25     **Q.**     Were you incarcerated at the time?

1      A.       Yes.

2      Q.       Was your son born at the time?

3      A.       Yes, he was.

4      Q.       So this was in the same year that your son

5   was born but after your son was born; is that

6   correct?

7      A.       Yes.

8      Q.       Are you still married to her?

9      A.       No, not still married.

10     Q.       I'm sorry?

11     A.       No.

12     Q.       When did the marriage end?

13     A.       Like '96, '97.

14     Q.       Is there an actual divorce?

15     A.       Yes, it is.

16     Q.       And the divorce became final in '96 or

17   '97?

18     A.       Yes.

19     Q.       Did you consider yourself separated from

20   Ms. Johnson at any point before that?

21     A.       No, because we always stay in contact with

22   each other.  So, you know, she always make sure I

23   see my son.  So I really never really trip on none

24   of that.

25     Q.       What were the reasons for the divorce?