LAW OFFICES OF
# JOHN L. BURRIS
www.johnburrislaw.com

**John L. Burris**
**Ben Nisenbaum**
**Adanté D. Pointer**
**Steven R. Yourke**

John.Burris@JohnBurrisLaw.com
Ben.Nisenbaum@JohnBurrisLaw.com
Adante.Pointer@JohnBurrisLaw.com
Steven.Yourke@JohnBurrisLaw.com

April 5, 2011

Honorable Marilyn H. Patel
Senior District Judge
United States District Court
450 Golden Gate Avenue
Courtroom 15 -18th floor
San Francisco, California 94102

> Re:   **Johnson, et al. v. BART, et al.** Case No.: 3:09-cv-00901 MHP
> **Procedure for April 11, 2011 Summary Judgment Hearing**

Dear Judge Patel:

Plaintiffs write this correspondence as an objection to Defendants' correspondence to the Court dated April 1, 2011, docket number 199 wherein Defendants set forth their preferred order for arguing the cross motions for summary judgment at the April 11, 2011 Summary Judgment Hearing ("Hearing").

Plaintiffs acknowledge that the Court may in fact have its own prerogative as to how the Hearing will be conducted and stand ready to adhere to the Court's guidelines thereof. However, Plaintiffs object to the Defendants' proposal on the grounds that it will serve to confuse and obfuscate the material issues raised on summary judgment and unnecessarily prolong the Hearing.

Plaintiffs oppose Defendants' suggested order of argument and instead respectfully request the Court instruct the parties to present their arguments in three phases with questions, comments or rulings interposed by the Court as it deems fit:

**Phase I -**
- Plaintiffs argue their Summary Judgment Motion
- Defendants argue their opposition to Plaintiffs' motion

**Phase II-**
- Defendants argue their Summary Judgment Motion regarding all causes of action with the exception of the Monell liability causes of action

AIRPORT CORPORATE CENTRE • 7677 OAKPORT STREET, SUITE 1120 • OAKLAND, CA 94621 • TEL (510) 839-5200 • FAX (510)839-3882

- Plaintiffs argue their opposition to Defendants' motion

**Phase III-**
- The Defendants argue their summary judgment motion regarding Monell liability causes of action
- Plaintiffs argue their opposition to Plaintiffs' motion

Plaintiffs further request that the parties be permitted to allow any of the attorneys of record to present argument and/or lead their respective party's argument.

Sincerely,

/s/

John L. Burris