Michael L. Rains (SBN 091013)
Lara Cullinane-Smith (SBN 268671)
**RAINS LUCIA STERN, PC**
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

Attorneys for Defendant
JOHANNES MEHSERLE




**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**WANDA JOHNSON, individually and as personal representative of the ESTATE OF OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.,**

vs.

**BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT; DOROTHY DUGGER, in her official capacity as GENERAL MANAGER for BART; JOHANNES MEHSERLE, individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,**

Defendants.

**No. C09-00901 ~~MHP~~ EMC**

**Consolidated Cases:**
**C09-04014 MHP (Oscar Grant, Jr.)**
**C09-04835 MHP (Bryson, et al.)**
**C10-00005 MHP (Caldwell)**

**NOTICE OF APPEAL**

ORIGINAL

Notice is hereby given that JOHANNES MEHSERLE, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order denying Defendant's Motion for Summary Judgment based on Qualified Immunity entered in this action on the 9th day of May, 2011.

Dated: June 8, 2011

Respectfully Submitted,

RAINS LUCIA STERN, PC

w/Express Permission

By: Michael L. Rains
Attorneys for Defendant
JOHANNES MEHSERLE

**PROOF OF SERVICE**

Case Name: *Johnson et al. v. Bay Area Rapid Transit District et al.*
United States District Court Northern District of California
Case No.: 3:09-cv-00901-MHP

I, Dwaine Jones, am a citizen of the United States, and am over 18 years of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains Lucia Stern, P.C., 2300 Contra Costa Blvd., Suite 500, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**NOTICE OF APPEAL**

upon all parties addressed as follows:

John L. Burris
Adante Pointer
Law Offices of John L. Burris
7677 Oakport Street
Suite 1120
Oakland, CA 94621
Email: john.burris@johnburrislaw.com
Email: adante.pointer@johnburrislaw.com

Dale L. Allen, Jr.
Low Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
dallen@lowball.com

William R. Rapoport
Law Offices of William R. Rapoport
643 Bair Island Road, Suite 400
Redwood City, CA 94063
williamrapoport@yahoo.com

Alison Berry Wilkinson
Berry Wilkinson Law Group
4040 Civic Center Drive
Suite 200
San Rafael, CA 94903
Alison@berrywilkinson.com

Panos Lagos
5032 Woodminster Lane
Oakland, CA 94602-2614
panoslagos@aol.com

said service was effected as indicated below:

☒ U.S. MAIL: by placing the document(s) listed above in a sealed envelope, with First Class postage thereon fully prepaid, and deposited same in the United States mail at Pleasant Hill, California, addressed as set forth below. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, in the ordinary course of business.

☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

☐ VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

☐ PERSONAL DELIVERY: by causing the document(s) to be personally delivered to the person(s) at the address(es) set forth above on ________________.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on June 8, 2011, at Pleasant Hill, California.

Dwaine Jones