

FILED
2011 JUN 10 A 9:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  WILLIAM R. RAPOPORT, ESQ. (SBN 47086)
   LAW OFFICES OF WILLIAM R. RAPOPORT
2  643 Bair Island Road, Suite 400
   Redwood City, CA 94063
3  Tel: (650) 340-7107
   Fax: (650) 572-1857
4  williamrapoport@yahoo.com

5  Attorneys for Defendant
   ANTHONY PIRONE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G., <br><br>Plaintiffs, <br><br>vs. <br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART, ANTHONY PIRONE, individually and in his personal capacity as a police officer for the Bay Area Rapid Transit District; and DOES 1-50, inclusive <br><br>Defendants. | CASE NO.: C09-00901 EMC <br><br>Consolidated Cases: <br>C09-04014 MHP EMC (Oscar Grant, Jr.) <br>C09-04835 MHP EMC (Bryson, et al.) <br>C10-00005 MHP EMC (Caldwell) <br><br>NOTICE OF APPEAL |

NOTICE OF APPEAL

1   NOTICE IS HEREBY GIVEN THAT Defendant ANTHONY PIRONE hereby appeals
2   to the United States Court of Appeals for the Ninth Circuit from an order denying Defendant's
3   Motion for Summary Judgment based on Qualified Immunity, which was entered in this action
4   on May 9, 2011.

6   Dated: June 9, 2011

7                                        Respectfully submitted,
8                                        LAW OFFICES OF WILLIAM R. RAPOPORT

10                                       [signature]
                                         William R. Rapoport
11                                       Attorney for Defendant ANTHONY PIRONE,
                                         individually and in his official capacity as a police
12                                       officer for the BAY AREA RAPID TRANSIT
                                         DISTRICT

1

NOTICE OF APPEAL

Case3:09-cv-00901-EMC Document213 Filed06/10/11 Page3 of 4

Wanda Johnson, et al. v. Bay Area Rapid Transit District, et al.
United States District Court, Northern District of California - Case No. C09-00901 EMC

PROOF OF SERVICE BY MAIL -- CCP 1013, 2015.5

I declare that: I am employed in the County of San Mateo, California. I am over the age of eighteen (18) and not a party to the within entitled cause; my business address is 643 Bair Island Road, Suite 400, Redwood City, California 94063 .

On the date below, in the manner indicated, I caused the within document(s) entitled

### NOTICE OF APPEAL

to be served on the party(s) or their attorney(s) of record in this action:

[X] **Via Mail:** That I am readily familiar with our business practice for collection and processing of mail. On the same day that correspondence is placed for collection and mailing, it is deposited with the United States Postal Service that same day in the ordinary course of business, that the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence is placed for deposit in the United States Postal Service and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ] Via Personal Service: I instructed each envelope to be hand-delivered via ____.

[ ] Via Overnight Courier: I caused each envelope to be delivered via overnight mail by _____.

[ ] Via Facsimile: I instructed such to be transmitted via facsimile to the office(s) of the addressee(s).

[X] **Via e-File:** Filing parties were served by e-file

Addressed as follows:

| | |
|---|---|
| John L. Burris, Esq.<br>Adante D. Pointer, Esq.<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>john.burris@johnburrislaw.com<br>adante.pointer@johnburrislaw.com | Attorneys for: **Plaintiffs**<br><br>**Fax: (510) 839-3882** |
| Dale L. Allen, Jr., Esq.<br>Linda Meyer, Esq. | Attorneys for: **Defendants, Bay Area Rapid Transit District and Gary Gee in his official** |

Wanda Johnson, et al. v. Bay Area Rapid Transit District, et al.
United States District Court, Northern District of California - Case No. C09-00901 EMC

| | |
|---|---|
| Dirk D. Larsen, Esq.<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, CA 94111-2584<br>dallen@lowball.com<br>lmeyer@lowball.com<br>dlarsen@lowball.com | capacity as Chief of Police for Bay Area Rapid Transit District<br><br>**Fax:** (415) 982-1634 |
| Michael Rains, Esq.<br>Rains, Lucia & Stern LLP<br>2300 Contra Costa Blvd., Suite 230<br>Pleasant Hill, CA 94523<br>Mrains@rlslawyers.com | Attorneys for: **Johannes Mehserle**<br><br>**Fax:** (925) 609-1690 |
| Alison Berry Wilkinson, Esq.<br>BERRY WILKINSON LAW GROUP<br>4040 Civic Center Dr., Ste. 200<br>San Rafael, CA 94903<br>alison@berrywilkinson.com | Attorneys for: **Defendant Marysol Domenici**<br><br>(415) 259-6638 Office and Fax |
| Shimea C. Anderson, Esq.<br>385 Grand Avenue, suite 201<br>Oakland, CA 94610<br>Shimealaw@gmail.com | Attorney for: **Plaintiff Johntue Coldwell**<br><br>**Fax:** (510) 280-0830 |
| Panos Lagos<br>Law Offices of Panos Lagos<br>5032 Woodminster Lane<br>Oakland, CA 94602<br>panoslagos@aol.com | Attorney for: **Plaintiff Oscar Grant, Jr.**<br><br>**Fax:** (510) 530-4725 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 9, 2011, at San Mateo, California.

Selene Wilkes