Alison Berry Wilkinson (SBN 135890)
BERRY | WILKINSON | LAW GROUP
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone/Facsimile: 415.259.6638
Email: alison@berrywilkinson.com

Attorneys for
MARYSOL DOMENICI

FILED
2011 JUN 10 A 9 03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G., <br><br>Plaintiffs,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART, ANTHONY PIRONE, individually and in his personal capacity as a police officer for the Bay Area Rapid Transit District; and DOES 1-50, inclusive<br><br>Defendants. | CASE NO.: C09-00901 EMC<br><br>Consolidated Cases:<br>C09-04014 EMC (Oscar Grant, Jr.)<br>C09-04835 EMC (Bryson, et al.)<br>C10-00005 EMC (Caldwell)<br><br>NOTICE OF APPEAL |

1

NOTICE OF APPEAL

1  NOTICE IS HEREBY GIVEN THAT Defendant MARYSOL DOMENICI hereby
2  appeals to the United States Court of Appeals for the Ninth Circuit from an order denying
3  Defendant's Motion for Summary Judgment based on Qualified Immunity, which was entered in
4  this action on May 9, 2011.

6  Dated: June 8, 2011

Respectfully submitted,

Berry | Wilkinson | Law Group

Alison Berry Wilkinson
Attorney for Defendant MARYSOL DOMENICI,
individually and in her official capacity as a police
officer for the BAY AREA RAPID TRANSIT
DISTRICT

2

NOTICE OF APPEAL

# PROOF OF SERVICE

### *Johnson v. Bay Area Rapid Transit District*
### U.S.D.C. N.D. Case No. 3:09-cv-00901 MHP

I, Alison Berry Wilkinson, am a citizen of the United States, and am over 18 years of age. I am employed in Marin County and am not a party to the above-entitled action. My business address is Berry Wilkinson Law Group, 4040 Civic Center Drive, Suite 200, San Rafael, CA 94903. On the date set forth below I served a true and correct copy(ies) of the following document(s):

### NOTICE OF APPEAL

upon all parties addressed as follows:

### *See attached Service List*

said service was effected as indicated below:

[ ] HAND DELIVERY - I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

[ ] FACSIMILE TRANSMISSION - I caused true and correct copies of the above-referenced document(s) to be delivered by facsimile transmission.

[ ] ELECTRONIC MAIL – I caused true and correct copies of the above-referenced document(s) to be delivered by electronic mail transmission.

[ ] OVERNIGHT DELIVERY - I placed true and correct copies of above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with fees prepaid in a receptacle regularly maintained by Federal Express.

[X] MAIL - I placed true and correct copies of above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on ___9 Jun 2011___, at San Rafael, California.

_____
Alison Berry Wilkinson

## SERVICE LIST:

1. <u>Counsel for Plaintiffs (Wanda Johnson, et al)</u>
   Law Offices of John L. Burris
   7677 Oakport Street, Suite 1120
   Oakland, CA 94621

2. <u>Counsel for Plaintiff Johntue Caldwell</u>
   Shimea C. Anderson
   385 Grand Avenue, Suite 201
   Oakland, CA 94610

3. <u>Counsel for Plaintiff Oscar Grant, Jr.</u>
   Panos Lagos
   5032 Woodminster Lane
   Oakland, CA 94602

4. <u>Counsel for Defendant Anthony Pirone</u>
   William R. Rapoport
   634 Bair Island Road, Suite 400
   Redwood City, CA 94063

5. <u>Counsel for Defendant Johannes Mehserle</u>
   Michael L. Rains
   Rains Lucia Stern
   2300 Contra Costa Blvd., Ste. 230
   Pleasant Hill, CA 94523

6. <u>Counsel for Defendants Bay Area Rapid Transit District, et al.</u>
   Dale L. Allen
   Low Ball & Lynch
   505 Montgomery Street, 7th Floor
   San Francisco, CA 94111