**United States District Court**
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6   WANDA JOHNSON,                              Case No.  C09-00901 EMC (JCS)
7              Plaintiff(s),
                                                **ORDER TO SUBMIT SETTLEMENT**
8        v.                                     **CONFERENCE STATEMENTS**
9   BAY AREA RAPID TRANSIT DISTRICT,
10             Defendant(s).
    _____/
11
12        IT IS HEREBY ORDERED that updated settlement conference statements shall be due by
13   Noon on Friday, June 24, 2011.
14        All other provisions of this Court's original Notice and Settlement Conference Order remain
15   in effect.
16
17   Dated:  June 23, 2011
18                                        _____
19                                        JOSEPH C. SPERO
                                          United States Magistrate Judge
20
21
22
23
24
25
26
27
28