Shimea C. Anderson SBN No.:234717
LAW OFFICE OF SHIMEA C. ANDERSON
385 Grand Avenue, Suite 201
Oakland, CA 94610
Phone(510) 208-2800
Fax:(510) 280-0830
Email: Shimealaw@gmail.com

Attorney for Plaintiff
JOHNTUE CALDWELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNTUE CALDWELL,<br><br>                    Plaintiff<br><br>     vs.<br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>                    Defendants.<br><br>AND ALL RELATED CASES:<br><br>WANDA JOHNSON, ET AL.,<br>          Case No.: C09-00901 EMC<br>_____/<br><br>JACK BRYSON, JR., ET AL.,<br>          Case No.: C09-04835 EMC<br>_____/<br><br>OSCAR JULIUS GRANT, ET. AL.<br>          Case No.:09-4014 EMC | CASE NO.: C10-00005<br><br>STIPULATION CONTINUING AUGUST 12, 2011 CASE MANAGEMENT AND PROPOSED ORDER<br><br><br><br>Date: August 12, 2011<br>Time: 9:00 a.m.<br>Judge: District Judge Edward M. Chen |

STIPULATION/ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE          - 1 -
CASE NO.: C10-00005 MHP (JCS)

1 TO THE HONORABLE DISTRICT JUDGE EDWARD M. CHEN:

2     The parties hereto, by and through their attorneys of record, agree that the Case Management
3 Conference scheduled for August 12, 2011 at 9:00 am before the Honorable Judge Edward M. Chen
4 is continued for at least thirty days on a date and time set by the Court.

5     SO STIPULATED.

6 Dated: August 4, 2011                    LAW OFFICE OF SHIMEA C. ANDERSON

7

8                                           By___/s/ Shimea C. Anderson
9                                           SHIMEA C. ANDERSON
                                          Attorneys for Plaintiff
10                                           JOHNTUE CALDWELL

11
Dated: August 4, 2011                      LOW, BALL & LYNCH
12

13                                           By__/s/ Dirk D. Larsen
14                                           DALE L. ALLEN, JR.
                                          LINDA MEYER
15                                           DIRK D. LARSEN
                                          Attorneys for Defendants
16                                           BAY AREA RAPID TRANSIT DISTRICT,
                                          GARY GEE in his official capacity as CHIEF OF
17                                           POLICE for BAY AREA RAPID TRANSIT
                                          DISTRICT and DOROTHY DUGGER in her official
18                                           capacity as GENERAL MANAGER for BAY AREA
                                          RAPID TRANSIT DISTRICT

19
Dated: August ____, 2011               RAINS, LUCIA & STERN
20

21

22                                           By_____(SEE ATTACHED)
                                          MICHAEL L. RAINS
23                                           Attorneys for Defendant
                                          JOHANNES MEHSERLE
24
Dated: August 4, 2011                      BERRY WILKINSON LAW GROUP
25

26

27                                           By__/s/ Alison Berry Wilkinson
                                          ALISON BERRY WILKINSON
                                          Attorney for Defendant
28                                           MARYSOL DOMENICI

1  Dated: August 4, 2011                         LAW OFFICES OF WILLIAM R. RAPOPORT

                                                By  /s/ William R. Rapoport
                                                WILLIAM R. RAPOPORT
                                                Attorneys for Defendant
                                                ANTHONY PIRONE

///
///
///
///
///

STIPULATION/ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE                - 3 -
CASE NO.: C10-00005 MHP (JCS)

1  TO THE HONORABLE DISTRICT JUDGE EDWARD M. CHEN:

2      The parties hereto, by and through their attorneys of record, agree that the Case Management

3  Conference scheduled for August 12, 2011 at 9:00 am before the Honorable Judge Edward M. Chen

4  is continued for at least thirty days on a date and time set by the Court.

5      SO STIPULATED.

6  Dated: August ____, 2011                    LAW OFFICE OF SHIMEA C. ANDERSON

7

8                                              By_____
                                                SHIMEA C. ANDERSON
9                                               Attorneys for Plaintiff
                                                JOHNTUE CALDWELL
10

11
    Dated: August ____, 2011                    LOW, BALL & LYNCH
12

13                                              By_____
                                                DALE L. ALLEN, JR.
14                                              LINDA MEYER
                                                DIRK D. LARSEN
15                                              Attorneys for Defendants
                                                BAY AREA RAPID TRANSIT DISTRICT,
16                                              GARY GEE in his official capacity as CHIEF OF
                                                POLICE for BAY AREA RAPID TRANSIT
17                                              DISTRICT and DOROTHY DUGGER in her official
                                                capacity as GENERAL MANAGER for BAY AREA
18                                              RAPID TRANSIT DISTRICT

19
    Dated: August ____, 2011                    RAINS, LUCIA & STERN
20

21
                                                By /s/ Lara Cullinane-Smith_____
22                                              MICHAEL L. RAINS
                                                LARA CULLINANE-SMITH
23                                              Attorneys for Defendant
                                                JOHANNES MEHSERLE
24

25  Dated: August ____, 2011                    BERRY WILKINSON LAW GROUP

26

27                                              By_____
                                                ALISON BERRY WILKINSON
28                                              Attorney for Defendant
                                                MARYSOL DOMENICI

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that:

The Case Management Conference scheduled for August 12, 2011 is continued to September 30, 2011 at 9:00, in Courtroom 17.

Dated: August 10, 2011

HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen