

FILED

SEP 20 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| WANDA JOHNSON, individually and as personal represenative of the Estate of Oscar J. Grant III; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BAY AREA RAPID TRANSIT DISTRICT; et al., <br><br> Defendants, <br><br> and <br><br> ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART, <br><br> Defendant - Appellant. | No. 11-16480 <br><br> D.C. Nos.    3:09-cv-00901-EMC <br>                    3:09-cv-04014-EMC <br>                    3:09-cv-04835-EMC <br>                    3:10-cv-00005-EMC <br><br> Northern District of California, San Francisco |
| WANDA JOHNSON, individually and as personal represenative of the Estate of Oscar J. Grant III; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BAY AREA RAPID TRANSIT | No. 11-16481 <br><br> D.C. Nos.    3:09-cv-00901-EMC <br>                    3:09-cv-04014-EMC <br>                    3:09-cv-04835-EMC <br>                    3:10-cv-00005-EMC <br><br> Northern District of California, San Francisco |

MT/MOATT

|  |  |
|---|---|
| DISTRICT; et al., | |
| Defendants, | ORDER |
| and | |
| MARYSOL DOEMICI, individually and in her official capacity as a police officer for BART., | |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The court has received and reviewed the joint response to this court's July 6, 2011 orders to show cause. The jurisdictional issue does not appear suitable for summary disposition. Accordingly, the order to show causes are discharged.

The opening briefs and excerpts of record are due October 31, 2011; the answering briefs are due November 30, 2011; and the optional reply briefs are due within 14 days after service of the answering briefs.