| | |
|---|---|
| DALE L. ALLEN, JR., # 145279<br>LINDA MEYER, # 118190<br>DIRK D. LARSEN, # 246028<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California  94111-2584<br>Telephone  (415) 981-6630<br>Facsimile   (415) 982-1634<br><br>Attorneys for Defendants<br>BAY AREA RAPID TRANSIT DISTRICT,<br>GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, and DOROTHY DUGGER<br>in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRANSIT DISTRICT<br>Email: dallen@lowball.com<br>Email: lmeyer@lowball.com<br>Email: dlarsen@lowball.com | JOHN L. BURRIS, # 69888<br>ADANTE D. POINTER, # 236229<br>LAW OFFICES OF JOHN L. BURRIS<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone   (510) 839-5200<br>Facsimile:  (510) 839-3882<br><br>Attorneys for Plaintiffs<br>WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.<br><br>Email: john.burris@johnburrislaw.com<br>Email: adante.pointer@johnburrislaw.com |
| ALISON BERRY WILKINSON, # 135890<br>BERRY WILKINSON LAW GROUP<br>4040 Civic Center Drive, Suite 200<br>San Rafael, CA 94903<br>Telephone   (415) 259-6638<br>Facsimile   (866) 578-1333<br><br>Attorney for Defendant<br>MARYSOL DOMENICI<br>Email: alison@berrywilkinson.com | WILLIAM R. RAPOPORT, # 47086<br>LAW OFFICES OF WILLIAM R. RAPOPORT<br>634 Bair Island Road, Suite 400<br>Redwood City, CA 94063<br>Telephone   (650) 340-7107<br>Facsimile   (650) 572-1857<br><br>Attorney for Defendant<br>ANTHONY PIRONE<br>Email: williamrapoport@yahoo.com |
| MICHAEL L. RAINS, # 91013<br>LARA CULLINANE-SMITH, # 268671<br>RAINS LUCIA STERN, P.C.<br>2300 Contra Costa Boulevard<br>Pleasant Hill, CA 94523<br>Telephone   (925) 609-1699<br>Facsimile   (925) 609-1690<br><br>Attorneys for Defendant<br>JOHANNES MEHSERLE<br><br>Email: Mrains@rlslawyers.com<br>Email: Lsmith@rlslawyers.com | PANOS LAGOS, #61821<br>LAW OFFICES OF PANOS LAGOS<br>5032 Woodminster Lane<br>Oakland, California 94602<br>Telephone   (510) 530-4078<br>Facsimile   (510) 530-4725<br><br>Attorneys for Plaintiff<br>OSCAR J. GRANT, JR.<br><br>Email:  panoslagos@aol.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, et al., | Case No.: C09-00901 EMC |
| Plaintiffs, | Related Cases: |
| vs. | C09-04014 EMC (Oscar Grant, Jr.) |
| | C09-04835 EMC (Bryson, et al.) |
| BAY AREA RAPID TRANSIT DISTRICT, et al., | C10-00005 EMC (Caldwell) |
| Defendants. | JOINT SUPPLEMENTAL CASE STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| | Date:        April 6, 2012 |
| | Time:       10:30 a.m. |
| | Courtroom: 5, 17th Floor |
| | Judge:      Hon. Edward M. Chen |
| AND RELATED ACTIONS. | |

The parties to the above-entitled action jointly submit this Joint Supplemental Status Report. As set forth below, the action is presently stayed pending appeals taken by defendants Mehserle, Pirone and Domenici, and those appeals remain unresolved. Accordingly, the parties respectfully request that the Court vacate the April 6, 2012 case management conference and schedule a further case management conference to take place in approximately 120 days.

1.  Factual and Procedural Background:

These related cases arise out of an incident that occurred in the early morning hours of January 1, 2009, at the Fruitvale BART Station in Oakland, California. Defendant BART Police Officers Anthony Pirone, Marysol Domenici, Johannes Mehserle, Jon Woffinden and Emery Knudtson participated in the detention of decedent Oscar Grant III and plaintiffs Jack Bryson, Jr., Nigel Bryson, Carlos Reyes, Michael Greer, Fernando Anicete and JohnTu Caldwell. During the encounter, Officer Mehserle shot Grant, who later died from his injuries.

Plaintiff Wanda Johnson, Grant's mother, brought suit against BART and its officers individually and as the representative of Grant's estate, along with Grant's minor daughter, T.G., by

and through her guardian ad litem, Sophina Mesa, in case no. C09-00901 (the "Johnson matter"). Plaintiffs Brysons, Greer, Reyes and Anicete brought suit in case no. C09-04835 (the "Bryson matter"). Plaintiff Caldwell brought suit in case no. C10-00005 (the "Caldwell matter"). Plaintiff Oscar Grant, Jr., the father of decedent Grant, brought suit in case no. C09-04014 (the "Grant matter"). The plaintiffs alleged civil rights claims under 42 U.S.C. § 1983 and, to varying degrees, supplemental state claims.

T.G. settled with all defendants and dismissed her claims in February 2010. The defendants filed motions for summary judgment/adjudication in February 2011. On May 20, 2011, the Court issued an order granting in part and denying in part defendants' motions. Defendant Officers Pirone, Domenici and Mehserle have appealed the court's denial of qualified immunity under § 1983 to the Ninth Circuit Court of Appeals. Defendant Mehserle's reply brief was filed on December 30, 2011; defendant Domenici's reply brief was filed on February 15, 2012; and defendant Pirone's reply brief was filed on April 2, 2012. The appeals are thus fully briefed, but the Ninth Circuit has not scheduled oral argument or issued decision in any of the appeals.

In June 2011, plaintiff Johnson settled all of her claims against all defendants. In July 2011, plaintiff Caldwell was killed. His mother, Zephoria Smith, has petitioned the Alameda County Superior Court for Letters of Administration and has filed a copy of the petition in the present Caldwell matter. The status of plaintiff Caldwell's claims and representation is unclear at this time and will not be resolved by April 6, 2012.

At the Case Management Conference of September 30, 2011, in the above-captioned actions, the Court formally stayed the actions pending the appeals taken by defendants Domenici, Mehserle and Pirone (see Doc. No. 237). As those appeals are still unresolved, the parties respectfully request that the Court vacate the April 6, 2012 case management conference and schedule a further case management conference to take place in approximately 120 days.

2. <u>Amendment of Pleadings</u>:

The parties do not anticipate amending the pleadings at this time.

3. <u>Motions</u>:

No motions are pending.

4. <u>Discovery</u>:

The parties have completed non-expert discovery and have disclosed experts. Defendants propose that the scope of expert discovery be restricted to depositions of the experts already disclosed.

5. <u>Scheduling and Trial Setting</u>

At the October 19, 2010 Case Status Conference, the court set October 22, 2010 as the trial date. The court vacated that date at the March 15, 2010 Case Status Conference.

All parties demand a jury trial. The length of the trial will be approximately 20-25 days.

Defendants request that the expert-discovery and pretrial schedule be discussed at a further Case Management Conference following the disposition of defendant Pirone, Domenici and Mehserle's appeals.

6. <u>Settlement and ADR</u>:

Decedent Grant's daughter, T.G., settled with all defendants in February 2011. Plaintiff Johnson settled with all defendants in June 2011, at a settlement conference with Magistrate Judge Joseph Spero. Settlement conferences with Judge Spero in June 2011 did not resolve the claims of the plaintiffs in the Bryson, Grant and Caldwell matters.

7. <u>Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter</u>.

None at this time.

Dated: April 4, 2012.

LOW, BALL & LYNCH

By       s/ Dirk D. Larsen
  DALE L. ALLEN, JR.
  LINDA MEYER
  DIRK D. LARSEN
  Attorneys for Defendants
  BAY AREA RAPID TRANSIT DISTRICT,
  GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT and DOROTHY DUGGER in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRANSIT DISTRICT

Dated: April 4, 2012.

                                            RAINS, LUCIA & STERN

                          By      s/ Lara Cullinane-Smith
                              MICHAEL L. RAINS
                              LARA CULLINANE-SMITH
                              Attorneys for Defendant
                              JOHANNES MEHSERLE

Dated: April 4, 2012.

                                            BERRY WILKINSON LAW GROUP

                          By      s/ Alison Berry Wilkinson
                              ALISON BERRY WILKINSON
                              Attorney for Defendant
                              MARYSOL DOMENICI

Dated: April 4, 2012..

                                            LAW OFFICES OF WILLIAM R. RAPOPORT

                          By      s/ William R. Rapoport
                              WILLIAM R. RAPOPORT
                              Attorneys for Defendant
                              ANTHONY PIRONE

Dated: April 4, 2012.

                                            LAW OFFICES OF JOHN L. BURRIS

                          By      s/ Adanté D. Pointer
                              JOHN L. BURRIS
                              ADANTÉ D. POINTER
                              Attorneys for Plaintiffs
                              WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.

Dated: April 4, 2012.

                                    LAW OFFICES OF PANOS LAGOS

                              By      s/ Panos Lagos
                                    PANOS LAGOS
                                    Attorneys for Plaintiff
                                    OSCAR GRANT, JR.

Dated: April 4, 2012.

                                  LAW OFFICES OF SHIMEA ANDERSON

                              By      s/ Shimea C. Anderson
                                    SHIMEA C. ANDERSON
                                    Attorneys for Plaintiff
                                    JOHNTU CALDWELL

## [PROPOSED] ORDER

Pursuant to the request of the parties herein, and good cause appearing therefor, it is hereby ORDERED:

1. That the Case Management Conference currently scheduled for April 6, 2012, is hereby VACATED;

2. That a further Case Management Conference is scheduled for August 10, 2012, at 10:30 a.m./~~p.m.~~, in Courtroom 5 of the above-entitled Court.

IT IS SO ORDERED.

Dated: 4/5/12.

                                  HON. EDWARD M. CHEN
                                  U.S. DISTRICT

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*