| | |
|---|---|
| DALE L. ALLEN, JR., # 145279<br>LINDA MEYER, # 118190<br>DIRK D. LARSEN, # 246028<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California 94111-2584<br>Telephone (415) 981-6630<br>Facsimile (415) 982-1634<br><br>Attorneys for Defendants<br>BAY AREA RAPID TRANSIT DISTRICT,<br>GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, and DOROTHY DUGGER<br>in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRANSIT DISTRICT<br>Email: dallen@lowball.com<br>Email: lmeyer@lowball.com<br>Email: dlarsen@lowball.com | JOHN L. BURRIS, # 69888<br>ADANTE D. POINTER, # 236229<br>LAW OFFICES OF JOHN L. BURRIS<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone (510) 839-5200<br>Facsimile: (510) 839-3882<br><br>Attorneys for Plaintiffs<br>WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.<br><br>Email: john.burris@johnburrislaw.com<br>Email: adante.pointer@johnburrislaw.com |
| ALISON BERRY WILKINSON, # 135890<br>BERRY WILKINSON LAW GROUP<br>4040 Civic Center Drive, Suite 200<br>San Rafael, CA 94903<br>Telephone (415) 259-6638<br>Facsimile (866) 578-1333<br><br>Attorney for Defendant<br>MARYSOL DOMENICI<br>Email: alison@berrywilkinson.com | WILLIAM R. RAPOPORT, # 47086<br>LAW OFFICES OF WILLIAM R. RAPOPORT<br>634 Bair Island Road, Suite 400<br>Redwood City, CA 94063<br>Telephone (650) 340-7107<br>Facsimile (650) 572-1857<br><br>Attorney for Defendant<br>ANTHONY PIRONE<br>Email: williamrapoport@yahoo.com |
| MICHAEL L. RAINS, # 91013<br>LARA CULLINANE-SMITH, # 268671<br>RAINS LUCIA STERN, P.C.<br>2300 Contra Costa Boulevard<br>Pleasant Hill, CA 94523<br>Telephone (925) 609-1699<br>Facsimile (925) 609-1690<br><br>Attorneys for Defendant<br>JOHANNES MEHSERLE<br><br>Email: Mrains@rlslawyers.com<br>Email: Lsmith@rlslawyers.com | PANOS LAGOS, #61821<br>LAW OFFICES OF PANOS LAGOS<br>5032 Woodminster Lane<br>Oakland, California 94602<br>Telephone (510) 530-4078<br>Facsimile (510) 530-4725<br><br>Attorneys for Plaintiff<br>OSCAR J. GRANT, JR.<br><br>Email: panoslagos@aol.com |

JOINT SUPPLEMENTAL CASE STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

J:\1752\SF0208\Pleadings\JT CASE STATUS STMT 081012.doc                    Case No. C09-00901 EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED ACTIONS. | Case No.: C09-00901 EMC<br><br>Related Cases:<br>C09-04014 EMC (Oscar Grant, Jr.)<br>C09-04835 EMC (Bryson, et al.)<br>C10-00005 EMC (Caldwell)<br><br>JOINT SUPPLEMENTAL CASE STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [~~PROPOS~~ED] ORDER<br><br>Date:　　　　August 10, 2012<br>Time:　　　　10:30 a.m.<br>Courtroom:　5, 17th Floor<br>Judge:　　　Hon. Edward M. Chen |

　　　The parties to the above-entitled action jointly submit this Joint Supplemental Status Report. As set forth below, the action is presently stayed pending appeals taken by defendants Mehserle, Pirone and Domenici, and those appeals remain unresolved. Accordingly, the parties respectfully request that the Court vacate the August 10, 2012 case management conference and schedule a further case management conference to take place in approximately 120 days.

1.　　Factual and Procedural Background:

　　　These related cases arise out of an incident that occurred in the early morning hours of January 1, 2009, at the Fruitvale BART Station in Oakland, California. Defendant BART Police Officers Anthony Pirone, Marysol Domenici, Johannes Mehserle, Jon Woffinden and Emery Knudtson participated in the detention of decedent Oscar Grant III and plaintiffs Jack Bryson, Jr., Nigel Bryson, Carlos Reyes, Michael Greer, Fernando Anicete and JohnTu Caldwell. During the encounter, Officer Mehserle shot Grant, who later died from his injuries.

　　　Plaintiff Wanda Johnson, Grant's mother, brought suit against BART and its officers individually and as the representative of Grant's estate, along with Grant's minor daughter, T.G., by

-2-

1  and through her guardian ad litem, Sophina Mesa, in case no. C09-00901 (the "Johnson matter").
2  Plaintiffs Brysons, Greer, Reyes and Anicete brought suit in case no. C09-04835 (the "Bryson
3  matter"). Plaintiff Caldwell brought suit in case no. C10-00005 (the "Caldwell matter"). Plaintiff Oscar
4  Grant, Jr., the father of decedent Grant, brought suit in case no. C09-04014 (the "Grant matter"). The
5  plaintiffs alleged civil rights claims under 42 U.S.C. § 1983 and, to varying degrees, supplemental state
6  claims.

7      T.G. settled with all defendants and dismissed her claims in February 2010. The defendants
8  filed motions for summary judgment/adjudication in February 2011. On May 20, 2011, the Court
9  issued an order granting in part and denying in part defendants' motions. Defendant Officers Pirone,
10 Domenici and Mehserle have appealed the court's denial of qualified immunity under § 1983 to the
11 Ninth Circuit Court of Appeals. Defendant Mehserle's reply brief was filed on December 30, 2011;
12 defendant Domenici's reply brief was filed on February 15, 2012; and defendant Pirone's reply brief
13 was filed on April 2, 2012. The appeals are thus fully briefed, but the Ninth Circuit has not scheduled
14 oral argument or issued decision in any of the appeals.

15     In June 2011, plaintiff Johnson settled all of her claims against all defendants. In July 2011,
16 plaintiff Caldwell was killed. His mother, Zephoria Smith, has petitioned the Alameda County
17 Superior Court for Letters of Administration and has filed a copy of the petition and related orders in
18 the present *Caldwell* matter. The status of plaintiff Caldwell's claims and representation is unclear at
19 this time.

20     At the Case Management Conference of September 30, 2011, in the above-captioned actions,
21 the Court formally stayed the actions pending the appeals taken by defendants Domenici, Mehserle and
22 Pirone (see Doc. No. 237). As those appeals are still unresolved, the parties respectfully request that
23 the Court vacate the August 10, 2012 case management conference and schedule a further case
24 management conference to take place in approximately 120 days.

25 2.    <u>Amendment of Pleadings</u>:
26     The parties do not anticipate amending the pleadings at this time.
27 3.    <u>Motions</u>:
28     No motions are pending.

1  4.  <u>Discovery</u>:

2  The parties have completed non-expert discovery and have disclosed experts. Defendants
3  propose that the scope of expert discovery be restricted to depositions of the experts already disclosed.

4  5.  <u>Scheduling and Trial Setting</u>

5  At the October 19, 2010 Case Status Conference, the court set October 22, 2010 as the trial
6  date. The court vacated that date at the March 15, 2010 Case Status Conference.

7  All parties demand a jury trial. The length of the trial will be approximately 20-25 days.

8  Defendants request that the expert-discovery and pretrial schedule be discussed at a further
9  Case Management Conference following the disposition of defendant Pirone, Domenici and
10 Mehserle's appeals.

11 6.  <u>Settlement and ADR</u>:

12 Decedent Grant's daughter, T.G., settled with all defendants in February 2011. Plaintiff
13 Johnson settled with all defendants in June 2011, at a settlement conference with Magistrate Judge
14 Joseph Spero. Settlement conferences with Judge Spero in June 2011 did not resolve the claims of the
15 plaintiffs in the Bryson, Grant and Caldwell matters.

16 7.  <u>Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter</u>.
17 None at this time.

18

19 Dated: August 8, 2012.

20                                             LOW, BALL & LYNCH

21

22                                        By_____s/ Dirk D. Larsen_____
23                                           DALE L. ALLEN, JR.
                                             LINDA MEYER
24                                           DIRK D. LARSEN
                                             Attorneys for Defendants
25                                           BAY AREA RAPID TRANSIT DISTRICT,
                                             GARY GEE in his official capacity as CHIEF OF
26                                           POLICE for BAY AREA RAPID TRANSIT
                                             DISTRICT and DOROTHY DUGGER in her
27                                           official capacity as GENERAL MANAGER for
                                             BAY AREA RAPID TRANSIT DISTRICT
28

-4-
JOINT SUPPLEMENTAL CASE STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER
J:\1752\SF0208\Pleadings\JT CASE STATUS STMT 081012.doc                                Case No. C09-00901 EMC

Dated: August 8, 2012.

              RAINS, LUCIA & STERN

              By   s/ Lara Cullinane-Smith
                MICHAEL L. RAINS
                LARA CULLINANE-SMITH
                Attorneys for Defendant
                JOHANNES MEHSERLE

Dated: August 8, 2012.

              BERRY WILKINSON LAW GROUP

              By   s/ Alison Berry Wilkinson
                ALISON BERRY WILKINSON
                Attorney for Defendant
                MARYSOL DOMENICI

Dated: August 8, 2012.

              LAW OFFICES OF WILLIAM R. RAPOPORT

              By   s/ William R. Rapoport
                WILLIAM R. RAPOPORT
                Attorneys for Defendant
                ANTHONY PIRONE

Dated: August 8, 2012.

              LAW OFFICES OF JOHN L. BURRIS

              By   s/ John L. Burris
                JOHN L. BURRIS
                ADANTÉ D. POINTER
                Attorneys for Plaintiffs
                WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.

Dated: August 8, 2012.

                                     LAW OFFICES OF PANOS LAGOS

                                     By _____s/ Panos Lagos_____
                                           PANOS LAGOS
                                           Attorneys for Plaintiff
                                           OSCAR GRANT, JR.

Dated: August 8, 2012.

                                   LAW OFFICES OF SHIMEA ANDERSON

                                     By _____
                                         SHIMEA C. ANDERSON
                                         Attorneys for Plaintiff
                                         JOHNTU CALDWELL

## [P~~ROPO~~SED] ORDER

Pursuant to the request of the parties herein, and good cause appearing therefor, it is hereby ORDERED:

1. That the Case Management Conference currently scheduled for August 10, 2012, is hereby VACATED;

2. That a further Case Management Conference is scheduled for __December 14__, 2012, at __10:30__ a.m./p.~~m~~., in Courtroom 5 of the above-entitled Court.

IT IS SO ORDERED.

Dated: __8/8/12__.

**IT IS SO ORDERED AS MODIFIED**
*Judge Edward M. Chen*

-6-

## DECLARATION OF DIRK D. LARSEN

I, DIRK D. LARSEN, declare as follows:

1. I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

2. I am an attorney at law duly licensed to practice before all courts of the State of California and before the U.S. District Court for the Northern District of California, and am employed as an associate with the law firm of Low, Ball & Lynch, attorneys of record herein for defendants BAY AREA RAPID TRANSIT DISTRICT, GARY GEE, JON WOFFINDEN AND EMERY KNUDTSON.

3. Beginning on Wednesday, August 1, 2012, I made multiple attempts to contact Shimea C. Anderson, attorney of record herein for plaintiff JOHNTU CALDWELL, via email at the email address listed on this Court's PACER system regarding the above joint status report / request for continuance of status conference. On August 6, 2012, I attempted to contact Ms. Anderson by telephone at the telephone number listed on this Court's PACER system as well as at the number listed on the California State Bar's website. I left a voicemail message on the second number, and did so again on August 7, 2012. As of approximately 12:00 noon on August 8, 2012, I have received no response from Ms. Anderson to my contact attempts. Accordingly, my office is filing the above report / request without Ms. Anderson's joinder in its contents.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my personal knowledge.

Executed this 8th day of August, 2012, in San Francisco, California.

                                          s/ Dirk D. Larsen
                                          DIRK D. LARSEN