| | |
|---|---|
| DALE L. ALLEN, JR., # 145279<br>LINDA MEYER, # 118190<br>DIRK D. LARSEN, # 246028<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California  94111-2584<br>Telephone  (415) 981-6630<br>Facsimile   (415) 982-1634<br><br>Attorneys for Defendants<br>BAY AREA RAPID TRANSIT DISTRICT,<br>GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, and DOROTHY DUGGER<br>in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRANSIT DISTRICT<br>Email: dallen@lowball.com<br>Email: lmeyer@lowball.com<br>Email: dlarsen@lowball.com | JOHN L. BURRIS, # 69888<br>ADANTE D. POINTER, # 236229<br>LAW OFFICES OF JOHN L. BURRIS<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone   (510) 839-5200<br>Facsimile:  (510) 839-3882<br><br>Attorneys for Plaintiffs<br>WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.<br><br>Email: john.burris@johnburrislaw.com<br>Email: adante.pointer@johnburrislaw.com |
| ALISON BERRY WILKINSON, # 135890<br>BERRY WILKINSON LAW GROUP<br>4040 Civic Center Drive, Suite 200<br>San Rafael, CA 94903<br>Telephone   (415) 259-6638<br>Facsimile   (866) 578-1333<br><br>Attorney for Defendant<br>MARYSOL DOMENICI<br>Email: alison@berrywilkinson.com | WILLIAM R. RAPOPORT, # 47086<br>LAW OFFICES OF WILLIAM R. RAPOPORT<br>634 Bair Island Road, Suite 400<br>Redwood City, CA 94063<br>Telephone   (650) 340-7107<br>Facsimile   (650) 572-1857<br><br>Attorney for Defendant<br>ANTHONY PIRONE<br>Email: williamrapoport@yahoo.com |
| MICHAEL L. RAINS, # 91013<br>LARA CULLINANE-SMITH, # 268671<br>RAINS LUCIA STERN, P.C.<br>2300 Contra Costa Boulevard<br>Pleasant Hill, CA 94523<br>Telephone   (925) 609-1699<br>Facsimile   (925) 609-1690<br><br>Attorneys for Defendant<br>JOHANNES MEHSERLE<br><br>Email: Mrains@rlslawyers.com<br>Email: Lsmith@rlslawyers.com | PANOS LAGOS, #61821<br>LAW OFFICES OF PANOS LAGOS<br>5032 Woodminster Lane<br>Oakland, California 94602<br>Telephone   (510) 530-4078<br>Facsimile   (510) 530-4725<br><br>Attorneys for Plaintiff<br>OSCAR J. GRANT, JR.<br><br>Email:  panoslagos@aol.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, et al., | Case No.: C09-00901 EMC |
| Plaintiffs, | Related Cases: |
| vs. | C09-04014 EMC (Oscar Grant, Jr.)<br>C09-04835 EMC (Bryson, et al.) |
| BAY AREA RAPID TRANSIT DISTRICT, et al., | C10-00005 EMC (Caldwell) |
| Defendants. | JOINT SUPPLEMENTAL CASE STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [P~~ROPO~~SED] ORDER |
| | Date: April 18, 2013<br>Time: 10:30 a.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |
| AND RELATED ACTIONS. | |

The parties to the above-entitled action jointly submit this Joint Supplemental Status Report. As set forth below, the action is presently stayed pending appeals taken by defendants Mehserle, Pirone and Domenici, and those appeals remain unresolved. Oral argument in those appeals took place on December 3, 2012. Accordingly, the parties respectfully request that the Court vacate the April 18, 2013 case management conference and schedule a further case management conference to take place in approximately 120 days.

1.  Factual and Procedural Background:

These related cases arise out of an incident that occurred in the early morning hours of January 1, 2009, at the Fruitvale BART Station in Oakland, California. Defendant BART Police Officers Anthony Pirone, Marysol Domenici, Johannes Mehserle, Jon Woffinden and Emery Knudtson participated in the detention of decedent Oscar Grant III and plaintiffs Jack Bryson, Jr., Nigel Bryson, Carlos Reyes, Michael Greer, Fernando Anicete and JohnTu Caldwell. During the encounter, Officer Mehserle shot Grant, who later died from his injuries.

Plaintiff Wanda Johnson, Grant's mother, brought suit against BART and its officers

individually and as the representative of Grant's estate, along with Grant's minor daughter, T.G., by and through her guardian ad litem, Sophina Mesa, in case no. C09-00901 (the "Johnson matter"). Plaintiffs Brysons, Greer, Reyes and Anicete brought suit in case no. C09-04835 (the "Bryson matter"). Plaintiff Caldwell brought suit in case no. C10-00005 (the "Caldwell matter"). Plaintiff Oscar Grant, Jr., the father of decedent Grant, brought suit in case no. C09-04014 (the "Grant matter"). The plaintiffs alleged civil rights claims under 42 U.S.C. § 1983 and, to varying degrees, supplemental state claims.

T.G. settled with all defendants and dismissed her claims in February 2010. The defendants filed motions for summary judgment/adjudication in February 2011. On May 20, 2011, the Court issued an order granting in part and denying in part defendants' motions. Defendant Officers Pirone, Domenici and Mehserle have appealed the court's denial of qualified immunity under § 1983 to the Ninth Circuit Court of Appeals. The Ninth Circuit heard oral argument of those defendants' appeals on December 3, 2012, and has not yet issued a decision with respect to those matters.

In June 2011, plaintiff Johnson settled all of her claims against all defendants. In July 2011, plaintiff Caldwell was killed. His mother, Zephoria Smith, has petitioned the Alameda County Superior Court for Letters of Administration and has filed a copy of the petition and related orders in the present *Caldwell* matter. The status of plaintiff Caldwell's claims and representation is unclear at this time.

At the Case Management Conference of September 30, 2011, in the above-captioned actions, the Court formally stayed the actions pending the appeals taken by defendants Domenici, Mehserle and Pirone (see Doc. No. 237). As those appeals are still unresolved, the parties respectfully request that the Court vacate the April 18, 2013 case management conference and schedule a further case management conference to take place in approximately 120 days.

2. <u>Amendment of Pleadings</u>:

The parties do not anticipate amending the pleadings at this time.

3. <u>Motions</u>:

No motions are pending.

///

1  4.  <u>Discovery</u>:

2   The parties have completed non-expert discovery and have disclosed experts. Defendants
3  propose that the scope of expert discovery be restricted to depositions of the experts already disclosed.

4  5.  <u>Scheduling and Trial Setting</u>

5   At the October 19, 2010 Case Status Conference, the court set October 22, 2010 as the trial
6  date. The court vacated that date at the March 15, 2010 Case Status Conference.

7   All parties demand a jury trial. The length of the trial will be approximately 20-25 days.

8   Defendants request that the expert-discovery and pretrial schedule be discussed at a further
9  Case Management Conference following the disposition of defendant Pirone, Domenici and
10 Mehserle's appeals.

11 6.  <u>Settlement and ADR</u>:

12  Decedent Grant's daughter, T.G., settled with all defendants in February 2011. Plaintiff
13 Johnson settled with all defendants in June 2011, at a settlement conference with Magistrate Judge
14 Joseph Spero. Settlement conferences with Judge Spero in June 2011 did not resolve the claims of the
15 plaintiffs in the Bryson, Grant and Caldwell matters.

16 7.  <u>Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter</u>.
17  None at this time.

19  Dated: April 16, 2013.

20                                       LOW, BALL & LYNCH

22                                       By_____s/ Dirk D. Larsen_____
23                                           DALE L. ALLEN, JR.
                                             LINDA MEYER
24                                           DIRK D. LARSEN
                                             Attorneys for Defendants
25                                           BAY AREA RAPID TRANSIT DISTRICT,
                                             GARY GEE in his official capacity as CHIEF OF
26                                           POLICE for BAY AREA RAPID TRANSIT
                                             DISTRICT and DOROTHY DUGGER in her
27                                           official capacity as GENERAL MANAGER for
                                             BAY AREA RAPID TRANSIT DISTRICT

Dated: April 16, 2013.

                    RAINS, LUCIA & STERN

By      s/ Lara Cullinane-Smith
     MICHAEL L. RAINS
     LARA CULLINANE-SMITH
     Attorneys for Defendant
     JOHANNES MEHSERLE

Dated: April 16, 2013.

                    BERRY WILKINSON LAW GROUP

By      s/ Alison Berry Wilkinson
     ALISON BERRY WILKINSON
     Attorney for Defendant
     MARYSOL DOMENICI

Dated: April 16, 2013.

                    LAW OFFICES OF WILLIAM R. RAPOPORT

By      s/ William R. Rapoport
     WILLIAM R. RAPOPORT
     Attorneys for Defendant
     ANTHONY PIRONE

Dated: April 16, 2013.

                    LAW OFFICES OF JOHN L. BURRIS

By      s/ Adanté D. Pointer
     JOHN L. BURRIS
     ADANTÉ D. POINTER
     Attorneys for Plaintiffs
     WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G.

Dated: April 16, 2013.

          LAW OFFICES OF PANOS LAGOS

By      s/ Panos Lagos
   PANOS LAGOS
   Attorneys for Plaintiff
   OSCAR GRANT, JR.

Dated: April 16, 2013.

          LAW OFFICES OF SHIMEA ANDERSON

By      s/ Shimea C. Anderson
   SHIMEA C. ANDERSON
   Attorneys for Plaintiff
   JOHNTU CALDWELL

Dated: April 16, 2013.

          SIEGEL & YEE

By      s/ Dan Siegel
   DAN SIEGEL
   Attorneys for Plaintiffs
   JACK BRYSON, JR., NIGEL BRYSON,
   FERNANDO ANICETE and CARLOS REYES

**[PROPOSED] ORDER**

Pursuant to the request of the parties herein, and good cause appearing therefor, it is hereby ORDERED:

1. That the Case Management Conference currently scheduled for April 18, 2013, is hereby VACATED;

2. That a further Case Management Conference is scheduled for    August 8   , 2013, at    10:30    a.m./p.m., in Courtroom 5 of the above-entitled Court.

IT IS SO ORDERED.

Dated:    4/17/13   .



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen