**JOHN L. BURRIS (SBN# 69888)**
**ADANTÉD. POINTER (SBN 236229)**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian Ad Litem of minor, T.G.,<br><br>              Plaintiffs,<br>     v.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>              Defendants. | Case No. C 09-cv-00901 EMC<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND [PROPOSED] ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. C 09-cv-00901 EMC

1

Pursuant to Local Rules 7-11 and 79-5, Plaintiff T.G. by and through her Guardian Ad Litem, SOPHINA MESA respectfully requests that this Court issue an order granting Plaintiff's request to seal the Petition for Withdrawal of Funds from Blocked Account and (Proposed) Order by Sophina Mesa as Guardian Ad Litem of Plaintiff T.G.

The document pertaining to said Minor Plaintiff in the above-entitled action refers to matters containing confidential information. As such, Plaintiff is requesting that the document be filed under seal.

The Administrative Motion to Seal Documents and Petition for Withdrawal of Funds and (Proposed) Order were served on Low Ball & Lynch, lead counsel for defendants, via electronic mail.

Dated: April 19, 2013                    **LAW OFFICES OF JOHN L. BURRIS**

*Adante D. Pointer*
Adante D. Pointer
Attorney for Plaintiffs

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND [PROPOSED] ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. C 09-cv-00901 EMC

2

**JOHN L. BURRIS (SBN# 69888)**
**ADANTÉ D. POINTER (SBN 236229)**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email:  John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, et al.<br><br>             Plaintiffs,<br>       v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, et al.<br>             Defendants. | Case No. C 09-cv-00901 EMC<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL** |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Before the Court is plaintiff's Administrative Motion to File under Seal Petition for Withdrawal of Funds from Blocked Account and (Proposed) Order by Sophina Mesa as Guardian Ad Litem of Plaintiff T.G.

   After considering this request, along with the response and replies, if any, and all evidence presented by the parties, the Court finds good cause to seal these documents.

**IT IS SO ORDERED.** Counsel is directed to electronically file the Petition under seal pursuant to General Order 62.  Information about electronically filing documents under seal may be found on the Court's website (http://www.cand.uscourts.gov) as well as the ECF website for this Court (http://ecf.cand.uscourts.gov/index.html).

DATED:  4/25/13

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND [PROPOSED] ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. C 09-cv-00901 EMC                                                                                                             3