LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
OSCAR JULIUS GRANT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSCAR JULIUS GRANT, JR.,

            Plaintiff,

v.

BAY AREA RAPID TRANSIT DISTRICT, et al.,

            Defendants.
_____/

Case No.: C09-04014 EMC

DISCHARGE OF COUNSEL AND
APPEARANCE OF PLAINTIFF,
OSCAR JULIUS GRANT, JR., IN
PRO SE

RELATED CASES:
C09-0901 EMC (LEAD CASE)
C09-4835 EMC
C10-1005 EMC

    I, Plaintiff OSCAR JULIUS GRANT JR., hereby discharge my present counsel of record, PANOS LAGOS, and place myself in Pro Se in the above-captioned matter.

Dated: March 14, 2014

                             /s/OSCAR JULIUS GRANT, JR.
                             OSCAR JULIUS GRANT, JR.

    I, PANOS LAGOS, consent to this discharge/withdrawal as counsel of record for Plaintiff OSCAR JULIUS GRANT JR.

Dated: March 14, 2014

                             /s/PANOS LAGOS
                             PANOS LAGOS, ESQ.

///

1

**<u>ORDER</u>**

2

Pursuant to Plaintiff's discharge of his counsel of record, PANOS LAGOS, herein,

3

IT IS ORDERED that Plaintiff OSCAR JULIUS GRANT JR. proceed in Pro Se in the

4

above-captioned matter.        Denied.  Attorney Panos Lagos is directed

5

to file a formal motion to withdraw.

6

Dated: _____3/19/14_____

7

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE



DENIED

Judge Edward M. Chen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISCHARGE OF COUNSEL

- 2 -

CASE NO.: C09-04014 EMC