LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
OSCAR JULIUS GRANT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR JULIUS GRANT, JR.,<br><br>                     Plaintiff,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, et al.,<br><br>                     Defendants. | Case No.: C09-04014 EMC<br><br>RELATED CASES:<br>C09-0901 EMC (LEAD CASE)<br>C09-4835 EMC<br>C10-1005 EMC<br><br>SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Plaintiff, OSCAR JULIUS GRANT, JR., makes the following substitution:

**Former legal counsel:**    LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

**New legal counsel:**    Waukeen McCoy, Esq.
Law Offices of Waukeen McCoy
703 Market Street, Suite 1300
San Francisco, CA  94103
415.675.7705
415.675.2530 / FAX
wqm@mccoyslaw.com

Dated: 4-3-14

OSCAR JULIUS GRANT JR.

///

I, PANOS LAGOS, consent to this substitution

Dated: March 28, 2014

PANOS LAGOS, ESQ.

I, WAUKEEN McCOY, accept this substitution

Dated: 4-3-14

WAUKEEN McCOY, ESQ

IT IS SO ORDERED.  The hearing on Panos Lagos' motion
to withdraw set for 4/8/14 at 10:30 a.m. is hereby
vacated.

EDWARD M. CHEN
U.S. DISTRICT JUDGE



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Edward M. Chen

SUBSTITUTION OF ATTORNEY

CASE NO.: C09-04014 EMC

- 2 -