UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, *et al.*, | No. C-09-0901 EMC |
| Plaintiffs, | **CONSOLIDATED CASES** |
| v. | C-09-4014 EMC (Grant)<br>C-09-4835 EMC (Bryson, *et al.*) |
| BAY AREA RAPID TRANSIT DISTRICT, *et al.*, | C-10-0005 EMC (Caldwell) |
| Defendants. | **ORDER RE EXTENSION OF TIME TO FILE JOINT JURY INSTRUCTIONS** |
| AND RELATED ACTIONS. | **(Docket No. 380)** |

On May 13, 2014, Defendants filed a letter brief with the Court requesting an extension of time to file joint proposed jury instructions. Defendants seek an extension to permit additional time for the parties to meet and confer and create a joint set of proposed instructions. This request is **GRANTED**. The parties shall file a joint set of proposed jury instructions by Friday, May 16, 2014 at 5:00pm.

IT IS SO ORDERED

Dated: May 13, 2014

_____
EDWARD M. CHEN
United States District Judge