UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, *et al.*, | No. C-09-0901 EMC |
| Plaintiffs, | **CONSOLIDATED CASES** |
| v. | C-09-4014 EMC (Grant) |
| BAY AREA RAPID TRANSIT DISTRICT, *et al.*, | C-09-4835 EMC (Bryson, *et al.*) |
| | C-10-0005 EMC (Caldwell) |
| Defendants. | **ORDER RE TRIAL CONTINUANCE REQUEST** |
| AND RELATED ACTIONS. | **(Docket No. 404)** |

On May 19, 2014, counsel for Plaintiff Oscar Grant, Jr., Waukeen McCoy, submitted a letter to the Court requesting a two to three month continuance of the impending civil trial, set to begin on June 9, 2014. Mr. McCoy shall file a formal motion for continuance no later than **Wednesday, May 21, 2014** at **5:00pm**. Any opposition shall be filed by **Thursday, May 22, 2014** at **5:00pm**.

IT IS SO ORDERED

Dated: May 20, 2014

_____
EDWARD M. CHEN
United States District Judge