UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, *et al.*, | No. C-09-0901 EMC |
| Plaintiffs, | **CONSOLIDATED CASES** |
| v. | C-09-4014 EMC (Grant) |
| BAY AREA RAPID TRANSIT DISTRICT, *et al.*, | C-09-4835 EMC (Bryson, *et al.*) |
| | C-10-0005 EMC (Caldwell) |
| Defendants. | **ORDER TO SHOW CAUSE REGARDING GRANT, JR.'S CLAIM AGAINST DEFENDANT GEE** |
| AND RELATED ACTIONS. | |

The Court has reviewed the parties' pre-trial filings in this action. Based on these filings, it is unclear to what extent Plaintiff Oscar Grant, Jr. is asserting a claim for denial of familial relationship against Defendant Gary Gee – the former BART Chief of Police.[1] It is unclear how Plaintiff intends to establish Gee's personal liability for this claim. *See, e.g.*, *Johnson v. Bay Area Rapid Transit*, 790 F. Supp. 2d 1034, 1066 (N.D. Cal. 2011) (discussing the standard applicable to Fourteenth Amendment claims for loss of familial relationship claims).

Accordingly, Plaintiff Oscar Grant, Jr. is **ORDERED TO SHOW CAUSE** why his remaining claims against Defendant Gee should not be dismissed. Grant Jr.'s response shall be filed no later than **Friday, May 30, 2014** at **5:00 p.m.** The response shall include citation to both legal authorities and *specific* factual evidence that Grant Jr. has to support his theory of liability. This

---

[1] In her prior summary judgment order, Judge Patel dismissed Grant Jr.'s claims against Defendants BART, Pirone, Domenici, Knudtson, and Woffinden.

response shall not exceed 10 pages in length. Defendants Gee and Pirone may file a response not to exceed 5 pages by **Monday, June 2, 2014** at **5:00 p.m.**

     IT IS SO ORDERED

Dated: May 27, 2014

_____
EDWARD M. CHEN
United States District Judge