UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR JULIUS GRANT, JR., | No. 3:09-cv-04014 EMC (JCS) |
| Plaintiff(s), | **ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE** |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, | |
| Defendant(s). | |

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

A Settlement Conference has been scheduled for **June 3, 2014, at 9:30 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff Oscar Grant, Jr., is currently incarcerated at the California State Prison, Level 2, in name of Oscar Grant, Jr., Vacaville, California. In order for the above-referenced conference to take place, the Court and counsel for Plaintiff Waukeen McCoy must be able to confer with Plaintiff on **June 3, 2014**, beginning at **9:30 a.m.,** and continuing for the duration of the Settlement Conference. **The Court therefore ORDERS that Mr. Oscar Grant be made available by telephone for the Settlement Conference beginning at 9:30 a .m. and continuing for the duration of the conference.**

IT IS SO ORDERED.

Dated: May 29, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge