**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES ORDER**

| | |
|---|---|
| **Date:** | June 2, 2014 |
| **Case No. and Name:** | C09-0901 EMC Johnson et al. v. BART, et al.<br>(and <u>consolidated</u> cases C09-4014 EMC Grant v. BART, et al.,<br>C09-4835EMC Bryson v. Gee, et al.,<br>and C10-0005EMC Caldwell v. BART, et al.) |
| **Deputy Clerk:** | Betty Lee |

**ORDER REGARDING JURY QUESTIONNAIRE:**

The parties are ordered to file a final version of the jury questionnaire which includes the additional questions the parties submitted at Docket No. 464 as well as the joint statement of the case no later than **4:00pm, Tuesday, June 3, 2014.** The Court will inform the parties if there are any necessary modifications to the submitted questionnaire. The parties shall submit 85 copies of the blank, final questionnaire to the jury commissioner, J. Younger, at the Jury's Assembly Room, 450 Golden Gate Avenue, 19th Floor, San Francisco CA 94102, (415) 522-2152, by **12:00 noon, Thursday, June 5, 2014**.

The questionnaire will be submitted to the potential jury members on the morning of Friday, June 6, 2014. The parties shall coordinate ahead of time with the jury commissioner, J. Younger, to have the completed questionnaires picked up Friday early afternoon. The parties shall make two copies of the completed questionnaires and submit them to the Court's chambers no later than **2:00pm, Friday, June 6, 2014.**

Also Friday afternoon, the parties shall review the questionnaires and meet and confer and arrive at a stipulation regarding those jurors who can be struck from the jury pool, either for hardship reasons or for cause. This stipulation shall be filed **under seal**, and a copy delivered to Judge Chen's chambers, no later than **3:00pm, Friday, June 6, 2014**.