# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

**WANDA JOHNSON., et al**

   **Plaintiffs**　　　　　　　　　　　　　　Case No. C09-0901

   -v-

**BAY AREA RAPID TRANSIT DISTRICT.,**

**et al.**

   **Defendants**

## Order

This case comes before the court on Plaintiff's Motion for Issuance of Subpoenas Duces Tecum Ad Testficandum. The court GRANTS the motion and DIRECTS the Clerk to issue a writ of habeas corpus ad testificandum for Oscar Grant, Jr. Oscar Grant, Jr. needs to appear to testify on his own behalf as plaintiff starting Monday June 9th, 2014, until the case is resolved, at ~~9:00~~ 8:15 a.m. in courtroom 5, floor 17 at 450 Golden Gate Ave, San Francisco, California.

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen