**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   WANDA JOHNSON, *et al.*,                    No. C-09-0901 EMC
9           Plaintiffs,                         **CONSOLIDATED CASES**
10      v.                                      C-09-4014 EMC (Grant)
                                                C-09-4835 EMC (Bryson, *et al.*)
11  BAY AREA RAPID TRANSIT DISTRICT,            C-10-0005 EMC (Caldwell)
    *et al.*,
12
            Defendants.                         **ORDER DIRECTING COURT TO**
13  _____/        **FURNISH DAILY REFRESHMENTS**
14  AND RELATED ACTIONS.
15  _____/
16
17          **IT IS HEREBY ORDERED** that the United States District Court shall furnish daily
18  refreshments for the ten (10) members of the jury in the above-entitled matter at the expense
19  of the United States from June 9, 2014 to July 11, 2014 (with the **exception** that trial is dark
20  on all Thursdays and July 4, 2014) and all days thereafter as long as jury is in deliberation.
21  Refreshments shall be delivered to the jury room for Courtroom 5, 17th Floor by 8:00 a.m.
22          IT IS SO ORDERED.
23  Dated:  June 3, 2014
24
25  _____
                                            EDWARD M. CHEN
26                                          United States District Judge
27
28