# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian ad Litem of minor, T.G., <br><br>         Plaintiffs, <br>vs. <br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART, ANTHONY PIRONE, individually and in his personal capacity as a police officer for the Bay Area Rapid Transit District; and DOES 1-50, inclusive, <br>         Defendants. <br>_____/ | CASE NO.: C09-00901 EMC <br><br>Consolidated Cases: <br>C09-04014 EMC  (Oscar Grant, Jr.) <br>C09-04835 EMC (Bryson, et al.) <br>C10-00005 EMC (Caldwell) <br><br>ORDER TO ALAMEDA DISTRICT ATTORNEY'S OFFICE TO PRESENT EVIDENCE <br><br>Courtroom:     5 <br>Judge:         Hon. Edward M. Chen <br>Trial Date:    June 9, 2013 |

The Court has been advised by counsel for Defendant Johannes Mehserle that the uniform equipment belt, yellow X26 Taser, and firearm (Sig Sauer p226 DAK) carried by Defendant Mehserle on January 1, 2009 remain in the custody of the Alameda County District Attorney's Office.

The Court finds that the aforementioned items (the equipment belt, Taser, and firearm) are relevant to the trial of *Johnson et al. v. BART et al* (C09-041014; C10-00005), which is set to begin on June 9, 2014. Good cause appearing, the Court orders the Alameda County District Attorney's Office to immediately deliver the aforementioned items to the United States

Marshall's Office at the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 4, 2014

_____
HON. EDWARD M. CHEN
United States District Judge