THE LAW OFFICE OF JESSICA R. BARSOTTI
Jessica Barsotti, Esq., SBN 209557
5032 Woodminster Lane
Oakland, CA 94602-2614
510.530.4078
510.530.4725 (FAX)

Attorney for Plaintiff, Zeporia Smith, personal representative of Johntue Caldwell

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WANDA JOHNSON, ET AL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE; JOHANNES MESERLE, individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br>　　　　Defendants.<br><br>AND RELATED CASES | Case No.: C09-0090 EMC<br><br><br>PLAINTIFF JOHNTUE CALDWELL'S APPLICATION FOR AN ORDER ALLOWING ENTRY OF EQUIPTMENT INTO COURTHOUSE and PROPOSED ORDER<br><br>Trial Date: June 6, 2014<br>Courtroom: 17th Floor<br>Judge: Hon. Edward M. Chen |

TO THE HONORABLE EDWARD M. CHEN, United States District Court Judge:

　　Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, Plaintiffs, Johntue Caldwell and Oscra Grant Jr., seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse and into Courtroom 5 on the 17TH floor the following items for use at trial, expected to last from June 9, 2014 through and including July 4, 2014, in the above-referenced matter:

EX PARTE APPLICATION TO BRING EQUIPMENT INTO COURTHOUSE　　　　　　　　　　　　　- 1 –

*Johnson v. BART, et al.*
USDC (ND) Case No.: 09-00901 EMC

1. Laptop computers
2. Speakers
3. Extension cords, power cords and other necessary cords
4. Additional monitors
5. Projector
6. Collapsible projector screen
7. ELMO

Dated: June 5, 2014                Respectfully submitted,

LAW OFFICES OF JESSICA R. BARSOTTI


/s/JESSICA R. BARSOTTI_____
Jessica R. Barsotti, Esq.
Attorney for Plaintiff
Estate of Johntue Cadwell

EX PARTE APPLICATION TO BRING EQUIPMENT INTO COURTHOUSE                - 2 –

*Johnson v. BART, et al.*
USDC (ND) Case No.: 09-00901 EMC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, ET AL, <br><br> Plaintiff, <br><br> vs. <br><br> BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE; JOHANNES MESERLE, individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive, <br><br> Defendants. <br><br> AND RELATED CASES | Case No.: C09-0090 EMC <br><br> PLAINTIFF JOHNTUE CALDWELL'S APPLICATION FOR AN ORDER ALLOWING ENTRY OF EQUIPTMENT INTO COURTHOUSE and PROPOSED ORDER <br><br> Trial Date: June 6, 2014 <br> Courtroom: 17th Floor <br> Judge: Hon. Edward M. Chen |

**GOOD CAUSE APPEARING,** Plaintiff's ex parte application is GRANTED. The Court Orders the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse and into Courtroom D the following:

1. Laptop computers
2. Speakers
3. Extension cords, power cords and other necessary cords
4. Additional monitors
5. Projector
6. Collapsible projector screen
7. ELMO

IT IS SO ORDERED.

Dated: 6/6/14

HON. E...
United S... ...ct Court Judge

GRANTED
Judge Edward M. Chen