# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL TRIAL MINUTES</u>

**Case No. <u>C09-0901 EMC</u>**
**Case Name: <u>Johnson v. BART, et al.</u>**

| | |
|---|---|
| **DISTRICT JUDGE EDWARD M. CHEN** | **COURTROOM DEPUTY**: Betty Lee |
| **DATE**: 6/9/14 | **COURT REPORTER:**   Kathy Sullivan |
| **Time:** 8:40 - 6:27 (1.5 hour break) (8 hours 17 minutes) | |

**<u>COUNSEL FOR PLAINTIFF:</u>**
Waakeen McCoy for Oscar Grant, Jr.
Jessica Barsotti for Caldwell

**<u>COUNSEL FOR DEFENDANT:</u>**
Mike Rains for Mehserle
Alison Wilkinson for Domenici

---

**Jury Selection:** 6/9/14
**Trial To Begin:** 6/9/14                                                                 **Further Trial:** 6/10/14

**<u>TRIAL MOTIONS HEARD:</u>**                                                          **<u>RULING</u>**

Court addressed jury and pretrial issues with counsel.

**<u>Other:</u>**

Jury selection held.  Jury selected (10 members).

Court adjourned at 6:27 p.m. and to resume at 8:00 a.m. on 6/10/14.

**<u>Verdict:</u>**

**<u>Exhibits Admitted:</u>**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. **C09-0901 EMC**
Case Name: **Johnson v. BART, et al.**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>Edward M. Chen | PLAINTIFF ATTORNEY:<br>Waakeen McCoy for Oscar Grant, Jr.<br>Jessica Barsotti for Caldwell | DEFENSE ATTORNEY:<br>Mike Rains for Mehserle<br><br>Alison Wilkinson for Domenici |
|---|---|---|
| **JURY SELECTION**: 6/9/14<br>**TRIAL DATE:** 6/9/14 | **REPORTER(S):**<br><br>Kathy Sullivan | **CLERK**:<br><br>Betty Lee |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | **6/9/14**<br>8:40 a.m. |  |  | Court addressed jury and pretrial issues with counsel |  |
|  |  | 9:50 a.m. |  |  | Jury entered; attendance checked; sworn |  |
|  |  | 10:17a.m. |  |  | Judge addressed jury; jury selection began |  |
|  |  | 11:55 a.m. |  |  | Break |  |
|  |  | 12:18 a.m. |  |  | Court resumed; jury selection continued |  |
|  |  | 12:35 p.m. |  |  | Lunch break for jury |  |
|  |  | 1:35 p.m. |  |  | Court resumed; jury selection continued |  |
|  |  | 1:45 p.m. |  |  | Court excused additional jurors; break for jury |  |
|  |  | 2:25 p.m. |  |  | Court resumed; jury selection continued |  |
|  |  | 5:00 p.m. |  |  | Break for jury; counsel exercised peremptory challenges |  |
|  |  | 5:52 p.m. |  |  | Jury selected (10); sworn; jury is excused. Court continued pretrial issues with counsel. |  |
|  |  | 6:27 p.m. |  |  | Court adjourned. Court to resume at 8:00 a.m. on 6/10/14. |  |

2