# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL TRIAL MINUTES

**Case No. C09-0901 EMC**
**Case Name: Johnson v. BART, et al.**

| | |
|---|---|
| **DISTRICT JUDGE EDWARD M. CHEN** | **COURTROOM DEPUTY**: Betty Lee |
| **DATE**: 6/10/14 | **COURT REPORTER:** Kathy Sullivan |
| **Time:** 8:10 - 2:24 (1.0 hour break) (5 hours 14 minutes) | |

**COUNSEL FOR PLAINTIFF:**
Waakeen McCoy for Oscar Grant, Jr.
Jessica Barsotti for Johntue Caldwell

**COUNSEL FOR DEFENDANT:**
Mike Rains for Mehserle
Alison Wilkinson for Domenici

---

**Jury Selection:** 6/9/14
**Trial To Begin:** 6/9/14                                              **Further Trial:** 6/11/14

**TRIAL MOTIONS HEARD:**                                                **RULING**


**Other:**

Court addressed pretrial issues with counsel. The Court addressed jury with jury instructions. Opening statements.


**Plaintiffs' witnesses:**     Margarita Carazo and Lindsay Washington



Court adjourned at 2:24 p.m. and to resume at 8:30 a.m. on 6/11/14.


**Exhibits Admitted:**

**Plaintiffs:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. **C09-0901 EMC**
Case Name: **Johnson v. BART, et al.**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>Edward M. Chen | PLAINTIFF ATTORNEY:<br>Waakeen McCoy for Oscar Grant, Jr.<br>Jessica Barsotti for Johntue Caldwell | DEFENSE ATTORNEY:<br>Mike Rains for Mehserle<br>Alison Wilkinson for Domenici |
|---|---|---|
| **JURY SELECTION**: 6/9/14<br>**TRIAL DATE:** 6/10/14 | REPORTER(S):<br>Kathy Sullivan | CLERK:<br>Betty Lee |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | **6/10/14**<br>8:10 a.m. |  |  | Court addressed pretrial issues with counsel |  |
|  |  | 8:40 a.m. |  |  | Jury entered; Court addressed jury with jury instructions |  |
|  |  | 8:55 a.m. |  |  | Plaintiffs' opening | P |
|  |  | 9:49 a.m. |  |  | Break |  |
|  |  | 10:15 a.m. |  |  | Defendant Mehserle's opening | D |
|  |  | 11:35 a.m. |  |  | Defendant Domenici's opening | D |
|  |  | 12:15 p.m. |  |  | Lunch Break |  |
|  |  | 12:56 p.m. |  |  | Plaintiffs called **Margarita Carazo**; sworn; direct | P |
| 130 |  |  | x |  | Exhibit 130, map |  |
|  |  | 1:28 p.m. |  |  | Defendants cross Carazo | D |
|  |  | 1:39 p.m. |  |  | Carazo is excused |  |
|  |  | 1:40 p.m. |  |  | Plaintiffs called **Lindsay Washington**; sworn; direct | P |
| 130 |  |  | x |  | Exhibit 130 |  |
|  |  | 2:03 p.m. |  |  | Defendants cross Washington | D |
| 130 |  |  | x |  | Exhibit 130 |  |
|  |  | 2:10 p.m. |  |  | Plaintiffs re-direct Washington | P |
|  |  | 2:14 p.m. |  |  | Washington is excused |  |
|  |  | 2:15 p.m. |  |  | Jury is excused. Court addressed disclosure issues with counsel. |  |
|  |  | 2:24 p.m. |  |  | Court adjourned. (Plaintiffs' time left: 23:14:13/Defs. 22:45:19) |  |

2