WAUKEEN Q. MCCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, California 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530
E-mail: mail@mccoyslaw.com

Attorney for Plaintiff,
OSCAR GRANT JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| OSCAR GRANT JR., an individual, | Case No. C09-00901 EMC |
| Plaintiff, | Related Cases:<br>C09-04014 EMC (Oscar Grant Jr.) |
| v. | C09-04835 EMC (Bryson, et. al)<br>C09-00005 EMC (Caldwell) |
| BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive, | **WRITE OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Trial Date: June 9, 2014<br>Judge: Edward M. Chen |
| Defendants. | |

Oscar Grant Jr., is a named plaintiff in the case *Wanda Johnson et. al. v. Bay Area Rapid Transit et. al.*, Case No. 09-CV-00901. Mr. Grant is currently confined in CALIFORNIA STATE PRISON, SOLANO, 2100 Peabody Road Vacaville, CA 95696 or P.O. Box 4000 Vacaville, CA 95696. He is a necessary party at his trial which began on June 9, 2014. To allow

1
Oscar Grant Jr.'s Writ of Habeas Corpus Ad Testificandum

for Mr. Grant's participation in said trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued, commanding the custodian to produce the inmate before this Court, Courtroom 5 on the 17th Floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on June 9, 2014 at 8:00 am and throughout the duration of the trial.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this Court commanding the Warden of the California State Prison, Solano, 2100 Peabody Road Vacaville, CA 95696 or P.O. Box 4000 Vacaville, CA 95696 to produce the inmate to Courtroom 5 on the 17th Floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on June 9, 2014 at 8:00 am and throughout the duration of the trial at 8:00 am Monday through Wednesday and Friday until completion of said trial; and

2. Upon completion of the trial, and upon satisfaction of this writ by the Court, Oscar Grant Jr. shall be returned to Solano County State Prison under safe and secure conduct each day at the end of the court day and permanently at the completion of this trial.

<u>WRIT OF HABEEAS CORPUS AD TESTIFICANDUM</u>

TO THE WARDEN OF CALIFORNIA STATE PRISON, SOLANO,'

    We COMMAND you to produce the inmate named above to Courtroom 5 on the 17th Floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on June 9, 2014 at 8:00 am and throughout the duration of the trial at 8:00 am Monday through Wednesday and Friday until the completion of trial at which point the inmate will return to the above institution pursuant to the conditions set forth above.

Dated: June 10, 2014

                                                  Judge Edward M. Chen

                                                  United States District Court Judge