# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL TRIAL MINUTES

**Case No.** <u>C09-0901 EMC</u>
**Case Name:** <u>Johnson v. BART, et al.</u>

**DISTRICT JUDGE EDWARD M. CHEN**          **COURTROOM DEPUTY**: Betty Lee

**DATE**:    6/25/14                                       **COURT REPORTER:**    Kathy Sullivan
**Time:**    8:25 - 2:15 (45 minutes break)
             (5 hours 5 minutes)

**COUNSEL FOR PLAINTIFF:**                  **COUNSEL FOR DEFENDANT:**
Waakeen McCoy for Oscar Grant, Jr.          Mike Rains for Mehserle
Jessica Barsotti for Johntue Caldwell       Alison Wilkinson for Domenici

---

**Jury Selection:** 6/9/14
**Trial To Begin:** 6/9/14                                 **Further Trial:** 6/27/14

**TRIAL MOTIONS HEARD:**                                              **RULING**


**Other:**

As stated on the record, Court addressed witness issue and jury instructions with counsel.


**Plaintiffs' witnesses:**

**Defendants' witnesses:**    Paul Garcia, Marlaina Dernoncourt, Sean McCann,
                              Anthony Pirone (transcript read),
                              Dr. Thomas Rogers (trial transcript read), and Michael Schott.


Court adjourned at 2:15 p.m. and to resume at 8:30 a.m. on 6/27/14.


**Exhibits Admitted:**
60, 61, 62, 212 (pages 82-89) policy 309, 84, 255, 157, 158, 104, 107, 105, and 159.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. **C09-0901 EMC**
Case Name: **Johnson v. BART, et al.**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>Edward M. Chen | **PLAINTIFF ATTORNEY:**<br>Waakeen McCoy for Oscar Grant, Jr.<br>Jessica Barsotti for Johntue Caldwell | **DEFENSE ATTORNEY**:<br>Mike Rains for Mehserle<br>Alison Wilkinson for Domenici |
|---|---|---|
| **JURY SELECTION**: 6/9/14<br>**TRIAL DATE:** 6/25/14 | **REPORTER(S):**<br>Kathy Sullivan | **CLERK**:<br>Betty Lee |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **6/25/14**<br>8:25 a.m. | | | Court resumed. Court addressed witness and exhibit issues with counsel. | |
| | | 8:46 a.m. | | | Jury entered. | |
| | | 8:47 a.m. | | | Defendant continued direct of **Paul Garcia** | D |
| | 60 | | x | x | Exhibit 60; admitted | |
| | 61 | | x | x | Exhibit 61; admitted | |
| | 62 | | x | x | Exhibit 62; admitted | |
| | 212 | | x | x | Exhibit 212 (pages 82-89) policy 309; admitted | |
| | 84 | | x | x | Exhibit 84; admitted | |
| | | 9:36 a.m. | | | Plaintiff Grant cross Garcia | P |
| 255 | | | x | x | Exhibit 255 (1/1/09 policy); admitted | |
| | | 10:15 a.m | | | Defendant re-direct Garcia | D |
| | | 10:16 a.m. | | | Break for Jury; Court discussed witness issue with counsel. Court granted Plaintiffs an additional 90 minutes of time | |
| | | 10:30 a.m. | | | Break for counsel | |
| | | 10:45 a.m. | | | Jury entered; Defendant Mehserle called **Marlaina Dernoncourt**; sworn; direct | D |
| | 157 | | x | | Exhibit 157 | |
| | 158 | | x | | Exhibit 158 | |
| | | 10:58 a.m. | | | Plaintiff Grant cross Dernoncourt | P |
| | | 11:01 a.m. | x | x | Exhibit 157 and 158; moved to admit; admitted | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:02 a.m. | | | Plaintiff Grant recross Dernoncourt; Dernoncourt is excused | P |
| | | 11:03 a.m. | | | Defendant Mehserle called **Sean McCann**; sworn; moved to qualify, objected, (qualified, limited to experience in this case); direct | D |
| | 104, 107 | | x | x | Exhibit 104, 107 admitted | |
| | 105 | | x | x | Exhibit 105; moved to admit; objected; admitted | |
| | | 11:32 a.m. | | | Plaintiff Grant cross McCann | P |
| | | 11:34 a.m. | | | Plaintiff Caldwell cross McCann | |
| | | 11:36 a.m. | | | McCann is excused. Defendant Mehserle read transcript of **Anthony Pirone** | D |
| | | 11:43 a.m. | | | Defenadnt Mehserle trial transcript of **Dr. Thomas Rogers** | D |
| | 54, 56 | | x | | Exhibits 54 and 56 (not for admission, just to show on screen) | |
| | | 12:08 p.m. | | | Plaintiff Grant cross Rogers (through transcript reading); Rogers was qualified | P |
| | | 12:15 p.m. | | | Lunch break | |
| | | 12:50 p.m. | | | Court resumed; Court discussed exhibits with counsel | |
| 227 | | 12:57 p.m. | x | | Jury entered; Plaintiff Grant continued to cross Rogers (through transcript reading); Exhibit 227; excluded as evidence but can display; not admitted | |
| | | 1:03 p.m. | | | Defendant Mehserle called **Michael Schott**; sworn | D |
| | 159 | | x | x | CV of Schott; admitted | |
| | | 1:15 p.m. | | | Plaintiff Caldwell voir dire Schott | P |
| | | 1:36 p.m. | | | Court finds Schott qualified on the subject | |
| | | 1:36 p.m. | | | Defendant Mehserle voir dire Schott | P |
| | 126 | | x | | Exhibit 126; move to admit; object | |
| | | 2:02 p.m. | | | Jury is excused; Court discussed witness issue and jury instructions with counsel. Parties to meet and confer and to submit jury instructions/stip. by 3:30 p.m. today | |
| | | 2:15 p.m. | | | Court adjourned and to resume at 8:30 a.m. on 6/27/14 | |
| | | | | | (Time left: P- 2:44:08 (included 90 extra mins.) / D-7:26:29) | |