**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, *et al.*, | No. C-09-0901 EMC |
| Plaintiffs, | **CONSOLIDATED CASES** |
| v. | C-09-4014 EMC (Grant) |
| | C-09-4835 EMC (Bryson, *et al.*) |
| BAY AREA RAPID TRANSIT DISTRICT, *et al.*, | C-10-0005 EMC (Caldwell) |
| Defendants. | **ORDER RE COURT'S PROPOSED** |
| _____/ | **SPECIAL VERDICT FORM** |
| AND RELATED ACTIONS. | |
| _____/ | |

The parties have submitted proposed special verdict forms.  The Court has considered the views of the parties and proposes the following special verdict forms.  The parties are directed to file any objections by **4:00 p.m., June 26, 2014.**

IT IS SO ORDERED.

Dated: June 26, 2014

_____
EDWARD M. CHEN
United States District Judge