United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, *et al.*, | No. C-09-0901 EMC |
| Plaintiffs, | **CONSOLIDATED CASES** |
| v. | C-09-4014 EMC (Grant) |
| BAY AREA RAPID TRANSIT DISTRICT, *et al.*, | C-09-4835 EMC (Bryson, *et al.*) |
| | C-10-0005 EMC (Caldwell) |
| Defendants. | **ORDER DIRECTING COURT TO FURNISH DAILY LUNCH** |
| AND RELATED ACTIONS. | |

**IT IS HEREBY ORDERED** that the United States District Court shall furnish daily lunch for the ten (10) members of the jury in the above-entitled matter at the expense of the United States on June 30, 2014 and all days thereafter as long as jury is in deliberation. Lunch shall be delivered to the jury room for Courtroom 5, 17th Floor by 12:00 noon.

IT IS SO ORDERED.

Dated: June 27, 2014

_____
EDWARD M. CHEN
United States District Judge