# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL TRIAL MINUTES

Case No. C09-0901 EMC
Case Name: Johnson v. BART, et al.

**DISTRICT JUDGE EDWARD M. CHEN**  **COURTROOM DEPUTY**: Betty Lee

**DATE**: 6/30/14  **COURT REPORTER:** Kathy Sullivan
**Time:** 8:25-2:52; 3:21-3:48 (1 hour break)
(5 hours 54 minutes)

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**
Waakeen McCoy for Oscar Grant, Jr.  Mike Rains for Mehserle
Jessica Barsotti for Johntue Caldwell  Alison Wilkinson for Domenici

---

**Jury Selection:** 6/9/14
**Trial To Begin:** 6/9/14  **Further Trial:** 7/1/14

**TRIAL MOTIONS HEARD:**  **RULING**

**Other:**

As stated on the record, Court addressed jury instructions and verdict form with counsel. Closing arguments. Court addressed jury with jury instructions. Jury began deliberation at 2:52 p.m. Court addressed Jury Note #4 with counsel. Jury departed at 3:35 p.m. Court adjourned at 3:48 p.m. Jury to resume deliberation at 8:30 a.m. on 7/1/14.

**Verdict:**

Case No. **C09-0901 EMC**
Case Name: **Johnson v. BART, et al.**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>Edward M. Chen | PLAINTIFF ATTORNEY:<br>Waakeen McCoy for Oscar Grant, Jr.<br>Jessica Barsotti for Johntue Caldwell | DEFENSE ATTORNEY:<br>Mike Rains for Mehserle<br>Alison Wilkinson for Domenici |
|---|---|---|
| **JURY SELECTION**: 6/9/14<br>**TRIAL DATE:** 6/30/14 | REPORTER(S):<br>Kathy Sullivan | CLERK:<br>Betty Lee |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **6/30/14**<br>8:25 a.m. | | | Court resumed. Court addressed jury instructions and verdict form with counsel. | |
| | | 8:39 a.m. | | | Jury entered. | |
| | | | | | Court addressed jury with jury instructions. | |
| | | 9:03 a.m. | | | Plaintiff Grant's closing | P |
| | | 9:45 a.m. | | | Break | |
| | | 10:01 a.m. | | | Jury entered; Plaintiff Caldwell's closing | P |
| | | 10:31 a.m. | | | Defendant Domenici's closing | D |
| | | 11:25 a.m. | | | Break | |
| | | 11:40 a.m. | | | Defendant Mehserle's closing | D |
| | | 1:35 p.m. | | | Lunch break | |
| | | 2:15 p.m. | | | Jury returned; Plaintiff Grant's rebuttal | P |
| | | 2:33 p.m. | | | Plaintiff Caldwell's rebuttal | P |
| | | 2:46 p.m. | | | Court addresses jury with jury instructions | |
| | | 2:52 p.m. | | | Jury is excused; Jury began deliberation | |
| | | 3:21 p.m. | | | Court addressed Jury Note #4 with counsel | |
| | | 3:44 p.m. | | | Court delivered response to Jury Note #4 to jury; Court addressed jury deliberation question with counsel | |
| | | 3:48 p.m. | | | Court adjourned. Jury departed and will return at 8:30 a.m. on 7/1/14. | |