**FILED**

JUL 0 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, *et al.*,<br><br>    Defendants.<br>_____/<br>AND RELATED ACTIONS.<br>_____/ | No. C-09-0901 EMC<br><br>**CONSOLIDATED CASES**<br><br>C-09-4014 EMC (Grant)<br>C-09-4835 EMC (Bryson, *et al.*)<br>C-10-0005 EMC (Caldwell)<br><br>**SPECIAL VERDICT FORM RE OSCAR GRANT, JR.** |

We, the jury, answer the questions submitted to us as follows.

### OSCAR GRANT, JR.

**Question 1:**

Did OSCAR GRANT, JR. prove by a preponderance of the evidence that his relationship with Oscar Grant, III was a familial relationship such as one which involved deep attachments and commitments to one another which resulted in the sharing of a special community of thoughts, experiences and beliefs as well as the distinctively personal aspects of each others lives?

_____ Yes          __X__ No

Regardless of your answer, please answer Question Number 2.

///

**Question 2:**

Did OSCAR GRANT, JR. prove by a preponderance of the evidence that JOHANNES MEHSERLE acted against Oscar Grant, III with a purpose to harm unrelated to a legitimate law enforcement objective?

_____ Yes          \_\_\_X\_\_\_ No

If you answered "yes" to both Questions Number 1 and Number 2, please answer Question Number 3. If you answered "no" to either Question Number 1 or Number 2, STOP, and a verdict will be entered in favor of Defendant JOHANNES MEHSERLE.

**Question 3:**

Did JOHANNES MEHSERLE cause injury or death to Oscar Grant, III?

_____ Yes          _____ No

If you answered "yes" to Question Numbers 1, 2, and 3, please answer Question Numbers 4 and 5. If you answered "no" to either Question Number 1, 2, or 3, STOP, and a verdict will be entered in favor of Defendant JOHANNES MEHSERLE.

If you answered "yes" to Question Numbers 1, 2, and 3, a verdict will be entered in favor of Plaintiff OSCAR GRANT, JR.

**Question 4:**

If you find that OSCAR GRANT, JR. suffered damages (other than punitive damages) enter that amount here. If, on the other hand, you find that OSCAR GRANT, JR.'s rights were violated, but that he did not suffer any actual damages, you must enter nominal damages in an amount not to exceed $1.00.

$ _____

2

**Question 5:**

Did OSCAR GRANT, JR. prove by a preponderance of the evidence that JOHANNES MEHSERLE's conduct was malicious, oppressive, or in reckless disregard of OSCAR GRANT, JR.'s rights?

_____ Yes      _____ No

If you answered "yes," you now have the opportunity to award punitive damages. An award of punitive damages serves to punish an individual defendant and act as a deterrent for such future conduct, rather than pay someone back for what they lost. The jury may award punitive damages only if it concludes that JOHANNES MEHSERLE's conduct was either motivated by malicious, oppressive, or in reckless disregard of indifference to OSCAR GRANT, JR.'s rights.

What, if any, punitive damages do you award to OSCAR GRANT, JR.?

$ _____

Please have the foreperson sign and date this form. Then return the form to the Courtroom Deputy.

Dated: 7-1-14

_____
JURY FOREPERSON

3