FILED

JUL 0 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, *et al.*, | No. C-09-0901 EMC |
| Plaintiffs, | **CONSOLIDATED CASES** |
| v. | C-09-4014 EMC (Grant) |
| BAY AREA RAPID TRANSIT DISTRICT, *et al.*, | C-09-4835 EMC (Bryson, *et al.*) <br> C-10-0005 EMC (Caldwell) |
| Defendants. | **SPECIAL VERDICT FORM RE JOHNTUE CALDWELL** |
| AND RELATED ACTIONS. | |

We, the jury, answer the questions submitted to us as follows.

### JOHNTUE CALDWELL

**Question 1:**

Did JOHNTUE CALDWELL prove by a preponderance of the evidence that MARYSOL DOMENICI seized him?

_____ Yes     \_\_\_X\_\_\_ No

If you answered "yes," please answer Question Number 2. If you answered "no," STOP and a verdict will be entered in favor of Defendant MARYSOL DOMENICI.

///
///
///

**Question 2:**

Did JOHNTUE CALDWELL prove by a preponderance of the evidence that the seizure by MARYSOL DOMENICI was unreasonable?

_____ Yes           _____ No

If you answered "yes," please answer Question Number 3. If you answered "no," STOP and a verdict will be entered in favor of Defendant MARYSOL DOMENICI.

**Question 3:**

Did MARYSOL DOMENICI cause injury to JOHNTUE CALDWELL?

_____ Yes           _____ No

If you answered "yes," please answer Question Numbers 4 and 5. If you answered "no," STOP and a verdict will be entered in favor of Defendant MARYSOL DOMENICI.

If you answered "yes" to Question Numbers, 1, 2, and 3, a verdict will be entered in favor of Plaintiff JOHNTUE CALDWELL.

**Question 4:**

If you find that JOHNTUE CALDWELL suffered damages (other than punitive damages) enter that amount here. If, on the other hand, you find that JOHNTUE CALDWELL's rights were violated, but that he did not suffer any actual damages, you must enter nominal damages in an amount not to exceed $1.00.

$ _____

///

///

**Question 5:**

Did JOHNTUE CALDWELL prove by a preponderance of the evidence that MARYSOL DOMENICI's conduct was malicious, oppressive, or in reckless disregard of JOHNTUE CALDWELL's rights?

_____ Yes         _____ No

If you answered "yes," you now have the opportunity to award punitive damages. An award of punitive damages serves to punish an individual defendant and act as a deterrent for such future conduct, rather than pay someone back for what they lost. The jury may award punitive damages only if it concludes that MARYSOL DOMENICI's conduct was either motivated by malicious, oppressive, or in reckless disregard or indifference to JOHNTUE CALDWELL's rights.

What, if any, punitive damages do you award to JOHNTUE CALDWELL?

$ _____

Please have the foreperson sign and date this form. Then return the form to the Courtroom Deputy.

Dated: 7-1-14

_____
JURY FOREPERSON

3