UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, *et al.*,<br><br>       Defendants.<br>_____/<br>AND RELATED ACTIONS.<br>_____/ | No. C-09-0901 EMC<br><br>**CONSOLIDATED CASES**<br><br>C-09-4014 EMC (Grant)<br>C-09-4835 EMC (Bryson, *et al.*)<br>C-10-0005 EMC (Caldwell)<br><br>**ORDER RE OSCAR GRANT, JR.'S REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 577)** |

On August 1, 2014, Plaintiff Oscar Grant, Jr. filed a "Request for an Extension of Time to Order Trial Transcripts and to Move the Briefing Schedule." Dkt. No. 577. Inexplicably, Plaintiff is requesting *this* Court to grant relief from the August 4, 2014 deadline for requesting trial transcripts set by the United States Court of Appeals for the Ninth Circuit. This Court does not have the power to alter deadlines set by the Ninth Circuit and, unsurprisingly, Plaintiff has not cited any. Plaintiff is advised that he has filed a notice of appeal from the judgment in this action. Dkt. No. 573. The filing of this notice has deprived this Court of jurisdiction over this action. *See Masalosalo v. Sonewall Ins. Co.*, 718 F.2d 955, 956 (9th Cir. 1983) ("The effective filing of a notice of appeal transfers jurisdiction from the district court to the court of appeals with respect to all matters involved in the appeal.").

///

///

Accordingly, Plaintiff's request for an extension of time is **DENIED** as improperly filed in this Court.

IT IS SO ORDERED.

Dated: August 2, 2014

_____
EDWARD M. CHEN
United States District Judge

2