**JOHN L. BURRIS (SBN# 69888)**
**ADANTE D. POINTER (SBN 236229)**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian Ad Litem of minor, T.G. <br><br> Plaintiffs, <br><br> v. <br><br> BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. C 09-cv-00901 EMC <br><br> FIRST AMENDED ORDER <br><br> **REDACTED VERSION OF AMENDED [~~PROPOSED~~] ORDER GRANTING RELEASE OF FUNDS FROM COURT BLOCKED ACCOUNT** <br><br><br> **FILED UNDER SEAL** |

# AMENDED[PROPOSED] ORDER

**PURSUANT TO PLAINTIFF'S AMENDED PETITION**, the Court hereby grants

Petitioner Sophina Mesa's request according to the terms of the amended petition herein:

THE COURT HEREBY ORDERS a cashier's check in the amount of ███████ made

payable to ████████████ be disbursed to SOPHINA MESA for the benefit of Minor

Plaintiff T.G. from ███████ blocked account ████████

**IT IS SO ORDERED.**

```
This order vacates the prior order issued on August 26, 2015 (Docket No. 604), which
ordered a cashier's check in the same amount and to the same payee but with incorrect
bank account information.
```

DATED:      April 12, 2016



_____

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE