UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA JOHNSON, individually and as personal representative of the ESTATE of OSCAR J. GRANT III, the ESTATE OF OSCAR J. GRANT III, SOPHINA MESA as Guardian Ad Litem of minor, T.G.,<br><br>    Plaintiffs,<br>    v.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. C 09-cv-00901 EMC<br><br>**(PROPOSED) AMENDED ORDER GRANTING RELEASE OF FUNDS FROM COURT BLOCKED ACCOUNT** |

## ORDER

**PURSUANT TO PLAINTIFF'S PETITION**, the Court hereby grants Petitioner Sophina Mesa's request according to the terms of the petition herein:

THE COURT HEREBY ORDERS a cashier's check in the amount of $XXX made payable to SOPHINA MESA for the benefit of Minor Plaintiff T.G. from XXXX blocked account No.: XXXX.

**IT IS SO ORDERED.**

DATED:

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE